**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Life Stride, Inc |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 52-1931274 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 3005 Bladensburg Road NE <br> Washington, DC 20018 <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| District of Columbia <br> County | **Location of principal assets, if different from principal place of business** |
| | _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   https://www.life-stride.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Life Stride, Inc _____    Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6214

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    Life Stride, Inc                                                      Case number (*if known*)
          Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor      Life Stride, Inc                                                    Case number (*if known*) _____
            Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 15, 2026
               MM / DD / YYYY

**X** /s/ Leonard Lucas                                    Leonard Lucas
Signature of authorized representative of debtor           Printed name

Title    Authorized Agent

**18. Signature of attorney**

**X** /s/ Christianna Cathcart                             Date   April 15, 2026
Signature of attorney for debtor                                  MM / DD / YYYY

Christianna Cathcart
Printed name

The Belmont Firm
Firm name

1050 Connecticut NW
Suite 500
Washington, DC 20036
Number, Street, City, State & ZIP Code

Contact phone _____    Email address   christianna@dakotabankruptcy.com

DC
Bar number and State

## RESOLUTION AUTHORIZING BANKRUPTCY FILINGS

The undersigned, being (i) the sole shareholder of Life Stride, Inc ("Life Stride"), and (ii) the Chief Financial Officer of Life Stride, acting in their respective capacities, do hereby resolve as follows:

WHEREAS, Life Stride is engaged in the operation of group homes and the provisions of mental health care services;

WHEREAS, Life Stride is experiencing financial distress and requires an orderly restructuring of its financial obligations; and

WHEREAS, there is a reasonable belief that Life Stride can stabilize its operations and reorganize its indebtedness in a manner that allows it to continue providing essential care services while maximizing value for its creditors.

IT IS NOW, THEREFORE, RESOLVED as follows:

1.      Pursuant to the District of Columbia Business Corporation Act, and by written consent of the undersigned, Life Stride is hereby authorized to file a voluntary petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2.      Leonard Lucas ("Mr. Lucas"), the Chief Financial Officer of Life Stride, is hereby authorized to take any and all action requisite to cause Life Stride to file a voluntary petition for bankruptcy relief, including the retention of The VerStandig Law Firm, LLC as general reorganization counsel;

3.      Any such actions heretofore taken by Mr. Lucas are hereby approved and ratified; and

4.      Mr. Lucas shall serve as the representative of Life Stride in connection with any bankruptcy case that may be filed; and

5.      Mr. Lucas shall exercise his sole and absolute discretion in connection with an ensuing bankruptcy case, working with general reorganization counsel, and shall require no further authorization to perform the tasks attendant to a bankruptcy case including, but not limited to, the filing of a petition for relief, schedules, a statement of financial affairs, various motions, a plan of reorganization, and a disclosure statement.

*[Signature on Following Page]*

Dated this 15th day of April 2026

LIFE STRIDE, INC.

By: _____
By: Gwendolyn Bardwell
Its: Sole Shareholder


By: _____
By: Leonard Lucas
Its: Chief Financial Officer

Fill in this information to identify the case:

Debtor name   Life Stride, Inc

United States Bankruptcy Court for the:   DISTRICT OF COLUMBIA

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Abangawoh Sndrien 5007 Ashford Dr. Upper Marlboro, MD 20772 | | | | | | $63,000.00 |
| CareFirst 1501 S. Clinton St. Baltimore, MD 21224 | | | | | | $32,000.00 |
| Comptroller of Maryland Revenue Administration Division PO Box 549 Annapolis, MD 21411 | | | | | | $420,000.00 |
| D.C. Dept. of Employment Services 4058 Minnesota Ave NE Washington, DC 20019 | | | | | | $66,292.28 |
| Daniel Odees C/O O, Kurman P.A, 7501 Wisconsin Ave Ste 1000W Bethesda, MD 20814 | | | | | | $45,000.00 |
| Delphine Sirri 13504 Steeplechase Dr. Bowie, MD 20720 | | | | | | $38,400.00 |
| DSS Realty, LLC 4433 Brookfield Corporate Dr. Ste A Chantilly, VA 20151 | | | | | | $29,645.00 |
| Emefua Yvonne 2720 Grasshopper Dr Odenton, MD 21113 | | | | | | $30,600.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Life Stride, Inc
_____                         Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ferdinand Kweh 8501 Cory Drive Bowie, MD 20720 | | | | | | $58,750.00 |
| Fort Lincoln Sr. Village II, LP 3005 Bladensburg Rsd. N.E Washington, DC 20018 | | | | | | $128,896.00 |
| Gary Priest 5410 Catalpha Road Baltimore, MD 21214 | | | | | | $29,603.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $560,000.00 |
| Kaiser 1 Kaiser Plaza Oakland, CA 94612 | | | | | | $44,000.00 |
| Mikeyla Kidd 6856 Eastern Avenue, Suite 150 Washington, DC 20012 | | | | | | $32,000.00 |
| Mr. Ailem Taye C/O S. Hamilton, ESQ | | | | | | $72,000.00 |
| Quest Realty Management, LLC 4433 Brookfield Corporate Dr. Ste A Chantilly, VA 20151 | | | | | | $149,304.00 |
| Shakil Brew 6287 Centre Stone Ring Columbia, MD 21044 | | | | | | $31,173.00 |
| Trustees People Community Church 653 11th St. NE Washington, DC 20002 | | | | | | $67,000.00 |
| U.S. Small Business Administration 2 North Street Suite 320 Birmingham, AL 35203 | | | | $210,000.00 | $0.00 | $210,000.00 |
| William D. Wright 8715 Wedding Drive Welcome, MD 20693 | | | | | | $35,000.00 |

Abangawoh Sndrien
5007 Ashford Dr.
Upper Marlboro, MD 20772


Akeem Tidjani
2106 Maryland Ave
Suite J
Washington, DC 20002


Antoinette Miles
2566 Oak Tree
Woodbridge, VA 22191


BB&T Creditcard
214 N. Tyron St.
Charlotte, NC 28202


CareFirst
1501 S. Clinton St.
Baltimore, MD 21224


Caroline Djambou
4820 Fort Totten Dr. NE #1
Washington, DC 20011


Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21411


D.C. Dept. of Employment Services
4058 Minnesota Ave NE
Washington, DC 20019


Dada Okusanya
13601 Avebury Dr. Suite 32
Laurel, MD 20708

Daniel Odees C/O O, Kurman P.A,
7501 Wisconsin Ave
Ste 1000W
Bethesda, MD 20814


DC Office of Tax and Revenue
1101 4th St., SW
270
Washington, DC 20024


Delphine Sirri
13504 Steeplechase Dr.
Bowie, MD 20720


Department of Behavioral Health (DBH)
64 New York Avenue, NE, 2nd floor West
Washington, DC 20002


Devon Burke
18337 Hallmark Ct
Gaithersburg, MD 20879


DSS Realty, LLC
4433 Brookfield Corporate Dr.
Ste A
Chantilly, VA 20151


Elvis James
6201 Lombard Street
Hyattsville, MD 20785


Emefua Yvonne
2720 Grasshopper Dr
Odenton, MD 21113


Evelyn Paul
1406 Bush Road
Severn, MD 21144

Ferdinand Kweh
8501 Cory Drive
Bowie, MD 20720


Fort Lincoln Sr. Village II, LP
3005 Bladensburg Rsd. N.E
Washington, DC 20018


Gary Hugley c/o Devon Lyons
1154 E. Wardlow Street
Long Beach, CA 90807


Gary Priest
5410 Catalpha Road
Baltimore, MD 21214


Gwendolyn Bardwell
16601 Pleasant Colony Drive.
Upper Marlboro, MD 20774


Gwendolyn Bardwell
16601 Pleasant Colony Drive
Upper Marlboro, MD 20774


Habibatu Jalloh, CPCM
64 New York Avenue, NE 2nd Floor
Washington, DC 20002


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kaiser
1 Kaiser Plaza
Oakland, CA 94612

Kayla Becton
1320 S. Street
Suite A
Washington, DC 20009


Lekeanju Tayoh
6805 96th Ave
Lanham Seabrook, MD 20706


Mami Damoahqu
9106 Bobwhite Circle
Gaithersburg, MD 20879


Marie Tomdio
3510 Collier Rd
Beltsville, MD 20705


Mikeyla Kidd
6856 Eastern Avenue, Suite 150
Washington, DC 20012


Mr. Ailem Taye C/O S. Hamilton, ESQ


Nkangu Achaleke
5007 Ashford Dr.
Upper Marlboro, MD 20772


Prince Dike
9975 Goodluck Rd.
Lanham Seabrook, MD 20706


Quest Realty Management, LLC
4433 Brookfield Corporate Dr.
Ste A
Chantilly, VA 20151

Shakil Brew
6287 Centre Stone Ring
Columbia, MD 21044


Stephen Ngulefac
2720 Grasshopper Dr.
Odenton, MD 21113


Trustees People Community Church
653 11th St. NE
Washington, DC 20002


Tyesha Stephens
3805 Saint Barnabas Rd
Suitland, MD 20746


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


William D. Wright
8715 Wedding Drive
Welcome, MD 20693

# United States Bankruptcy Court
## District of Columbia

In re    Life Stride, Inc                  Case No. _____

                    Debtor(s)        Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Life Stride, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| April 15, 2026 | /s/ Christianna Cathcart |
| Date | Christianna Cathcart |
| | Signature of Attorney or Litigant |
| | Counsel for    Life Stride, Inc |
| | The Belmont Firm |
| | 1050 Connecticut NW |
| | Suite 500 |
| | Washington, DC 20036 |
| | Fax: |
| | christianna@dakotabankruptcy.com |