Maurice VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
(301) 444-4600
mac@mbvesq.com
*Proposed Co-Counsel to Life Stride, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-183-ELG |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as co-counsel for Life Stride, Inc., the debtor herein, and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: April 15, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Proposed Co-Counsel to the Debtor*

*[Certificate of Service on Following Page]*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 15th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2