**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **Life Stride, Inc.,** | **Case No. 26-00183-ELG** |
| **Debtor.** | **Chapter 11 – Subchapter V** |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the Acting United States Trustee for Region 4 has

appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> Monique D. Almy
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC  20004
> Phone: (202) 624-2935
> Email:  malmy@crowell.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation

are attached to this notice.


April 16, 2026
MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4


By: */s/ Katharine Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov

**Certificate of Service**

I hereby certify that on April 16, 2026, I electronically filed the foregoing Notice of Appointment of Chapter 11 Subchapter V Trustee with the Clerk of the Court and transmitted a true and correct copy of said documents electronically through the electronic case filing system to the following:

Christianna Annette Cathcart christianna@dcbankruptcy.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist