IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              *

LIFE STRIDE, INC.,                                  *      Case No. 26-00183
                                                           Chapter 11, SubChapter V

                   Debtor.                          *

*       *       *       *       *       *       *       *       *       *       *       *       *

<u>VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE</u>

In connection with the United States Trustee's Notice of Appointment of me as

Subchapter V Trustee in this proceeding, I hereby verify that I am a "disinterested person" as

defined by 11 U.S.C. § 101(114) in that:

(a)     I am not a creditor, equity security holder or insider of the debtor;

(b)     I am not, and was not, within two years before the date of filing of the petition, a
        director, officer or employee of the debtor; and

(c)     I do not have an interest materially adverse to the interest of the estate or of any
        class of creditors or equity security holders, by reason of any direct or indirect
        relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to Court approval pursuant to 11 U.S. C. § 330, I anticipate seeking

compensation for my service in this case at an hourly rate of $800 for work performed, in

addition to seeking reimbursement for any actual and necessary expenses I incur.

I accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.


Dated:  April 16, 2026                    /S/  Monique D. Almy_ _ _ _ _ _ _ _
                                          Monique D. Almy
                                          Crowell & Moring LLP
                                          1001 Pennsylvania Avenue, N.W.
                                          Washington, DC  20004
                                          Phone: (202) 624-2935
                                          Email:  malmy@crowell.com


DCACTIVE-86944781.1