Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**DECLARATION IN SUPPORT OF APPLICATION TO APPROVE
EMPLOYMENT OF CHRISTIANNA A. CATHCART, ESQ. AND THE
BELMONT FIRM AS BANKRUPTCY COUNSEL FOR LIFE STRIDE, INC.**

1.      My name is Christianna A. Cathcart, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.      I am an attorney licensed to practice before the highest courts of the State of North Dakota, as well as before the United States District and Bankruptcy Courts for the District of North Dakota, the District of Columbia, and the Eastern District of Oklahoma.

3.      I maintain mailing addresses in the state of North Dakota, though I primarily work from my home office in Winnipeg, MB.

4.      I represent no other person in connection with this case and am disinterested as that term is defined in 11 U.S.C. §101(14). I (i) am not a creditor, an equity security holder, or an insider of any debtor; (ii) am not and was not, within two years before the date of filing of the petition for relief, a director, officer or employee of any debtor; and (iii) do not have an interest

1

materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, any debtor, or for any other reason.  Further, I hold no interest adverse to the interest of any debtor.

5.      I have no connection with the debtor, the debtors' creditors, any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

6.      All facts contained in the application to which this declaration is affixed are true and correct to the best of my knowledge.

I, Christianna A. Cathcart, pursuant to Section 1746 of Title 29 of the United States Code, do hereby declare, under the penalty of perjury, that I have personal knowledge of the matters set forth herein and the foregoing are true and correct.

Dated: April 16, 2026

By:     /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*