Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**NOTICE OF APPLICATION TO APPROVE EMPLOYMENT
OF CHRISTIANNA A. CATHCART ESQ. AND THE BELMONT
FIRM AS BANKRUPTCY COUNSEL FOR LIFE STRIDE, INC.**

NOTICE IS HEREBY GIVEN that Life Stride, Inc. (the "Applicant" or the "Debtor") has

filed an application to employ Christianna A. Cathcart, Esq., and The VerStandig Law Firm, LLC

d/b/a The Belmont Firm as bankruptcy counsel in this matter (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the

Application or if you would like the Court to consider your views, then ON OR BEFORE April

30, 2026, you must file and serve a written objection to the Application. The objection must be

filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W.,

Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The

objection must contain a complete specification of the factual and legal grounds upon which it is

based. You may append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for May 6, 2026 at 10:00 AM. The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact Courtroom Deputy Aimee Mathewes at Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: April 16, 2026          By:     /s/ Christianna A. Cathcart
                                       Christianna A. Cathcart, Esq.
                                       Bar No. ND0008
                                       The Belmont Firm
                                       1050 Connecticut Avenue, NW
                                       Suite 500
                                       Washington, DC 20036
                                       Phone: (202) 655-2066
                                       christianna@dcbankruptcy.com
                                       *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

2