Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc | ) | |
| | ) | |
| Debtor. | ) | |

**MOTION TO HOLD FIRST DAY HEARINGS**

Comes now Life Stride, Inc ("Life Stride" or the "Debtor"), by and through undersigned counsel, and move this Honorable Court to hold a first day hearing in this matter, via Zoom on Tuesday, April 21, at 11:00 A.M., prevailing eastern time, and in support thereof state as follows:

Since filing its voluntary petition for relief on April 15, 2026, the Debtor has filed the following motions, each of which is properly characterized as a "first day motion:"

- Motion for Leave to Pay Pre-Petition Employee Wages

- Motion for Leave to Use Cash Collateral

It is customary for such matters to be heard on shortened notice. *In re Goodrich Quality Theaters, Inc.*, 616 B.R. 514, 516 (Bankr. W.D. Mich. 2020). And, as set forth in the underlying motions, exigent circumstances exist that necessitate a prompt ruling to enable the Debtor to continue operating as a debtor-in-possession in a prudent and responsible manner. The Debtor accordingly asks that this Honorable Court waive the necessity of a written opposition to any of

1

the foregoing motions and hold a hearing on each such motion at 11:00 am on Tuesday, April 21, 2026, and with such hearing to be conducted via Zoom.

Respectfully submitted,

Dated: April 17, 2026   By:   /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of April 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

2