| | |
|---|---|
| **Information to identify the case:** | |
| Debtor | EIN: 52–1931274 |

**Life Stride, Inc**

Name

| | | |
|---|---|---|
| United States Bankruptcy Court  United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11   4/15/26 |

Case number:   **26–00183–ELG**

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case
**10/22**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Life Stride, Inc | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3005 Bladenburg Rd NE Washington, DC 20018 | |
| 4. | **Debtor's attorney** Name and address | Christianna Annette Cathcart The Belmont Firm 1050 Connecticut Ave, NW Ste 500 Washington, DC 20036 | Contact phone  202–655–2066  Email:  christianna@dcbankruptcy.com |
| 5. | **Bankruptcy trustee** Name and address | Monique Desiree Almy Crowell & Moring LLP 1001 Pennsylvania Avenue, N.W. Washington, DC 20004 | Contact phone  202–624–2935  Email:  malmy@crowell.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse 333 Constitution Ave, NW #1225 Washington, DC 20001 | Hours open: 9:00 am – 4:00 pm Monday to Friday  Contact phone  (202) 354–3280  Date: 4/16/26 |

**For more information, see page 2 >**

Debtor   **Life Stride, Inc**                                                                    Case number   **26–00183–ELG**

| | | |
|---|---|---|
| **7.** | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 14, 2026 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Telephone #: (888) 330–1716, Passcode: 5678318** |

At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1.

| | | |
|---|---|---|
| **8.** | **Proof of claim deadline** | **Deadline for filing proof of claim:** |

**For all creditors (except a governmental unit):**     6/24/26

**For a governmental unit:**     10/13/26

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| **9.** | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint:**     7/13/26 |

| | | |
|---|---|---|
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. |

| | | |
|---|---|---|
| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court

District of Columbia

In re:

Life Stride, Inc

Debtor

Case No. 26-00183-ELG

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1

Date Rcvd: Apr 16, 2026

User: admin

Form ID: 309F2

Page 1 of 3

Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265 |
| aty | + | Katharine Toledo, Office of the United States Trustee, 1725 Duke St., Alexandria, VA 22314-3456 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854-3976 |
| tr | + | Monique Desiree Almy, Crowell & Moring LLP, 1001 Pennsylvania Avenue, N.W., Washington, DC 20004-2595 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 808881 | + | Abangawoh Sndrien, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 808882 | + | Akeem Tidjani, 2106 Maryland Ave, Suite J, Washington, DC 20002-3145 |
| 808883 | + | Antoinette Miles, 2566 Oak Tree, Woodbridge, VA 22191-6010 |
| 808884 | | BB&T Creditcard, 214 N. Tyron St., Charlotte, NC 28202 |
| 808885 | + | CareFirst, 1501 S. Clinton St., Baltimore, MD 21224-5730 |
| 808886 | + | Caroline Djambou, 4820 Fort Totten Dr. NE #1, Washington, DC 20011-7561 |
| 808887 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 808888 | + | D.C. Dept. of Employment Services, 4058 Minnesota Ave NE, Washington, DC 20019-3540 |
| 808895 | + | DSS Realty, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 808889 | + | Dada Okusanya, 13601 Avebury Dr. Suite 32, Laurel, MD 20708-3438 |
| 808890 | + | Daniel Odees C/O O, Kurman P.A,, 7501 Wisconsin Ave, Ste 1000W, Bethesda, MD 20814-6604 |
| 808893 | | Department of Behavioral Health (DBH), 64 New York Avenue, NE, 2nd floor West, Washington, DC 20002 |
| 808894 | + | Devon Burke, 18337 Hallmark Ct, Gaithersburg, MD 20879-4669 |
| 808896 | + | Elvis James, 6201 Lombard Street, Hyattsville, MD 20785-1208 |
| 808897 | + | Emefua Yvonne, 2720 Grasshopper Dr, Odenton, MD 21113-6048 |
| 808898 | + | Evelyn Paul, 1406 Bush Road, Severn, MD 21144-1161 |
| 808899 | + | Ferdinand Kweh, 8501 Cory Drive, Bowie, MD 20720-4458 |
| 808900 | + | Fort Lincoln Sr. Village II, LP, 3005 Bladensburg Rsd. N.E, Washington, DC 20018-2265 |
| 808901 | + | Gary Hugley c/o Devon Lyons, 1154 E. Wardlow Street, Long Beach, CA 90807-4733 |
| 808902 | + | Gary Priest, 5410 Catalpha Road, Baltimore, MD 21214-1925 |
| 808903 | + | Gwendolyn Bardwell, 16601 Pleasant Colony Drive., Upper Marlboro, MD 20774-8802 |
| 808904 | + | Habibatu Jalloh, CPCM, 64 New York Avenue, NE 2nd Floor, Washington, DC 20002-3322 |
| 808907 | + | Kayla Becton, 1320 S. Street, Suite A, Washington, DC 20009-7834 |
| 808908 | + | Lekeanju Tayoh, 6805 96th Ave, Lanham Seabrook, MD 20706-3611 |
| 808909 | + | Mami Damoahqu, 9106 Bobwhite Circle, Gaithersburg, MD 20879-1732 |
| 808910 | + | Marie Tomdio, 3510 Collier Rd, Beltsville, MD 20705-3814 |
| 808879 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 808911 | + | Mikeyla Kidd, 6856 Eastern Avenue, Suite 150, Washington, DC 20012-2185 |
| 808913 | + | Nkangu Achaleke, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 808914 | + | Prince Dike, 9975 Goodluck Rd., Lanham Seabrook, MD 20706-3280 |
| 808915 | + | Quest Realty Management, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 808916 | + | Shakil Brew, 6287 Centre Stone Ring, Columbia, MD 21044-3796 |
| 808917 | + | Stephen Ngulefac, 2720 Grasshopper Dr., Odenton, MD 21113-6048 |
| 808918 | + | Trustees People Community Church, 653 11th St. NE, Washington, DC 20002-5317 |

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 309F2 | Total Noticed: 53 |

| 808920 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
|---|---|---|
| 808921 | + | William D. Wright, 8715 Wedding Drive, Welcome, MD 20693-3603 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: christianna@dcbankruptcy.com | Apr 16 2026 22:07:00 | Christianna Annette Cathcart, The Belmont Firm, 1050 Connecticut Ave, NW, Ste 500, Washington, DC 20036 |
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 16 2026 22:07:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| smg | + | Email/Text: angela.coleman@dc.gov | Apr 16 2026 22:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Apr 16 2026 22:04:46 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Apr 16 2026 22:04:50 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Apr 16 2026 22:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Apr 16 2026 22:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 16 2026 22:07:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 808891 | + | Email/Text: angela.coleman@dc.gov | Apr 16 2026 22:07:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 808905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2026 22:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808906 | ^ | MEBN | Apr 16 2026 22:04:51 | Kaiser, 1 Kaiser Plaza, Oakland, CA 94612-3610 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 808912 | | Mr. Ailem Taye C/O S. Hamilton, ESQ |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 808892 | ##+ | Delphine Sirri, 13504 Steeplechase Dr., Bowie, MD 20715-4548 |
| 808919 | ##+ | Tyesha Stephens, 3805 Saint Barnabas Rd, Suitland, MD 20746-3216 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0090-1                               User: admin                                       Page 3 of 3
Date Rcvd: Apr 16, 2026                            Form ID: 309F2                                    Total Noticed: 53

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Christianna Annette Cathcart
                                  on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo
                                  on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis
                                  on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
                                  on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
                                  lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy
                                  malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four
                                  USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 6