The order below is hereby signed.

Signed: April 16 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 26-00183-ELG |
| **Life Stride, Inc.**<br>**Debtor.** | **Chapter 11** |

## SCHEDULING ORDER

The above-captioned debtor (the "**Debtor**") has elected to proceed with this case under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). This Scheduling Order facilitates the efficient administration of this Chapter 11 case and ensures adequate and proper notice to all affected parties.

Accordingly, **IT IS ORDERED**:

1.  **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

2.  **Debtor's Compliance with § 1187**. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code

3.  **Debtor's Compliance with § 1116**. The Debtor shall comply with § 1116 of the Bankruptcy Code.[1]

4.  **Bar Date**. Unless the Court sets a different date by separate order, the deadline for parties in interest to file proofs of claim or interest in this case is governed by Federal Rule of Bankruptcy Procedure 3003.

---

[1] Although § 1181(a) of the Bankruptcy Code states that § 1116 is not applicable in a case under Subchapter V of Chapter 11, the various provisions of § 1116 are thereafter made applicable by § 1187(a) and § 1187(b).

5.      **Service of Notice of Commencement of Case by the Debtor**. Within seven (7) days of entry of this Order, the Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor.

6.      **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under Subchapter V must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(c) no later than thirty (30) days after the conclusion of the meeting of creditors held under § 341 of the Bankruptcy Code, or within thirty (30) days after any amendment to the Subchapter V designation, whichever is later.

7.      **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the Subchapter V trustee and parties in interest the report required under § 1188(c) of the Bankruptcy Code no later than **May 27, 2026**. The report shall include a description of the Debtor's efforts to formulate and to communicate with creditors regarding a plan of reorganization.

8.      **Status Conference**. The Debtor and the Subchapter V trustee must appear before the Court at a status conference on **June 10, 2026 at 10:00 a.m.**, before the Honorable Elizabeth L. Gunn. The status conference will be conducted both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov prior to the hearing for Zoom instructions. This Order constitutes notice of the status conference.

9.      **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before **July 14, 2026**. Any motion for extension of time to file a plan should be filed on or before **June 24, 2026**. The Debtor may amend its plan any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

10.      **§ 1111(b) Deadline**. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than ten (10) days following the filing of the plan.

11.      **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

12.      **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the Subchapter V trustee and parties in interest and file a certificate of service with the Court within seven (7) days of entry.

[Signed and dated above.]

Copies to: Debtor; Counsel for the Debtor; all recipients of e-notification of filings.

United States Bankruptcy Court

District of Columbia

In re: | Case No. 26-00183-ELG

Life Stride, Inc | Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 16, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

**Recip ID              Recipient Name and Address**
dbpos                + Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:

**Name                            Email Address**

Christianna Annette Cathcart

on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo

on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1                     User: admin                          Page 2 of 2
Date Rcvd: Apr 16, 2026                  Form ID: pdf001                      Total Noticed: 1
TOTAL: 6