The order below is hereby signed.

Signed: April 20 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS

Upon consideration of the Motion to Hold First Day Hearings (the "Motion") filed by the

debtor in this case, it is, by the United States Bankruptcy Court for the District of Columbia,

hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the requirement of a written opposition to the first day motions be, and

hereby is, WAIVED; and it is further

ORDERED, that a hearing on the first day motions shall be held at 11:00 am prevailing

Eastern Time on Tuesday, April 21, 2026, via Zoom, and parties in interest may contact

Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

1

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the hearing scheduled herein and the absence of an obligation to file papers in opposition to the first day motions.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

2