| | | 03/13/2026-03/28/26 | | | 03/29/26-04/12/2026 | | | Estimated Prorated Wages - 04/13/26-04/15/2026 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S/W | Employee | Salary/Wage | Expense Reimburement | Gross | Salary/Wage | Expense Reimbursement | Gross | Salary/Wage | Expense Reimbursement | Gross | Total |
| Salary | 13 | $1,890.00 | $0.00 | $1,890.00 | $1,890.00 | $0.00 | $1,890.00 | $405.00 | $0.00 | $405.00 | $4,185.00 |
| Salary | 88 | $1,473.39 | $500.00 | $1,973.39 | $1,473.39 | $500.00 | $1,973.39 | $315.73 | $107.14 | $422.87 | $4,369.65 |
| Salary | 2 | $1,312.25 | $250.00 | $1,562.25 | $1,312.25 | $250.00 | $1,562.25 | $281.20 | $53.57 | $334.77 | $3,459.27 |
| Salary | 5 | $1,895.86 | $0.00 | $1,895.86 | $2,850.89 | $0.00 | $2,850.89 | $610.91 | $0.00 | $610.91 | $5,357.66 |
| Salary | 6 | $1,796.43 | $380.00 | $2,176.43 | $1,796.43 | $380.00 | $2,176.43 | $384.95 | $81.43 | $466.38 | $4,819.24 |
| Salary | 11 | $2,520.00 | $380.00 | $2,900.00 | $2,520.00 | $380.00 | $2,900.00 | $540.00 | $81.43 | $621.43 | $6,421.43 |
| Salary | 7 | $1,489.12 | $0.00 | $1,489.12 | $1,489.12 | $0.00 | $1,489.12 | $319.10 | $0.00 | $319.10 | $3,297.34 |
| Salary | 80 | $1,473.39 | $1,000.00 | $2,473.39 | $1,473.39 | $1,000.00 | $2,473.39 | $315.73 | $214.29 | $530.01 | $5,476.79 |
| Salary | 300 | $1,769.43 | $0.00 | $1,769.43 | $1,769.43 | $0.00 | $1,769.43 | $379.16 | $0.00 | $379.16 | $3,918.02 |
| Salary | 98 | $2,287.00 | $0.00 | $2,287.00 | $2,287.00 | $0.00 | $2,287.00 | $490.07 | $0.00 | $490.07 | $5,064.07 |
| Salary | 99 | $2,595.93 | $0.00 | $2,595.93 | $2,595.93 | $0.00 | $2,595.93 | $556.27 | $0.00 | $556.27 | $5,748.13 |
| Salary | 110 | $3,033.34 | $0.00 | $3,033.34 | $3,033.34 | $0.00 | $3,033.34 | $650.00 | $0.00 | $650.00 | $6,716.68 |
| Wage | 20 | $1,843.60 | $0.00 | $1,843.60 | $1,676.00 | $0.00 | $1,676.00 | $359.14 | $0.00 | $359.14 | $3,878.74 |
| Wage | 219 | $1,489.95 | $0.00 | $1,489.95 | $1,548.00 | $0.00 | $1,548.00 | $331.71 | $0.00 | $331.71 | $3,369.66 |
| Wage | 63 | $1,755.60 | $0.00 | $1,755.60 | $1,596.00 | $0.00 | $1,596.00 | $342.00 | $0.00 | $342.00 | $3,693.60 |
| Wage | 85 | $1,442.73 | $0.00 | $1,442.73 | $1,085.62 | $0.00 | $1,085.62 | $232.63 | $0.00 | $232.63 | $2,760.98 |
| Wage | 382 | $1,436.00 | $0.00 | $1,436.00 | $1,418.05 | $0.00 | $1,418.05 | $303.87 | $0.00 | $303.87 | $3,157.92 |
| Wage | 27 | $1,465.62 | $0.00 | $1,465.62 | $1,359.07 | $0.00 | $1,359.07 | $291.23 | $0.00 | $291.23 | $3,115.92 |
| Wage | 370 | $1,400.00 | $0.00 | $1,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,400.00 |
| Wage | 227 | $1,328.84 | $0.00 | $1,328.84 | $1,299.58 | $0.00 | $1,299.58 | $278.48 | $0.00 | $278.48 | $2,906.90 |
| Wage | 87 | $1,411.76 | $0.00 | $1,411.76 | $1,779.83 | $0.00 | $1,779.83 | $381.39 | $0.00 | $381.39 | $3,572.98 |
| Wage | 356 | $1,436.00 | $0.00 | $1,436.00 | $1,436.00 | $0.00 | $1,436.00 | $307.71 | $0.00 | $307.71 | $3,179.71 |
| Wage | 34 | $1,467.05 | $0.00 | $1,467.05 | $1,008.79 | $0.00 | $1,008.79 | $216.17 | $0.00 | $216.17 | $2,692.01 |
| Wage | 35 | $1,179.85 | $0.00 | $1,179.85 | $1,479.62 | $0.00 | $1,479.62 | $317.06 | $0.00 | $317.06 | $2,976.53 |
| Wage | 348 | $2,182.63 | $0.00 | $2,182.63 | $2,572.77 | $0.00 | $2,572.77 | $551.31 | $0.00 | $551.31 | $5,306.71 |
| Wage | 288 | $1,795.00 | $0.00 | $1,795.00 | $1,507.80 | $0.00 | $1,507.80 | $323.10 | $0.00 | $323.10 | $3,625.90 |
| Wage | 354 | $2,351.45 | $0.00 | $2,351.45 | $2,296.70 | $0.00 | $2,296.70 | $492.15 | $0.00 | $492.15 | $5,140.30 |
| Wage | 57 | $1,795.00 | $0.00 | $1,795.00 | $1,507.80 | $0.00 | $1,507.80 | $323.10 | $0.00 | $323.10 | $3,625.90 |
| Wage | 376 | $2,836.10 | $0.00 | $2,836.10 | $2,189.90 | $0.00 | $2,189.90 | $469.26 | $0.00 | $469.26 | $5,495.26 |
| Wage | 378 | $1,744.38 | $0.00 | $1,744.38 | $1,898.57 | $0.00 | $1,898.57 | $406.84 | $0.00 | $406.84 | $4,049.79 |
| Wage | 67 | $2,055.37 | $0.00 | $2,055.37 | $1,972.21 | $0.00 | $1,972.21 | $422.62 | $0.00 | $422.62 | $4,450.20 |
| Wage | 31 | $1,899.65 | $0.00 | $1,899.65 | $873.81 | $0.00 | $873.81 | $187.25 | $0.00 | $187.25 | $2,960.71 |
| Wage | 30 | $1,836.92 | $0.00 | $1,836.92 | $1,511.03 | $0.00 | $1,511.03 | $323.79 | $0.00 | $323.79 | $3,671.74 |
| Wage | 380 | $1,795.00 | $0.00 | $1,795.00 | $2,189.90 | $0.00 | $2,189.90 | $469.26 | $0.00 | $469.26 | $4,454.16 |
| Wage | 116 | $1,870.39 | $0.00 | $1,870.39 | $1,098.54 | $0.00 | $1,098.54 | $235.40 | $0.00 | $235.40 | $3,204.33 |

| S/W | Employee | 03/13/2026-03/28/26 | | | 03/29/26-04/12/2026 | | | Estimated Prorated Wages - 04/13/26-04/15/2026 | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Salary/Wage | Expense Reimburement | Gross | Salary/Wage | Expense Reimbursement | Gross | Salary/Wage | Expense Reimbursement | Gross | |
| Wage | 367 | $2,006.81 | $0.00 | $2,006.81 | $1,931.06 | $0.00 | $1,931.06 | $413.80 | $0.00 | $413.80 | $4,351.67 |
| Wage | 361 | $2,226.79 | $0.00 | $2,226.79 | $1,722.03 | $0.00 | $1,722.03 | $369.01 | $0.00 | $369.01 | $4,317.83 |
| Wage | 21 | $1,406.02 | $0.00 | $1,406.02 | $1,436.00 | $0.00 | $1,436.00 | $307.71 | $0.00 | $307.71 | $3,149.73 |
| Wage | 381 | $2,651.13 | $0.00 | $2,651.13 | $1,914.73 | $0.00 | $1,914.73 | $410.30 | $0.00 | $410.30 | $4,976.16 |
| Wage | 118 | $1,634.35 | $0.00 | $1,634.35 | $1,446.00 | $0.00 | $1,446.00 | $309.86 | $0.00 | $309.86 | $3,390.21 |
| Wage | 59 | $1,793.39 | $0.00 | $1,793.39 | $1,602.94 | $0.00 | $1,602.94 | $343.49 | $0.00 | $343.49 | $3,739.82 |
| Wage | 112 | $1,355.23 | $0.00 | $1,355.23 | $1,248.42 | $0.00 | $1,248.42 | $267.52 | $0.00 | $267.52 | $2,871.17 |
| Wage | 108 | $1,574.26 | $0.00 | $1,574.26 | $1,665.43 | $0.00 | $1,665.43 | $356.88 | $0.00 | $356.88 | $3,596.57 |
| Wage | 372 | $137.50 | $0.00 | $137.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $137.50 |
| Wage | 280 | $0.00 | $0.00 | $0.00 | $373.90 | $0.00 | $373.90 | $80.12 | $0.00 | $80.12 | $454.02 |