| | 4/20/26 | 4/27/26 | 5/4/26 | 5/11/26 | 5/18/26 |
|---|---|---|---|---|---|
| Beginning Cash Balance | $ 5,000.00 | $ (18,115.00) | $ 9,918.00 | $ 12,918.00 | $ 44,818.00 |
| | | | | | |
| Cash Inflows | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 |
| Residential | $ 34,000.00 | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 |
| Collected Rent from client | $ 22,000.00 | | $ 25,000.00 | | |
| Community Support Worker | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| HMRS (Day Program) | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| | | | | | |
| Total Cash Receipts | $ 66,500.00 | $ 32,500.00 | $ 57,500.00 | $ 32,500.00 | $ 32,500.00 |
| | | | | | |
| Cash Disbursements | | | | | |
| Payroll | $ 52,000.00 | | $ 50,000.00 | | $ 50,000.00 |
| Employer Payroll Taxes | $ 4,160.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 |
| Credit card | $ 3,000.00 | | | | |
| CARE FIRST INSURANCE | $ 10,000.00 | | | | $ 10,000.00 |
| Qualifacts | | $ 3,567.00 | | | |
| Liability Insurance | $ 7,855.00 | | | | $ 7,855.00 |
| Workers Compensation | | $ 600.00 | | $ 600.00 | |
| Payroll service charges | $ 500.00 | | $ 500.00 | | $ 500.00 |
| Bank Fees | | $ 300.00 | | | |
| Washington Gas | $ 2,000.00 | | | | $ 2,000.00 |
| Pepco | $ 4,000.00 | | | | $ 4,000.00 |
| Comcast | $ 3,500.00 | | | | $ 3,500.00 |
| DC Water | $ 2,600.00 | | | | $ 2,600.00 |
| | | | | | |
| Total Cash Disbursements | $ 89,615.00 | $ 4,467.00 | $ 54,500.00 | $ 600.00 | $ 84,455.00 |
| NET CASH FLOW | $ (23,115.00) | $ 28,033.00 | $ 3,000.00 | $ 31,900.00 | $ (51,955.00) |
| Ending Cash Balance | $ (18,115.00) | $ 9,918.00 | $ 12,918.00 | $ 44,818.00 | $ (7,137.00) |

|  | 5/25/26 | 6/1/26 | 6/8/26 | 6/15/26 | 6/22/26 | 6/29/06 |
|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ (7,137.00) | $ 20,896.00 | $ 23,896.00 | $ 55,796.00 | $ 3,841.00 | $ 35,741.00 |
| Cash Inflows | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 |
| Residential | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 | $ 22,000.00 |
| Collected Rent from client |  | $ 25,000.00 |  |  |  |  |
| Community Support Worker | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| HMRS (Day Program) | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| Total Cash Receipts | $ 32,500.00 | $ 57,500.00 | $ 32,500.00 | $ 32,500.00 | $ 32,500.00 | $ 32,500.00 |
| Cash Disbursements |  |  |  |  |  |  |
| Payroll |  | $ 50,000.00 |  | $ 50,000.00 |  | $ 50,000.00 |
| Employer Payroll Taxes | $ - | $ 4,000.00 | $ - | $ 4,000.00 | $ - | $ 4,000.00 |
| Credit card |  |  |  |  |  |  |
| CARE FIRST INSURANCE |  |  |  | $ 10,000.00 |  |  |
| Qualifacts | $ 3,567.00 |  |  |  |  | $ 3,567.00 |
| Liability Insurance |  |  |  | $ 7,855.00 |  |  |
| Workers Compensation | $ 600.00 |  | $ 600.00 |  | $ 600.00 |  |
| Payroll service charges |  | $ 500.00 |  | $ 500.00 |  | $ 500.00 |
| Bank Fees | $ 300.00 |  |  |  |  | $ 300.00 |
| Washington Gas |  |  |  | $ 2,000.00 |  |  |
| Pepco |  |  |  | $ 4,000.00 |  |  |
| Comcast |  |  |  | $ 3,500.00 |  |  |
| DC Water |  |  |  | $ 2,600.00 |  |  |
| Total Cash Disbursements | $ 4,467.00 | $ 54,500.00 | $ 600.00 | $ 84,455.00 | $ 600.00 | $ 58,367.00 |
| NET CASH FLOW | $ 28,033.00 | $ 3,000.00 | $ 31,900.00 | $ (51,955.00) | $ 31,900.00 | $ (25,867.00) |
| Ending Cash Balance | $ 20,896.00 | $ 23,896.00 | $ 55,796.00 | $ 3,841.00 | $ 35,741.00 | $ 9,874.00 |

| | 7/6/26 | 7/13/26 |
|---|---|---|
| Beginning Cash Balance | $ 9,874.00 | $ 66,774.00 |
| | | |
| Cash Inflows | Week 12 | Week 13 |
| Residential | $ 22,000.00 | $ 22,000.00 |
| Collected Rent from client | $ 25,000.00 | |
| Community Support Worker | $ 1,500.00 | $ 1,500.00 |
| HMRS (Day Program) | $ 9,000.00 | $ 9,000.00 |
| | | |
| Total Cash Receipts | $ 57,500.00 | $ 32,500.00 |
| | | |
| Cash Disbursements | | |
| Payroll | | $ 50,000.00 |
| Employer Payroll Taxes | $ - | $ 4,000.00 |
| Credit card | | |
| CARE FIRST INSURANCE | | $ 10,000.00 |
| Qualifacts | | |
| Liability Insurance | | $ 7,855.00 |
| Workers Compensation | $ 600.00 | |
| Payroll service charges | | $ 500.00 |
| Bank Fees | | |
| Washington Gas | | $ 2,000.00 |
| Pepco | | $ 4,000.00 |
| Comcast | | $ 3,500.00 |
| DC Water | | $ 2,600.00 |
| | | |
| Total Cash Disbursements | $ 600.00 | $ 84,455.00 |
| NET CASH FLOW | $ 56,900.00 | $ (51,955.00) |
| Ending Cash Balance | $ 66,774.00 | $ 14,819.00 |