The order below is hereby signed.

Signed: April 22 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc. | ) | |
| | ) | |
| Debtors. | ) | |

**FINAL ORDER GRANTING MOTION FOR
LEAVE TO PAY PRE-PETITION EMPLOYEE WAGES**

Upon consideration of the Motion for Leave to Pay Pre-Petition Wages (the "Motion"), the evidence adduced thereupon at a hearing on April 21, 2026, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the debtor in this case be, and hereby are, AUTHORIZED to pay all pre-petition wages due and owing to employees.

1

We ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*


Seen and No Objection:

/s/ Monique D. Almy
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W
Washington, DC 20004
Phone: (202) 624-2935
*Subchapter V Trustee*

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*