The order below is hereby signed.

Signed: April 20 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS

Upon consideration of the Motion to Hold First Day Hearings (the "Motion") filed by the debtor in this case, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the requirement of a written opposition to the first day motions be, and hereby is, WAIVED; and it is further

ORDERED, that a hearing on the first day motions shall be held at 11:00 am prevailing Eastern Time on Tuesday, April 21, 2026, via Zoom, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

1

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the hearing scheduled herein and the absence of an obligation to file papers in opposition to the first day motions.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

2

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 26-00183-ELG

Life Stride, Inc                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                      Page 1 of 3

Date Rcvd: Apr 20, 2026                      Form ID: pdf001                              Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 808881 | + | Abangawoh Sndrien, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 808882 | + | Akeem Tidjani, 2106 Maryland Ave, Suite J, Washington, DC 20002-3145 |
| 808883 | + | Antoinette Miles, 2566 Oak Tree, Woodbridge, VA 22191-6010 |
| 808884 | | BB&T Creditcard, 214 N. Tyron St., Charlotte, NC 28202 |
| 808885 | + | CareFirst, 1501 S. Clinton St., Baltimore, MD 21224-5730 |
| 808886 | + | Caroline Djambou, 4820 Fort Totten Dr. NE #1, Washington, DC 20011-7561 |
| 808887 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 808888 | + | D.C. Dept. of Employment Services, 4058 Minnesota Ave NE, Washington, DC 20019-3540 |
| 808895 | + | DSS Realty, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 808889 | + | Dada Okusanya, 13601 Avebury Dr. Suite 32, Laurel, MD 20708-3438 |
| 808890 | + | Daniel Odees C/O O, Kurman P.A,, 7501 Wisconsin Ave, Ste 1000W, Bethesda, MD 20814-6604 |
| 808893 | | Department of Behavioral Health (DBH), 64 New York Avenue, NE, 2nd floor West, Washington, DC 20002 |
| 808894 | + | Devon Burke, 18337 Hallmark Ct, Gaithersburg, MD 20879-4669 |
| 808896 | + | Elvis James, 6201 Lombard Street, Hyattsville, MD 20785-1208 |
| 808897 | + | Emefua Yvonne, 2720 Grasshopper Dr, Odenton, MD 21113-6048 |
| 808898 | + | Evelyn Paul, 1406 Bush Road, Severn, MD 21144-1161 |
| 808899 | + | Ferdinand Kweh, 8501 Cory Drive, Bowie, MD 20720-4458 |
| 808900 | + | Fort Lincoln Sr. Village II, LP, 3005 Bladensburg Rsd. N.E, Washington, DC 20018-2265 |
| 808901 | + | Gary Hugley c/o Devon Lyons, 1154 E. Wardlow Street, Long Beach, CA 90807-4733 |
| 808902 | + | Gary Priest, 5410 Catalpha Road, Baltimore, MD 21214-1925 |
| 808903 | + | Gwendolyn Bardwell, 16601 Pleasant Colony Drive., Upper Marlboro, MD 20774-8802 |
| 808904 | + | Habibatu Jalloh, CPCM, 64 New York Avenue, NE 2nd Floor, Washington, DC 20002-3322 |
| 808907 | + | Kayla Becton, 1320 S. Street, Suite A, Washington, DC 20009-7834 |
| 808908 | + | Lekeanju Tayoh, 6805 96th Ave, Lanham Seabrook, MD 20706-3611 |
| 808909 | + | Mami Damoahqu, 9106 Bobwhite Circle, Gaithersburg, MD 20879-1732 |
| 808910 | + | Marie Tomdio, 3510 Collier Rd, Beltsville, MD 20705-3814 |
| 808879 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 808911 | + | Mikeyla Kidd, 6856 Eastern Avenue, Suite 150, Washington, DC 20012-2185 |
| 808913 | + | Nkangu Achaleke, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 808914 | + | Prince Dike, 9975 Goodluck Rd., Lanham Seabrook, MD 20706-3280 |
| 808915 | + | Quest Realty Management, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 808916 | + | Shakil Brew, 6287 Centre Stone Ring, Columbia, MD 21044-3796 |
| 808917 | + | Stephen Ngulefac, 2720 Grasshopper Dr., Odenton, MD 21113-6048 |
| 808918 | + | Trustees People Community Church, 653 11th St. NE, Washington, DC 20002-5317 |
| 808920 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 808921 | + | William D. Wright, 8715 Wedding Drive, Welcome, MD 20693-3603 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Apr 20 2026 23:26:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Apr 20 2026 23:23:59 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Apr 20 2026 23:24:05 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Apr 20 2026 23:26:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Apr 20 2026 23:26:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 808891 | + | Email/Text: angela.coleman@dc.gov | Apr 20 2026 23:26:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 808905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2026 23:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808906 | ^ | MEBN | Apr 20 2026 23:24:08 | Kaiser, 1 Kaiser Plaza, Oakland, CA 94612-3610 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 808912 | | Mr. Ailem Taye C/O S. Hamilton, ESQ |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 808892 | ##+ | Delphine Sirri, 13504 Steeplechase Dr., Bowie, MD 20715-4548 |
| 808919 | ##+ | Tyesha Stephens, 3805 Saint Barnabas Rd, Suitland, MD 20746-3216 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Christianna Annette Cathcart

| District/off: 0090-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: pdf001 | Total Noticed: 47 |

on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo

on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 6