The order below is hereby signed.

Signed: April 22 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )        Case No. 26-00183
                                      )        (Chapter 11)
Life Stride, Inc.                     )
                                      )
        Debtors.                      )

**FINAL ORDER GRANTING MOTION FOR
LEAVE TO PAY PRE-PETITION EMPLOYEE WAGES**

Upon consideration of the Motion for Leave to Pay Pre-Petition Wages (the "Motion"), the evidence adduced thereupon at a hearing on April 21, 2026, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the debtor in this case be, and hereby are, AUTHORIZED to pay all pre-petition wages due and owing to employees.

1

We ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*


Seen and No Objection:

/s/ Monique D. Almy
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W
Washington, DC 20004
Phone: (202) 624-2935
*Subchapter V Trustee*

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*

United States Bankruptcy Court

District of Columbia

In re:                                                                                  Case No. 26-00183-ELG

Life Stride, Inc                                                                    Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 22, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

**Recip ID                        Recipient Name and Address**
dbpos                         + Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

**Name                              Email Address**

Christianna Annette Cathcart

    on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo

    on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

    on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

    malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four

    USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1

Date Rcvd: Apr 22, 2026

TOTAL: 6

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 1