| | | 4/20/26 | | 4/27/26 | | 5/4/26 |
|---|---|---|---|---|---|---|
| Beginning Cash Balance | $ | 5,000.00 | $ | 6,385.00 | $ | 33,418.00 |
| | | | | | | |
| Cash Inflows | Week 1 | | Week 2 | | Week 3 | |
| Residential | $ | 34,000.00 | $ | 22,000.00 | $ | 22,000.00 |
| Collected Rent from client | $ | 44,000.00 | | | $ | 25,000.00 |
| Community Support Worker | $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 |
| HMRS (Day Program) | $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 |
| | | | | | | |
| Total Cash Receipts | $ | 88,500.00 | $ | 32,500.00 | $ | 57,500.00 |
| | | | | | | |
| Cash Disbursements | | | | | | |
| Payroll | $ | 52,000.00 | | | $ | 50,000.00 |
| Employer Payroll Taxes | $ | 4,160.00 | $ | - | $ | 4,000.00 |
| CARE FIRST INSURANCE | $ | 10,000.00 | | | | |
| Qualifacts | | | $ | 3,567.00 | | |
| Liability Insurance | $ | 7,855.00 | | | | |
| Workers Compensation | | | $ | 600.00 | | |
| Payroll service charges | $ | 500.00 | | | $ | 500.00 |
| Bank Fees | | | $ | 300.00 | | |
| Washington Gas | $ | 2,000.00 | | | | |
| Pepco | $ | 4,000.00 | | | | |
| Comcast | $ | 3,500.00 | | | | |
| DC Water | $ | 2,600.00 | | | | |
| Subchapter V Fees Escrow | $ | 500.00 | $ | 1,000.00 | $ | 1,000.00 |
| | | | | | | |
| Total Cash Disbursements | $ | 87,115.00 | $ | 5,467.00 | $ | 55,500.00 |
| NET CASH FLOW | $ | 1,385.00 | $ | 27,033.00 | $ | 2,000.00 |
| Ending Cash Balance | $ | 6,385.00 | $ | 33,418.00 | $ | 35,418.00 |

| | 5/11/26 | | 5/18/26 | | 5/25/26 | | 6/1/26 | | 6/8/26 | | 6/15/26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $ | 35,418.00 | $ | 66,818.00 | $ | 14,363.00 | $ | 41,396.00 | $ | 43,396.00 | $ | 74,796.00 |
| **Week 4** | | **Week 5** | | **Week 6** | | **Week 7** | | **Week 8** | | **Week 9** | |
| $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 |
| | | | | | | $ | 25,000.00 | | | | |
| $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 |
| $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 |
| $ | 32,500.00 | $ | 32,500.00 | $ | 32,500.00 | $ | 57,500.00 | $ | 32,500.00 | $ | 32,500.00 |
| | | $ | 50,000.00 | | | $ | 50,000.00 | | | $ | 50,000.00 |
| $ | - | $ | 4,000.00 | $ | - | $ | 4,000.00 | $ | - | $ | 4,000.00 |
| | | $ | 10,000.00 | | | | | | | $ | 10,000.00 |
| | | | | $ | 3,567.00 | | | | | | |
| | | $ | 7,855.00 | | | | | | | $ | 7,855.00 |
| $ | 600.00 | | | $ | 600.00 | | | $ | 600.00 | | |
| | | $ | 500.00 | | | $ | 500.00 | | | $ | 500.00 |
| | | | | $ | 300.00 | | | | | | |
| | | $ | 2,000.00 | | | | | | | $ | 2,000.00 |
| | | $ | 4,000.00 | | | | | | | $ | 4,000.00 |
| | | $ | 3,500.00 | | | | | | | $ | 3,500.00 |
| | | $ | 2,600.00 | | | | | | | $ | 2,600.00 |
| $ | 500.00 | $ | 500.00 | $ | 1,000.00 | $ | 1,000.00 | $ | 500.00 | $ | 500.00 |
| $ | 1,100.00 | $ | 84,955.00 | $ | 5,467.00 | $ | 55,500.00 | $ | 1,100.00 | $ | 84,955.00 |
| $ | 31,400.00 | $ | (52,455.00) | $ | 27,033.00 | $ | 2,000.00 | $ | 31,400.00 | $ | (52,455.00) |
| $ | 66,818.00 | $ | 14,363.00 | $ | 41,396.00 | $ | 43,396.00 | $ | 74,796.00 | $ | 22,341.00 |

|  | 6/22/26 |  | 6/29/06 |  | 7/6/26 |  | 7/13/26 |
|---|---|---|---|---|---|---|---|
| $ | 22,341.00 | $ | 53,241.00 | $ | 26,374.00 | $ | 82,774.00 |

|  | Week 10 |  | Week 11 |  | Week 12 |  | Week 13 |
|---|---|---|---|---|---|---|---|
| $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 | $ | 22,000.00 |
|  |  |  |  | $ | 25,000.00 |  |  |
| $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 | $ | 1,500.00 |
| $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 | $ | 9,000.00 |
| $ | 32,500.00 | $ | 32,500.00 | $ | 57,500.00 | $ | 32,500.00 |
|  |  | $ | 50,000.00 |  |  | $ | 50,000.00 |
| $ | - | $ | 4,000.00 | $ | - | $ | 4,000.00 |
|  |  |  |  |  |  | $ | 10,000.00 |
|  |  | $ | 3,567.00 |  |  |  |  |
|  |  |  |  |  |  | $ | 7,855.00 |
| $ | 600.00 |  |  | $ | 600.00 |  |  |
|  |  | $ | 500.00 |  |  | $ | 500.00 |
|  |  | $ | 300.00 |  |  |  |  |
|  |  |  |  |  |  | $ | 2,000.00 |
|  |  |  |  |  |  | $ | 4,000.00 |
|  |  |  |  |  |  | $ | 3,500.00 |
|  |  |  |  |  |  | $ | 2,600.00 |
| $ | 1,000.00 | $ | 1,000.00 | $ | 500.00 | $ | 1,000.00 |
| $ | 1,600.00 | $ | 59,367.00 | $ | 1,100.00 | $ | 85,455.00 |
| $ | 30,900.00 | $ | (26,867.00) | $ | 56,400.00 | $ | (52,955.00) |
| $ | 53,241.00 | $ | 26,374.00 | $ | 82,774.00 | $ | 29,819.00 |