The order below is hereby signed.

Signed: April 29 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING INTERIM RELIEF**
**ON MOTION FOR LEAVE USE CASH COLLATERAL**

Upon consideration of the Motion for Leave to Use Cash Collateral (the "Motion"), the evidence adduced thereupon at hearing on April 21, 2026, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED IN PART on an INTERIM BASIS

ORDERED, that the debtor is hereby authorized to use cash collateral on an interim basis through the earlier of (i) entry of a final order or (ii) further other of the Court, subject to the terms and conditions set forth in this order; and it is further

ORDERED, that solely to the extent the US Small Business Administration holds a valid, perfected, and enforceable security interest in the Debtor's cash collateral, the SBA is hereby granted a postpetition replacement lien on postpetition assets of the same type, nature, and priority as its alleged prepetition collateral; including proceeds, solely to the extent of any diminution in value of its interest; and it is further

ORDERED, that the Debtor's use of cash collateral shall be in accordance with the budget attached hereto as Exhibit A, subject to a permitted variance of fifteen percent (15%); and it is further

ORDERED, that counsel for the Debtor shall serve a copy of this Order upon the SBA within three days of entry; and it is further

ORDERED, that a further hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judges for June 10, 2026, at 10:00 AM. The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact Court Deputy Aimee Mathewes at Gunn_Hearings@dcb.uscourts.gov.

We ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen and No Objection:

/s/ Monique D. Almy
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W
Washington, DC 20004
Phone: (202) 624-2935
*Subchapter V Trustee*

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St., Ste 650
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*

United States Bankruptcy Court

District of Columbia

In re:                                                                                  Case No. 26-00183-ELG

Life Stride, Inc                                                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                    Page 1 of 2

Date Rcvd: Apr 29, 2026                      Form ID: pdf001                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

**Recip ID**     **Recipient Name and Address**
dbpos     + Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Christianna Annette Cathcart
     on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo
     on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis
     on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
     on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy
     malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four
     USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1

User: admin

Page 2 of 2

Date Rcvd: Apr 29, 2026

Form ID: pdf001

Total Noticed: 1

TOTAL: 6