UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 26-00183-ELG** |
| **Life Stride, Inc**<br>**Debtor** | **Chapter 11** |

## <u>ORDER TO SHOW CAUSE</u>

The Debtor had until 04/23/2026 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Bankruptcy Case. (Docket No. 6)** The Debtor(s) have/having not cured the deficiencies; it is therefore ORDERED that:

The Debtor(s) shall appear at a hearing before this court on **05/13/2026 at 9:30AM in Courtroom 1 or via video conference (contact Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed **and/or** why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

For the Court:
Angela D. Caesar
BY: MB
Dated: 05/01/2026

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                    Case No. 26-00183-ELG

Life Stride, Inc                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

**Recip ID                      Recipient Name and Address**
dbpos                      +  Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

**Name                          Email Address**

Christianna Annette Cathcart

      on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo

      on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

      on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

      on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

      malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four

      USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1

Date Rcvd: May 01, 2026

TOTAL: 6

User: admin

Form ID: pdf001

Page 2 of 2

Total Noticed: 1