The order below is hereby signed.

Signed: May 5 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No.26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING APPLICATION TO APPROVE
EMPLOYMENT OF CHRISTIANNA A. CATHCART, ESQ. AND THE
<u>BELMONT FIRM AS BANKRUPTCY COUNSEL FOR LIFE STRIDE, INC.</u>**

Upon consideration of the Application to Approve Employment of Christianna A. Cathcart, Esq. and The Belmont Firm as Bankruptcy Counsel to Life Stride, Inc. ("Life Stride" or the "Debtor"), the lack of objections thereto, arguments adduced at the hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED as set forth herein; and it is further

ORDERED, that Christianna A. Cathcart and The Belmont Firm be, and hereby are, EMPLOYED as general reorganization counsel to the Debtor; and it is further

1

ORDERED, that Christianna A. Cathcart and The Belmont Firm shall apply to this Honorable Court for approval of any compensation for services rendered pre-confirmation before collecting such compensation from the Debtor.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

Seen and No Objection:

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St., Ste 650
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*