Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**NOTICE OF MOTION FOR WAIVER OF**
**APPOINTMENT OF PATIENT CARE OMBUDSMAN**

NOTICE IS HEREBY GIVEN that Life Stride, Inc. (the "Life Stride" or the "Debtor") has filed its Motion for Waiver of Appointment of Patient Care Ombudsman (the "Motion").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE May 20, 2026, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for May 27, 2026 at 10:00 AM.

1

The hearing will be held via hybrid means, both in person and via Zoom. For meeting code, contact

Courtroom Deputy Aimee Mathewes at Gunn_Hearings@dcb.uscourts.gov.


Respectfully submitted,

Dated: May 6, 2026                    By:      /s/ Christianna A. Cathcart
                                               Christianna A. Cathcart, Esq.
                                               Bar No. ND0008
                                               The Belmont Firm
                                               1050 Connecticut Avenue, NW
                                               Suite 500
                                               Washington, DC 20036
                                               Phone: (202) 655-2066
                                               christianna@dcbankruptcy.com
                                               *Counsel for the Debtor*


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May, 2026, a copy of the foregoing was

served electronically upon filing via the ECF system, with copies being sent to all parties receiving

electronic notice herein including, *inter alia*, counsel for the United States Trustee.


/s/ Christianna A. Cathcart
Christianna A. Cathcart