IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No.26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR WAIVER**
**<u>OF APPOINTMENT OF PATIENT CARE OMBUDSMAN</u>**

Upon consideration of the Motion for Waiver of Appointment of Patient Care Ombudsman (the "Motion"), the lack of objections thereto, any arguments adduced at the hearing thereupon, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the appointment of a patient care ombudsman be, and hereby is, waived; and it is further

ORDERED, that the Debtor shall continue to comply with all applicable patient care, patient rights, licensing, certification, regulatory, reporting, supervision, and quality assurance obligations, including those applicable under the District of Columbia Department of Behavioral Health and Title 22-A of the District of Columbia Municipal Regulations.

2

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*