The order below is hereby signed.

Signed: May 5 2026



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No.26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING APPLICATION TO APPROVE**
**EMPLOYMENT OF CHRISTIANNA A. CATHCART, ESQ. AND THE**
**BELMONT FIRM AS BANKRUPTCY COUNSEL FOR LIFE STRIDE, INC.**

Upon consideration of the Application to Approve Employment of Christianna A. Cathcart,

Esq. and The Belmont Firm as Bankruptcy Counsel to Life Stride, Inc. ("Life Stride" or the

"Debtor"), the lack of objections thereto, arguments adduced at the hearing thereupon, governing

law, and the record herein, it is, by the United States Bankruptcy Court for the District of

Columbia, hereby:

ORDERED, that the Application be, and hereby is, GRANTED as set forth herein; and it

is further

ORDERED, that Christianna A. Cathcart and The Belmont Firm be, and hereby are,

EMPLOYED as general reorganization counsel to the Debtor; and it is further

1

ORDERED, that Christianna A. Cathcart and The Belmont Firm shall apply to this Honorable Court for approval of any compensation for services rendered pre-confirmation before collecting such compensation from the Debtor.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

Seen and No Objection:

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St., Ste 650
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*

United States Bankruptcy Court

District of Columbia

In re:                                                                                      Case No. 26-00183-ELG

Life Stride, Inc                                                                   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                                    User: admin                                              Page 1 of 2

Date Rcvd: May 05, 2026                        Form ID: pdf001                                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID**                    **Recipient Name and Address**
dbpos                    +  Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

Christianna Annette Cathcart
    on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo
    on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy
    malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

District/off: 0090-1                          User: admin                                    Page 2 of 2
Date Rcvd: May 05, 2026                       Form ID: pdf001                                Total Noticed: 1
TOTAL: 6