**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re:  LIFE STRIDE, INC. | Case No:  26-00183 ELG |
| Debtor | Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF**
**PAPERS OF CREDITOR MIKEYLA KIDD**

**PLEASE TAKE NOTICE THAT** Mikeyla Kidd ("Ms. Kidd") appears in this matter by her undersigned counsel Terry L. Goddard Jr. and Skeen & Kauffman, LLP, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010, and request, pursuant to 11 U.S.C. §§102(1) & 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorney be placed on the mailing matrix filed by the Debtor in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorney at the electronic or mailing addresses set forth below:

Terry L. Goddard Jr. (tgoddard@skaufflaw.com)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only the notices and papers referred to in the rules cited above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing application, motion request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Ms. Kidd.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Bankruptcy Rule 3017(a),

Ms. Kidd requests that the undersigned by provided with copies of any and all disclosure

statements and plans of reorganization.

Respectfully submitted this 13th day of May, 2026.

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr. (MD15460)
Skeen & Kauffman LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T:  (410) 625-2272
F:  (443) 817-0744
tgoddard@skaufflaw.com

Attorneys for Creditor Mikeyla Kidd

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice will be served electronically by the Court's CM/ECF system on the following:

Christianna A. Cathcart, Esq. – Attorney for the Debtor
Monique D. Almy, Esq. – Trustee
Katharine Toledo, Esq. – Office of the United States Trustee

I hereby further certify that on the 13th day of May, 2026, a copy of the foregoing Notice was also mailed first class mail, postage prepaid to:

None

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr.
