Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc. | ) | |
| | ) | |
| Debtors. | ) | |

**WITNESS AND EXHIBIT LIST**

Comes now Life Stride Inc. ("Life Stride" or the "Debtor"), by and through undersigned counsel, and furnishes this witness and exhibit list identifying the witnesses expected to testify and the exhibits most likely to be offered into evidence at the hearing on the Debtor's Motion for Waiver of Appointment of Patient Care Ombudsman (DE #32), scheduled for May 27, 2026.

**Witness**

1. Leonard Lucas

**Exhibit**

A. Declaration of Leonard Lucas in Support of Motion

B. Human Care Agreement No. CW105115, Mental Health Rehabilitation Services

C. Human Care Agreement No. CW101416, Supported Rehabilitative Residence Services

D. Comprehensive Program Description

E. Consumer Rights and Grievance Procedures Training

1

F.  Supervision of Community Based Mental Health Services Policy

G.  Quality Improvement Plan/Compliance with CARF

H.  Chronological Timeline of Community Residence Facility Closure

Respectfully submitted,

Dated: May 22, 2026          By:    /s/ Christianna A. Cathcart
                                    Christianna A. Cathcart, Esq.
                                    Bar No. ND0008
                                    The Belmont Firm
                                    1050 Connecticut Avenue, NW
                                    Suite 500
                                    Washington, DC 20036
                                    Phone: (202) 655-2066
                                    christianna@dcbankruptcy.com
                                    *Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of May 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Christianna A. Cathcart
Christianna A. Cathcart