| AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT | | 1. Contract Number CW105115 | Page of Pages | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. Amendment/Modification Number M0004 | 3. Effective Date 02/01/2026 | 4. Requisition/Purchase Request No. | 5. Solicitation Caption Mental Health Rehabilitation Medical Services |
|---|---|---|---|

| 6. Issued by:                            Code | 7. Administered by (If other than line 6) |
|---|---|
| Office of Contracting and Procurement (OCP) On behalf of the Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor West Washington, DC 20002 | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 Phone: (202) 673-2200 Email: dbh@dc.gov |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | 9A. Amendment of Solicitation No. |
|---|---|---|
| Life Stride Inc. 3005 Bladensburg Road, NE Washington, D.C. 20018 Telephone: 202-635-2320 E-Mail: jdrumming@life-stride.com | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contractor/Order No. CW105115 |
| | | 10B. Dated (See Item 13) 02/01/2023 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning one (1) copy of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. Accounting and Appropriation Data (If Required) |
|---|

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTORS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| | A. This change order is issued pursuant to (Specify Authority): 27 DCMR, Chapter 36, Contract Modifications. The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
|---|---|
| | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of: 27 DCMR § 3601.3 (a) |
| | C. This supplemental agreement is entered into pursuant to authority of: 27 DCMR § 3601.2 |
| X | D. Other: Exercise of Option, pursuant to the authority of: 27 DCMR § 3601.3 (c) |

**E. IMPORTANT:**  Contractor ☒ is not required ☐ is required to sign this document and return one _____ copy to the issuing office.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.)

The Government of the District of Columbia hereby modifies Human Care Agreement No. CW105115 as follows:

**A.** In accordance with 27 DCMR § 2008 and Section F.3 Option to Extend Term of the Agreement, the District hereby exercises Option year three (OY3) for the period of performance from February 01, 2026, through January 31, 2027, in the not-to-exceed amount of $200,000, pending appropriations and availability of funds which will be reflected in a District issued Purchase Order.

**B.** Continuation of OY3 services beyond FY26 for the period of performance from October 1, 2026, through January 31, 2027, is pending appropriations/availability of funds under the DBH FY27 budget which will be reflected in a District issued Purchase Order.

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer (Life Stride Inc) | | 16A. Name of Contracting Officer Farid Atmar | |
|---|---|---|---|
| 15B. Name of Contractor | 15C. Date Signed | 16B. District of Columbia *FaridAtmar* | 16C. Date Signed |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 1/27/2026 |

| CONTINUATION SHEET<br>AMENDMENT OF SOLICITATION / MODIFICATION OF CONTRACT | Contract Number | Page of Pages | |
|---|---|---|---|
| | CW105115 | 2 | 2 |

C. Replaced the U.S. Department of Labor Wage Determination with the updated revision of the U.S. Department Labor Wage Determination No:2015-4281 Revision 35 dated December 03, 2025, located at: https://sam.gov/wage-determination/2015-4281/35.

D. Replaced the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Notice with the updated version effective January 1, 2026, located at: https://ocp.dc.gov/node/1814326.

E. Replaced the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Act sheet with the updated version effective January 1, 2026, located at: https://ocp.dc.gov/node/1814331.