| **MODIFICATION OF CONTRACT** | 1. Contract Number **CW101416** | Page of Pages |
| --- | --- | --- |
| | | 1 | 1 |

| 2. Amendment/Modification Number | 3. Effective Date | 4. Requisition/Purchase Request No. | 5. Solicitation Caption |
| --- | --- | --- | --- |
| M0006 | September 29, 2025 | | Supported Rehabilitative Residence Services |

| 6. Issued by:                                          Code | 7. Administered by (If other than line 6) |
| --- | --- |
| Office of Contracting and Procurement on behalf of Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor. Washington, DC 20002 | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | 9A. Amendment of Solicitation No. |
| --- | --- | --- |
| Life Stride Inc 3005Bladenburg Road Northeast Washington DC 20018 United States Attn: Ms. Joyce Drumming E-mail: jdrumming@life-stride.com | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| Code                              Facility | | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| x | A.  This change order is issued pursuant to (Specify Authority):  27 DCMR, Chapter 36, Contract Modifications      The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
| --- | --- |
| x | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

**E. IMPORTANT:**     Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of the District of Columbia hereby modifies Contract No. CW101416 as follows:

**A.** In accordance with 27 DCMR 2008 and Section F.3 Option to Extend the Term of the Human Care Agreement, the District hereby exercises option year three for the period of performance starting from September 29, 2025, through September 28, 2026, in the not-to-exceed amount of $1,893,072.50.

**B.** Funding of this Human Care Agreement beyond September 30, 2025, is contingent upon the availability of funds in DBH Fiscal Year 2026 budget.

**C.** Incorporated in this human care agreement is the U.S. Department of Labor Wage Determination No:2015-4281 Revision 34 dated 7/8/2025, located at https://sam.gov/wage-determination/2015-4281/34

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer | 16A. Name of Contracting Officer Habibatu Jalloh, CPCM |
| --- | --- |

| 15B. Name of Contractor | 15C. Date Signed | 16B. District of Columbia | 16C. Date Signed |
| --- | --- | --- | --- |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 09/24/2025 |

Page **1** of **1**

# MODIFICATION OF CONTRACT

| | 1. Contract Number<br>**CW101416** | Page of Pages | |
|---|---|---|---|
| | | 1 | 2 |

| 2. Amendment/Modification Number<br>M0005 | 3. Effective Date<br>Refer to 16C | 4. Requisition/Purchase Request No. | 5. Solicitation Caption<br>Supported Rehabilitative Residence Services |
|---|---|---|---|

| 6. Issued by:                      Code | 7. Administered by (If other than line 6) |
|---|---|
| Office of Contracting and Procurement on behalf of Department of Behavioral Health<br>64 New York Avenue, NE, 2nd Floor.<br>Washington, DC 20002 | Department of Behavioral Health (DBH)<br>64 New York Ave NE<br>Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | |
|---|---|---|
| Life Stride Inc<br>3005Bladenburg Road Northeast<br>Washington DC 20018<br>United States<br>Attn: Ms. Joyce Drumming<br>E-mail: jdrumming@life-stride.com | | 9A. Amendment of Solicitation No. |
| | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| | | 10B. Dated (See Item 13) |
| Code                          Facility | | |

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14

| X | A. This change order is issued pursuant to (Specify Authority): 27 DCMR, Chapter 36, Contract Modifications The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
|---|---|
| X | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

**E. IMPORTANT:**    Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of District of Columbia hereby modifies Contract No. CW101416 as follows:

**A.** The maximum bed capacity of the Mental Health Community Residence Facilities (MHCRF) stipulated at Sixth-two (62) beds, is hereby reduced to fourth-one (41) beds.

   1) As a result of the reduction in number of beds, Option Year Two not-to-exceed amount is hereby reduced from $2,862,695 to $2,259,699.50.

........... Continued page 2

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer *Joyce Drumming CEO* | 16A. Name of Contracting Officer<br>Habibatu Jalloh, CPCM |
|---|---|
| 15B. Name of Contractor<br>(Signature of person authorized to sign) | 16B. District of Columbia |
| 15C. Date Signed<br>5/6/2025 | 16C. Date Signed<br>5/7/2025 |

**B.** Revised B.3 Price Schedule for option three through four.

| CLIN | Support Residence Services MHCRF | Maximum Capacity | Number of Days | Published Unit Price | NTE Total Price |
|------|----------------------------------|------------------|----------------|----------------------|-----------------|
| 3001 | Option Year Three | 41 | 365 | $126.50 | $1,893,072.50 |
| 4001 | Option Year Four | 41 | 365 | $126.50 | $1,893,072.50 |

**C.** Incorporated in this contract is the U.S. Department of Labor Wage Determination No:2015-4281 Revision 33, dated 4/25/2025, located at https://sam.gov/wage-determination/2015-4281/33.

**D.** Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Act with the updated version effective January 1, 2025, located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.3

**E.** Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Notice with the updated version effective January 1, 2025, located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.4

**F.** All other terms and conditions remain unchanged.

## Government of the District of Columbia

| HUMAN CARE AGREEMENT | | Pag | e of Pages |
|---|---|---|---|
| | | 1 | 51 |

| 1. Human Care Agreement Number: **CW101416** | 2. Date of Award<br>**09/29/2022** | 3. Date Solicitation Issued |
|---|---|---|

| 4. Issued by:<br>Office of Contracting and Procurement<br>Field Office: Department of Behavioral Health<br>64 New York Avenue NE, 2nd Floor (west)<br>Washington, DC 20002<br>Phone: (202) 673-2200<br>Fax: (202) 673-3433<br>TTY: (202) 673-7500 Email: ocp@dc.gov | 5. Administered by:<br>Department of Behavioral Health<br>64 New York Avenue NE, 3rd Floor<br>Washington, DC 20002<br>Phone: (202) 673-2200<br>Fax: (202) 673-3433<br>TTY: (202) 673-7500<br>Email: dbh@dc.gov |
|---|---|

6. NAME AND ADDRESS OF PROVIDER/CONTRACTOR *(No. Street, county, state and ZIP Code)*

Life Stride Inc.
3005 Bladensburg Road Northeast
Washington DC 20018
United States

Attn Joyce Drumming
Telephone: 2026352320   Email: jdrumming@life-stride.com

| **See Section G.4 INVOICE SUBMITTAL** | 8. DISTRICT SHALL SEND ALL PAYMENTS TO: |
|---|---|

### 9. DESCRIPTION OF HUMAN CARE SERVICE AND RATE COST

| LINE ITEM | NIGP CODE | BRIEF DESCRIPTION OF HUMAN CARE SERVICE | QUANTITY OF SERVICE REQUIRED | TOTAL SERVICE UNITS | SERVICE RATE | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| | | See section B | | | | |
| | | | | **GRAND TOTAL** | | $2,867,111.50 NTE |

*10. APPROPRIATION DATA AND FINANCIAL CERTIFICATION TO BE CITED ON EACH TASK ORDER*

### 11. TERM OF HCA

| Starting Date: **See block 13c** | Ending Date: **One (1 year from date of award)** |
|---|---|

### HCA SIGNATURES

Pursuant to the authority provided in D.C. Official Code § 2-354.06, this HCA is being entered into between the Provider/Contractor specified in block 6 of this document. The Provider/Contractor is required to sign and return two signed copies of this document to the Contracting Officer of the Issuing Office stated in block 4 of page 1 of this document. The Contractor further agrees to furnish and deliver all items or perform all the services set forth or otherwise identified within this HCA and on any continuation sheets or appendices for the consideration stated herein. The rights and obligations of the parties to this HCA shall be subject to and governed by the following documents: (a) this HCA, (b) the Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contracts, dated March 2007; and (c) any other provisions, representations, certifications and specifications, as are attached or incorporated by reference herein. This HCA between the signatories to this document constitutes the entire agreement of the parties.

| 12. FOR THE PROVIDER/ CONTRACTOR | 13. FOR THE DISTRICT OF COLUMBIA |
|---|---|
| A. Name and Title of Signer *(Type or print)*<br>**Joyce Drumming**<br>Acting Clinical Director<br>Administrative Officer | A. Name of Contracting Officer (Type or print)<br><br>**Habibatu Jalloh, CPPB**<br>Title: Deputy Chief Contracting Officer |
| B. Authorized Signature of the PROVIDER/CONTRACTOR: *[signature]* | C. DATE<br>8/15/2022 | B. Authorized Signature of the Contracting Officer *[signature]* | C. DATE<br>09/28/2022 |

**SECTION B**
**HUMAN CARE SERVICES AND SERVICE RATES**

B.1    The Government of the District of Columbia, on behalf of the Department of Behavioral Health (DBH), is awarding a human care agreement (hereinafter referred to as "HCA") to Life Stride Inc to provide supported Rehabilitative Residence (SRR) services who hold a current non-restricted license in good standing or has submitted an application for a Community Residence Facility (CRF) SRR license to DBH Licensure. SRR services vendors shall provide the required services to facilitate and sustain the community tenure of individuals who are enrolled with the Department of Behavioral Health and have a diagnosis of severe and persistent mental illness. The use of the term "Contract" in this document refers to this human care agreement that has been awarded by the District. The terms Provider, Vendor and Contractor are used interchangeably.

B.2    The human care agreement is not a commitment by the District to purchase any quantity of a particular service covered under this HCA. Providers who are awarded HCAs will be eligible to receive task orders from the District. The District is obligated only to the extent that purchase orders or tasks orders are made pursuant to the HCA.

B.1.1    This HCA is an indefinite delivery- indefinite quantity (IDIQ) fixed unit price contract. The District intends to procure up to 74 beds for up 365 days, the anticipated maximum not-to-exceed amount is $2,867,111.50

B.1.2    Delivery or performance shall be made only as authorized through the DBH Adult Services Administration, in accordance with Section G. The Contractor shall furnish to the district, when and if ordered, the supplies or services specified in the Schedule from the minimum quantity of 1 bed for minimum of 1 day and up to maximum of 74 beds for up 365 days.

B.1.3    The purchase order or task order pursuant to this HCA shall specify the population to be served, location, number of beds and service type to the Provider who shall furnish CRF licenses in good standing issued by DBH. The scope of the services to be provided as specified in Section C of this contract shall also require the provider to possess and maintain the required licensure during the performance of an HCA. There is no limit on the number of orders that may be issued. The District may issue task orders requiring delivery to multiple destinations or performance at multiple locations.

B.2    **SERVICE RATES**

The rate of payment for services rendered in accordance with a purchase order shall be at the rates contained in Section B.3 Pricing Schedules. The total number of service units authorized by DBH shall be subject to operator certification standards for supported rehabilitative residence providers.

B.2.1    The unit price for services under this Contract is established through regulation, Title 22A, D.C. Municipal Regulation, Chapter 57. The unit price is payable for each day that the consumer resides at the facility. For purposes of this Contract, a consumer resides at the facility when the consumer is physically and present in the residence for at least eight (8) hours in a 24-hour period beginning at 12:00:00am and ending at 11:59:59 p.m., Eastern Standard Time. The unit price is

not payable when the consumer is absent from the residence for sixteen (16) hours or more in a 24-hour period beginning at 12:00:00 a.m. and ending at11:59:59 p.m., Eastern Time.

**B.2.2   REIMBURSEMENT RATE**

Reimbursement for per diem services on a daily basis shall be as follows:

| SERVICE | CODE | RATE | UNIT |
|---|---|---|---|
| Supported Rehabilitative Residence MHCRF Per Diem | SRR01 | $106.15 | Daily |

**B.2.3   The maximum not to exceed value the base year is not-to-exceed $2867,111.50**

| DCMR, Title 22A, Chapter 57 | Reimbursement Rates for services provided by the Department of Behavioral Health Certified Supported Rehabilitative Residence (SRR) Mental Health Community Residence Facility (MHCRF) |
|---|---|

**B.3   SCHEDULE B - PRICING SCHEDULE**

The current published rate shall apply for any base year of this contract and any District exercised option year (option year one through four)

| (A) CLIN | (B) Supported Residence Rehabilitative (SRR) | (C) SRR bed Minimum Capacity | (D) Minimum Days | (E) Published Unit Price | (F) Minimum Total Price (C*D*E=F) | G SRR bed Maximum Capacity | H Maximum Days | I Not-to-exceed (NTE) total Price (E*G*H=I) |
|---|---|---|---|---|---|---|---|---|
| 1 | Base year | 1 | 1 | $106.15 | $106.15 | 74 | 365 | $2,867,111.50 |
| 1001 | Option year one | 1 | 1 | $106.15 | $106.15 | 74 | 366 | $2,874,966.60 |
| 2001 | Option year two | 1 | 1 | $106.15 | $106.15 | 74 | 365 | $2,867,111.50 |
| 3001 | Option year three | 1 | 1 | $106.15 | $106.15 | 74 | 365 | $2,867,111.50 |
| 4001 | Option year four | 1 | 1 | $106.15 | $106.15 | 74 | 365 | $2,867,111.50 |
| Base Year and Option Years Grand Total | | | | | | | | $14,343,412.60 |

## SPECIAL PROVISIONS RELATED TO COVID-19

**B.4**    Contractors who provide goods or perform services in person in District of Columbia facilities or worksites ("On-site Contractors") shall ensure that each of their employees, agents, subcontractors, and supervised volunteers have been either (i) fully vaccinated against COVID-19 (as defined herein) or (ii) **have been granted one of the exemptions identified below, are undergoing weekly COVID-19 testing,** and only reporting to the District workplace when such test result is negative.

**B.4.1**    Except as provided in B.4.1, On-site Contractors may grant to their employees, agents, subcontractors, and supervised volunteers the following exemptions from vaccination against COVID-19:

    a)    Persons who object in good faith and in writing that the person's vaccination would violate their sincerely held religious beliefs and the granting of the religious exemption would not impose an undue burden consistent with federal law;

    b)    Persons who have obtained and submitted written certification from a physician or other licensed health professional who may order an immunization, that being fully vaccinated is medically inadvisable as a result of the person's medical condition. If such condition is temporary, a medical exemption may only be granted until the date on which taking the vaccine would no longer be medically inadvisable; or

    c)    Persons who agree to be tested weekly for COVID-19 and provide a negative COVID-19 test result on a weekly basis.

**B.4.2**    On-site Contractors may only grant to their employees, agents, subcontractors, and supervised volunteers who work in (i) a public, public charter, independent, private, or parochial school in the District, or (ii) a child care facility regulated by the Office of the State Superintendent of Education, the exemptions described in B.4.1(a) and (b), and shall not grant those persons the exemption described in B.4.1 (c).

**B.4.3**    On-site Contractors shall require their employees, agents, subcontractors, and supervised volunteers who have received one of the exemptions under B.4.1 to wear a mask in the District facility or workplace and to provide the On-site Contractor with a negative COVID-19 test result on a weekly basis in order to report to work at the District facility or workplace.

**B.4.4**    The District may request a certification of compliance with this provision, proof of vaccination status, exemption documentation, and/or COVID-19 test results from On-site Contractors.

**B.4.5**    An On-site Contractor may impose stricter masking, vaccination, or testing requirements on their employees, agents, subcontractors, and supervised volunteers.

**B.4.6**    For purposes of this provision, "fully vaccinated" means a person has received all vaccines and boosters recommended by the CDC.

**B.4.7**    The Contractor is required to comply with City Administrator's Order 2022-3, Mask Requirements Inside Certain District Government Buildings and Offices, dated April 14, 2022, and all substantially similar mask requirements including any modifications to the Order, unless and until they are rescinded.

**B.5**    **NONPROFIT FAIR COMPENSATION ACT OF 2020, D.C. Code § 2-222.01 et seq.**

Nonprofit organizations, as defined in the Act, shall include in their rates the indirect costs incurred in provision of goods or performance of services under this contract pursuant to the nonprofit organization's unexpired Negotiated Indirect Cost Rate Agreement (NICRA). If a nonprofit organization does not have an unexpired NICRA, the nonprofit organization may elect to instead include in its rates its indirect costs:

(1) As calculated using a *de minimis* rate of 10% of all direct costs under this contract.

(2) By negotiating a new percentage indirect cost rate with the awarding agency.

(3) As calculated with the same percentage indirect cost rate as the nonprofit organization negotiated with any District agency within the past 2 years; however, a nonprofit organization may request to renegotiate indirect costs rates in accordance with B.5.1; or

(4) As calculated with a percentage rate and base amount, determined by a certified public accountant, as defined in the Act, using the nonprofit organization's audited financial statements from the immediately preceding fiscal year, pursuant to the OMB Uniform Guidance, and certified in writing by the certified public accountant.

**B.5.1**    If this contract is funded by a federal agency, indirect costs shall be consistent with the requirements for pass-through entities in 2 C.F.R. § 200.331, or any successor regulations.

**B.5.2**    The Contractor shall pay its subcontractors which are nonprofit organizations the same indirect cost rates as the nonprofit organization subcontractors would have received as a prime contractor.

END OF SECTION B ***

## SECTIONC
## HUMAN CARE SERVICE DESCRIPTION AND SCOPE OF SERVICES

**C.1** **Background**

The Government of the District of Columbia, on behalf of the Department of Behavioral Health (DBH), is seeking to award one or multiple human care agreements (hereinafter referred to as "HCA") to eligible licensed Supported Rehabilitative Residence (SRR) operators who hold a current non-restricted license in good standing or has submitted an application for a Community Residence Facility (CRF) SRR license to DBH Licensure. SRR services vendors shall provide the required services to facilitate and sustain the community tenure of individuals who are enrolled with the Department of Behavioral Health and have a diagnosis of severe and persistent mental illness. The use of the term "Contract" in this document refers to this human care agreement that has been awarded by the District. The terms Provider, Vendor and Contractor are used interchangeably.

**C.2** **Some of Human Care Services**

**C.2.1** Supported Rehabilitative Residence (SRR) Services vendors shall provide the required services to facilitate and sustain the community tenure of adult individuals with a diagnosis of severe and persistent mental illness, be in need of 24-hour staff supervision, on-site rehabilitation and who are enrolled with the Department of Behavioral Health. SRR operators shall work with the resident's Core Services Agency (CSA) to ensure that individuals receive residential and community-based support services in accordance with his/her Individual Recovery Plan (IRP).

**C.2.2** This Solicitation is being issued to accommodate the need identified by DBH for additional beds (slots) to complete the need for SRR services to be provided to DBH.

**C.3.** **Definitions**

**C.3.1** CMS - Center for Medicare and Medicaid Services formerly the Health Care Financing Administration (HCFA)

**C.3.2** Certification - Written authorization from DBH allowing an entity to provide specified mental health services and mental health supports.

**C.3.3** Consumer - Adults, children or youth who seek or receive mental health services or mental health supports funded or regulated by DBH. DC Official Code§ 7-1131.02 (2)

**C.3.4** Contractor - Individual or organization licensed and/or certified by DBH to provide mental health services and mental health supports. Operator and Provider are also used interchangeably to reference the entity to which this Contract has been awarded.

**C.3.5** Core Services - Four categories of Mental Health Rehabilitation Services (MHRS): Diagnostic/Assessment, Medication/Somatic Treatment, Counseling and Community Support.

**C.3.6** Individual Recovery Plan (IRP) - Individualized recovery plan for consumers, which is the result of the Diagnostic/Assessment. The IRP is developed by the CSA in conjunction with the consumer and other appropriate individuals and providers including the supported Residential facility operator; the IRP is maintained by the consumer's CSA. The IRP includes the consumer's treatment goals, strengths, challenges, objectives and interventions.

The IRP is based on the consumer's identified needs as reflected by the Diagnostic/Assessment, the consumers expressed needs and referral information. The IRP shall include a statement of the specific, individualized objectives of each intervention, a description of the interventions and specify the frequency, duration and scope of each intervention activity. The IRP also includes the ISSP developed by Sub-providers and Specialty providers' involved in  providing services to the consumer. The IRP is the authorization of treatment, based upon certification that MHRS are medically necessary by an approving practitioner. 22A DCMR

**C.3.7** Mental Illness - Substantial disorder of thought, mood, perception, orientation or memory that grossly    impairs judgment, behavior, capacity to recognize reality or ability to meet the ordinary demands of life. Applicable Documents.

**C.3.8** The following documents are applicable to this procurement and are hereby incorporated by this reference: All Licensed Supported Rehabilitative Residential {SRR) Facilities shall be located within the District of Columbia.

| Item No. | Document Type | Title | Date |
|---|---|---|---|
| 1 | 20 U.S.C. §§ 1400 *et seq.* | Individuals with Disabilities Education Act (IDEA), as amended | Current |
| 2 | 29 U.S.C. §§ 791 *et seq.* | Rehabilitation Act of 1973, Section 504, as amended | Current |
| 3 | 42 U.S.C. §§ 1320d *et seq.* and 45 C.F.R. parts 160-164. | Administrative Simplification provisions of the Health Insurance Portability and Accountability Act (HIPAA), as amended and its implementing regulations | Current |
| 4 | 42 U.S.C. §§ 12101 *et seq.* | Americans With Disabilities Act of 1990 {ADA}, Title 11, as amended | Current |
| 5 | D.C. Official Code §§ 2-301.01 *et seq.* | The Procurement Practices Act of 1985, as amended | Current |
| 6 | D.C. Official Code §§ 2-303.06a et seq. and 27 DCMR §§ 1905 et seq | The Human Care Contract Amendment Act of 2000, as amended and its implementing regulations | Current |
| 7 | D.C. Official Code§§ 2-1402.11 et seq. | District of Columbia Human Rights Act of 1977, as amended | Current |
| | | | |
| 8 | D.C. Official Code Title VII, Chapter 11A | The Department of Behavioral Health Establishment Act, as amended | Current |
| 9 | D.C. Official Code Title VII, Chapter 12 | Mental Health Information Act, as amended | Current |
| 10 | D.C. Official Code§ 21-501 *et seq.* | Hospitalization of the Mentally Ill Act (the Ervin Act} | Current |
| 11 | 42 U.S.C. ch. 7, 42 C.F.R. Chapter IV, subchapter C and 29 DCMR Chapters 9 and 52 | Social Security Act, Title 11, Chapter XIX, as amended and its implementing regulations | Current |

| 12 | Chapter 31, Title 22 of the DCMR | Licensing Regulations for Mental Health Community Residential Facilities | Current |
|---|---|---|---|
| 13 | Chapter 38, Title 22 of the DCMR | Community Residence Facilities for Mentally Ill Persons | Current |
| 14 | D.C. Official Code§ 44-1001.01 et seq. | Nursing Homes and Community Residence Facilities Protections | Current |
| 15 | Any other statute, regulation or rule governing Medicaid, promulgated by the federal or | | Current |
| | District government, that applies to the provision of the services outlined in this Contract. | | Current |

## C.4    Requirements

**C.4.1**  Have a current license issued by DBH to operate a community mental health residence and provide documentation of being in good standing within the District of Columbia.

**C.4.2**   License shall state the number of beds the Operator is authorized to provide.

**C.4.3**  Have the ability to certify that consumers enrolled with DBH are residing within their facilities. Supporting documentation consists of the:

    **a)**  Name;
    **b)**  DBH electronic medical record number;
    **c)**  Date of birth;
    **d)**  Social security number;
    **e)**  Address and bed number of the residence within which the consumer resides;
    **f)**  Move-in Date; and
    **g)**  Absence Days and Reasons for Absence.

**NOTE: The per diem rate is only provided for individuals enrolled in the public behavioral health system and approved by DBH.**

**C.4.4**    Maintain a Certificate of Occupancy that authorized at least the number of contracted slots to be provided for facilities that house seven (7) or more residents.

**C.4.5**  Own or lease the facility or facilities that the Operator shall use to provide the required services;

**C.4.6**  Comply with contract monitoring and evaluation activities by DBH or its designee to verify billing; this statement allows the Contract Administrator to compel the vendor to produce documents {e.g. utility bills, statements) or make accommodations for census activity to verify that information on the invoice is accurate.

**C.4.7** Maintain compliance with all responsibility criteria outlined in 27 DCMR §2200.4, including but not limited to maintaining good standing with all District regulatory agencies and have no outstanding debts to the District;

**C.4.8** Have no record of false or fraudulent statements or conduct in dealing with the District;

**C.4.9** Maintain compliance with all applicable laws and regulations, including but not limited to those specified in Section C.3.

**C.4.10** Staff employed by Operator to perform the functions necessary under this Contract shall meet all requirements set forth in the regulations governing the operation of Supported Residential Facility, including but not limited to those specified Sections 3818 through 3820 of Title 22-B, other provisions of 22-B DCMR Chapters 31 and 38 and any other applicable laws or regulations listed in Section C.3. There shall be a Residence Director who shall oversee the operation of the facility or facilities. The Residence Director shall ensure that staff have required physical examinations, health certificates, criminal background checks and training, including CPR, First Aid and food handlers before commencing work at the facility. The Residence Director shall also maintain salary and benefit policies and payroll records for all employees;

**C.4.11** Pay all licensure fees, penalties or fines due to the Department, within the prescribed time frame.

**C.4.12** Resolve deficiencies associated with existing licenses within the time frame prescribed by the Department.

**C.4.13** Resolve deficiencies, administrative matters or other adverse actions under the Department of Employment Services regarding current or former CRF employees or contract staff for existing licensed facilities; and

**C.4.14** If leasing the property for use as a CRF, provide documentation of tenancy in good standing or, if own the property, provide documentation of all mortgages, equity loans and other financial obligations in good standing (non-delinquent).

**C.5    Specific Requirements**

**C.5.1** Provide staff supervision and personal assistance twenty-four (24) hours a day/seven (7) days a week to assist residents with activities of daily living, meals, lodging and recreation in compliance with Title 22- A Chapter 38;

**C.5.2** An SRR shall provide onsite rehabilitative services to serve persons seeking residential placement and having a principal diagnosis of mental illness; be in need of twenty-four (24) hour staff supervision to assist with ADLs, meals, lodging and recreation.

**C.5.3** Required personal assistance includes, but not limited, to help with grooming, bathing, eating, walking, toileting, personal money management, budgeting, making appointments, arranging transportation and other activities associated with daily living. Personal assistance may involve supervision, prompting, oversight or hands-on care;

**C.5.4** Attendance at a day program shall not be mandatory for persons seeking placement in a Supported Rehabilitative Residence and staff shall be on duty at the facility whenever one or more residents is present. Residents shall have access to the residence at all times;

**C.5.5** Assisting residents with arranging transportation, for those who are not able to navigate the

public transportation system, to and from routine appointments, treatment planning meetings, social security, medical, church or other community based activities;

**C.5.6**  Coordination, collaboration and planning by staff with CSAs and other providers in compliance with Title 22-B Sections 3828, 3832, 3833;

**C.5.7**  Coordination of crisis and emergency services in accordance with the consumer's Crisis Emergency Plan.

**C.5.8**  Compliance with contract monitoring and evaluation activities by DBH or its designee to verify billing and shall maintain a complete and accurate record of monthly admissions and discharges and the total number of resident days at each facility. MHRS services are not billable services under this Contract. These services are provided by the consumer's assigned CSA;

**C.5.9**  The Contractor shall perform the following services for Consumers:

a) Monitor consumers' health and safety.

b) Monitor and document consumers' behavior for issues that might lead to a medical and/or psychiatric crisis or emergency.

c) Special support services *(e.g.,* language, sight and mobility); and

d) Ensure that services are responsive to the unique ethnic, racial and cultural needs of each consumer.

**C.6**      **Service Planning**

**C.6.1**  The Contractor shall collaborate with the Core Services Agency {CSA) and shall provide written input to the IRP regarding the consumer's functional strengths and weaknesses, observed needs, behaviors and health or medical issues, to coordinate service delivery.

**C.6.2**  Recognizing that Supported Rehabilitative Residential placements are not viewed as permanent living situations, the Contractor shall collaborate with the Consumer's CSA to develop and implement a Transition Plan. The Plan shall be developed upon admission and followed throughout the person's stay, to assist him/her to gain the skills and abilities required to live within the least restrictive living environment in the community.

**C.7**      **Performance Indicators**

**C.7.1**  The Contractor accepts referrals with a valid level of care certificate from a variety of sources including but not limited to inpatient psychiatric facilities, medical and rehabilitation facilities, jails and prisons, substance abuse and other residential treatment facilities, nursing homes, homelessness
{street, shelter) and across the DBH provider network, in compliance with the requirements of Title 22-8 Section 3827.

**C.7.2**   **Continuity of Care**

**C.7.3**   The Contractor shall participate on request in treatment planning meetings for each consumer to address housing-related issues and other issues.

**C.7.4**   The Contractor shall monitor and report any noticeable changes in the consumer's medical, behavioral and psychiatric status to the CSA of record.

**C.7.5**   The Contractor shall prepare and submit Major Unusual Incident reports in compliance with Title 22-B Section 3829 and DBH policies.

**C.8**      **Appropriateness of Care**

**C.8.1**   The Contractor's services are consistent with the consumer's needs.

**C.9**      **Quality of Care and Physical Environment**
The Contractor shall maintain each facility in compliance with all applicable District Housing Code  and Fire Code requirements, as set forth in Title 22-B DCMR, Sections 3802 through 3811.

**C.9.1**   The Contractor shall provide individualized services in alignment with the consumer's IRP.

**C.9.2**   The Contractor shall meet the consumer on a regular basis to discuss housing and landlord- tenant issues and includes the CSA Community Support Worker, as appropriate.

**C.9.3**   The Contractor shall always provide fresh clean drinking water for residents, at least three (3) nutritional meals a day, at required intervals and between-meals snacks, with food and drink that meet nutrition standards, that are suited to special needs of each resident and incorporate use of fresh fruits and vegetables in compliance with the requirements of Title 22-8 DCMR Section 3813. Consumers who need assistance to eat shall be given assistance when the meal is served.

**C.9.4**   The Contractor shall provide special or therapeutic diets for each resident, for whom a special diet has been prescribed by the resident's attending physician, in compliance in Title 22-B DCMR Section 3814.

**C.9.5**   The Contractor shall obtain and maintain records for each resident in compliance with Title 22-B Sections 3821 through 3823, including but not limited to, insurance information, medical history, psychiatric evaluation, up-to-date treatment plan, transition plan, medication, diet and treatment needs.

**C.9.6**   The Contractor shall ensure that each resident's medication is stored in the original containers, separate and apart from other residents' medication, in a secure location. The Contractor shall supervise residents who are capable of taking their own medication in doing so and shall maintain an accurate, day-to-day contemporaneous record of whether the resident takes his or her medication as prescribed. If a resident refuses to take

medication as prescribed, the refusal shall be documented and reported to the resident's physician or treatment team.

**C.9.7** The Contractor shall arrange for suitable activities for residents, make available, books, games, newspapers, television, to stimulate and promote the well-being of residents.

**C.9.8** The Contractor shall implement and maintain a pest control program and keep the premises free from insects and rodents and from debris that might provide harbor for insects and rodents.

**C.9.9** The Contractor shall ensure that utility services - electricity, gas, water - are uninterrupted and operating properly.

**C.10** **Eligibility**

**C.10.1** Eligibility to provide services under this Agreement shall be determined and re-determined by the District, as applicable, in accordance with prescribed procedures. The Contractor shall be subject to a written determination that it is qualified to provide the services and shall continue the same level of qualification, subject to a review by the District, according to the criteria delineated in Title 27 DCMR Subsection 1905.6 and Section 1900, subsection 1904.1 of Chapter 19 of Title 29 DCMR.

**C.10.2** The Contractor must submit evidence of and maintain status as a Contractor in good standing with generally accepted quality measures through the submission of at least one of the following: CARF (The Commission on Accreditation of Rehabilitation Facilities) Accreditation, CQL (The Council on Quality and Leadership), Accreditation; or Statement of Good Standing or Certificate of Clean Hands from the District indicating that the Contractor has met all licensing and/or certification standards required by the District and is not in a probationary status for any reason. Certification standards shall include following all DBH policies and procedures, including Provider Certification Review, which requires preliminary review within two (2) months of providing services, initial annual review within six months and annual review thereafter, to ensure that services are provided in accordance with the Medicaid waiver rules.

**C.10.3** The Contractor shall not be included on the U.S. Department of Health & Human Services Office of the Inspector General's List of Excluded Individuals/Entities (LEIE), nor shall the Contractor be excluded from receiving District of Columbia or Federal contracts, certain subcontracts and certain Federal financial and nonfinancial assistance and benefits, pursuant to the provisions of 31 U.S.C. 6101, note, E.O. 12549, E.O. 12689, 48 CFR 9.404.

**C.11** **Compliance with Laws, Regulations and DBH Policies and Procedures**

**C.11.1** As a condition of the District's obligation to perform under this HCA, the Contractor shall comply with all applicable District, federal and other state and local governmental laws, regulations, standards or ordinances and, where applicable, any other applicable licensing and permit laws, regulations, standards or ordinances, as well as all relevant DBH policies and procedures, as necessary for the lawful provision of the services required of the Contractor under the terms of this HCA. The Contractor shall inform DBH immediately of inability to maintain acceptable compliance with applicable laws, regulations, policies or procedures.

**\*\*\* END OF SECTION C \*\*\***

## SECTION D

## PACKAGING AND MARKING

**D.1**     [RESERVED]

**SECTION E**
**INSPECTION AND ACCEPTANCE**

**E.1    GENERAL PROVISIONS**

The inspection and acceptance requirements for the Contract shall be governed by clause number six (6), Inspection of Services, of the Government of the District of Columbia's Standard Contract Provisions for Use with Supplies and Services Contracts, dated July 2010, Attachment (Section J.1)

**E.2    CONSEQUENCES OF CONTRACTOR'S FAILURE TO PERFORM**
**REQUIRED SERVICES**

In addition to the provisions outlined in Clause 8 of the Standard Contract Provisions for Use with District of Columbia Government Supplies and Services Contracts, July 2010, Attachment J.1 to this Agreement, if DBH determines that Provider has failed to comply with any applicable federal or District law or regulation, including but not limited to the False Claims Act and the D.C. Human Rights Act, The agency may request the Contracting Officer to take any or all of the following actions with substantiating evidence of noncompliance with the terms and conditions of the Human Care Agreement resulting from a RFQ process :

**E.2.1.1** Suspend or withhold all or part of the Operator's payments; and/or

**E.2.1.2**  Terminate the Agreement within ninety (90) days from date of DBH notice to the Provider.

**E.2.2    DBH shall provide written notice of any action to the Provider, which**
**shall include Identification of the sanction to be applied.**

1. The basis for DBH's determination that the sanction should be imposed.
2. The effective date of the sanction; and
3. The timeframe and procedure for operator to appeal DBH's determination, if applicable.

**E.2.3**   DBH may request the Contracting Officer to terminate this Agreement with at least ninety (90) days written notice to Provider if Provider fails to comply with the terms of the Agreement and/or any applicable law or regulation of the District or the United States regarding mental health services and mental health supports.

**E.2.4**   DBH may request the Contracting Officer to terminate the Human Care Agreement immediately if:

a)  The United States Department of Health and Human Services withdraws Federal Financial Participation in whole or part for the cost of covered services; funds are unavailable for the continuation of this Agreement; or

b)  DBH substantiates a finding of health care fraud or pattern of false claiming in violation of the False Claims Act

**\*\*\* END OF SECTION E \*\*\***

**SECTION F**
**HUMAN CARE SERVICE ADMINISTRATION AND PERFORMANCE**

**F.1   Terms of Agreement**

The term of this HCA shall be for a period of one (1) base year from the date of award specified on the cover page of this HCA with four (4) one (1) year option periods, subject to the availability of funds for any period beyond the end of the District's fiscal year, which begins on October 1, in which this HCA is awarded.

**F.1.1** The District may terminate this HCA in accordance with sections 8 and 27 of the Government of the District of Columbia Standard Contract Provisions for Use with District of Columbia Government Supply and Services, dated July 2010, hereafter referred to as "Standard Contract Provisions" or exercise sanctions in accordance with DBH policies, if the Contractor fails to perform its obligations under this HCA in accordance with this HCA and in a timely manner or otherwise violates any provision of this HCA. See Section J.1 of the HCA and Standard Contract Provisions for Default Termination.

**F.2   Agreement Not a Commitment of Funds or Commitment to Purchase**

This HCA is not a commitment by the District to purchase any quantity of a particular good or service covered under this HCA from the Contractor. The District shall be obligated only to the extent that authorized purchases are actually made by funded purchase orders or task orders pursuant to this HCA.

**F.3   Option to Extend Term of the Agreement**

The District Government may extend the term of this HCA for a period of four (4) one (1) year option periods, or successive fractions thereof, by written notice to the Contractor before the expiration of the HCA; provided that the District will give the Contractor preliminary written notice its intent to extend at least thirty (30) days before the HCA expires. The preliminary notice does not commit the District to an extension. The exercise of this option is subject to the availability of funds at the time of the exercise of this option.  The Contractor may waive the thirty (30) day preliminary notice requirement by providing a written waiver to the Contracting Officer prior to expiration of the HCA.

**F.3.1** If the District exercises this option, the extended HCA shall be considered to include this option provision.

**F.3.2**  The total duration of this HCA including the exercise of any options under this clause, shall not exceed five (5) years.

**F.3.3** The price for the option period shall be as specified in the Section B of the HCA
The Contractor shall perform the activities required to successfully complete the

**F.4   Continuation of Services**

Notwithstanding Section F.3.4 above, the District may extend the term of the HCA beyond the  total term specified in the HCA in accordance with 27 DCMR §2005.6(b).

**F.5   Option Year Prices**

Upon the District's decision to exercise option years available, fixed price elements and the cost reimbursement ceilings shall be unchanged, unless the District issues a modification, in  writing, that increases or lowers a fixed element or cost reimbursement ceiling.

**F.6**     **<u>Deliverables</u>**

The Contractor shall perform the activities required to successfully complete the district's requirements and submit each deliverable to the Contract Administrator (CA) identified in Section G.10.1.6

**F.6.1**   The Contractor shall provide a monthly report to the CA, no later than the tenth (10th) day after the end of each month for which the report is submitted. The monthly report shall include:

- Consumers served each month.
- If terminated from the program identifying the cause for termination, including:
  - How many they stayed in the program
  - Where they moved to
  - Analysis of future stability, including:
    - Income, including employment and benefits
    - Housing status
    - Service needs and provision
    - Community adjustment
- Specific problems (provider or client) encountered, if any
- Tasks/activities planned for upcoming month
- Collaboration with other organizations serving the target population, if any
- Number of:
  - Encounters with Police
  - Times in ER – both medical and psychiatric
  - Days in jails
  - Days in psychiatric hospital (public or private)
  - Days in inpatient substance abuse treatment
  - Days homeless
- Progress on outcomes as identified by DBH

**F.6.2** The Contractor shall submit to CA a final report no later than the 30th day of the month after expiration of this Contract, summarizing accomplishments, issues and recommendations

**F.6.3** The Contractor shall provide DBH with any other report consistent with the requirements of the Recovery House that DBH requires, in the format approved by DBH.

**F.6.4** District's  requirements and submit each deliverable to the Contract Administrator (CA) identified in Section G.9 in accordance with the following:

| CLIN | Deliverable | Quantity | Format/Method of Delivery | Due Date |
|---|---|---|---|---|
| 1 | Monthly supporting documentation, listing Consumer Name; DBH ID; Date of Birth; Gender; Move-in Date; Absence Days in reporting/billing period; Reason(s) for Absence; and Move-out Date. | 1 | Submission in the District's vendor billing system | No later than 10th of the following month, for the previous month's billing |
| 2 | The Contractor shall prepare and submit Major Unusual Incident reports in compliance with Title 22-A, D.C. Municipal Regulation, Section 3848 and DBH policies. | 1 | E-mail submission | In accordance with DBH policy regarding Incident Reporting. |

**F.6.5** The Contractor shall submit to the District, as a deliverable, the report described in section H.5.5 that is required by the 51% District Residents New Hires Requirements and First Source Employment Agreement. If the Contractor does not submit the report as part of the deliverables, final payment to the Contractor shall not be paid pursuant to section G.3.2.

**\*\*\* END OF SECTION F \*\*\***

**SECTION G**

**G.1**   **BILLING AND PAYMENTS**

**G.1.1**     **Claims Payment**

**G.1.1.1**   DBH, through the Memorandum of Understanding Between Department of Health Care Finance (DHCF) and Department of Behavioral Health, has been delegated the authority to reimburse providers of ASURS services in accordance with federal and District laws and rules and the ASURS State Plan Amendment (SPA), effective as of March 17, 2012.

**G.1.1.2**   Upon execution of a Medicaid Provider Agreement with DHCF, DBH is authorized to accept, and process claims for services rendered by qualified Adult Substance Use Rehabilitation Service (ASURS) providers. Any ASURS claim for reimbursement on a fee-for-service basis shall be paid in accordance with the rates outlined in Schedule B-Pricing Schedule in Section B or this Agreement, as follows:

   **(a)**   Federal Financial Participation: Claims for the federal share of expenditures for ASURS services shall be adjudicated and reimbursed to the Provider in accordance with the MOU and the referenced SPA and District and federal law and rules.

   (b)   Local Match: The non-federal share of expenditures for ASURS services of claims adjudicated (Local Match) shall be paid to the Provider for any covered services as described in the Certification Standards and the SPA.

**G.1.1.3**   The non-federal share shall include any portion of the claim billed at the rate Provided in 22DCMR Chapter 52 or Purchase Orders entered into by and between DBH and the Provider which is not paid b Medicaid, equal to thirty percent (30%) of the total ASURS claim, except if the claim is rejected for cause, including but not limited to claims submitted by fraud, improperly documented claims, untimely claims or for failure to comply with any requirements of 22 DCMR Chapter 63,22 DCMR Chapter 64 or in violation of any other provision of District or federal law.

**G.1.1.4**   If a claim submitted for ASURS services provided to a Medicaid eligible Client is rejected for any of the foregoing reasons or for any other relevant reason, the Provider shall not be entitled to payment.

**G.1.1.5**   If a claim is submitted and any portion of the reimbursement amount has been paid by the District but is subsequently rejected in accordance within G.1.1.4, above, any future payment to the Provider by the District shall be offset by the full amount of the claim.

**G.1.1.6**   If a claim has been reimbursed by the District and subsequently deemed ineligible for payment as an ASURS service through any audit or other compliance or performance metric, any future payment to the Provider by the District shall be offset by the full amount of the claim.

**G.1.2**        **Medicaid-Ineligible Clients**

**G.1.2.1**      Prior to billing for any services, the Provider is first obligated to exhaust all third-party coverage except· for Medicaid, before a claim is submitted pursuant to the HCA for payment. Submission of a claim for payment for any Client is a representation that the Provider has exhausted all other avenues of payment except for Medicaid, including the Client's ability to self-pay. The Provider is obligated to verify Medicaid eligibility and enroll each Medicaid eligible Client in D.C. Medicaid at the time that the Provider begins providing services to DBH Clients.

**G.1.2.2**      The District shall pay to the Provider one hundred percent (100%) of the amount set forth in 22 DCMR Chapter 91, for any ASURS service provided to any Client who is not Medicaid eligible at the time of service, subject to limitations set forth in this Purchase Order. The District shall reimburse Provider fo1 properly completed claims for ASURS services provided in accordance with the Client's Individual Treatment Plan (ITP), which are submitted in compliance with the HCA's claims processing procedures.

**G.1.3**        **Claims Submission Requirements**

**G.1.3.1**      Al1 claims must be submitted electronically using DBH's consumer management system (DATA system). Claims must conform to a format that is currently specified, accepted and supported by DBH consistent with the Administrative Simplification Provisions of the Health Insurance Portability and Accountability Act (HIPAA).

**G.1.3.2**      Except as otherwise permitted under applicable requirements, ASURS Medicaid shall be reimbursed if submitted at a time which allows the Department to submit such claims to DHCF within 365 days from the date service was rendered.

**G.1.4**        Reimbursement for services provided under this Human Care Agreement may be suspended if Provide to submit or make available for inspection any information required in Sections G.l through G.4 of this Agreement.

**G.1.5**        Payment from DBH for any covered ASURS constitutes payment in full. The Provider may not bill the Client for any difference between DBH's payment and Provider's charge for any covered ASURS. The Provider may not charge the Client any co-payment, cost-sharing or similar charge. The Provider may 1 charge the Client any down payment whatsoever.

**G.1.6**        The Provider may only bill the Client for services not covered by the Medicaid program, including an) ASURS requiring prior authorization which has been denied by DBH, if the Client is aware of the Client liability and still chooses to have the service(s) rendered. In such instances, the Provider must advise Client in writing of the Client's liability prior to rendering the service(s). Said writing shall be maintain the Client's record.

**G.1.7**        The Provider shall submit all Local claims to DBH within thirty (30) days of providing ASURS or within thirty (30) days after another payer has adjudicated a claim for the ASURS. Subject to applicable federal and District laws and regulations, any Medicaid claim submitted after three hundred and sixty- five (365) days from the date ASURS were provided shall be rejected by DBH as a non- reimbursable service. If a claim is denied because the submission was unacceptable or untimely, the Client shall not be

billed for the ASURS.

**G.1.8**  The Provider understands and agrees that payments for ASURS provided pursuant to the Human Care Agreement are contingent upon the availability of public, non-federal matching funds and Medicaid FF.

If the DBH, the DHCF, the District, the federal government or any other funding source at any time disapproves of or ceases to continue funding to DBH for payments due hereunder, the Human Care Agreement is terminated as of the date funding expires without notice or further obligation of DBH, except that, as soon as DBH is notified that funding shall cease, DBH shall immediately provide written notice to the Provider.

**G.1.9**  The Provider shall prepare and provide proper clinical documentation in accordance with applicable District and Federal laws and regulations for all Client records to justify ASURS for which a claim is submitted for reimbursement.

**G.1.10**  DBH shall not make reimbursement to the Provider in excess of the total amount available on the Provider's Purchase Order, unless such reimbursement is required under applicable law.

**G.1.11**  **Third Party Liability Recovery**

**G.1.12.1**  The Provider shall utilize and require its Subcontractors to utilize, when available, covered medical and hospital services or payments from other public or private sources, including Medicare, prior to submitting a claim for ASURS to DBH.

**G.1.12.2**  The Provider shall insure that Medicaid coverage is maintained for all Medicaid- eligible Clients for whom any claim for ASURS is submitted to DBH.

**G.1.12.3**  The Provider shall attempt to recover and shall require its Subcontractors to attempt to recover monies from third party liability cases involving workers' compensation, accidental injury insurance and other subrogation of benefit settlements.

**G.1.12.4**  DBH shall notify the Provider of any reported third party payment sources.

**G.1.12.5**  The Provider shall verify third party payment sources directly, when appropriate.

**G.1.12.6**  Payment of District and Federal funds under the District State Medicaid Plan to the Provider shall be conditioned upon the utilization of all benefits available from such payment sources.

**G.1.12.7**  Each third-party collection by the Provider for a Medicaid recipient shall be reported to DBH and all recovered monies shall be returned to DBH immediately upon recovery.

**G.2**  **FIRST SOURCE AGREEMENT REQUEST FOR FINAL PAYMENT**

**G.2.1**  For contracts subject to the 51% District Residents New Hires Requirements and First Source Employment Agreement requirements, final request for payment must be accompanied by the report or a waiver of compliance discussed in Section H.5.5.

**G.2.2** No final payment shall be made to the Contractor until the agency CFO has received the Contracting Officer's final determination or approval of waiver of the Contractor's compliance with 51% District Residents New Hires Requirements and First Source Employment Agreement requirements.

**G.3** <u>**ORDERING AND PAYMENT**</u>

Payments should be based upon Section 8 (Price and Cost Schedules) and Section F (Deliverables).

**G.3.1** <u>**PAYMENTS ON PARTIAL DELIVERIES OFSERVICES**</u>
Unless otherwise specified in this contract, payment will be made on partial Deliveries of services accepted by the District if:

a)   The amount due on the deliveries warrants it; or

b)   The Contractor requests it and the amount due on the deliveries is at least $1,000 or 50 percent of the total contract price.

**G.3.2** <u>**ORDERING CLAUSE**</u>

**G.3.2.1** The Contractor shall not provide services or treatment under this Agreement unless the Contractor is in actual receipt of a purchase order or task order for the period of the service or treatment that is signed by a Contracting Officer.

**G.3.2.2** All purchase orders or task orders issued in accordance with this Agreement shall be subject to the terms and conditions of this Agreement.  In the event of a conflict between a purchase
order or a task order and this Agreement, the Agreement shall take precedence.

**G.3.2.3** If mailed, a purchase order or task order shall be considered "issued" by the District when deposited in the mail.  Purchase orders may be transmitted electronically.

**G.4** **INVOICE SUBMITAL**

**G.4.1** The Contractor shall create and submit payment requests in an electronic format through the DC Vendor Portal, https://vendorportal.dc.gov
**Please note that the invoice shall match the Contract Line Items (CLIN) of the Purchase Order as written up to but not exceeding the maximum of each line. Any invoices deemed improper for payment shall be rejected and must be corrected and resubmitted as indicated in this clause**

**G.4.2** The Contractor shall submit proper invoices on a monthly basis or as otherwise specified in Section G.3.

**G.4.3** To constitute a proper invoice, the Contractor shall submit the following information on the invoice/supporting documentation:

**G.4.3.1** Purchase Order  number and invoice number.

**G.4.3.2** Description, price, quantity and the date(s) that the supplies or services were delivered or performed**;**

**G.4.3.3** Other supporting documentation or information, as required by the Contracting Officer;

**G.4.3.4** Name, title, telephone number and complete mailing address of the responsible official to whom payment is to be sent.

**G.4.3.5** Name, title, phone number and e-mail of person preparing the invoice.

**G.4.3.6** Name, title, phone number, e-mail and mailing address of person (if different from the person identified in G.4.3.6 above) to be notified in the event of a defective invoice; and authorized signature.

**G.5 CERTIFICATION OF INVOICE**

The contract administrator (CA) shall perform certification of each of the Contractor's invoices.

**G.6 ASSIGNMENT OF CONTRACT PAYMENTS**

**G.6.1** In accordance with 27 DCMR 3250, the Contractor may assign to a bank, trust company or other financing institution funds due or to become due as a result of the performance of this Contract.

**G.6.1.1** Any assignment shall cover all unpaid amounts payable under this Contract and shall not be made to more than one party.

**G.6.3** Notwithstanding an assignment of Contract payments, the Contractor, not the assignee, is required to prepare invoices. Where such an assignment has been made, the original copy of the invoice must refer to the assignment and must show that payment of the invoice is to be made directly to the assignee as follows:

Pursuant to the instrument of assignment dated _____, make payment of this invoice to:

_____

_____

_____

(Name and Address of Assignee)

## G.7 THE QUICK PAYMENT ACT

**G.7.1 Interest Penalties to Contractors**

**G.7.1.1** The District will pay interest penalties on amounts due to the Contractor under the Quick Payment Act,
D.C. Official Code § 2-221.01 *et seq*., as amended, for the period beginning on the day after the required payment date and ending on the date on which payment of the amount is made. Interest shall be calculated at the rate of at least 1.5% per month. No interest penalty shall be paid if payment for the completed delivery of the item of property or service is made on or before the required payment date. The required payment date shall be:

**G.7.1.1.1** The date on which payment is due under the terms of the contract;

**G.7.1.1.2** Not later than 7 calendar days, excluding legal holidays, after the date of delivery of meat or meat food products;

**G.7.1.1.3** Not later than 10 calendar days, excluding legal holidays, after the date of delivery of a perishable agricultural commodity; or

**G.7.1.1.4** 30 calendar days, excluding legal holidays, after receipt of a proper invoice for the amount of the payment due.

**G.7.1.2** No interest penalty shall be due to the Contractor if payment for the completed delivery of goods or services is made on or after:

**G.7.1.2.1** 3rd day after the required payment date for meat or a meat food product;

**G.7.1.2.2** 5th day after the required payment date for an agricultural commodity; or

**G..7.2.3** 15th day after any other required payment date.

**G.6. 2.4** Any amount of an interest penalty which remains unpaid at the end of any 30-day period shall be added to the principal amount of the debt and thereafter interest penalties shall accrue on the added amount.

**G.8 Payments to Subcontractors**

**G.8.1** The Contractor must take one of the following actions within seven (7) days of receipt of any subcontractor or supplier beginning on the day after the payment is due and ending on the date on which the payment is made. Interest shall be calculated at the rate of at least 1.5% per month. No interest penalty shall be paid on the following if payment for the completed delivery of the item of property or service is made on or before the:

**G.8.1.1** Pay the subcontractor(s) for the proportionate share of the total payment received from the District that is attributable to the subcontractor(s) for work performed under the contract; or

**G.8 1.1.2** Notify the CO and the subcontractor(s), in writing, of the Contractor's intention to withhold all or part of the subcontractor's payment and state the reason for the nonpayment.

**G.8.1.1.3** The Contractor must pay any subcontractor or supplier interest penalties on amounts due to the subcontractor or supplier beginning on the day after the payment is due and ending on the date on which the payment is made. Interest shall be calculated at the rate of at least 1.5% per month. No interest penalty shall be paid on the following if payment for the completed delivery of the item of property or service is made on or before the:

**G.8.1.1.4** 3rd day after the required payment date for meat or a meat product;

**G.8.1.1.5** 5th day after the required payment date for an agricultural commodity; or

**G.8.1.1.6** I 5th day after any other required payment date.

**G.8.1.1.7** Any amount of an interest penalty which remains unpaid by the Contractor at the end of any 30-day period shall added to the principal amount of the debt to the subcontractor

and thereafter interest penalties shall accrue on th, added amount.

**G.8.1.1.8** A dispute between the Contractor and subcontractor relating to the amounts or entitlement of a subcontractor to payment or a late payment interest penalty under the Quick Payment Act does not constitute a dispute to which· District is a party. The District may not be interpleaded in any judicial or administrative proceeding involving s\ dispute.

**G.8.2    Subcontract requirements.** The Contractor shall include in each subcontract under this contract a provision requiring the subcontractor to include in its contract with any lower-tier subcontractor or supplier the payment and interest clauses required under paragraphs (1) and (2) of D.C. Official Code § 2-221.02(d).

## G.9 <u>CONTRACTING OFFICER (CO)</u>

Contracts shall be entered into and signed on behalf of the DBH only by the Contracting Officer. The  contact information for the CO is as follows:

Habibatu Jalloh, CPPB
Deputy Chief Contracting Officer,
64 New York Avenue, NE, Second Floor
West Washington, DC 20002
Email: habibatu.jalloh@dc.gov

## G.9.1 <u>AUTHORIZED CHANGES BY THE CONTRACTING OFFICER</u>

**G.9.1.1** The Contracting Officer (CO) is the only person authorized to approve changes in any of the requirements of this Contract**.**

**G.9.1.2** The Contractor shall not comply with any order, directive or request that changes or modifies the requirements of the Contract, unless issued in writing and signed by the CO.

**G.9.1.3** In the event the Contractor effects any change at the instruction or request of any person other than the CO, the change shall be considered to have been made without authority and no adjustment shall be made in the Contract price to cover any cost increase incurred as a result thereof.

## G.10 <u>CONTRACT ADMINISTRATOR (CA)</u>

**G.10.1** The CA is responsible for general administration of the Contract and advising the Contracting Officer as to the Contractor's compliance or noncompliance with the Contract. The CA has the responsibility of: ensuring the work conforms to the requirements of the Contract and such other responsibilities and authorities as may be specified in the Contract. These include

**G.10.1.1** Keeping the CO informed of any technical or contractual difficulties encountered during the performance period and advising the CO of any potential problem areas under the Contract;

**G.10.1.2** Coordinating site entry for Contractor personnel, if applicable;

**G.10.1.3** Reviewing invoices for completed work and recommending approval by the Contracting Officer if the Contractor's costs are consistent with the negotiated amounts and progress is satisfactory and commensurate with the Rate of Expenditure;

**G.10.1.4** Reviewing and approving invoice for deliverables to ensure receipt of goods and services.

This includes the timely processing of invoices in accordance with the District's payment provisions; and

**G.10.1.5**    Maintaining a file that includes all Contract correspondence, modifications, records of inspections (site, authorities as may be specified in the Contract. These include

**G.10.1.6**    The address and telephone number of the CA is:

Brandi Gladden, Director – Housing Development Division

64 New York Avenue NE 3rd Floor
Washington DC 20002
Phone (202) 671-2906
Email:brandi.gladden@dc.gov

**G.10. 1.7**    The CA shall NOT have the authority to:

1) Award, agree to or sign any Contract, delivery order or task order. Only the Contracting Officer (CO) shall make contractual agreements, commitments or modifications.
2) Grant deviations from or waive any of the terms and conditions of the Contract.
3) Increase the dollar limit of the Contractor or authorize work beyond the dollar limit of the Contract.
4) Authorize the expenditure of funds by the Contractor.
5) Change the Period of Performance; or
6) Authorize the use of District property, except as specified under the Contract.

**G.10.1.8** The Contractor shall be fully responsible for any changes not authorized in advance, in writing, by the CO, may be denied compensation or other relief for any additional work performed that is not so authorized; and may also be required, at no additional cost to the District, to take all corrective action necessitated by reason of the unauthorized changes.
.

**G.11 <u>AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR</u>**

Funds are not presently available for the performance under this Contract beyond the current Fiscal Year. DBH's obligation for the performance of this Contract beyond the current Fiscal Year is contingent upon the availability on appropriated funds from which payment for Contract purposes can be made. No legal liability on the part of DBH for any payment may arise for performance under this Contract beyond the current Fiscal Year, until funds are made available to the CO for performance and until the Contractor receives notice of availability of funds, to be confirmed in writing by the Agency's Chief Financial Officer (ACFO).

**\*\*\* END OF SECTION G \*\*\***

### SECTION H

### SPECIAL CONTRACT REQUIREMENTS

**H.1   HIRING OF DISTRICT RESIDENTS AS APPRENTICES AND TRAINEES**

**H.1.1**   For all new employment resulting from this contract or subcontracts hereto, as defined in Mayor's Order 83-265 and implementing instructions, the Contractor shall use its best efforts to comply with the following basic goal and objectives for utilization of bona fide residents of the District of Columbia in each project's labor force:

**H.1.1.1** At least fifty-one (51) percent of apprentices and trainees employed shall be residents of the District of Columbia registered in programs approved by the District of Columbia Apprenticeship Council.

**H.1.2**   The Contractor shall negotiate an Employment Agreement with the Department of Employment Services ("DOES") for jobs created as a result of this contract. The DOES shall be the Contractor's first source of referral for qualified apprentices and trainees in the implementation of employment goals contained in this clause.

**H.2   DEPARTMENT OF LABOR WAGE DETERMINATIONS**

The Contractor shall be bound by the Wage Determination No. 2015-4281, Revision No. 24, dated 06/27/2022, issued by the U.S. Department of Labor in accordance with the Service Contract Act, 41U.S.C. §351 *et seq*. and incorporated herein as Section J.2. The Contractor shall be bound by the wage rates for the term of the contract subject to revision as stated herein and in accordance with Section 24 of the SCP. If an option is exercised, the Contractor shall be bound by the applicable wage rates at the time of the option. If the option is exercised and the CO obtains a revised wage determination, the revised wage determination is applicable for the option periods and the Contractor may be entitled to an equitable adjustment.

**H.3   PREGNANT WORKERS FAIRNESS**

**H.3.1**   The Contractor shall comply with the Protecting Pregnant Workers Fairness Act of 2016, D.C. Official Code § 32-1231.01 *et seq*. (PPWF Act).

**H.3.2**   The Contractor shall not:

    **a)**   Refuse to make reasonable accommodations to the known limitations related to pregnancy, childbirth, related medical conditions, or breastfeeding for an employee, unless the Contractor can demonstrate that the accommodation would impose an undue hardship.

    **b)**   Take an adverse action against an employee who requests or uses a reasonable accommodation in regard to the employee's conditions or privileges of employment, including failing to reinstate the employee when the need for reasonable accommodations ceases to the employee's original job or to an equivalent position with equivalent:

1) Pay;
2) Accumulated seniority and retirement.
3) Benefits; and
4) Other applicable service credits.

**c)** Deny employment opportunities to an employee or a job applicant, if the denial is based on the need of the employer to make reasonable accommodations to the known limitations related to pregnancy, childbirth, related medical conditions or breastfeeding.

**d)** Require an employee affected by pregnancy, childbirth, related medical conditions or breastfeeding to accept an accommodation that the employee chooses not to accept if the employee does not have a known limitation related to pregnancy, childbirth, related medical conditions or breastfeeding or the accommodation is not necessary for the employee to perform her duties;

**e)** Require an employee to take leave if a reasonable accommodation can be provided; or

**f)** Take adverse action against an employee who has been absent from work as a result of a pregnancy-related condition, including a pre-birth complication.

**H.3.3** The Contractor shall post and maintain in a conspicuous place a notice of rights in both English and Spanish and provide written notice of an employee's right to a needed reasonable accommodation related to pregnancy, childbirth, related medical conditions or breastfeeding pursuant to this chapter to:

**a)** New employees at the commencement of employment.

**b)** Existing employees; and

**c)** An employee who notifies the employer of her pregnancy, or other condition covered by the PPWF Act, within 10 days of the notification.

**H.3.4** The Contractor shall provide an accurate written translation of the notice of rights to any non- English or non-Spanish speaking employee.

**H.3.5** Violations of the PPWF Act shall be subject to civil penalties as described in the Act.

**H.4**   **UNEMPLOYED ANTI-DISCRIMINATION**

**H.4.1**   The Contractor shall comply with the Unemployed Anti-Discrimination Act of 2012, D.C. Official Code § 32-1361 et seq.

**H.4.2**   The Contractor shall not:

a)   Fail or refuse to consider for employment or fail or refuse to hire, an individual as an employee because of the individual's status as unemployed; or

b)   Publish, in print, on the Internet or in any other medium, an advertisement or announcement for any vacancy in a job for employment that includes:

1)  Any provision stating or indicating that an individual's status as unemployed disqualifies the individual for the job; or
2)  Any provision stating or indicating that an employment agency will not consider or hire an individual for employment based on that individual's status as unemployed.

**H.4.3**   Violations of the Unemployed Anti-Discrimination Act shall be subject to civil penalties as described in the Act.

**H.5**   **51% DISTRICT RESIDENTS' NEW HIRES REQUIREMENTS AND FIRST SOURCE EMPLOYMENT AGREEMENT**

**H.5.1**   For contracts for services in the amount of $300,000 or more, the Contractor shall comply with the First Source Employment Agreement Act of 1984, as amended, D.C. Official Code § 2-219.01 et seq. (First Source Act).

**H.5.2**   The Contractor shall enter into and maintain during the term of the contract, a First Source Employment Agreement (Employment Agreement) with the District of Columbia Department of Employment Service's (DOES), in which the Contractor shall agree that:

(a)   The first source for finding employees to fill all jobs created in order to perform the contract shall be the First Source Register; and

(b)   The first source for finding employees to fill any vacancy occurring in all jobs covered by the Employment Agreement shall be the First Source Register.

**H.5.3**   The Contractor shall not begin performance of the contract until its Employment Agreement has been accepted by DOES. Once approved, the Employment Agreement shall not be amended except with the approval of DOES.

**H.5.4**   The Contractor agrees that at least 51% of the new employees hired to perform the contract shall be District residents.

**H.5.5**   The Contractor's hiring and reporting requirements under the First Source Act and any rules promulgated thereunder shall continue for the term of the contract

**H.5.6**   The CO may impose penalties, including monetary fines of 5% of the total amount of the direct and indirect labor costs of the contract, for a willful breach of the Employment Agreement, failure to submit the required hiring compliance reports or deliberate submission of falsified data.

**H.5.7**   If the Contractor does not receive a good faith waiver, the CO may also impose an additional penalty equal to 1/8 of 1% of the total amount of the direct and indirect labor costs of the contract for each percentage by which the Contractor fails to meet its hiring requirements.

**H.5.8**   Any contractor which violates, more than once within a 10-year timeframe, the hiring or reporting requirements of the First Source Act shall be referred for debarment for not more than five (5) years.

**H.5.9**   The Contractor may appeal any decision of the CO pursuant to this clause to the D.C. Contract Appeals Board as provided in clause 14, Disputes.

**H.5.10** The provisions of the First Source Act do not apply to nonprofit organizations which employ 50 employees or less.

**H.6**   **DIVERSION, REASSIGNMENT AND REPLACEMENT OF KEY PERSONNEL**

The key personnel specified in the contract are considered to be essential to the work being performed hereunder. Prior to diverting any of the specified key personnel for any reason, the Contractor shall notify the CO at least thirty (30) calendar days in advance and shall submit justification, including proposed substitutions, in sufficient detail to permit evaluation of the impact upon the contract. The Contractor shall obtain written approval of the CO for any proposed substitution of key personnel.

**H.7**   **RESERVED**

**H.6**   **RESERVED**

**H.7**   **RESERVED**

**H.8**   **FAIR CRIMINAL RECORD SCREENING**

**H.8.1**   The Contractor shall comply with the provisions of the Fair Criminal Record Screening Amendment Act of 2014, effective December 17, 2014 (D.C. Law 20-152) (the "Act" as used in this section). This section applies to any employment, including employment on a temporary or contractual basis, where the physical location of the employment is in whole or substantial part within the District of Columbia.

Prior to making a conditional offer of employment, the Contractor shall not require an applicant for employment or a person who has requested consideration for employment by the Contractor, to reveal or disclose an arrest or criminal accusation that is not then pending or did not result in a criminal conviction.

**H.8.2**    After making a conditional offer of employment, the Contractor may require an applicant to disclose or reveal a criminal conviction.

**H.8.3**    The Contractor may only withdraw a conditional offer of employment or take adverse action against an applicant, for a legitimate business reason as described in the Act.

**H.8.4**    This section and the provisions of the Act shall not apply:

(a) Where a federal or District law or regulation requires the consideration of an applicant's criminal history for the purposes of employment;

(b) To a position designated by the employer as part of a federal or District government program or obligation that is designed to encourage the employment of those with criminal histories;

(c) To any facility or employer that provides programs, services or direct care to, children, youth or vulnerable adults; or

(d) To employers that employ less than 11 employees.

**H.8.5**    A person claiming to be aggrieved by a violation of the Act may file an administrative complaint with the District of Columbia Office of Human Rights and the Commission on Human Rights may impose monetary penalties against the Contractor.

**H.9    CONTRACTOR RESPONSIBILITIES**

The Contractor shall be responsible for providing qualified personnel to perform the required services outlined in the Scope of Work (Section C).

**H.9.1**    The Provider shall notify the District immediately whenever the Provider does not have adequate staff, financial resources or facilities to comply with the provision of services under this Human Care Agreement.

**H.10    PRIVACY AND CONFIDENTIALITY COMPLIANCE**

Contractor shall utilize the DATA Electronic Health Record (EHR) system for all documentation and billing activity related to the services provided under this Human Care Agreement.

**H.10.1**    The Contractor acknowledges that the DATA EHR system is an integrated system with the capacity to share protected health information between the Contractor, the Department and other network providers when authorized by the Health Insurance Portability and

Accountability Act of 1996, as amended ("HIPAA") and associated regulations promulgated at 45 CFR Parts 160, 162 and 164 as amended and the D.C. Mental Health Information Act ("MHIA"), D.C. Official Code § 7-1201.01 et seq or 42 CFR, part 2. By agreeing to utilize the integrated DATA EHR system, the Contractor agrees to become a member of the Department's behavioral health network as described in the Department's Joint Notice of Privacy Practices, Policy 1000.3 TL-195, found at http://dbh.dc.gov/node/240592.

**H.10.2**   The parties acknowledge that both the Contractor and the Department have joint legal responsibilities to protect the data in DATA in accordance with the HIPAA Privacy and Security Rule and the MHIA. As the license holder and administrator for the DATA EHR system, the Department owns the patient data created and maintained in the system and has primary responsibility to manage and safeguard the patient data in accordance with the confidentiality laws referenced in H.12.2. This responsibility begins the moment patient data is entered by any network provider and remains as long as the information retains legal protections under HIPAA and the MHIA. As a covered entity and authorized user of the DATA EHR system, the Contractor has an independent legal obligation to comply with HIPAA and the MHIA in its use of DATA. Both parties hereby expressly agree to comply with HIPAA and the MHIA in the use, management and administration of the DATA EHR system.

**H.10.3**   Because of the parties' mutual obligations to safeguard the patient data in DATA, The Contractor shall agree to the additional confidentiality provisions described below. All terms used shall have the same meaning as those terms in the HIPAA regulations:

a.   The parties agree not to use or disclose Protected Health Information or electronic Protected Health Information (hereinafter "PHI" or Protected Health Information") other than as permitted or required by HIPAA and the MHIA.

b.   The parties agree to use appropriate safeguards and comply with administrative, physical and technical safeguards requirements in 42 CFR, part 2, 45 C.F.R. §§ 164.308, 164.310,164.312 and 164.316 as required by § 13401 of the Health Information Technology Economic and Clinical Health ACT (February 18, 2010) ("HITECH"), to maintain the security of the Protected Health Information, including electronic Protected Health Information (ePHI).

**H.10.4**   The parties further acknowledge that, pursuant to HITECH, it must comply with the Security Rule and privacy provisions detailed in this Clause. As such, the parties are under the jurisdiction of the United States Department of Health and Human Services and are directly liable for their own compliance. A summary of HIPAA Security Rule standards, found at Appendix A to Subpart C of 45 C.F.R. Part 164 is as follows

**Administrative Safeguards**

| | | |
|---|---|---|
| Security Management Process | 164.308(a)(1) | Risk Analysis (R=Required)<br>Risk Management (R)<br>Sanction Policy (R)<br>Information System Activity Review (R) |
| Assigned Security Responsibility | 164.308(a)(2) | (R) |
| Workforce Security | 164.308(a)(3) | Authorization and/or Supervision (A=Addressable)<br>Workforce Clearance Procedure<br>Termination Procedures (A) |
| Information Access Management | 164.308(a)(4) | Isolating Health care Clearinghouse Function (R)<br>Access Authorization (A)<br>Access Establishment and Modification (A) |
| Security Awareness and Training | 164.308(a)(5) | Security Reminders (A)<br>Protection from Malicious Software (A)<br>Log-in Monitoring (A)<br>Password Management (A) |
| Security Incident Procedures | 164.308(a)(6) | Response and Reporting (R) |
| Contingency Plan | 164.308(a)(7 | Data Backup Plan (R)<br>Disaster Recovery Plan (R)<br>Emergency Mode Operation Plan (R)<br>Testing and Revision Procedure (A)<br>Applications and Data Criticality Analysis (A) |
| Evaluation | 164.308(a)(8) | (R) |
| Business Associate Contracts and Other Arrangement | 164.308(b)(1) | Written Contract or Other Arrangement (R) |

**Physical Safeguards**

| | | |
|---|---|---|
| Facility Access Controls | 164.310(a)(1) | Contingency Operations (A)<br>Facility Security Plan (A)<br>Access Control and Validation Procedures (A)<br>Maintenance Records (A) |
| Workstation Use | 164.310(b) | (R) |
| Workstation Security | 164.310(c) | (R) |
| Device and Media Controls | 164.310(d)(1) | Disposal (R)<br>Media Re-use (R)<br>Accountability (A)<br>Data Backup and Storage (A) |

**Technical Safeguards (see § 164.312)**

| | | |
|---|---|---|
| Access Control | 164.312(a)(1) | Unique User Identification (R)<br>Emergency Access Procedure (R)<br>Automatic Logoff (A) Encryption and Decryption (A) |
| Audit Controls | 164.312(b) | (R) |
| Integrity | 164.312(c)(1) | Mechanism to Authenticate Electronic Protected Health Information (A) |
| Person or Entity Authentication | 164.312(d) | (R) |
| Transmission Security | 164.312(e)(1) | Integrity Controls (A)<br>Encryption (A) |

a.  Privacy Officer. The parties agree to each name a Privacy and/or Security Officer who is accountable for developing, maintaining, implementing, overseeing the compliance of and enforcing compliance with this section, the Security Rule and other applicable federal and state privacy laws.

b.  Breach Notification and Responsibilities. The Contractor agrees to report to the Department and the Department agrees to report to the Contractor, in writing, any use or disclosure of the Protected Health Information of a consumer assigned to the Contractor not permitted or required by HIPAA or the MHIA or other incident or condition arising out the Security Rule, including breaches of unsecured protected health information as required at 45CFR 164.410, within two (2) days from the time the respective party becomes aware of such unauthorized use or disclosure. This includes any security incident of which the parties become aware, including any unauthorized attempts to access electronic protected health information (ePHI), whether those attempts were successful or not. Upon the determination of an actual data breach, the party who caused the breach shall be responsible for the breach and handle any required breach

c.  notifications to individuals, the HHS Office for Civil Rights (OCR) and the media, as applicable. The parties agree to establish procedures for mitigating and to mitigate to the extent required by

law, any deleterious effects that are known to the parties of a use or disclosure of Protected Health Information in violation of the requirements of this section. The parties hereby incorporate the Department's Privacy Manual, Policy 100.3, found at http://dbh.dc.gov/node/240592

d.   The parties shall ensure that any workforce member or any agent, including a subcontractor or business associate, agrees to the same restrictions and conditions that apply through this section with respect to Protected Health Information received from the other. The Department shall ensure that all other network human care providers with access to protected health information in DATA agree in writing to the same restrictions and conditions that apply throughout this section.

e.   Upon written request, the Contractor agrees to provide the Department a list of all subcontractors who meet the definition of a Business Associate. Upon written request, the Department agrees to provide the Contractor a list of all other human care providers and business associates with access to DATA. Requests may include copies of contracts and business associate agreements.

f.   Except as otherwise limited in this section, the Contractor may use or disclose Protected Health Information to perform functions, activities or services provided that such use or disclosure would not violate HIPAA or the MHIA.

g.   The parties agree to make available protected health information in a designated record set to the other as necessary to satisfy a covered entity's obligations under 45 C.F.R. § 164.524. The parties agree to make any amendment(s) to protected health information in a designated record set as directed or agreed to by the covered entity pursuant to 45 C.F.R. § 164.526 or take other measures as necessary to satisfy a covered entity's obligations under 45C.F.R. § 164.526.

h.   The parties agree to maintain and make available the information required to provide an accounting of disclosures to the other as necessary to satisfy covered entity's obligations under 45 C.F.R. § 164.528.

i.   To the extent the other party is to carry out one or more of a covered entity's obligation(s) under Subpart E of 45 C.F.R. Part 164, each party shall comply with the requirements of Subpart E that apply to the covered entity in the performance of such obligation(s).

j.   The parties agree to make its internal practices, books and records available to the Secretary of the U.S. Department of Health and Human Services or her delegates, for purposes of determining compliance with the HIPAA Rules.

k.   Modification. The parties agree to modify this agreement if necessary, to comply with any HIPAA or MHIA legal requirement.

l.  Training. The parties agree to train their workforce members, agents and subcontractors on the requirements of this section. In the event of privacy or security violations in the workplace, the parties shall impose appropriate discipline in accordance with the parties' workplace rules, federal and state laws and any applicable collective bargaining agreements.

m.  The parties shall reasonably cooperate with each other in the performance of the mutual obligations under this section.

n.  This section continues in force for as long as the Contractor retains any access to ePHI in DATA/ DATA or otherwise possesses protected health information as a result of this human care agreement.

o.  Material Breach. In the event of a material breach of this section, the parties shall afford the breaching party a reasonable opportunity to cure the breach. Both parties reserve the right to terminate the human care agreement in the event of material breach of this section when a cure is not possible.

p.  Any ambiguity in this HIPAA Compliance Clause shall be resolved to permit compliance with applicable federal and District of Columbia laws, rules and regulations and the HIPAA Rules and any requirements, rulings, interpretations, procedures or other actions related thereto that are promulgated, issued or taken by or on behalf of the Secretary; provided that applicable federal and District of Columbia laws, rules and regulations shall supersede the Privacy Rule if and to the extent that they impose additional requirements, have requirements that are more stringent than or provide greater protection of patient privacy or the security or safeguarding of Protected Health Information than those of the HIPAA Rules.

q.  No Third Party Rights. The Department and the Contractor are the only parties to this HIPAA Compliance Clause and are the only parties entitled to enforce its terms. Except for the rights of Individuals to have access to and amend their Protected Health Information and to an accounting of the uses and disclosures thereof, in accordance with Paragraphs (2) (h), (i) and (j), nothing in the HIPAA Compliance Clause gives, is intended to give or shall be construed to give or provide any benefit or right, whether directly, indirectly or otherwise, to third persons.

r.  Hold Harmless. The Department agrees to hold harmless and defend the Contractor from and against any claims arising from the Department's non-compliance with this section. The Contractor agrees to hold harmless and defend the Department from and against any claims arising from the Contractor's non-compliance with this section.

s.  Injunctive Relief. Notwithstanding any rights or remedies under this HIPAA Compliance Clause or provided by law, the parties retain all rights to seek injunctive relief to prevent or stop the unauthorized use or disclosure of Protected Health Information by the other party, its workforce, any of its subcontractors, agents or any third party who has

t.  received Protected Health Information from the offending party.

u.  Assistance in litigation or administrative proceedings. The parties agree to make their officers, employees, agents or subcontractors available to the other party, including as witnesses, when necessary to respond in any litigation or administrative proceeding or investigation arising fully and appropriately from a violation of this section.

v.  Headings. Headings are for convenience only and form no part of this HIPAA Compliance Clause and shall not affect its interpretation.

w.  Successors and Assigns. The provisions of this HIPAA Compliance Clause shall be binding upon and shall inure to the benefit of the Parties hereto and their respective successors and permitted assigns, if any.

x.  Severance. In the event that any provision of this HIPAA Compliance Clause is held by a court of competent jurisdiction to be invalid or unenforceable, the remainder of the provisions of this HIPAA Compliance Clause will remain in full force and effect. In addition, in the event a Party believes in good faith that any provision of this HIPAA Compliance Clause fails to comply with HIPAA or the MHIA, such party shall notify the other Party in writing, in the manner set forth in Section 10. Miscellaneous, Paragraph k. Notices. Within ten (10) business days from receipt of notice, the Parties shall address in good faith such concern and amend the terms of this HIPAA Compliance Clause, if necessary, to bring it into compliance. If, after thirty (30) days, the HIPAA Compliance Clause fails to comply with HIPAA or the MHIA, then either Party has the right to terminate this HIPAA Compliance Clause upon written notice to the other Party.

y.  Independent Contractor. The Contractor will function as an independent contractor and shall not be considered an agent of the Department for any purpose. Nothing in this HIPAA Compliance Clause shall be interpreted as authorizing one party, its subcontractor(s) or its agent(s) or employee(s) to act as an agent for or on behalf of the other party.

**H.10.5**  Entire Agreement. This HIPAA Compliance Clause constitutes the entire **agreement** and understanding between the Parties and supersedes all prior oral and written agreements and understandings between them with respect to applicable HIPAA, MHIA and other District of Columbia and federal laws, rules and regulations governing the privacy and security of protected health information.

**\*\*\* END OF SECTION H \*\*\***

**SECTION I**
**CONTRACT CLAUSES**

**I.1   APPLICABILITY OF STANDARD CONTRACT PROVISIONS**

The Standard Contract Provisions for use with District of Columbia Government Supplies and Services Contracts dated July 2010 ("SCP") are incorporated as part of the contract. To obtain a copy of the SCP go to www.ocp.dc.gov, click on OCP Policies under the heading "Information", then click on "Standard Contract Provisions – Supplies and Services Contracts".

**I.2   CONTRACTS THAT CROSS FISCAL YEARS**

Continuation of this contract beyond the current fiscal year is contingent upon future fiscal appropriations.

**I.3    CONFIDENTIALITY OF INFORMATION**

The Contractor shall keep all information relating to any employee or customer of the District in absolute confidence and shall not use the information in connection with any other matters; nor shall it disclose any such information to any other person, firm or corporation, in accordance with the District and federal laws governing the confidentiality of records.

**I.4   TIME**

Time, if stated in a number of days, will include Saturdays, Sundays and holidays, unless otherwise stated herein.

**I.5   RIGHTS IN DATA**

Delete Article 42, Rights in Data, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts and substitute the following Article 42, Rights in Data) in its place:

**A.      Definitions**

"Products" - A deliverable under any contract that may include commodities, services and/or technology furnished by or through Contractor, including existing and custom Products, such as, but not limited to:
a) recorded information, regardless of form or the media on which it may be recorded; b) document research; c) experimental, developmental or engineering work; d) licensed software; e) components of the hardware environment; f) printed materials (including but not limited to training manuals, system and user documentation, reports, drawings); g) third party software; h) modifications, customizations, custom programs, program listings, programming tools, data, modules, components; and i) any intellectual property embodied therein, whether in tangible or intangible form, including but not limited to utilities, interfaces, templates, subroutines, algorithms, formulas, source code and object code.

1. "<u>Existing Products</u>" - Tangible Products and intangible licensed Products that exist prior to the commencement of work under the contract. Existing Products must be identified on the Product prior to commencement of work or else will be presumed to be Custom Products.

2. "<u>Custom Products</u>" - Products, preliminary, final or otherwise, which are created or developed by Contractor, its subcontractors, partners, employees, resellers or agents for the District under the contract.

3. "<u>District</u>" – The District of Columbia and its agencies.

**B.      Title to Project Deliverables**

The Contractor acknowledges that it is commissioned by the District to perform services detailed in the contract. The District shall have ownership and rights for the duration set forth in the contract to use, copy, modify, distribute or adapt Products as follows:

1. <u>Existing Products</u>: Title to all Existing Licensed Product(s), whether or not embedded in, delivered or operating in conjunction with hardware or Custom Products, shall: (1) remain with Contractor or third party proprietary owner, who retains all rights, title and interest (including patent, trademark or copyrights). Effective upon payment, the District is granted an irrevocable, non-exclusive, worldwide, paid-up license to use, execute, reproduce, display, perform, adapt (unless Contractor advises the District as part of Contractor's proposal that adaptation will violate existing agreements or statutes and Contractor demonstrates such to the District's satisfaction) and distribute Existing Product to District users up to the license capacity stated in the contract with all license rights necessary to fully effect the general business purpose(s) of the project or work plan or contract; and (2) be licensed in the name of the District. The District agrees to reproduce the copyright notice and any other legend of ownership on any copies authorized under this paragraph.

2. <u>Custom Products</u>: Effective upon Product creation, Contractor hereby conveys, assigns and transfers to the District the sole and exclusive rights, title and interest in Custom Product(s), whether preliminary, final or otherwise, including all patent, trademark and copyrights. Contractor hereby agrees to take all necessary and appropriate steps to ensure that the Custom Products are protected against unauthorized copying, reproduction and marketing by or through Contractor.

**C.      Transfers or Assignments of Existing or Custom Products by the District**

The District may transfer or assign Existing or Custom Products and the licenses thereunder to another District agency. Nothing herein shall preclude the Contractor from otherwise using the related or underlying general knowledge, skills, ideas, concepts, techniques and experience developed under a project or work plan in the course of Contractor's business.

**D.      Subcontractor Rights**

Whenever any data, including computer software, are to be obtained from a subcontractor under the contract, the Contractor shall use this clause, **Rights in Data**, in the subcontract, without alteration and

no other clause shall be used to enlarge or diminish the District's or the Contractor's rights in that subcontractor data or computer software which is required for the District.

**E.       Source Code Escrow**

1. For all computer software furnished to the District with the rights specified in section B.2, the Contractor shall furnish to the District, a copy of the source code with such rights of the scope as specified in section
B.2 of this clause. For all computer software furnished to the District with the restricted rights specified in section B.1 of this clause, the District, if the Contractor either directly or through a successor or affiliate shall cease to provide the maintenance or warranty services provided the District under the contract or any paid-up maintenance agreement or if the Contractor should be declared insolvent by a court of competent jurisdiction, shall have the right to obtain, for its own and sole use only, a single copy of the current version of the source code supplied under the contract and a single copy of the documentation associated therewith, upon payment to the person in control of the source code the reasonable cost of making each copy.

2. If the Contractor or Product manufacturer/developer of software furnished to the District with the rights specified in section B.1 of this clause offers the source code or source code escrow to any other commercial customers, the Contractor shall either: (1) provide the District with the source code for the Product; (2) place the source code in a third party escrow arrangement with a designated escrow agent who shall be named and identified to the District and who shall be directed to release the deposited source code in accordance with a standard escrow arrangement acceptable to the District; or (3) will certify to the District that the Product manufacturer/ developer has named the District as a named beneficiary of an established escrow arrangement with its designated escrow agent who shall be named and identified to the District and who shall be directed to release the deposited source code in accordance with the terms of escrow.

3. The Contractor shall update the source code, as well as any corrections or enhancements to the source code, for each new release of the Product in the same manner as provided above and certify such updating of escrow to the District in writing.

**F.       Indemnification and Limitation of Liability**

The Contractor shall indemnify and save and hold harmless the District, its officers, agents and employees acting within the scope of their official duties against any liability, including costs and expenses, (i) for violation of proprietary rights, copyrights or rights of privacy, arising out of the publication, translation, reproduction, delivery, performance, use or disposition of any data furnished under this contract or (ii) based upon any data furnished under this contract or based upon libelous or other unlawful matter contained in such data.

## I.6   OTHER CONTRACTORS

The Contractor shall not commit or permit any act that will interfere with the performance of work by another District contractor or by any District employee.

## I.7   SUBCONTRACTS

The Contractor hereunder shall not subcontract any of the Contractor's work or services to any subcontractor without the prior written consent of the CO. Any work or service so subcontracted shall be performed pursuant to a subcontract agreement, which the District will have the right to review and approve prior to its execution by the Contractor. Any such subcontract shall specify that the Contractor and the subcontractor shall be subject to every provision of this contract. Notwithstanding any such subcontract approved by the District, the Contractor shall remain liable to the District for all Contractor's work and services required hereunder.

## I.8   INSURANCE

A.  GENERAL REQUIREMENTS. The Contractor shall procure and maintain, during the entire period of performance under this contract, the types of insurance specified below. The Contractor shall have its insurance broker or insurance company submit a Certificate of Insurance to the CO giving evidence of the required coverage prior to commencing performance under this contract. In no event shall any work be performed until the required Certificates of Insurance signed by an authorized representative of the insurer(s) have been provided to and accepted by, the CO. All insurance shall be written with financially responsible companies authorized to do business in the District of Columbia or in the jurisdiction where the work is to be performed and have an A.M. Best Company rating of A-VIII or higher.  The Contractor shall require all of its subcontractors to carry the same insurance required herein. The Contractor shall ensure that all policies provide that the CO shall be given thirty (30) days prior written notice in the event the stated limit in the declarations page of the policy is reduced via endorsement or the policy is canceled prior to the expiration date shown on the certificate. The Contractor shall provide the CO with ten (10) days prior written notice in the event of non-payment of premium.

All required policies shall contain a waiver of subrogation provision in favor of the Government of the District of Columbia.

The Government of the District of Columbia shall be included in all policies required hereunder to be maintained by the Contractor and its subcontractors (except for workers' compensation and professional liability insurance) as an additional insureds for claims against The Government of the District of Columbia relating to this contract, with the understanding that any affirmative obligation imposed upon the insured Contractor or its subcontractors (including without limitation the liability to pay premiums) shall be the sole obligation of the Contractor or its subcontractors and not the additional insured. The additional insured status under the Contractor's and its subcontractors' Commercial General Liability insurance policies shall be affected using the ISO Additional Insured Endorsement form CG 20 10 11 85 (or CG 20 10 07 04 **and** CG 20 37 07 04) or such other endorsement or combination of endorsements providing coverage at least as broad and approved by the CO in writing. All of the Contractor's and its subcontractors' liability policies (except for workers' compensation and professional liability insurance) shall be endorsed using ISO form CG 20 01 04 13 or its equivalent so as to indicate that such policies provide primary coverage (without any right of contribution by any other insurance, reinsurance or self- insurance, including any deductible or retention, maintained by an Additional Insured) for all claims against the additional insured arising out of the performance of this Statement of Work by the Contractor

or its subcontractors or anyone for whom the Contractor or its subcontractors may be liable. These policies shall include a separation of insureds clause applicable to the additional insured.

If the Contractor and/or its subcontractors maintain broader coverage and/or higher limits than the minimums shown below, the District requires and shall be entitled to the broader coverage and/or the higher limits maintained by the Grantee and subcontractors.

1. Commercial General Liability Insurance ("CGL") - The Contractor shall provide evidence satisfactory to the CO with respect to the services performed that it carries $1,000,000 per occurrence limits;
$2,000,000 aggregate; Bodily Injury and Property Damage including, but not limited to: premises- operations; broad form property damage; Products and Completed Operations; Personal and Advertising Injury; contractual liability and independent contractors. The policy coverage shall include the District of Columbia as an additional insured, shall be primary and non-contributory with any other insurance maintained by the District of Columbia and shall contain a waiver of subrogation. The Contractor shall maintain Completed Operations coverage for five (5) years following final acceptance of the work performed under this contract.

2. Automobile Liability Insurance - The Contractor shall provide automobile liability insurance to cover all owned, hired or non-owned motor vehicles used in conjunction with the performance of this contract. The policy shall provide a $1,000,000 per occurrence combined single limit for bodily injury and property damage.

3. Workers' Compensation Insurance. The Contractor shall provide Workers' Compensation insurance in accordance with the statutory mandates of the District of Columbia or the jurisdiction in which the contract is performed.

4. Employer's Liability Insurance. The Contractor shall provide employer's liability insurance as follows: $500,000 per accident for injury; $500,000 per employee for disease; and $500,000 for policy disease limit.

   **All insurance required by this paragraph 3 shall include a waiver of subrogation endorsement for the benefit of Government of the District of Columbia.**

5. Sexual/Physical Abuse & Molestation. The Contractor shall provide evidence satisfactory to the Contracting Officer with respect to the services performed that it carries $1,000,000 per occurrence limits; $2,000,000 aggregate of affirmative abuse and molestation liability coverage. This insurance requirement will be considered met if the general liability insurance includes an affirmative sexual abuse and molestation endorsement for the required amounts. So called "silent" coverage under a commercial general liability or professional liability policy will not be acceptable.

6. Commercial Umbrella or Excess Liability. The Contractor shall provide evidence

satisfactory to the CO of commercial umbrella or excess liability insurance with minimum limits equal to the greater of

(i) the limits set forth in the Contractor's umbrella or excess liability policy or (ii) $5,000,000 per occurrence and $5,000,000 in the annual aggregate, following the form and in excess of all liability policies. All liability coverages must be scheduled under the umbrella and/or excess policy. The insurance required under this paragraph shall be written in a form that annually reinstates all required limits. Coverage shall be primary to any insurance, self-insurance or reinsurance maintained by the District and the "other insurance" provision must be amended in accordance with this requirement and principles of vertical exhaustion.

7. <u>Cyber Liability Insurance.</u> The Contractor shall provide evidence satisfactory to the Contracting Officer of Cyber Liability Insurance, with limits not less than $5,000,000 per occurrence or claim,
$5,000,000 aggregate. Coverage shall be sufficiently broad to respond to the duties and obligations as is undertaken by Contractor in this agreement and shall include, but not limited to, claims involving infringement of intellectual property, including but not limited to infringement of copyright, trademark, trade dress, invasion of privacy violations, information theft, damage to or destruction of electronic information, release of private information, alteration of electronic information, extortion and network security. The policy shall provide coverage for breach response costs as well as regulatory fines and penalties as well as credit monitoring expenses with limits sufficient to respond to these obligations. This insurance requirement will be considered met if the general liability insurance includes an affirmative cyber endorsement for the required amounts and coverages.

B.  PRIMARY AND NONCONTRIBUTORY INSURANCE

The insurance required herein shall be primary to and will not seek contribution from any other insurance, reinsurance or self-insurance including any deductible or retention, maintained by the Government of the District of Columbia.

C.  DURATION. The Contractor shall carry all required insurance until all contract work is accepted by the District of Columbia and shall carry listed coverages for ten years for construction projects following final acceptance of the work performed under this contract and two years for non-construction related contracts.

D.  LIABILITY. These are the required minimum insurance requirements established by the District of Columbia. **HOWEVER, THE REQUIRED MINIMUM INSURANCE REQUIREMENTS PROVIDED ABOVE WILL NOT IN ANY WAY LIMIT THE CONTRACTOR'S LIABILITY UNDER THIS CONTRACT.**

E.  CONTRACTOR'S PROPERTY. Contractor and subcontractors are solely responsible for any loss or damage to their personal property, including but not limited to tools and equipment, scaffolding and temporary structures, rented machinery or owned and leased equipment. A waiver of subrogation shall apply in favor of the District of Columbia.

F.  MEASURE OF PAYMENT. The District shall not make any separate measure or payment for the cost of insurance and bonds. The Contractor shall include all of the costs of insurance and bonds in the contract price.

G.  NOTIFICATION.   The Contractor shall ensure that all policies provide that the CO shall be given thirty

(30) days prior written notice in the event of coverage and / or limit changes or if the policy is canceled prior to the expiration date shown on the certificate. The Contractor shall provide the CO with ten (10) days prior written notice in the event of non-payment of premium. The Contractor will also provide the CO with an updated Certificate of Insurance should its insurance coverages renew during the contract.

H.  CERTIFICATES OF INSURANCE. The Contractor shall submit certificates of insurance giving evidence of the required coverage as specified in this section prior to commencing work. Certificates of insurance must reference the corresponding contract number. Evidence of insurance shall be submitted to:

> Habibatu Jalloh
> Deputy Chief Contracting Officer
> Office of Contracting and Procurement
> 64 New York Avenue, NE,
> Second Floor Washington, DC 20002
> Office: 202-671-4082 ;
> Email: habibatu.jalloh@dc.gov

The CO may request and the Contractor shall promptly deliver updated certificates of insurance, endorsements indicating the required coverages and/or certified copies of the insurance policies. If the insurance initially obtained by the Contractor expires prior to completion of the contract, renewal certificates of insurance and additional insured and other endorsements shall be furnished to the CO prior to the date of expiration of all such initial insurance. For all coverage required to be maintained after completion, an additional certificate of insurance evidencing such coverage shall be submitted to the CO on an annual basis as the coverage is renewed (or replaced).

I.  DISCLOSURE OF INFORMATION. The Contractor agrees that the District may disclose the name and contact information of its insurers to any third party which presents a claim against the District for any damages or claims resulting from or arising out of work performed by the Contractor, its agents, employees, servants or subcontractors in the performance of this contract.

J.  CARRIER RATINGS.  All Contractor's and its subcontractors' insurance required in connection with this contract shall be written by insurance companies with an A.M. Best Insurance Guide rating of at least A- VII (or the equivalent by any other rating agency) and licensed in the in the District.

## I.9   EQUAL EMPLOYMENT OPPORTUNITY

In accordance with the District of Columbia Administrative Issuance System, Mayor's Order 85-85 dated June 10, 1985, the forms for completion of the Equal Employment Opportunity Information Report are incorporated herein as Section J.3. An award cannot be made to any offeror who has not satisfied the equal employment requirements.

**I.10    ORDER OF PRECEDENCE**

The contract awarded as a result of this RFQ will contain the following clause:

**ORDER OF PRECEDENCE**

A conflict in language shall be resolved by giving precedence to the document in the highest order of priority that contains language addressing the issue in question. The following documents are incorporated into the contract by reference and made a part of the contract in the following order of precedence:

(1)  An applicable Court Order, if any
(2)  Definitized HCA
(3)  Standard Contract Provisions
(4)  Contract attachments other than the Standard Contract Provisions
(5)  Contract document and modifications
(6)  RFQ, as amended
(7)  Proposal- Contractor's Response to RFQ

**I.11    DISPUTES**

Delete Article 14, Disputes, of the Standard Contract Provisions for use with District of Columbia Government Supplies and Services Contracts and substitute the following Article 14, Disputes) in its place:

**14. Disputes**

All disputes arising under or relating to the contract shall be resolved as provided herein.

(a) **Claims by the Contractor against the District**: Claim, as used in paragraph (a) of this clause, means a written assertion by the Contractor seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms or other relief arising under or relating to the contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant

All claims by a Contractor against the District arising under or relating to a contract shall be in writing and shall be submitted to the CO for a decision. The Contractor's claim shall contain at least the following:

(i)    A description of the claim and the amount in dispute;
(ii)   Data or other information in support of the claim;
(iii)  A brief description of the Contractor's efforts to resolve the dispute prior to filing the claim; and
(iii)  The Contractor's request for relief or other action by the CO.

The CO may meet with the Contractor in a further attempt to resolve the claim by agreement.

The CO shall issue a decision on any claim within 120 calendar days after receipt of the claim. Whenever possible, the CO shall take into account factors such as the size and complexity of the claim and the adequacy of the information in support of the claim provided by the Contractor.

The CO's written decision shall do the following:

(iv)     Provide a description of the claim or dispute;

(v)     Refer to the pertinent contract terms;

(vi)     State the factual areas of agreement and disagreement;

(vii)     State the reasons for the decision, including any specific findings of fact, although specific findings of fact are not required and, if made, shall not be binding in any subsequent proceeding;

(viii)     If all or any part of the claim is determined to be valid, determine the amount of monetary settlement, the contract adjustment to be made or other relief to be granted;

(ix)     Indicate that the written document is the CO's final decision; and

(x)     Inform the Contractor of the right to seek further redress by appealing the decision to the Contract Appeals Board.

Failure by the CO to issue a decision on a contract claim within 120 days of receipt of the claim will be deemed to be a denial of the claim and will authorize the commencement of an appeal to the Contract Appeals Board as provided by D.C. Official Code § 2-360.04.

(6) If a contractor is unable to support any part of its claim and it is determined that the inability is attributable to a material misrepresentation of fact or fraud on the part of the Contractor, the Contractor shall be liable to the District for an amount equal to the unsupported part of the claim in addition to all costs to the District attributable to the cost of reviewing that part of the Contractor's claim. Liability under this paragraph (a)(6) shall be determined within six (6) years of the commission of the misrepresentation of fact or fraud.

(7) Pending final decision of an appeal, action or final settlement, the Contractor shall proceed diligently with performance of the contract in accordance with the decision of the CO.

(b) **Claims by the District against the Contractor:** Claim as used in paragraph (b) of this clause, means a written demand or written assertion by the District seeking, as a matter of right, the payment of money in a sum certain, the adjustment of contract terms or other relief arising under or relating to the contract. A claim arising under a contract, unlike a claim relating to that contract, is a claim that can be resolved under a contract clause that provides for the relief sought by the claimant.

(1) The CO shall decide all claims by the District against a contractor arising under or relating to a contract.

(2) The CO shall send written notice of the claim to the contractor. The CO's written decision shall do the following:

> (xi)    Provide a description of the claim or dispute;
> (xii)   Refer to the pertinent contract terms;
> (xiii)  State the factual areas of agreement and disagreement;
> (xiv)   State the reasons for the decision, including any specific findings of fact, although specific findings of fact are not required and, if made, shall not be binding in any subsequent proceeding;
> (xv)    If all or any part of the claim is determined to be valid, determine the amount of monetary settlement, the contract adjustment to be made or other relief to be granted;
> (xvi)   Indicate that the written document is the CO's final decision; and
> (xvii)  Inform the Contractor of the right to seek further redress by appealing the decision to the Contract Appeals Board.

(3)    The CO shall support the decision by reasons and shall inform the Contractor of its rights as provided herein.

(4)    Before or after issuing the decision, the CO may meet with the Contractor to attempt to resolve the claim by agreement.

(5)    The authority contained in this paragraph (b) shall not apply to a claim or dispute for penalties or forfeitures prescribed by statute or regulation which another District agency is specifically authorized to administer, settle or determine.

(6)    This paragraph shall not authorize the CO to settle, compromise, pay or otherwise adjust any claim involving fraud.

(c)    Decisions of the CO shall be final and not subject to review unless the Contractor timely commences an administrative appeal for review of the decision, by filing a complaint with the Contract Appeals Board, as authorized by D.C. Official Code § 2-360.04.

(d)    Pending final decision of an appeal, action or final settlement, the Contractor shall proceed diligently with performance of the contract in accordance with the decision of the CO.

## I.12   CHANGES

### 1.   Changes:

(a)    The CO may, at any time, by written order and without notice to the surety, if any, make changes in the contract within the general scope hereof. If such change causes an increase or decrease in the cost of performance of the contract or in the time required for performance, an equitable adjustment shall be made. Any claim for adjustment for a change within the general scope must be asserted within ten (10) days from the date the change is ordered; provided, however, that the CO, if he or she determines

that the facts justify such action, may receive, consider and adjust any such claim asserted at any time prior to the date of final settlement of the contract. If the parties fail to agree upon the adjustment to be made, the dispute shall be determined as provided in **clause 14 Disputes**.

(b)     The District shall not require the Contractor and the Contractor shall not require a subcontractor, to under take any work that is beyond the original scope of the contract or subcontract, including work under a District-issued change order, when the additional work increases the contract price beyond the not-to-exceed price or negotiated maximum price of the contract, unless the CO:

    (1)  Agrees with the Contractor and if applicable the subcontractor, on a price for the additional work;

    (2)  Obtains a certification of funding to pay for the additional work;

    (3)  Makes a written, binding commitment with the Contractor to pay for the additional work within thirty (30) days after the Contractor submits a proper invoice; and

    (4)  Provides the Contractor with written notice of the funding certification.

(c)     The Contractor shall include in its subcontracts a clause that requires the Contractor to:

    (1)  Within five (5) business days of its receipt of notice of the approved additional funding, provide the subcontractor with notice of the amount to be paid to the subcontractor for the additional work to be performed by the subcontractor;

    (2)  Pay the subcontractor any undisputed amount to which the subcontractor is entitled for the additional work within ten (10) days of receipt of payment from the District; and

    (3)  Notify the subcontractor and CO in writing of the reason(s) the Contractor withholds any payment from a subcontractor for the additional work.

(d)     Neither the District, Contractor, nor any subcontractor may declare another party to be in default or assess, claim or pursue damages for delays until the parties agree on a price for the additional work.

## I.13    NON-DISCRIMINATION CLAUSE

Delete clause 19, Non-Discrimination Clause, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts and substitute the following clause 19, Non-Discrimination Clause, in its place:

**19. Non-Discrimination Clause:**

(a) The Contractor shall not discriminate in any manner against any employee or applicant for employment that would constitute a violation of the District of Columbia Human Rights Act, effective December 13, 1977, as amended (D.C. Law 2-38; D.C. Official Code § 2- 1401.01 *et seq.)*("Act", as used in this clause). The Contractor shall include a similar clause in all subcontracts, except subcontracts for standard commercial supplies or raw materials. In addition, the Contractor agrees and any subcontractor shall agree, to post in conspicuous places, available to employees and applicants for employment, a notice setting forth the provisions of this non-discrimination clause as provided in section 251 of the Act.

(a) Pursuant to Mayor's Order 85-85, (6/10/85), Mayor's Order 2002-175 (10/23/02), Mayor's Order2011-155 (9/9/11) and the rules of the Office of Human Rights, Chapter 11 of Title 4 of the D.C. Municipal Regulations, the following clauses apply to the contract:

    (1)    The Contractor shall not discriminate against any employee or applicant for employment because of actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, family responsibilities, genetic information, disability, matriculation, political affiliation or credit information. Sexual harassment is a form of sex discrimination which is prohibited by the Act. In addition, harassment based on any of the above protected categories is prohibited by the Act.

    (2)    The Contractor agrees to take affirmative action to ensure that applicants are employed and that employees are treated during employment, without regard to their actual or perceived: race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, gender identity or expression, family responsibilities, genetic information, disability, matriculation, political affiliation or credit information. The affirmative action shall include, but not be limited to the following:

        (a)    employment, upgrading or transfer;
        (b)    recruitment or recruitment advertising;
        (c)    demotion, layoff or termination;
        (d)    rates of pay or other forms of compensation; and
        (e)    selection for training and apprenticeship.

    (3)    The Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the contracting agency, setting forth the provisions in paragraphs 19(b) (1) and (b) (2) concerning non- discrimination and affirmative action.

(4)     The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for employment pursuant to the non- discrimination requirements set forth in paragraph 19(b) (2).

(5)     The Contractor agrees to send to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, a notice to be provided by the contracting agency, advising the said labor union or workers' representative of that contractor's commitments under this nondiscrimination clause and the Act and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

(6)     The Contractor agrees to permit access to its books, records and accounts pertaining to its employment practices, by the Chief Procurement Officer or designee or the Director of the Office of Human Rights or designee, for purposes of investigation to ascertain compliance with the Act and to require under terms of any subcontractor agreement each subcontractor to permit access of such subcontractors' books, records and accounts for such purposes.

(7)     The Contractor agrees to comply with the provisions of the Act and with all guidelines for equal employment opportunity applicable in the District adopted by the Director of the Office of Human Rights or any authorized official.

(8)     The Contractor shall include in every subcontract the equal opportunity clauses, i.e., paragraphs 19(b) (1) through (b) (9) of this clause, so that such provisions shall be binding upon each subcontractor.

(9)     The Contractor shall take such action with respect to any subcontract as the CO may direct as a means of enforcing these provisions, including sanctions for noncompliance; provided, however, that in the event the Contractor becomes involved in or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the contracting agency, the Contractor may request the District to enter into such litigation to protect the interest of the District.

## I.14   COST AND PRICING DATA

(a)     Delete Article 25, Cost and Pricing Data, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts. The Contractor shall not commit or permit any act that will interfere with the performance of work by another District contractor or by any District employee.

**I.15   SCP NO. 12 SERVICE OF PROCESS, NOTICE OR DEMAND**

**Delete Article 12, Appointment of Attorney, of the Standard Contract Provisions dated July 2010 for use with District of Columbia Government Supplies and Services Contracts.:**

(a)   A contractor may be served with any process, notice, or demand required or permitted by law by serving its registered agent.

(b)   If a contractor ceases to have a registered agent, or if its registered agent cannot with reasonable diligence be served, the contractor may be served by registered or certified mail, return receipt requested, or by similar commercial delivery service, addressed to the contractor at its principal office. Service shall be effective on the earliest of:

    (1)   The date that the contractor receives the mail or delivery by a similar commercial delivery service.

    (2)   The date shown on the return receipt, if signed by the contractor or its representative; or

    (3)   Five days after its deposit with the United States Postal Service or similar commercial delivery service, if correctly addressed and with sufficient postage.

(c)   Service may be made by handing a copy of the process, notice, or demand to an officer of the contractor, a managing or general agent of the contractor, or any other agent authorized by designation or by law to receive service of process for the contractor.

(d)   If a contractor fails to designate or maintain a registered agent in the District as required by law, or if a contractor's registered agent in the District cannot with reasonable diligence be found, and if the person seeking service submits a declaration under penalty of making false statements showing that a registered agent for the contractor cannot be found, the Mayor shall be the contractor's agent upon whom any process against the contractor may be served and upon whom any notice or demand required or permitted by law to be served upon the contractor may be served. Service on the Mayor of the process, notice, or demand shall be made by delivering or leaving with the Mayor, or his/her designee, duplicate copies of the process, notice, or demand. If any process, notice, or demand is so served, the Mayor shall immediately cause one of the copies to be forwarded by registered or certified mail to the contractor at its principal office or at its last known address.

    (e)   Service of process, notice, or demand may be made by other means under law.

**\*\*\* END OF SECTION I \*\*\***

## SECTION J
## LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS

The offeror must complete all forms and certifications required by Section J and incorporate into its proposal these completed forms and certifications.

| Attachment Number | Document |
|---|---|
| J.1 | Government of the District of Columbia Standard Contract Provisions for Use with the Supplies and Services Contracts (July 2010) available at http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents" |
| J.2 | U.S. Department of Labor Wage Determination 2015-4281, Revision 24, dated 06/27/2022 available at https://sam.gov/wage-determination/2015-4281/23 |
| J.3 | Way to Work Amendment Act of 2006 – 2022 Living Wage Notice available at http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents" |
| J.4 | Way to Work Amendment Act of 2006 - 2022 Living Wage Fact Sheet available at http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents" |
| J.5 | Department of Behavioral Health Privacy and Confidentiality Compliance (Double click on link) https://dbh.dc.gov/node/816402 available at http://dbh.dc.gov |
| J.6 | Department of Behavioral Health Policies and Rules (Double click on link) http://dbh.dc.gov/page/policies-rules |
| J.7 | W-9 Form - available http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents" |
| J.8 | Tax Certification Affidavit available at http://ocp.dc.gov, under Quick Links click on "Required Solicitation Documents" |

**\*\*\*END OF SECTION J \*\*\***

**DETERMINATION AND FINDINGS**
**FOR**
**CONTRACTOR RESPONSIBILTY**

CONTRACTOR:          Life Stride, Inc. (LSI)

CONTRACT NO.:        CW101416

SERVICE:             Supported Rehabilitative Residence (SRR) Services

TERM OF CONTRACT:    September 29, 2022, to September 28, 2023 (Base Period)

AMOUNT:              $2,867,111.50

1. **AUTHORIZATION:**

     D.C. Official Code §2-353.02 and 27 DCMR §2200.4.

2. **MINIMUM NEED:**

   The Government of the District of Columbia Department of Behavioral Health (DBH
   or the District) has an immediate need to contract with providers of supported
   rehabilitative residence (SRR) services who are licensed as a mental health consumer
   residence facility (MHCRF) operator to allow for SRR services to be provided for
   DBH consumers who require intensive mental health, medical treatment and related
   services/supports while remaining in a community based residential facility.  The
   successful contractor shall demonstrate the ability to provide intensive residential
   support and services to consumers enrolled in the public mental health system,
   diagnosed with a mental illness and in need of intensive behavioral and medical
   supports within a structured and supervised setting.

3. **ESTIMATED FAIR AND REASONABLE PRICE:**

   The not-to-exceed amount of $2,867,111.50 is considered fair and reasonable.  This
   determination is based upon the maximum number of consumers (74) to whom the
   contractor shall provide SRR services during the period of performance.  The pricing
   is a daily rate set by DBH as published in 22-A DCMR § 5701.1 Reimbursement
   Rate.

4. **FACTS WHICH JUSTIFY CONTRACTOR'S RESPONSIBILITY:**

   The Contracting Officer has determined the Contractor:

   a. Has adequate financial resources to perform the Contract or the ability to obtain
      those resources; indicated in submitted Audited Financial Statement  dated June

2021, and Dun and Bradstreet Supplier Qualifier Report dated August 15, 2022. (Please refer to Exhibit "G")

b.  Is able to comply with the required or proposed delivery or performance schedule, taking into consideration all existing commercial and government business per the Bidder/Offeror's Certification Form dated August 17, 2022. Please refer to Exhibit "G" – (Bidder/Offeror's Certification Form).

c.  Has a satisfactory performance record of providing the services to DBH that are subject of the proposed contract per a past performance evaluation completed by the Contract Administrator on of September 7, 2021.   Please refer to Exhibit "I" – (Past Performance Evaluation).

d.  Has a satisfactory record of integrity and business ethics; Contractor does not appear on current debarment databases or listings as of August 12, 2022, for the Office of the Inspector General (OIG) LEIE Exclusions database as of August 12, 2022; District Excluded Parties, or the System for Award Management (SAM) as of August 12, 2022. Please refer to Exhibit "F" – (Exclusions (DC, Federal, OIG).

e.  Has a satisfactory record of compliance with the law, including labor and civil rights laws and rules and the First Source Employment Agreement Act of 1984, effective June 29, 1984, as amended (D.C. Law 5-93; D.C. Official Code § 2-219.01 *et seq.*); First Source compliance verification dated November 15, 2021. Please refer to Exhibit "B" – (First Source Employment Agreement).

f.  Has, or has the ability to obtain, the necessary organization, experience, accounting, operational control, and technical skills; Evidenced by the District issuing a MHCRF licensure which the contractor maintains in good standing.  The contractor also holds DBH issued certifications to provide various behavioral health services.

g.  Has, or has the ability to obtain, the necessary production, construction, technical equipment, and facilities; The contractor generates revenue from contractual obligations funded by DC local and Medicaid funding.

h.  Has not exhibited a pattern of overcharging the District; DBH has operations for monitoring contractor overcharging which includes internal protocols, invoice verification and regular communication with the contract administrator. To the best of the contracting officer's knowledge, the provider has not exhibited a pattern of overcharging the District per the confirmation from the contract administrator that the contractor has a satisfactory performance rating as of September 7, 2021. The contractor's current compliance with DBH also covers their relationship with DC Medicaid and there have not been any negative findings reported to OCP.

i.  Does not have an outstanding debt with the District or the federal government in a delinquent status of more than the greater of $1,000 or 1% of the contract value, up to $25,000; Clean Hands compliance verification dated August 12,2022.

j.  Is otherwise qualified and is eligible to receive an award under applicable laws and rules.

**5.     Certification of finding by the Contract Specialist:**

I hereby certify that the above findings are correct and complete.

8/19/2022
Date

Jonas Mantey
Contract Specialist

## DETERMINATION

Based on the findings, in accordance with 27 DCMR Section 2200.4, I hereby determine that the contractor is in compliance with the above referenced sections and is thus determined to be responsible.

08/19/2022
Date

Habibatu Jalloh
Deputy Chief Contracting Officer

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF CONTRACTING AND PROCUREMENT**
**ON BEHALF OF THE DEPARTMENT OF BEHAVIORAL HEALTH**

**DETERMINATION AND FINDINGS FOR**
**HUMAN CARE AGREEMENT**

**CONTRACTOR:**          **TBG**
**CONTRACT NO:**         **DOC518515**
**SERVICES:**               **Supported Rehabilitative Residence (SRR)**
                                   **Community Residential Facility (CRF) Operators**
**AMOUNT:**                **$7,000.000.00 not-to-exceed**

**FINDINGS**

1. **Authorization:**

   27 DCMR Section 1905.1

2. **Minimum Need:**

   The District of Columbia, Office of Contracting and Procurement on behalf of the Department of Behavioral Health (DBH), is seeking to award one (1) or multiple human care agreements (hereinafter referred to as "HCA") to eligible licensed certified supported rehabilitative residence (SRR) operators who currently hold a current non-restricted license in good standing or has submitted an application for a community residence facility (CRF) SRR license to DBH licensure. SRR services vendors shall provide the required services to facilitate and sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness. The use of the term "contract" in this document refers to this HCA that has been awarded by the District. The terms provider, vendor and contractor are used interchangeably.

3. **Estimated Fair and Reasonable Cost:**

   The estimated fair and reasonable costs for these services are not-to-exceed **$7,000,000.00**. Reimbursement rates for services that are provided by DBH published rates $106.15

4. **Facts Which Justify use of Human Care Agreements:**

   In accordance with the terms and conditions as set forth in 27 DCMR, Chapter 19, Sections 1905, the Use of Human Care Agreements is the preferred method for procuring classes of human care services, because the quantity, rate of utilization, delivery areas, or specific beneficiaries of the service cannot accurately be determined at the outset.

DBH certifies CRF operators for a specific level of care and/or population. A successful provider who holds a SRR certification agrees to meet and maintain the requirements to provide human care services as described in Title 22A, Chapter 57 of the DC Municipal Regulations.

DBH authorizes consumers who select their provider of choice at a District authorized facility. The provider agrees to document the interactions utilizing the District's claims adjudication and electronic medical record systems.

It is not feasible to obtain SRR services competitively as there are a limited number of providers capable of providing this human service and the consumer need cannot be fully anticipated as consumer choice, consumer need and treatment requirements cannot be accurately estimated. Therefore, a human care agreement is the best procurement method to identify qualified providers to meet the agency requirements.

5. **Certification:**

I hereby certify that the above findings are true, correct and complete to the best of my knowledge.

*Meredith Alexander*                                07-08-2020
Meredith Alexander                                       Date
Contract Specialist

## DETERMINATION

Based on the findings, in accordance with 27 DCMR § 1905.1; Section 301 of the PPRA (D.C. Official Code §2-354.06 (a)(1), I hereby determine that the use of Human Care Agreements is the best method of acquisition.

*Elouise Fripp*                                    07/09/2020
Elouise Fripp                                          Date
Contracting Officer

 

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of Contracting and Procurement

**Health Services Cluster**
**Department of Behavioral Health**

## DETERMINATION AND FINDINGS
## FOR
## PROVIDER RESPONSIBILTY

| | |
|---|---|
| **AGENCY:** | Department of Behavioral Health (DBH) |
| **CONTRACT NO.**: | CW101416 |
| **PRODIVER:** | Life Stride Inc. |
| **CAPTION**: | Supported Rehabilitative Residence (SRR) Services |

1. **AUTHORIZATION:**

    D.C. Official Code §2-353.02 and 27 DCMR §2200.4.

2. **MINIMUM NEED:**

    The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

    The period of performance for option year three is from September 29, 2025, through September 28, 2026.

3. **ESTIMATED FAIR AND REASONABLE PRICE:**

    The estimated fair and reasonable price per bed is $126.50 for up to 41 beds, in total not-to-exceed amount of $1,893,072.50 for option year three.

4. **FACTS WHICH JUSTIFY PROVIDER'S RESPONSIBILITY:**

    The contracting officer has determined the provider:

    a.  Has adequate financial resources to perform the human care agreement or the ability to obtain those resources  as per Duns and Bradstreet's (D&B) Risk Analytics report  of



(Exhibit J ) May 12, 2025, indicates that Life Stride Inc has a supplier stability indicator rating of 10 which reflects a high risk and supplier evaluation risk rating of 4 out of 9 which reflects a high to moderate  risk for the District entering into business with the provider.  The contracting officer followed up with Life Stride Inc., to provide an explanation of the high rating, which D&B explained the high-risk rating resulted from outdated credit information. The provider has initiated steps to update its records with D&B to ensure more accurate risk representation. (Exhibit "H3" written explanation) Furthermore, based on the audited financial statement year for 2023, Certificate of Clean Hands, line of Credit information from a financial institution and Internal Revenue Service Transcripts for the 2023, 2022 and 2021 the provider is deemed financially viable. (Please refer to Exhibit "H1" for the audited financial Statement Exhibit "H2" Line of Credit Document and Exhibit "H3" Internal Revenue Service Tax Transcripts for the 2023, 2022 and 2021)

b.   Is able to comply with the required or proposed delivery or performance schedule, taking into consideration all existing commercial and government business per the Bidder/Offeror's Certification Form. Please refer to Exhibit "G" – (Bidder/Offeror's Certification Form dated May 30, 2025)

c.   Has a satisfactory performance record of providing the services to DBH that are subject of the proposed human care agreement per a past performance evaluation completed by the Contract Administrator on May 22, 2025, Please refer to Exhibit "K" – (Performance Evaluation)

d.   Has a satisfactory record of integrity and business ethics; The Provider's name does not appear on current debarment databases or listings as of May 12, 2025, for the Department of Health and Human Services, Office of the Inspector General list of excluded individuals/entities database; District Excluded Parties as of May 12, 2025, or the System for Award Management (SAM) as of May 12, 2025. Please refer to Exhibit "F 1" – Exclusions - HHS OIG LEIE Search Result, Exhibit "F2" Exclusions - DC OCP excluded Parties List, Exhibit "F3"- Exclusions - Federal SAM Search

e.   Has a satisfactory record of compliance with the applicable District licensing and tax laws and regulations, per the business license issued on June 01, 2023 (Exhibit "K"), and per the Clean Hands compliance verification dated May 12, 2025, (Left Side).

f.   Has a satisfactory record of compliance with the law, including labor and civil rights laws and rules and the First Source Employment Agreement Act of 1984, effective June 29, 1984, as amended (D.C. Law 5-93; D.C. Official Code § 2-219.01 *et seq.*); First Source compliance verification dated August 17, 2023. Please refer to Exhibit B" – (Executed First Source Agreement Document dated August 17, 2023).

Page 2 of 4

g.  Has, or has the ability to obtain, the necessary organization, experience, accounting, operational control, and technical skills; The vendor has been providing service to the District which the Provider has sufficient capacity (Please refer to Exhibit "G". Bidder/Offeror's Certification Form dated May 30, 2025)

h.  Has, or has the ability to obtain, the necessary production, construction, technical equipment, and facilities; The Provider has been performing services to DBH satisfactorily their recent past performance completed on May 22, 2025. Please refer to Exhibit K Past performance and signed Bidder offeror certification form dated May 30, 2025.

i.  Has not exhibited a pattern of overcharging the District; DBH has operations for monitoring Provider overcharging which includes internal protocols, invoice verification and regular communication with the contract administrator. To the best of the contracting officer's knowledge, the provider has not exhibited a pattern of overcharging the District.

j.  Does not have an outstanding debt with the District or the federal government in a delinquent status of more than the greater of $1,000 or 1% of the human care agreement value, up to $25,000; Clean Hands compliance verification dated May 12, 2025 (Left Side).

k.  Is otherwise qualified and is eligible to receive an award under applicable laws and rules.

## CERTIFICATION OF FINDINGS

I hereby certify that the above findings are correct and complete to the best of my knowledge.

6/27/2025
_____
Date

_____
Jonas Mantey
Contract Specialist

## DETERMINATION

Page 3 of 4

Based on the findings and in accordance with the above-cited authority, it is hereby determined that the Provider is in compliance with the above-mentioned sections and is thus determined to be responsible.


06/30/2025
Date

Habibatu Jalloh, CPCM
Deputy Chief Contracting Officer

The Peoples' Building | 64 New York Ave NE, 2nd floor West | Washington, DC 20002

★ ★ ★



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of Contracting and Procurement



**Health Services Cluster**
**Department of Behavioral Health**

## DETERMINATION AND FINDINGS
## FOR
## PRICE REASONABLENESS

**AGENCY**:              Department of Behavioral Health (DBH)
**PROVIDER:**             Life Stride Inc
**CONTRACT NUMBER:**      CW101416
**CAPTION:**              Supported Rehabilitative Residence (SRR)

## FINDINGS

1.    **AUTHORIZATION**:

D.C. Official Code §2-354.19; 27 DCMR § 1205

2.    **MINIMUM NEED**:

The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include in intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

The period of performance for option year three is September 29, 2025, through to September 28, 2026.

3.    **ESTIMATED FAIR AND REASONABLE PRICE**:

The estimated fair and reasonable unit price per bed is $126.50 for up to 41 beds in total not-to- exceed the amount of $1,893,072.5 for option year three.

4.    **FACTS WHICH JUSTIFY PRICE REASONABLENESS:**

The price is regulated with published reimbursement rates for services established by the DBH and set forth in Title 22A DCMR 5701, Per Diem SRR01 of $126.50, and therefore deem fair and reasonable

---

   

**5**.     **CERTIFICATION:**

I hereby certify that the above findings are correct and complete.

6/27/2025
_____

Date

_____

 Jonas Mantey
Contract Specialist

### **DETERMINATION**

Based on the findings, and in accordance with the above-cited authorities, I hereby determine the provider's price is fair and reasonable.

  06/30/2025
_____

Date

_____

Habibatu Jalloh, CPCM
Deputy Chief Contracting Officer

---

 

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Office of Contracting and Procurement

**Health Services Cluster**
**Department of Behavioral Health**

### DETERMINATION AND FINDINGS
### FOR
### PRICE REASONABLENESS

**AGENCY**:                 Department of Behavioral Health (DBH)
**PROVIDER:**              Life Stride Inc
**CONTRACT NUMBER:**   CW101416
**CAPTION:**               Supported Rehabilitative Residence (SRR)

### FINDINGS

1.    **AUTHORIZATION**:

27 DCMR § 1205, Section 406(a (2)) of the PPRA (D.C. Official Code §2-354.06)

2.    **MINIMUM NEED**:

The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include in intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

The period of performance for option year two human care agreement is September 29,2024 through to September 28, 2025.

3.    **ESTIMATED FAIR AND REASONABLE PRICE**:

The estimated fair and reasonable unit price of $126.50 per consumer for option year two of this human care agreement is not-to-exceed $2,862,695.

4.    **FACTS WHICH JUSTIFY PRICE REASONABLENESS:**

The contracting officer has determined that the price was fair and reasonable, because the price was established and regulated by the District and published in accordance with amended Title 22-A DCMR 5701, 22B DCMR Chapter 31 and Title 22A DCMR Chapter 38 for SRR providers licensed to meet SRR requirements.

5.    **CERTIFICATION:**

I hereby certify that the above findings are correct and complete.

  

7/18/2024
_____
Date

_____
Jonas Mantey
Contract Specialist

## **DETERMINATION**

Based on the findings, and in accordance with the above-cited authorities, I hereby determine the provider's price is fair and reasonable.

07/19/2024
_____
Date

_____
Habibatu Jalloh
Deputy Chief Contracting Officer

| **MODIFICATION OF CONTRACT** | 1. Contract Number **CW101416** | Page of Pages |  |
|---|---|---|---|
| | | 1 | 2 |

| 2. Amendment/Modification Number M0002 | 3. Effective Date | 4. Requisition/Purchase Request No. | 5. Solicitation Caption Supported Rehabilitative Residence Services |
|---|---|---|---|

| 6. Issued by:                                          Code | 7. Administered by (If other than line 6) |
|---|---|
| Office of Contracting and Procurement on behalf of Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor. Washington, DC 20002 | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | 9A. Amendment of Solicitation No. |
|---|---|---|
| Life Stride Inc 3005Bladenburg Road Northeast Washington DC 20018 United States Attn: Ms. Joyce Drumming E-mail: jdrumming@life-stride.com | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| Code                          Facility | | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| x | A.  This change order is issued pursuant to (Specify Authority):  27 DCMR, Chapter 36, Contract Modifications     The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
|---|---|
| x | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

**E. IMPORTANT:**     Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of District of Columbia hereby modifies the Contract No. CW101416 as follows:

**A.** Pursuant to the amendment to section 5701 of Title 22A, D.C. Municipal Regulation, Chapter 57, the District hereby increases the reimbursement rates for the Mental Health Community Residential Facilities (MHCRF). The per diem for the Supported Rehabilitative Residence (SRR) shall be increased from $106.15 to $126.50. As result the total Not- To-Exceed (NTE) amount for option year one period of performance is hereby increased from $2,874,966.60 to $3,423,114.

……….. Continued page 2

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer | 16A. Name of Contracting Officer Habibatu Jalloh | |
|---|---|---|
| 15B. Name of Contractor | 15C. Date Signed | 16B. District of Columbia | 16C. Date Signed 04/26/2024 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

**B.   Section B:**

**Revised B.2.1**

I. The unit price for services under this contract is established through amended regulation, Title 22A, D.C. Municipal Regulation, Chapter 57. The MHCRF bed rate per day is payable for each day that the consumer is physically present in the residence for at least eight (8) hours in a 24-hour period beginning at 12:00:00am and ending at 11:59:59pm, Eastern Standard Time

The Absence bed rate per day (75% of the MHCRF bed rate per day) is payable for up to 30 days in the fiscal year, for a consumer who is absent from the residence for 16 hours or more in a 24-hour period beginning at 12:00:00am and ending at 11:59:59pm, Eastern Standard Time, counting from the first day of absence.

Neither the MHCRF nor the Absence bed rate per day is payable when the consumer has been absent from the residence for 16 hours or more in a 24-hour period beginning at 12:00:00 a.m. and ending at 11:59:59 p.m., Eastern Standard Time after 31 days or more in a fiscal year, counting from the first day of absence.

II. **Revised B.2.2 Reimbursement Rate**
In accordance with DCMR Title 22a Chapter 57, the revised per diem shall be as follows:

| Service | Code | Rate | Unit |
|---|---|---|---|
| Supported Rehabilitative Residence MCRF Per diem | SRR01 | 126.50 | Daily |

III. **B.3 Price Schedule for option one through four have been revised**

| CLIN | Support Residence Services MHCRF | Maximum Capacity | Number of Days | Published Unit Price | Maximum Total Price |
|---|---|---|---|---|---|
| 1001 | Option Year One (FY23) | 74 | 2 | $106.15 | $15,710 |
| | Option Year One FY 24) | 74 | 364 | $126.50 | $3,407,404 |
| | **Option Year One Total** | | | | **$3,423,114** |
| 2002 | **Option Year Two** | **74** | **365** | **$126.50** | **$3,416,765** |
| 2003 | **Option Year Three** | **74** | **365** | **$126.50** | **$3,416,765** |
| 2004 | **Option Year Four** | **74** | **365** | **$126.50** | **$3,416,765** |
| | **Grand Total** | | | | **$13,673,409** |

C.   Incorporated in this contract is the U.S. Department of Labor Wage Determination No:2015-4281 Revision 28, dated 12/26/2023, located at https://sam.gov/wage-determination/2015-4281/28

D.   Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Act with the updated version effective January 1, 2024, located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.3

E.   Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Notice with the updated version effective January 1, 2024, located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.4

F.   All other terms and conditions remain unchanged.

| **MODIFICATION OF CONTRACT** | | 1. Contract Number **CW101416** | Page of Pages | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. Amendment/Modification Number | 3. Effective Date | 4. Requisition/Purchase Request No. | 5. Solicitation Caption |
|---|---|---|---|
| M0004 | September 29, 2024 | | Supported Rehabilitative Residence Services |

| 6. Issued by: | Code | 7. Administered by (If other than line 6) |
|---|---|---|
| Office of Contracting and Procurement on behalf of Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor. Washington, DC 20002 | | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | 9A. Amendment of Solicitation No. |
|---|---|---|
| Life Stride Inc 3005Bladenburg Road Northeast Washington DC 20018 United States Attn: Ms. Joyce Drumming E-mail: jdrumming@life-stride.com | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| Code                    Facility | | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| x | A.  This change order is issued pursuant to (Specify Authority):  27 DCMR, Chapter 36, Contract Modifications  The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
|---|---|
| x | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

**E. IMPORTANT:**    Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of District of Columbia hereby modifies the Contract No. CW101416 as follows:

**A.** In accordance with 27 DCMR 2008 and Section F.2, Option to Extend the Term of the Human Care Agreement, the District hereby exercises option year two for the period performance starting from September 29,2024, through September 28, 2025, in the not-to-exceed amount of $2,862,695.

**B.** Funding of this Human Care Agreement beyond September 30,2024 is contingent upon the availability of funds in DBH Fiscal Year 2025 budget.

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer | | 16A. Name of Contracting Officer Habibatu Jalloh | |
|---|---|---|---|
| 15B. Name of Contractor

(Signature of person authorized to sign) | 15C. Date Signed | 16B. District of Columbia

(Signature of Contracting Officer) | 16C. Date Signed 09/17/2024 |

**C.** Incorporated in this human care agreement is the U.S. Department of Labor Wage Determination No:2015-4281 Revision 29, dated 04/11/2024, located at https://sam.gov/wage-determination/2015-4281/29

**D.** All other terms and conditions remain unchanged.

**DETERMINATION AND FINDINGS
FOR
PRICE REASONABLENESS**

CONTRACTOR:              Life Stride, Inc. (LSI)

CONTRACT NO.:            CW101416

SERVICE:                 Supported Rehabilitative Residence (SRR) Services

TERM OF CONTRACT:        September 29, 2022, to September 28, 2023 (Base Period)

AMOUNT:                  $2,867,111.50

## 1.  AUTHORITY:

D.C. Official Code § 2-354.19; 27 DCMR § 1205

## 2.  MINIMUM NEED:

The Government of the District of Columbia Department of Behavioral Health (DBH or the District) has an immediate need to contract with providers of supported rehabilitative residence (SRR) services who are licensed as a mental health consumer residence facility (MHCRF) operator to allow for SRR services to be provided for DBH consumers who require intensive mental health, medical treatment and related services/supports while remaining in a community based residential facility.  The successful contractor shall demonstrate the ability to provide intensive residential support and services to consumers enrolled in the public mental health system, diagnosed with a mental illness and in need of intensive behavioral and medical supports within a structured and supervised setting.

## 3.  ESTIMATED FAIR AND REASONABLE PRICE:

The not-to-exceed amount of $2,867,111.50 is considered fair and reasonable.  This determination is based upon the maximum number of consumers (74) to whom the contractor shall provide SRR Services during the period of performance and the current per diem rate of $106.15.

## 4.  FACTS WHICH JUSTIFY FAIR AND REASONABLE PRICE:

The provider's price is fair and reasonable as the pricing is consistent for the contracts issued under the solicitation number DOC518515.  The pricing is regulated and published in 22A DCMR 5701.

The not-to-exceed proposed contract award amount was determined by historical data, projections, and contingency planning models to support the agency requirements in delivering medically and culturally appropriate levels of care in a community setting.

**Determination of Findings**
**Life Stride Inc. (SRR Services)**

The contracting officer has determined that the price was reasonable based on a review of the published and established pricing schedule and in accordance with Title 22B DCMR Chapter 31 and Title 22A DCMR Chapter 38 for SRR providers who are licensed to meet SRR requirements.  The DBH consumer medical necessity for these services and the DBH funding certification support the level of care the contractor shall provide under the SRR contract in the not to exceed amount of $2,867,111.50.

**5.  Certification of finding by the Contract Specialist:**
I hereby certify that the above findings are correct and complete to the best of my knowledge.

8/18/2022
    Date

Jonas Mantey
Contract Specialist

**DETERMINATION**

Based on the findings, it is hereby determined the contractor's price is fair and reasonable in accordance with DCMR §§ 2103.4 (b) and 2104.2.

08/18/2022
Date

Habibatu Jalloh
Deputy Chief Contracting Officer

Page **2** of **2**

 GOVERNMENT OF THE DISTRICT OF COLUMBIA
Office of Contracting and Procurement

**Health Services Cluster**
**Department of Behavioral Health**

**DETERMINATION AND FINDINGS**
**FOR**
**PRICE REASONABLENESS**

**AGENCY**:                Department of Behavioral Health (DBH)

**CONTRACTOR:**      Life Stride Inc

**CONTRACT NUMBER:**   CW101416

**CAPTION:**               Supported Rehabilitative Residence (SRR)


**FINDINGS**

1.      **AUTHORIZATION**:

D.C. Official Code §2-354.19; 27 DCMR § 1205

2.      **MINIMUM NEED**:

The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include in intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

The period of performance for option year one contract is September 29,2023 through to September 28, 2024.

3.      **ESTIMATED FAIR AND REASONABLE PRICE**:

The estimated not to exceed fair and reasonable contract amount for the option year one is $2,874,966.60. This determination is based upon the maximum number of consumers (74) to whom the provider shall provide SRR Services during the option year one period of performance and the current per diem rate of $106.15.

4.      **FACTS WHICH JUSTIFY PRICE REASONABLENESS:**

The contracting officer has determined that the price was fair and reasonable, because the price was established and regulated by the District and published in accordance with Title

---

  

**The Peoples' Building | 64 New York Ave NE, 2ⁿᵈ floor West | Washington, DC 20002**

22-A DCMR 5701, 22B DCMR Chapter 31 and Title 22A DCMR Chapter 38 for SRR providers licensed to meet SRR requirements.

**5**.     **CERTIFICATION:**

I hereby certify that the above findings are correct and complete.

7/28/2023
_____
Date

_____
 Jonas Mantey
Contract Specialist

### DETERMINATION

Based on the findings, and in accordance with the above-cited authorities, I hereby determine the contractor's price is fair and reasonable.

07/28/2023
_____
Date

_____
Habibatu Jalloh
Deputy Chief Contracting Officer

---




| **MODIFICATION OF CONTRACT** | | 1. Contract Number **CW101416** | | Page of Pages | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |

| 2. Amendment/Modification Number | 3. Effective Date | 4. Requisition/Purchase Request No. | 5. Solicitation Caption |
|---|---|---|---|
| M003 | Refer to 16C | | Supported Rehabilitative Residence Services |

| 6. Issued by:                                    Code | 7. Administered by (If other than line 6) |
|---|---|
| Office of Contracting and Procurement on behalf of Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor. Washington, DC 20002 | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | 9A. Amendment of Solicitation No. |
|---|---|---|
| Life Stride Inc 3005Bladenburg Road Northeast Washington DC 20018 United States Attn: Ms. Joyce Drumming E-mail: jdrumming@life-stride.com | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| Code                              Facility | | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| x | A.  This change order is issued pursuant to (Specify Authority):  27 DCMR, Chapter 36, Contract Modifications     The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
|---|---|
| x | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. This supplemental agreement is entered into pursuant to authority of: |
| | D. Other (Specify type of modification and authority) |

**E. IMPORTANT:**    Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of District of Columbia hereby modifies the Contract No. CW101416 as follows:

**A.** The maximum bed capacity of the Mental Health Community Residence Facilities (MHCRF) originally stipulated at 74 beds, is hereby revised to 62 beds for option year two through four.

……….. Continued page 2

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer | 16A. Name of Contracting Officer Habibatu Jalloh | |
|---|---|---|
| 15B. Name of Contractor  (Signature of person authorized to sign) | 15C. Date Signed | 16B. District of Columbia  (Signature of Contracting Officer) | 16C. Date Signed 05/13/2024 |

**B.** Revised B.3 Price Schedule for option Two through four has been revised.

| CLIN | Support Residence Services MHCRF | Maximum Capacity | Number of Days | Published Unit Price | NTE Total Price |
|---|---|---|---|---|---|
| **2002** | **Option Year Two** | 62 | 365 | $126.50 | $2,862,695 |
| **2003** | **Option Year Three** | 62 | 365 | $126.50 | $2,862,695 |
| **2004** | **Option Year Four** | 62 | 365 | $126.50 | $2,862,695 |

**C.** All other terms and conditions remain unchanged.

 **GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Contracting and Procurement

**Health Services Cluster**
**Department of Behavioral Health**

**DETERMINATION AND FINDINGS**
**FOR**
**PROVIDER RESPONSIBILTY**

**AGENCY:**                    Department of Behavioral Health (DBH)

**CONTRACT NO.**:        CW101416

**PRODIVER:**              Life Stride Inc

**CAPTION**:                  Supported Rehabilitative Residence (SRR) Services

1.    **AUTHORIZATION:**

 D.C. Official Code §2-353.02 and 27 DCMR §2200.4.

2.    **MINIMUM NEED:**

The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include in intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

The period of performance of the human care agreement option year two is from September 29, 2024, to September 28, 2025.

3.    **ESTIMATED FAIR AND REASONABLE PRICE:**

The fair and reasonable price for this HCA is in the not-to-exceed amount of $2,862,695.

4.    **FACTS WHICH JUSTIFY PROVIDER'S RESPONSIBILITY:**

The Contracting Officer has determined the Provider:

a.  Has adequate financial resources to perform the human care agreement or the ability to obtain those resources. As of July18, 2024, Duns and Bradstreet's Risk Analytics report indicates that Life Stride Inc has a supplier stability indicator rating of 6 out of 10.



However, based on the audited financial statement year 2023, Certificate of Clean Hands and exclusion list searches, the provider is deemed financially viable. (Please refer to Exhibit "K", Duns and Bradstreet's risk analytics report and audited financial Statement dated March 14, 2024)

b.  Is able to comply with the required or proposed delivery or performance schedule, taking into consideration all existing commercial and government business per the Bidder/Offeror's Certification Form. Please refer to Exhibit "G" – (Bidder/Offeror's Certification Form dated May 7, 2024)

c.  Has a satisfactory performance record of providing the services to DBH that are subject of the proposed human care agreement per a past performance evaluation completed by the Contract Administrator on May 08, 2024, Please refer to Exhibit "L" – (Past Performance Evaluation)

d.  Has a satisfactory record of integrity and business ethics; The Provider's name does not appear on current debarment databases or listings as of July 05, 2024, for the Department of Health and Human Services, Office of the Inspector General list of excluded individuals/entities database; District Excluded Parties as of July 05, 2024, or the System for Award Management (SAM) as of July 05,2024. Please refer to Exhibit "F 1" – Exclusions - HHS OIG LEIE Search Result, Exhibit "F2" Exclusions - DC OCP excluded Parties List, Exhibit "F3"- Exclusions - Federal SAM Search

e.  Has a satisfactory record of compliance with the applicable District licensing and tax laws and regulations, per the business license issued on July 01, 2023, and per the Clean Hands compliance verification dated July 05,2024.

f.  Has a satisfactory record of compliance with the law, including labor and civil rights laws and rules and the First Source Employment Agreement Act of 1984, effective June 29, 1984, as amended (D.C. Law 5-93; D.C. Official Code § 2-219.01 *et seq.*); First Source compliance verification dated August 17,2023. Please refer to Exhibit B" – (Executed First Source Agreement Document dated August 17, 2023).

g.  Has, or has the ability to obtain, the necessary organization, experience, accounting, operational control, and technical skills; The vendor has been providing service to the District which the Provider has sufficient capacity (Please refer to Exhibit "G". Bidder/Offeror's Certification Form dated May 7,2024)

h.  Has, or has the ability to obtain, the necessary production, construction, technical equipment, and facilities; The Provider has been performing services to DBH satisfactorily their recent past performance completed on May 8,2024. Please refer to Exhibit L Past performance and Signed Bidder offeror certification form dated May 7,2024

Page 2 of 3

i.   Has not exhibited a pattern of overcharging the District; DBH has operations for monitoring Provider overcharging which includes internal protocols, invoice verification and regular communication with the contract administrator. To the best of the contracting officer's knowledge, the provider has not exhibited a pattern of overcharging the District.

j.   Does not have an outstanding debt with the District or the federal government in a delinquent status of more than the greater of $1,000 or 1% of the human care agreement value, up to $25,000; Clean Hands compliance verification dated July 05 ,2024.

k.   Is otherwise qualified and is eligible to receive an award under applicable laws and rules.

## CERTIFICATION OF FINDINGS

I hereby certify that the above findings are correct and complete to the best of my knowledge.

7/18/2024
_____
Date

_____
Jonas Mantey
Contract Specialist

## DETERMINATION

Based on the findings and in accordance with above cited authority, it is hereby determined that the Provider is in compliance with the above referenced sections and is thus determined to be responsible.

07/19/2024
_____
Date

_____
Habibatu Jalloh
Deputy Chief Contracting Officer

Page 3 of 3

| **MODIFICATION OF CONTRACT** | | 1. Contract Number **CW101416** | Page of Pages | |
|---|---|---|---|---|
| | | | 1 | 2 |

| 2. Amendment/Modification Number | 3. Effective Date | 4. Requisition/Purchase Request No. | 5. Solicitation Caption |
|---|---|---|---|
| M0001 | September 29, 2023 | | Supported Rehabilitative Residence Services |

| 6. Issued by:       Code | 7. Administered by (If other than line 6) |
|---|---|
| Office of Contracting and Procurement on behalf of Department of Behavioral Health 64 New York Avenue, NE, 2nd Floor. Washington, DC 20002 | Department of Behavioral Health (DBH) 64 New York Ave NE Washington, DC 20002 |

| 8. Name and Address of Contractor (No. Street, city, county, state and zip code) | | |
|---|---|---|
| Life Stride Inc 3005Bladenburg Road Northeast Washington DC 20018 United States Attn: Ms. Joyce Drumming E-mail: jdrumming@life-stride.com | | 9A. Amendment of Solicitation No. |
| | | 9B. Dated (See Item 11) |
| | X | 10A. Modification of Contract/Order No. CW101416 |
| Code         Facility | | 10B. Dated (See Item 13) |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14.  The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15 and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) BY separate letter or fax which includes a reference to the solicitation and amendment number.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| | | |
|---|---|---|
| x | A. | This change order is issued pursuant to (Specify Authority):  27 DCMR, Chapter 36, Contract Modifications The changes set forth in Item 14 are made in the contract/order no. in item 10A. |
| x | B. | The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. |
| | C. | This supplemental agreement is entered into pursuant to authority of: |
| | D. | Other (Specify type of modification and authority) |

**E. IMPORTANT:**    Contractor is not ☒ is ☐ required to sign this document.

14. Description of Amendment/Modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.) The Government of District of Columbia hereby modifies the Contract No. CW101416 as follows:

**A.** In accordance with Section F.2, Option to Extend the Term of the Contract, the District hereby exercise option period one for the period performance starting from September 29,2023, through September 28, 2024.

**B.** The total contract amount for option year one shall not exceed a maximum of Two Million Eight Hundred Seventy-Four Thousand Nine Hundred Sixty-Six Dollars and Sixty Cents ($2,874,966.60). Funding of this contract beyond September 30,2023 is contingent upon the availability of funds in DBH FY'24 budget.
……….. Continued page 2

Except as provided herein, all terms and conditions of the document is referenced in Item 9A or 10A remain unchanged and in full force and effect.

| 15A. Name and Title of Signer | 16A. Name of Contracting Officer Habibatu Jalloh | |
|---|---|---|
| 15B. Name of Contractor (Signature of person authorized to sign) | 15C. Date Signed | 16B. District of Columbia (Signature of Contracting Officer) | 16C. Date Signed 09/21/2023 |

**C.** Incorporated in this contract is the U.S. Department of Labor Wage Determination No:2015-4281 Revision 27, with the updated revision U.S. Department of Labor Wage Determination No:2015-4281 Revision 27 dated 06/30/2023, located at https://sam.gov/wage-determination/2015-4281/27

**D.** Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Act with the updated version effective July 1, 2023, located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.3

**E.** Incorporated in this contract is the U.S. Department of Labor Way to Work Amendment Act of 2006 - Living Wage Notice with the updated version effective July 1, 2023 located at THE LIVING WAGE ACT OF 2006 (dc.gov) in the contract as Attachment J.4

 **GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Office of Contracting and Procurement

**Health Services Cluster**
**Department of Behavioral Health**

**DETERMINATION AND FINDINGS**
**FOR**
**CONTRACTOR RESPONSIBILTY**

**AGENCY:**              Department of Behavioral Health (DBH)

**CONTRACT NO.**:      CW101416

**CONTRACTOR:**       Life Stride Inc

**CAPTION**:            Supported Rehabilitative Residence (SRR) Services


1.    **AUTHORIZATION:**

   D.C. Official Code §2-353.02 and 27 DCMR §2200.4.

2.    **MINIMUM NEED:**

The Government of the District of Columbia, Office of Contracting and Procurement, on behalf of the DBH, has continued need for service providers who are licensed as a mental health consumer residence facility operator to provide SRR services which include in intensive mental health, medical treatment, and related services support to sustain the community tenure of individuals who are enrolled with the DBH and have a diagnosis of severe and persistent mental illness.

The proposed Human Care Agreement option year one is valid from September 29, 2023, to September 28, 2024.

3.    **ESTIMATED FAIR AND REASONABLE PRICE:**

The Fair and reasonable price for this HCA shall not exceed $2,864,966.60.

4.    **FACTS WHICH JUSTIFY CONTRACTOR'S RESPONSIBILITY:**

The Contracting Officer has determined the Provider:



a.  Has adequate financial resources to perform the contract or the ability to obtain those resources as per Duns and Bradstreet's Risk Analytics as of July 27,2023 (Please refer to Exhibit "K")

b.  Is able to comply with the required or proposed delivery or performance schedule, taking into consideration all existing commercial and government business per the Bidder/Offeror's Certification Form. Please refer to Exhibit "B" – (Bidder/Offeror's Certification Form dated June 12, 2023)

c.  Has a satisfactory performance record of providing the services to DBH that are subject of the proposed contract per a past performance evaluation completed by the Contract Administrator on of July 27, 2023. Please refer to Exhibit "J" – (Past Performance Evaluation)

d.  Has a satisfactory record of integrity and business ethics; The Contractor's name does not appear on current debarment databases or listings as of July 27, 2023, for the Department of Health and Human Services, Office of the Inspector General list of excluded individuals/entities database; District Excluded Parties as of July 27,2023, or the System for Award Management (SAM) as of July 27, 2023. Please refer to Exhibit "F 1" – Exclusions - HHS OIG LEIE Search Result, Exhibit "F2" Exclusions - DC OCP excluded Parties List, Exhibit "F3"- Exclusions - Federal SAM Search

e.  Has a satisfactory record of compliance with the law, including labor and civil rights laws and rules and the First Source Employment Agreement Act of 1984, effective June 29, 1984, as amended (D.C. Law 5-93; D.C. Official Code § 2-219.01 *et seq.*); First Source compliance verification dated April 5, 2023. Please refer to Exhibit E" – (Executed First Source Agreement Document dated November 15,2021).

f.  Has, or has the ability to obtain, the necessary organization, experience, accounting, operational control, and technical skills; The vendor has been providing service to the District which the contractor has sufficient capacity (Please refer to Exhibit "B". Bidder/Offeror's Certification Form dated June 13, 2023)

g.  Has, or has the ability to obtain, the necessary production, construction, technical equipment, and facilities; The contractor has been performing services to DBH satisfactorily their recent past performance completed on July 27,2023. Please refer to Exhibit J Past performance and Signed Bidder offeror certification form dated June 12,2023

h.  Has not exhibited a pattern of overcharging the District; DBH has operations for monitoring contractor overcharging which includes internal protocols, invoice verification and regular communication with the contract administrator. To the best of

Page 2 of 3

the contracting officer's knowledge, the provider has not exhibited a pattern of overcharging the District.

i.  Does not have an outstanding debt with the District or the federal government in a delinquent status of more than the greater of $1,000 or 1% of the contract value, up to $25,000; Clean Hands compliance verification dated July 27, 2023

j.  Is otherwise qualified and is eligible to receive an award under applicable laws and rules.

## CERTIFICATION OF FINDINGS

I hereby certify that the above findings are correct and complete to the best of my knowledge.

7/28/2023
_____
Date

_____
Jonas Mantey
Contract Specialist

## DETERMINATION

Based on the findings and in accordance with above cited authority, it is hereby determined that the contractor is in compliance with the above referenced sections and is thus determined to be responsible.

07/28/2023
_____
Date

_____
Habibatu Jalloh
Deputy Chief Contracting Officer

Page 3 of 3