

**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

# Comprehensive Program Description
# Core Service Agency (CSA) and Specialty Rehabilitation Day Treatment Program

## Organizational Overview

Life Stride, Inc. is a community-based behavioral health organization committed to providing comprehensive, recovery-oriented mental health services to adults residing in the District of Columbia. As a Department of Behavioral Health (DBH) certified Core Service Agency (CSA), Life Stride, Inc. delivers an integrated continuum of behavioral health services designed to promote recovery, improve functional independence, and enhance quality of life for individuals living with serious mental illness.

Life Stride, Inc. provides individualized, person-centered care through a coordinated system of clinical treatment, rehabilitation services, case management, and supportive services. Programs are designed to address the clinical, social, and functional needs of individuals while supporting community stability and reducing reliance on emergency or crisis-based interventions.

Services are provided by a multidisciplinary team of licensed clinicians, rehabilitation specialists, nurses, peer specialists, and support staff who work collaboratively to ensure that individuals receive comprehensive, coordinated, and culturally responsive care.

## Program Philosophy

Life Stride, Inc. operates under a recovery-oriented philosophy that recognizes the strengths, abilities, and resilience of individuals receiving services. Programs are designed to support recovery, promote self-sufficiency, and empower individuals to actively participate in their treatment planning and personal development.

Services emphasize:

• Person-centered treatment planning
• Cultural and linguistic competence
• Trauma-informed care
• Community integration and participation
• Family and natural support involvement when appropriate
• Strength-based rehabilitation approaches

Through these principles, Life Stride, Inc. seeks to provide individuals with the tools and resources necessary to achieve long-term recovery and stability in the community.

## Core Service Agency (CSA) Services



**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

As a DBH-certified Core Service Agency, Life Stride, Inc. provides a comprehensive array of outpatient behavioral health services designed to address the clinical and rehabilitative needs of individuals with serious and persistent mental illness. Core services include:

## Diagnostic Assessment and Evaluation

Comprehensive behavioral health assessments are conducted by qualified clinical professionals to determine psychiatric diagnoses, psychosocial needs, and service eligibility. Assessments include evaluation of psychiatric symptoms, functional impairments, medical conditions, social determinants of health, and risk factors that may affect recovery and stability.

## Medication Management and Somatic Services

Psychiatric medication services are provided by qualified prescribing professionals, including psychiatrists and nurse practitioners. Services include psychiatric evaluation, medication monitoring, treatment education, and coordination with primary care providers to address co-occurring medical conditions.

## Individual and Group Therapy

Licensed clinicians provide therapeutic interventions designed to address psychiatric symptoms, trauma history, behavioral challenges, and interpersonal functioning. Therapeutic modalities may include cognitive behavioral therapy, supportive counseling, psychoeducation, and trauma-informed approaches.

## Community Support Services

Community Support Specialists assist individuals in developing and maintaining skills necessary for successful community living. Services include assistance with housing stability, benefits coordination, linkage to medical care, employment readiness, social integration, and development of independent living skills.

## Care Coordination and Case Management

Life Stride, Inc. coordinates services across multiple systems of care including healthcare providers, housing agencies, social service organizations, and family supports. Staff assist individuals in navigating complex systems while ensuring continuity of care.

## Crisis Prevention and Stabilization Support

Through early identification of risk factors and proactive engagement, staff work with individuals to develop crisis prevention plans and strategies that reduce the likelihood of psychiatric emergencies. When necessary, coordination with crisis services is facilitated to ensure safety and stabilization.

## Specialty Rehabilitation Day Treatment Program



**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

The Specialty Rehabilitation Day Treatment Program provides structured, therapeutic, and rehabilitative services for individuals who require a higher level of support than traditional outpatient services but do not require inpatient hospitalization.

The program operates as a structured therapeutic environment designed to improve functional abilities, increase coping skills, and promote community reintegration. Participants attend scheduled program sessions where they engage in therapeutic groups, skill-building activities, and individualized rehabilitation services.

The program focuses on:
• Psychiatric symptom management
• Development of independent living skills
• Social and interpersonal skill development
• Coping strategies and emotional regulation
• Health and wellness education
• Community reintegration and vocational readiness

Day Treatment services are designed to reduce psychiatric hospitalizations and improve long-term stability by providing consistent daily therapeutic engagement and structured support.

### Day Treatment Program Structure

The Rehabilitation Day Treatment Program operates on a structured schedule designed to provide a comprehensive combination of clinical therapy, psychoeducation, and rehabilitative skill-building.

Typical program components may include:

**Psychoeducational Groups**

Structured group sessions that focus on understanding mental illness, medication adherence, symptom management, relapse prevention, and healthy lifestyle practices.

**Life Skills Development**

Participants receive training in essential daily living skills such as financial management, communication skills, time management, nutrition, and personal care.

**Social Skills Training**

Group activities and role-playing exercises are utilized to help individuals develop healthy interpersonal relationships, conflict resolution skills, and effective communication.

**Coping and Stress Management**

Participants learn techniques for managing stress, anxiety, and emotional triggers, including mindfulness practices, relaxation techniques, and cognitive restructuring.

**Wellness and Recovery Education**

Educational sessions address the importance of physical health, exercise, nutrition, and self-care as essential components of mental health recovery.



**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

## Vocational and Community Integration Activities

Participants receive support in identifying employment goals, developing workplace readiness skills, and engaging in community-based activities that promote independence.

## Wraparound Services and Crisis Prevention

Life Stride, Inc. incorporates a comprehensive wraparound service model to ensure that individuals receive holistic support addressing the multiple factors that affect behavioral health stability.

Wraparound services include coordination with housing providers, employment programs, medical care providers, substance use treatment services, and community resources. Staff work collaboratively with individuals to address barriers that may interfere with treatment engagement and recovery.

Through consistent engagement, individualized service planning, and close monitoring of participant progress, the program aims to reduce the need for emergency interventions and psychiatric hospitalization.

Preventive strategies include:

• Individualized crisis prevention planning
• Early identification of symptom escalation
• Intensive case coordination
• Frequent therapeutic contact and support
• Coordination with family and natural support systems
• Rapid access to clinical consultation when concerns arise

By addressing clinical, social, and environmental factors simultaneously, the wraparound approach promotes stability and helps individuals maintain functioning within the community.

## Staffing Structure

Life Stride, Inc. employs a multidisciplinary team of qualified professionals who provide integrated clinical and rehabilitative services.

Staff positions may include:

**Clinical Leadership**

• Chief Executive Officer / Licensee
• Chief Operating and Compliance Officer
• Clinical Director
• Director of Rehabilitation Day Treatment Services

**Clinical and Medical Staff**

• Psychiatrists or Psychiatric Nurse Practitioners
• Licensed Clinical Social Workers



**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

- Licensed Professional Counselors
- Registered Nurses
- Consulting Medical Professionals

**Rehabilitation and Support Staff**
- Rehabilitation Day Treatment Counselors
- Community Support Specialists
- Case Managers
- Peer Support Specialists
- Intake and Assessment Specialists

**Administrative and Quality Staff**
- Program Coordinators
- Health Information Management Staff
- Quality Improvement and Compliance Personnel
- Administrative Support Staff

All staff members receive ongoing training in clinical best practices, crisis intervention, documentation standards, cultural competency, and DBH regulatory requirements.

**Quality Assurance and Program Evaluation**

Life Stride, Inc. maintains a comprehensive Quality Improvement Program designed to ensure that services meet the highest standards of clinical effectiveness and regulatory compliance.

Program monitoring activities include:
- Routine chart reviews and documentation audits
- Consumer satisfaction surveys
- Outcome measurement and service utilization tracking
- Staff training and professional development
- Compliance monitoring in accordance with DBH standards

Quality improvement activities are reviewed regularly by leadership to identify opportunities for program enhancement and to ensure that services remain responsive to the needs of individuals served.

**Commitment to Recovery and Community Integration**

Life Stride, Inc. is committed to providing services that support recovery, independence, and full participation in community life. Through a coordinated system of clinical treatment, rehabilitation services, and wraparound supports, the organization seeks to empower individuals to achieve stability, personal growth, and long-term recovery.

The combination of Core Service Agency services and the Specialty Rehabilitation Day Treatment Program provide a comprehensive system of care that addresses the



**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Groups**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

complex needs of individuals living with serious mental illness while minimizing the need for crisis-based interventions and promoting sustained recovery within the community.