# <u>CONSUMER RIGHTS & GRIEVANCE PROCEDURES</u>

## Staff Training Curriculum

# Training Overview

**Training Title:** Consumer Rights & Grievance Procedures
**Target Audience:** All Clinical, Administrative, and Support Staff
**Training Length:** 60–90 Minutes
**Training Frequency:** Annual (Required)
**Training Objectives**
At the completion of this training, staff will be able to:

1. Identify the **fundamental rights of mental health consumers**
2. Explain **confidentiality and privacy protections**
3. Describe the **grievance and complaint process**
4. Recognize signs of **consumer rights violations**
5. Demonstrate how staff must **respond to complaints**
6. Document and report concerns in accordance with **DBH regulations and organizational policy**

**Module 1: Understanding Consumer Rights**
Consumer rights are **legal and ethical protections** that ensure individuals receiving mental health services are treated with dignity, respect, and fairness.
These rights apply to **all consumers receiving services**, regardless of:
• Diagnosis
• Housing status
• Income
• Race or ethnicity
• Gender identity
• Age
• Disability
Consumer rights are protected by:
• Federal law
• State regulations
• Department of Behavioral Health policies
• Medicaid regulations
• CARF accreditation standards

**Module 2: Fundamental Consumer Rights**
Consumers have the right to:
**1. Respect and Dignity**

Consumers must be treated:
• With respect
• Without discrimination
• Without harassment
• Without exploitation
Staff must maintain **professional boundaries** and cultural sensitivity.

**2. Participation in Treatment**
Consumers have the right to:
• Participate in treatment planning
• Help develop their Individualized Recovery Plan (IRP)
• Refuse treatment when legally permissible
• Receive explanations about services
Treatment must support **recovery, independence, and self-determination**.

**3. Confidentiality**
Consumers have the right to privacy regarding their:
• Medical information
• Mental health records
• Treatment history
• Personal information
Confidentiality is protected by:
• HIPAA
• DBH privacy regulations
• Organizational policies
Information may only be shared:
• With consumer consent
• For treatment purposes
• When required by law

**4. Freedom from Abuse or Neglect**
Consumers have the right to be free from:
• Physical abuse
• Emotional abuse
• Sexual exploitation
• Financial exploitation
• Neglect
Any suspected abuse **must be reported immediately**.

**5. Safe Environment**
Consumers have the right to receive services in a setting that is:
• Clean
• Safe

- Accessible
- Supportive of recovery

Staff must ensure safety procedures are followed.

**Module 3: Consumer Rights Responsibilities of Staff**

Staff members must:

- Protect consumer privacy
- Maintain professional boundaries
- Avoid discrimination
- Promote recovery and independence
- Inform consumers of their rights
- Provide grievance information

Staff must ensure consumers **receive a copy of the Consumer Rights Statement upon admission**.

**Module 4: Informing Consumers of Their Rights**

Upon admission to services, consumers must receive:

- Consumer Rights Statement
- Grievance procedures
- Confidentiality information
- Privacy practices notice

Staff must explain these rights **in language the consumer understands**.

This may include:

- Interpreters
- Simplified language
- Written materials

**Module 5: What is a Grievance?**

A **grievance** is a complaint made by a consumer regarding:

- Services received
- Staff conduct
- Treatment decisions
- Program policies
- Access to care

Consumers must be able to **file grievances without fear of retaliation**.

**Module 6: Examples of Grievances**

Examples include complaints about:

- Disrespectful staff behavior
- Confidentiality violations
- Delayed services
- Treatment disagreements
- Discrimination

All grievances must be **taken seriously and documented**.

**Module 7: Steps in the Grievance Process**
**Step 1: Consumer Submits Complaint**
Consumers may file complaints:
• Verbally
• In writing
• Through family or advocate
Staff must assist consumers who need help filing grievances.

**Step 2: Complaint Documentation**
Staff must record:
• Date of complaint
• Consumer name
• Nature of complaint
• Staff involved
• Immediate actions taken
Documentation must be submitted to **program leadership or quality assurance staff**.

**Step 3: Investigation**
The organization will:
• Review the complaint
• Interview staff and consumer
• Examine documentation
• Determine findings
Investigations must be **timely and impartial**.

**Step 4: Resolution**
Possible resolutions include:
• Staff training
• Policy changes
• Corrective actions
• Consumer mediation
Consumers must be **notified of the outcome**.

**Step 5: Appeal Process**
If the consumer is not satisfied, they may:
• Appeal the decision
• Contact the Department of Behavioral Health
• Contact advocacy organizations
Consumers must receive **instructions on how to appeal**.

**Module 8: Staff Responsibilities During Complaints**
When a consumer raises a complaint, staff must:

• Listen respectfully
• Avoid becoming defensive
• Document concerns
• Report complaints to supervisors
• Protect the consumer from retaliation
Never ignore or dismiss complaints.

**Module 9: Prohibition Against Retaliation**
Consumers must **never be punished or treated differently** for filing complaints.
Retaliation includes:
• Withholding services
• Harassment
• Threats
• Reduced support
Violations may result in **disciplinary action**.

**Module 10: Reporting Consumer Rights Violations**
Serious concerns must be reported immediately.
Examples include:
• Abuse
• Neglect
• Exploitation
• Safety threats
Reports must follow **organizational incident reporting procedures**.

**Module 11: Documentation Requirements**
All grievances must include:
• Consumer name
• Complaint details
• Investigation findings
• Resolution
• Date closed
Records must be maintained according to **regulatory requirements**.

# Post-Training Quiz

**1. Consumers have the right to participate in their treatment planning.**

A. True
B. False

**2. Confidential consumer information may be shared freely with anyone.**

A. True
B. False

**3. A grievance is:**

A. A consumer complaint about services
B. A treatment plan
C. A medical diagnosis
D. A discharge plan

**4. Consumers may file grievances:**

A. Verbally
B. In writing
C. Through an advocate
D. All of the above

**5. Staff should ignore minor consumer complaints.**

A. True
B. False

**6. Retaliation against consumers for filing complaints is:**

A. Acceptable
B. Prohibited

**7. Abuse or neglect must be:**

A. Ignored

B. Reported immediately

C. Documented later

D. Discussed only with coworkers

**8. Consumers must be informed of their rights:**

A. Only if they ask

B. At admission

C. After discharge

D. Never

**9. Consumer grievances must be:**

A. Documented

B. Investigated

C. Resolved

D. All of the above

**10. Consumer rights are protected by:**

A. Laws and regulations

B. Agency policies

C. Ethical standards

D. All of the above

# Quiz Answer Key

1. **A — True**

2. **B — False**

3. **A — A consumer complaint about services**

4. **D — All of the above**

5. **B — False**

6. **B — Prohibited**

7. **B — Reported immediately**

8. **B — At admission**

9. **D — All of the above**

10. **D — All of the above**