**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Group Homes**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

**POLICY AND PROCEDURE MANUAL**

**Policy Title: Supervision of Community-Based Mental Health Services**

**Policy Number: LSI-CL- SUP-001**

**Effective Date: October 2024**

**Review Cycle: Biennial (Every 2 Years)**

**Approved By: Chief Executive Officer – Life Stride, Inc.**

## I. PURPOSE
Life Stride, Inc. establishes this policy to ensure that all community-based mental health services are delivered under structured, qualified, and documented supervision in accordance with District of Columbia Department of Behavioral Health (DBH) requirements.
This policy ensures that supervision within Life Stride, Inc.:
- Promotes high-quality, safe, and effective clinical care
- Supports recovery, resiliency, and community integration of individuals served
- Ensures staff competency, accountability, and ethical practice
- Meets all applicable DBH standards for supervision of community-based mental health services

## II. APPLICABILITY
This policy applies to all Life Stride, Inc. employees, contractors, interns, and volunteers who:
- Provide clinical or rehabilitative mental health services; or
- Require supervision based on licensure, certification, or role

This includes, but is not limited to:
- Community Support Workers
- Unlicensed clinical personnel
- Certified Peer Specialists
- Interns and trainees

## III. POLICY STATEMENT
Life Stride, Inc. requires that all staff providing community-based mental health services receive appropriate supervision by a Qualified Practitioner (QP) in accordance with DBH standards.
Supervision shall ensure that services are:

1



**DBH Core Service Agency
Rehabilitation/Day Treatment Program -
Residential Group Homes
3005 Bladensburg Road, NE – Washington, D.C.  20018
202-635-2320  - Fax: 202-635-0752
www.life-stride.com**

- Medically necessary
- Clinically appropriate
- Efficient and effective
- Delivered in compliance with DBH certification standards

Life Stride, Inc. maintains full responsibility for the supervision of all services provided under LSI's  authority.

## IV. CORE PRINCIPLES OF SUPERVISION

Supervision at Life Stride, Inc. is grounded in:
- Recovery-oriented and person-centered care
- Cultural and linguistic competency
- Ethical and professional standards of practice
- Continuous quality improvement
- Evidence-based and best practice interventions

Supervision is clinical in nature and focuses on improving service delivery and consumer outcomes.

## V. SUPERVISOR QUALIFICATIONS

All supervisors at Life Stride, Inc. shall:
1. Be a Qualified Practitioner (QP) authorized to supervise within the scope of their license
2. Be credentialed and authorized to deliver the services being supervised
3. Have a minimum of three (3) years of behavioral health experience
4. Demonstrate knowledge of community-based mental health systems and resources
5. Maintain full responsibility for all supervised services
6. Ensure services align with the Individualized Treatment Plan (IRP)
7. Adhere to professional Code of Ethics and Standards of Practice
8. Maintain professional boundaries (no supervision of relatives or conflicted relationships)

## VI. SUPERVISEES

The following Life Stride, Inc. staff shall receive supervision:
- Unlicensed or credentialed clinical staff
- Staff requiring supervision for licensure or certification
- Certified Peer Specialists
- Interns, residents, and trainees

## VII. SUPERVISION REQUIREMENTS
## A. Frequency and Duration

**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Group Homes**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

Life Stride, Inc. requires:
- **Full-Time Staff:** Minimum of 4 hours per month
- **Part-Time Staff (≤20 hours/week):** Minimum of 2 hours per month

Supervision may include:
- Individual supervision
- Group supervision (not exceeding DBH limits)

## B. Content of Supervision

Supervision at Life Stride, Inc. shall include:
- Review of clinical cases and interventions
- Review of assessments and treatment plans
- Monitoring of consumer progress and outcomes
- Identification of service needs and supports
- Clinical skill development and coaching
- Evaluation of staff competencies

Supervision shall **not be primarily administrative** and must focus on clinical quality and service delivery.

## C. Clinical Record Review

Supervisors shall:
- Review clinical documentation for accuracy and completeness
- Ensure records reflect current consumer status
- Confirm updates to treatment based on changes in condition
- Address documentation deficiencies promptly

## VIII. SUPERVISION AGREEMENTS

Life Stride, Inc. requires a written supervision agreement between supervisor and supervisee.
Each agreement shall include:
1. Frequency, length, and format of supervision
2. Purpose and clinical focus of supervision
3. Evaluation methods for supervisee performance
4. Confidentiality expectations
5. Roles and responsibilities of both parties
6. Individual performance goals

Agreements shall be signed and maintained in personnel records.

## IX. DOCUMENTATION OF SUPERVISION

Supervisors at Life Stride, Inc. shall document each supervision session, including:
- Date of session

**DBH Core Service Agency**
**Rehabilitation/Day Treatment Program -**
**Residential Group Homes**
**3005 Bladensburg Road, NE – Washington, D.C.  20018**
**202-635-2320  - Fax: 202-635-0752**
**www.life-stride.com**

- Duration (start/end time)
- Names and signatures of supervisor and supervisee
- Type of supervision (individual/group)
- Summary of topics discussed
- Identified action steps and follow-up

Documentation shall be maintained in employee files and available for audit.

## X. SUPERVISOR–STAFF RATIOS

Life Stride, Inc. maintains supervision ratios consistent with DBH standards:
- Maximum of **10 full-time supervisees** or
- Combination equivalent not exceeding **12 supervisees total**

Supervisors shall also ensure that caseload distribution reflects:
- Consumer acuity
- Service intensity
- Staff competency

## XI. SUPERVISION COVERAGE

Life Stride, Inc. ensures continuous supervisory access:
- Supervisors are available **24 hours per day, 7 days per week** for consultation
- On-call systems are established for after-hours needs
- Staff are trained on when and how to access supervisory support

## XII. CERTIFIED PEER SPECIALIST SUPERVISION

Certified Peer Specialists at Life Stride, Inc. shall receive supervision consistent with:
- DBH Peer Certification requirements
- Additional Life Stride, Inc. supervision standards

## XIII. EVIDENCE-BASED PRACTICES (EBPs)

When Life Stride, Inc. delivers evidence-based practices:
- Supervision shall meet or exceed EBP fidelity standards
- Supervisors shall ensure adherence to model requirements
- Documentation shall reflect fidelity monitoring

## XIV. QUALITY ASSURANCE AND MONITORING

Life Stride, Inc. shall conduct ongoing monitoring of supervision through:
- Internal audits
- Chart reviews
- Supervision documentation review
- Performance evaluations

Findings shall be used to:

4



**DBH Core Service Agency
Rehabilitation/Day Treatment Program -
Residential Group Homes
3005 Bladensburg Road, NE – Washington, D.C.  20018
202-635-2320  - Fax: 202-635-0752
www.life-stride.com**

- Improve supervision practices
- Address compliance issues
- Strengthen clinical outcomes

## XV. CORRECTIVE ACTION AND ENFORCEMENT

Failure to comply with this policy may result in:
- Retraining
- Increased supervision
- Performance improvement plans
- Disciplinary action up to termination

Supervisory failures shall be addressed at both staff and management levels.

## XVI. POLICY REVIEW AND APPROVAL

This policy shall:
- Be reviewed and updated at least every two (2) years
- Be signed by the Chief Executive Officer
- Be acknowledged by all staff

## XVII. DEFINITIONS

For purposes of this policy:
- **Qualified Practitioner (QP):** Licensed or credentialed clinician authorized to provide and supervise services
- **Supervision:** Structured oversight to ensure competent, ethical, and effective service delivery
- **Supervisory Relationship:** Ongoing professional interaction focused on clinical improvement
- **Group Supervision:** Supervision involving multiple staff (not exceeding DBH limits)

**SIGNATURE**

**Joyce Drumming, LICSW, MPH**
Chief Executive Officer
Life Stride, Inc.  **Date:** _____

LSI Supervision Of Community-Based Mental Health Services