

## Life Strideed, Inc.
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

# Comprehensive Quality Improvement (QI) Plan, Compliance and CARF 2025

Policy Number: LSI -
 Effective Date:
Review Cycle: Every Two (2) Years
Next Review Date:
Approved By: LSI  Executive Leadership / Compliance Officer / QI Committee

## 1. PURPOSE
Life Strideed, Inc. (LSI ) establishes this Comprehensive Quality Improvement (QI) Plan to ensure a systematic, data-driven, and organization-wide approach to improving clinical, operational, and administrative performance.
LSI 's QI Plan is designed to:
- Improve consumer outcomes and service effectiveness
- Ensure compliance with District of Columbia Department of Behavioral Health (DBH) standards
- Meet and exceed CARF International performance improvement requirements
- Strengthen operational efficiency and accountability
- Support ongoing readiness for audits, certification, and accreditation

## 2. QI PHILOSOPHY (LSI  APPROACH)
LSI 's Quality Improvement approach is grounded in:
- Consumer-centered care
- Data-informed decision-making
- Continuous performance monitoring
- Staff engagement and accountability
- Regulatory compliance and excellence

LSI  views Quality Improvement as an ongoing organizational responsibility, not a periodic activity.

## 3. SCOPE
This QI Plan applies to all LSI  operations, including:
- Core Service Agency (CSA) services
- Rehabilitation Day Treatment (RDT) services
- Clinical, administrative, financial, and compliance functions

All LSI  staff are responsible for participating in QI activities.



# Life Strideed, Inc.
### DBH Core Service Agency – Rehabilitation/Day Treatment Program
### Free Standing Mental Health Clinic
### 3001 Bladensburg Road, NE – Washington, D. C. 20018
### Office:  202-635-3577    Fax:  202-635-0906

4. QI GOVERNANCE STRUCTURE

4.1 LSI  Quality Improvement Committee (QIC)

LSI  maintains a formal QI Committee responsible for oversight and implementation of this plan.

Membership includes:
- Chief Executive Officer (or designee)
- Chief Operating Officer / Compliance Officer
- Chief Financial Officer
- Program Director (CSA & RDT)
- Clinical Supervisor(s)
- Billing/Health Information Management Representative
- Additional staff as designated by LSI  leadership

4.2 QIC Responsibilities

The LSI  QI Committee is responsible for:
- Reviewing performance data and trends
- Identifying areas for improvement
- Approving QI projects and corrective action plans
- Monitoring implementation and outcomes
- Ensuring alignment with DBH, DHCF, and CARF International standards

4.3 Meeting Frequency

The LSI  QI Committee meets:
- Monthly (minimum)
- More frequently as needed based on performance issues or audit findings

Meeting minutes are documented and retained.

5. PERFORMANCE MEASUREMENT FRAMEWORK

LSI  utilizes defined performance indicators across key domains:

5.1 Clinical Quality Indicators
- Treatment plan completion and timeliness
- Progress note compliance (timeliness and quality)
- Consumer progress toward goals
- Hospitalization and crisis utilization rates

5.2 Compliance Indicators
- Documentation audit scores
- Service verification accuracy



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

- Authorization compliance rates
- Audit findings and corrective actions

5.3 Financial Indicators
- Claim denial rates
- Accounts receivable aging
- Revenue cycle performance
- Recoupment and overpayment trends

5.4 Operational Indicators
- Staff productivity
- Service utilization rates
- Appointment adherence and attendance

5.5 Consumer Satisfaction Indicators
- Consumer satisfaction survey results
- Grievance and complaint trends
- Consumer engagement levels

6. DATA COLLECTION & ANALYSIS
LSI  collects and analyzes data from:
- Electronic Health Record (EHR) system
- Billing and financial systems
- Internal audits and record reviews
- Consumer surveys and feedback
- Incident reports and risk management data

LSI  ensures that data is:
- Accurate and timely
- Reviewed regularly
- Used to inform decision-making

7. QUALITY IMPROVEMENT PROCESS (LSI  MODEL)
LSI  utilizes a structured QI methodology:
7.1 Identify
- Performance gaps or compliance risks are identified through data review

7.2 Analyze
- Root cause analysis is conducted to determine underlying issues



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

7.3 Plan
- A Quality Improvement Project (QIP) or Corrective Action Plan (CAP) is developed

7.4 Implement
- Interventions are implemented with assigned responsibilities

7.5 Monitor
- Outcomes are tracked against established benchmarks

7.6 Evaluate
- Effectiveness of interventions is evaluated
- Adjustments are made as needed

8. QUALITY IMPROVEMENT PROJECTS (QIPs)
LSI  conducts targeted QI Projects based on identified needs, such as:
- Improving documentation timeliness
- Reducing claim denials
- Enhancing service verification accuracy
- Increasing consumer engagement

Each QIP includes:
- Defined objectives
- Measurable indicators
- Timeline and responsible staff
- Ongoing monitoring

9. CORRECTIVE ACTION PLANS (CAPs)
When deficiencies are identified, LSI  implements CAPs that include:
- Root cause analysis
- Specific corrective actions
- Responsible personnel
- Implementation timelines
- Follow-up monitoring

CAPs are tracked and reviewed by the LSI  QI Committee.

10. RISK MANAGEMENT INTEGRATION
LSI  integrates risk management into its QI Plan by:



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

- Monitoring incident reports
- Tracking trends in critical incidents
- Implementing preventive strategies
- Coordinating with compliance and leadership

## 11. STAFF TRAINING & ENGAGEMENT
LSI  ensures that:
- All staff receive training on QI processes and expectations
- Staff are informed of performance outcomes
- Staff participate in improvement initiatives

QI is embedded into LSI 's organizational culture and daily operations.

## 12. CONSUMER PARTICIPATION
LSI  incorporates consumer input through:
- Satisfaction surveys
- Feedback mechanisms
- Participation in service planning

Consumer feedback is reviewed and integrated into QI activities.

## 13. DOCUMENTATION & REPORTING
LSI  maintains documentation of:
- QI Committee minutes
- Performance data reports
- QI projects and CAPs
- Audit findings and responses

QI reports are:
- Shared with leadership
- Used for DBH and CARF review
- Incorporated into organizational planning

## 14. ANNUAL QI EVALUATION
LSI  conducts an annual evaluation of its QI Plan that includes:
- Review of performance outcomes
- Assessment of QI activities and effectiveness
- Identification of trends and priorities
- Recommendations for improvement

The annual report supports LSI 's readiness for CARF International surveys and DBH recertification.

5



# Life Strideed, Inc.
### DBH Core Service Agency – Rehabilitation/Day Treatment Program
### Free Standing Mental Health Clinic
### 3001 Bladensburg Road, NE – Washington, D. C. 20018
### Office:  202-635-3577    Fax:  202-635-0906

15. CONTINUOUS COMPLIANCE ALIGNMENT

LSI  ensures that its QI Plan remains aligned with:
- DBH regulations and expectations
- DHCF Medicaid requirements
- MCO performance standards
- CARF accreditation requirements

16. STAFF ACCOUNTABILITY

All LSI  staff are responsible for:
- Participating in QI activities
- Maintaining compliance with policies
- Supporting improvement initiatives

Failure to comply may result in corrective action.

17. RELATED LSI  POLICIES
- LSI  Compliance Plan
- LSI  Audit Response Policy



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

# Life Stride, Inc.

## Annual Compliance Summary Report to the Governing Board

Prepared by: Leonard Lucas

Date: January 10, 2026

Reporting Period: January 2025 – December 2025

## 1. Purpose of Report

This report summarizes the organization's compliance activities for the reporting period. It is provided to the Governing Board to show oversight of regulatory compliance, quality improvement initiatives, and adherence to CARF accreditation standards and DC Department of Behavioral Health (DBH) licensing requirements.

## 2. Compliance Program Overview

The compliance program is designed to prevent, detect, and correct violations of federal and state regulations, payer requirements, and organizational policies. The program includes written policies, staff training, internal monitoring systems, and a compliance committee that meets quarterly to review operational risks and regulatory compliance.

## 3. Compliance Committee Activity

The Compliance Committee met quarterly throughout 2025. Committee members included Joyce Drumming, Robin Crim, Tina Carroll, Leonard Lucas, and Crystal Jackson. Meetings addressed compliance monitoring, incident review, documentation standards, billing compliance, and regulatory readiness for CARF and DBH oversight.

## 4. Internal Audits and Monitoring

Internal compliance monitoring activities included chart audits, billing documentation reviews, and credential verification. Chart audits were conducted quarterly to ensure



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

clinical documentation supported services billed and proven medical necessity. Billing reviews confirmed claims sent to Medicaid were supported by right clinical records.

## 5. Incident Reporting and Risk Management

All incidents involving client safety, staff conduct, or service delivery disruptions were documented and reviewed according to organizational policy. Incident trends were evaluated during compliance committee meetings to identify operational risks and implement corrective actions when necessary.

## 6. Staff Training and Credential Compliance

Staff completed mandatory compliance training including HIPAA privacy, client rights, documentation standards, and ethical conduct. Human resources maintained credential verification logs to ensure all licensed staff maintained current professional licensure.

## 7. Quality Improvement Activities

The Quality Improvement Committee checked program performance indicators and service outcomes. Improvement initiatives focused on documentation quality, staff training, and client service delivery standards.

## 8. Regulatory Compliance

The organization-maintained compliance with CARF accreditation standards and DC DBH licensing regulations. Policies were reviewed and updated as needed to ensure alignment with regulatory expectations.

## 9. Corrective Actions Implemented

When compliance concerns were found through audits or incident reviews, corrective action plans were developed and monitored until resolution. These actions included additional staff training, enhanced documentation supervision, and updated operational procedures.



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

## 10. Compliance Program Evaluation

An annual evaluation of the compliance program was conducted in December 2025. The evaluation concluded that the compliance program is functioning effectively and provides proper oversight of regulatory obligations.

## 11. Recommendations to the Governing Board

The Compliance Committee recommends continued support for compliance monitoring, ongoing staff education, and routine internal audits to support adherence to CARF standards and DBH licensing requirements.

## 12. Conclusion

The organization remains committed to supporting exacting standards of regulatory compliance, ethical service delivery, and continuous quality improvement.



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577   Fax:  202-635-0906**

# Life Strideed, Inc.
# CARF Performance Analysis
# (Standard 1.N.1 Compliance)

Reporting Period: January 1, 2025 – December 31, 2025

## 1. Executive Summary

Life Strideed, Inc. demonstrates strong clinical performance and compliance with CARF standards. Key strengths include high documentation compliance and positive consumer outcomes. Areas for improvement include financial stabilization and workforce retention.

## 2. Key Performance Indicators

| Indicator | Target | Current | Status |
|---|---|---|---|
| Treatment Plans Timely | ≥90% | 92% | Met |
| Documentation Compliance | ≥95% | 95% | Met |
| Consumer Improvement | ≥75% | 76% | Met |
| Service Access | ≥85% | 85% | Met |
| Staff Turnover | ≤20% | 28% | Needs Improvement |

## 3. Performance Improvement Plan (2026)

- Financial recovery and revenue cycle stabilization
- Workforce retention strategies



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

- Improve intake timelines
- Maintain documentation excellence

## 4. CARF Crosswalk (1.N.1)

This report aligns with CARF requirements including data analysis, stakeholder input, and leadership review.

## 5. Leadership Attestation

CEO: _____
COO: _____
QI Chair: _____
Board Representative: _____

# Life Strideed, Inc.
# CARF Performance Analysis

Reporting Period: January 1, 2025 – December 31, 2025

**Executive Analysis:**

Data demonstrates that Life Strideed, Inc. achieved strong performance across key clinical indicators, with documentation compliance reaching 95% and consumer improvement at 76%. Leadership reviewed these results and identified workforce instability and financial disruptions as primary barriers. Corrective actions have been implemented, including payroll stabilization and enhanced retention strategies, expected to improve outcomes in 2026.

**KPI Performance Dashboard:**



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**



**Performance Trends:**

12



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**



**Performance Improvement Actions:**

- Financial recovery actions implemented including billing system corrections
- Workforce retention strategies initiated
- Intake process streamlined to improve access
- Continued documentation training to sustain compliance levels



# Life Strideed, Inc.

**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**



# Life Strideed, Inc.
### DBH Core Service Agency – Rehabilitation/Day Treatment Program
### Free Standing Mental Health Clinic
### 3001 Bladensburg Road, NE – Washington, D. C. 20018
### Office:  202-635-3577   Fax:  202-635-0906

# Annual Performance Analysis Report

**CARF Standard 1.N.1 Compliance**

**Reporting Period:** January 1, 2025 – December 31, 2025

**Prepared By:** Quality Improvement (QI) Committee

**Approved By:** Executive Leadership & Board of Directors

## I. PURPOSE OF PERFORMANCE ANALYSIS

Life Strideed, Inc. conducts an annual, organization-wide performance analysis in accordance with **CARF Standard 1.N.1** to evaluate the effectiveness, efficiency, and quality of services delivered under its Core Service Agency (CSA) and Rehabilitation Day Treatment (RDT) programs.

This analysis is designed to:

- Assess organizational performance against established goals
- Identify trends, strengths, and opportunities for improvement
- Evaluate outcomes related to persons served
- Support data-driven decision-making
- Ensure alignment with **Commission on Accreditation of Rehabilitation Facilities** standards and **DC Department of Behavioral Health** (DBH) requirements

## II. SCOPE OF ANALYSIS

This report includes evaluation of the following domains:

1. **Service Delivery Effectiveness**
2. **Persons Served Outcomes**
3. **Access to Services**
4. **Financial Performance**
5. **Compliance & Risk Management**
6. **Human Resources & Workforce Development**
7. **Stakeholder Satisfaction (Consumers & Staff)**
8. **Health & Safety**

## III. DATA SOURCES

The analysis incorporates data from multiple validated sources:

- Electronic Health Records (EHR)
- Comagine Authorization Data



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

- DBH Reporting Systems
- Incident Reports
- Consumer Satisfaction Surveys (2025)
- Staff Satisfaction Surveys
- Financial Statements & Billing Reports
- HR Records (training, turnover, credentialing)
- Internal Audits & Compliance Reviews

## IV. PERFORMANCE INDICATORS & FINDINGS
### 1. Service Effectiveness
**Indicators:**
- Treatment plan completion within 30 days
- Progress note compliance
- Authorization approval rates

**Findings:**
- 92% of treatment plans completed timely (Target: ≥90%)
- 95% documentation compliance (improved from 88% in 2024)
- Authorization delays noted due to Comagine system issues

**Analysis:**
Strong improvement in documentation reflects successful staff training initiatives. External system barriers continue to impact service flow.

### 2. Persons Served Outcomes
**Indicators:**
- Symptom stabilization
- Functional improvement (DLA-20)
- Program completion rates

**Findings:**
- 76% of individuals demonstrated measurable improvement in functioning
- 68% maintained community stability without hospitalization
- RDT completion rate: 72%

**Analysis:**
Outcomes reflect effective service delivery consistent with medical necessity requirements. Continued focus needed on engagement strategies.

### 3. Access to Services
**Indicators:**
- Time from referral to intake

16



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

- Service initiation timelines

**Findings:**
- Average intake timeframe: 5 business days
- 85% of individuals began services within 7 days

**Barriers Identified:**
- Staffing shortages (early 2025)
- Authorization delays

## 4. Financial Performance
**Indicators:**
- Revenue cycle performance
- Accounts receivable aging
- Billing lag time

**Findings:**
- Significant disruption due to:
    - DCPDMS recertification delays
    - Lack of DBH Purchase Orders (POs)
- Estimated receivables backlog exceeded $300,000–$800,000
- Billing pause during system transition (Q1 2025)

**Analysis:**
Financial instability was externally driven, not due to service delivery deficiencies. Recovery strategies implemented (see Section VIII).

## 5. Compliance & Risk Management
**Indicators:**
- Incident reporting compliance
- Audit findings
- Policy adherence

**Findings:**
- 100% of critical incidents reported timely
- No major compliance violations identified
- Minor documentation deficiencies corrected through QI interventions

## 6. Human Resources
**Indicators:**
- Staff turnover
- Training compliance
- Credentialing status



**Life Strideed, Inc.**
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577   Fax:  202-635-0906**

**Findings:**
- Turnover rate: 28% (above target of 20%)
- 100% staff completed required DBH Chapter 34 training
- Staffing gaps impacted service capacity

**Analysis:**
Retention strategies required; turnover linked to financial instability and delayed payments.

**7. Stakeholder Satisfaction**
**Consumer Satisfaction (2025):**
- Overall satisfaction: 88%
- Highest ratings: staff respect, program structure
- Areas for improvement: wait times, service consistency

**Staff Satisfaction:**
- Morale impacted by delayed compensation
- Strong commitment to mission noted

**8. Health & Safety**
**Indicators:**
- Incident rates
- Infection control compliance
- Facility safety

**Findings:**
- No major safety violations
- Infection control protocols fully implemented
- Environment meets regulatory standards

**V. TREND ANALYSIS**

| Area | 2024 | 2025 | Trend |
|---|---|---|---|
| Documentation Compliance | 88% | 95% | ↑ Improved |
| Consumer Outcomes | 70% | 76% | ↑ Improved |
| Staff Turnover | 22% | 28% | ↓ Declined |
| Financial Stability | Stable | Disrupted | ↓ Declined |

**VI. STRENGTHS IDENTIFIED**
- Strong clinical outcomes and consumer improvement
- High documentation compliance



## Life Strideed, Inc.
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577   Fax:  202-635-0906**

- Effective QI processes
- Staff commitment despite operational challenges
- Compliance with CARF and DBH standards

## VII. AREAS FOR IMPROVEMENT
- Financial stabilization and revenue cycle recovery
- Staff retention and workforce stability
- Reduction in intake delays
- Improved authorization turnaround

## VIII. PERFORMANCE IMPROVEMENT ACTION PLAN (2026)
**Priority 1: Financial Recovery**
- Implement billing system optimization
- Aggressively pursue outstanding POs and claims
- Conduct MCO rate renegotiations

**Priority 2: Workforce Stabilization**
- Develop retention incentives
- Improve payroll reliability
- Expand recruitment efforts

**Priority 3: Service Access**
- Streamline intake process
- Strengthen authorization tracking

**Priority 4: Quality Enhancement**
- Continue documentation training
- Expand outcome tracking tools (DLA-20 integration)

## IX. LEADERSHIP REVIEW & APPROVAL
This Performance Analysis has been reviewed and approved by:
- Chief Executive Officer
- Chief Operating Officer / Compliance Officer
- Quality Improvement Committee
- Board of Directors

**Date Approved:** _January 14, 2026

## X. CONCLUSION
Life Strideed, Inc. demonstrates strong clinical performance and compliance with CARF standards despite significant external financial and operational challenges during the



# Life Strideed, Inc.
**DBH Core Service Agency – Rehabilitation/Day Treatment Program**
**Free Standing Mental Health Clinic**
**3001 Bladensburg Road, NE – Washington, D. C. 20018**
**Office:  202-635-3577    Fax:  202-635-0906**

reporting period. The organization remains committed to continuous quality improvement, fiscal recovery, and excellence in behavioral healthcare services.