### *Chronological Timeline of Life Stride Inc (MHCRF) Community Residence Facility Closures*

| Closure Date | Facilities |
| --- | --- |
| June 2023 | (1) 1536 28th Street SE – 7 residents – Closed |
| September 1, 2023 | (2) 1061 48th Place – 5 residents - Closed |
| November 30, 2023 | (3) 8028 Eastern Ave NW – 5 residents – Closed |
| February 2025 | (4) 930 Hamilton Street – 5 residents - Closed |
| March 2025 | (5) 221 56th Place NE – 6 residents; - Closed<br>(6) 4428 7th Street NE – 6 residents - Closed<br>(7) 6424 Eastern Ave NE – 5 residents - Closed |
| July 1, 2025 | (8) 1414 C Street NE – 6 residents - Closed |
| May 1, 2026 | (9) **651 11th Street – 6 residents;**<br>(10) 2213 Evarts Street-6 residents – Closed |
| July 26, 2026 | (11) **1495 Saratoga – 6 residents;**<br>(12) **11 Jefferson Street – 7 residents;**<br>(13) **3800 Pope Street – 6 residents**<br>(14) **309 Varnum Street – 5 residents** |

Summary Snapshot

• Total facilities listed: 14
• Facilities already closed:10
• Facilities with projected closures by July 26, 2026: 4 Remaining Consumers 24
• Resident count across all listed facilities: 81 known residential