The order below is hereby signed.

Signed: May 27 2026



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No.26-00183 |
| | ) | (Chapter 11) |
| LIFE STRIDE, INC. | ) | |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR WAIVER**
**OF APPOINTMENT OF PATIENT CARE OMBUDSMAN**

Upon consideration of the Motion for Waiver of Appointment of Patient Care Ombudsman

(the "Motion"), the lack of objections thereto, any arguments adduced at the hearing thereupon,

governing law, and the record herein, it is, by the United States Bankruptcy Court for the District

of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the appointment of a patient care ombudsman be, and hereby is, waived;

and it is further

ORDERED, that the Debtor shall continue to comply with all applicable patient care,

patient rights, licensing, certification, regulatory, reporting, supervision, and quality assurance

obligations, including those applicable under the District of Columbia Department of Behavioral

Health and Title 22-A of the District of Columbia Municipal Regulations.

1

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

United States Bankruptcy Court

District of Columbia

In re:                                                                          Case No. 26-00183-ELG

Life Stride, Inc                                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 27, 2026 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

**Recip ID**    **Recipient Name and Address**
dbpos    + Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:

**Name**    **Email Address**

Christianna Annette Cathcart

    on behalf of Debtor In Possession Life Stride  Inc christianna@dcbankruptcy.com

Katharine Toledo

    on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Maurice Belmont VerStandig

    on behalf of Debtor In Possession Life Stride  Inc mac@mbvesq.com,
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Monique Desiree Almy

    malmy@crowell.com  monique-almy-7127@ecf.pacerpro.com

Terry L Goddard, Jr

    on behalf of Creditor Mikeyla Kidd tgoddard@skaufflaw.com

District/off: 0090-1                          User: admin                                    Page 2 of 2

Date Rcvd: May 27, 2026                       Form ID: pdf001                                Total Noticed: 1

U. S. Trustee for Region Four

                    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 7