The order below is hereby signed.

Signed: June 10 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc. | ) | |
| | ) | |
| Debtors. | ) | |

### ORDER GRANTING MOTION AUTHORIZING DEBTOR TO OPEN DEBTOR IN POSSESSION ACCOUNT OR CONVERT EXISTING ACCOUNT

Upon consideration of the Motion Authorizing Debtor to Open Debtor in Possession Account or Convert Existing Account (the "Motion"), the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that Truist Bank is authorized and directed to convert and retitle the Debtor's existing bank accounts as debtor in possession accounts, clearly identifying each such account as "Life Stride, Inc, Debtor-in-Possession"; and it is further

1

ORDERED, that, to the extent Truist Bank is unable or unwilling to convert the existing accounts, the Debtor is authorized to open one or more debtor in possession accounts at Truist Bank, properly identified as "Life Stride, Inc, Debtor-in-Possession."

We ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Proposed Counsel for the Debtor*

Seen and No Objection:

/s/ Monique Desiree Almy
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W
Washington, DC 20004
Phone: (202) 624-2935
*Subchapter V Trustee*

2