The order below is hereby signed.

Signed: June 10 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING FINAL RELIEF**
**ON MOTION FOR LEAVE USE CASH COLLATERAL**

Upon consideration of the Motion for Leave to Use Cash Collateral (the "Motion"), the record of the interim hearing held on April 21, 2026, the absence of any objections, applicable law, and the entire record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED on a FINAL BASIS; and it is further

ORDERED, that the Debtor is hereby authorized to use cash collateral on a final basis through the earlier of (i) confirmation of a subchapter V plan, (ii) conversion or dismissal of this

1

case, or (iii) further order of the Court, subject to the terms and conditions set forth in this Order; and it is further

ORDERED, that solely to the extent the US Small Business Administration holds a valid, perfected, and enforceable security interest in the Debtor's cash collateral, the SBA is hereby granted a postpetition replacement lien on postpetition assets of the same type, nature, and priority as its alleged prepetition collateral; including proceeds, solely to the extent of any diminution in value of its interest; and it is further

ORDERED, that the Debtor's use of cash collateral shall be in accordance with the budget attached hereto as Exhibit A; provided that the weekly line-item amounts set forth therein shall continue to apply on a rolling weekly basis after the expiration of the dates listed in the budget, subject to a permitted variance of fifteen percent (15%); and it is further

ORDERED, that counsel for the Debtor shall serve a copy of this Order upon the SBA within three days of entry; and it is further

We ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

2

Seen and No Objection:

/s/ Monique D. Almy
Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Ave, N.W
Washington, DC 20004
Phone: (202) 624-2935
*Subchapter V Trustee*

/s/ Katharine I. Toledo
Katharine I. Toledo
Office of the United States Trustee
1725 Duke St.
Alexandria, VA 22314
Phone: (202) 603-5203
*Counsel for the U.S. Trustee*