# Notice Recipients

District/Off: 0090−1          User: admin          Date Created: 6/10/2026
Case: 26−00183−ELG          Form ID: pdf001          Total: 4


**Recipients of Notice of Electronic Filing:**

ust     U. S. Trustee for Region Four          USTPRegion04.DC.ECF@USDOJ.GOV
tr      Monique Desiree Almy          malmy@crowell.com
aty     Christianna Annette Cathcart          christianna@dcbankruptcy.com
aty     Katharine Toledo          katharine.i.toledo@usdoj.gov

                                                        TOTAL: 4