William C. Johnson, Jr., Esq.
Fed Bar No. 470314
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
William@Johnsonlg.law
(301) 477-3450
(202) 525-2958
Fax (301) 477-4813

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
| Life Stride, Inc. | * | Case No. 26-00183 |
| Debtor. | * | (Chapter 11) |
| | * | |

_____

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**THE CLERK OF THIS HONORABLE COURT** shall enter the appearance of William C. Johnson, Jr., Esq. as counsel for the creditor Peoples Community Church. Creditor's counsel's contact information is as follows:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770
(301) 477-3450
William@JohnsonLG.Law
www.JohnsonLG.Law

June 24, 2026                          **/s/ William C. Johnson, Jr., Esq**
                                       The Johnson Law Group, LLC
                                       William C. Johnson, Jr., Esq.
                                       Federal Bar No. 470314
                                       6305 Ivy Lane
                                       Suite 630
                                       Greenbelt, Maryland 20770
                                       (301) 477-3450
                                       William@JohnsonLG.Law

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2026, I caused a copy of the foregoing to be mailed, postage pre-paid, to the following:

U.S. Trustee
1725 Duke St.
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix


June 24, 2026                                             **/s/ William C. Johnson, Jr.**
                                                         William C. Johnson, Jr., Esq.