Label Matrix for local noticing
0090-1
Case 26-00183-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Wed Jun 24 10:19:34 EDT 2026

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

D.C. Office of Tax and Revenue
Bankruptcy Division
1101 4th Street SW
Washington, DC 20024-4457

D.C. Unemploy. Comp. Board
6th and Penna. Ave., N.W.
Washington, DC 20001-2106

DC Unemploy. Comp. Board
609 H St., NE
Room 3530367
Washington, DC 20002-7184

District Unemployment Compensation Board
4058 Minnesota Ave., NE
4th Floor
Washington, DC 20019-3540

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Life Stride, Inc
3005 Bladenburg Rd NE
Washington, DC 20018-2265

Ofc of Corp. Counsel
1 Judiciary Sq.
441 4th St., N.W.
6th Fl. North, Ste 1060
Washington, DC 20001-2714

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW
6th Floor
Washington, DC 20001-2714

Secretary of the Treasury
15th and Pennsylvania Aveneu, NW
Washington, DC 20220-0001

Securities and Exchange Commission
Atlanta Regional Office
Office of Reorganization
950 East Paces Ferry Road NE, Ste. 900
Atlanta, GA 30326-1382

Social Security Administration
Office of the General Counsel
Office of Program Litigation
Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235-0001

U.S. Attorney's Office
Civil Division
601 D Street, NW
Washington, DC 20530-0034

U.S. Environmental Protection Agency
US EPA Region 3
Attn: Bettina Dunn, Paralegal Specialist
Office of Regional Counsel
1650 Arch Street (3RC60)
Philadelphia, PA 19103-2029

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

AFCO Direct
PO. Box 660448
Dallas, TX 75266-0448

Abangawoh Sndrien
5007 Ashford Dr.
Upper Marlboro, MD 20772-2793

Aflac
PO Box 535178
Pittsburgh, PA 15253-5178

Akeem Tidjani
2106 Maryland Ave
Suite J
Washington, DC 20002-3145

Amwins Connect Administrators
PO Box 64802
Baltimore, MD 21264-4802

Antoinette Miles
2566 Oak Tree
Woodbridge, VA 22191-6010

BB&T Creditcard
214 N. Tyron St.
Charlotte, NC 28202

CareFirst
1501 S. Clinton St.
Baltimore, MD 21224-5730

Caroline Djambou
4820 Fort Totten Dr. NE #1
Washington, DC 20011-7561

Comcast Business
676 Island Pond Rd
Manchester, NH 03109-4840

Comptroller of Maryland
Revenue Administration Division
PO Box 549
Annapolis, MD 21404-0549

D.C. Dept. of Employment Services
4058 Minnesota Ave NE
Washington, DC 20019-3540

DC Office of Contracting and Procurement
64 New York Ave NE, 2nd Floor W
Washington, DC 20002-3320

DC Office of Tax and Revenue
1101 4th St., SW
270
Washington, DC 20024-4457

DC Treasurer
Attn: Office of Wage-Hour
400 Virginia Avenue SW
Washington, DC 20024-2730

DSS Realty, LLC
4433 Brookfield Corporate Dr.
Ste A
Chantilly, VA 20151-1691

Dada Okusanya
13601 Avebury Dr. Suite 32
Laurel, MD 20708-3438

Daniel Odees C/O O, Kurman P.A,
7501 Wisconsin Ave
Ste 1000W
Bethesda, MD 20814-6604

Delphine Sirri
13504 Steeplechase Dr.
Bowie, MD 20715-4548

Department of Behavioral Health (DBH)
64 New York Avenue, NE, 2nd floor West
Washington, DC 20002

Devon Burke
18337 Hallmark Ct
Gaithersburg, MD 20879-4669

Dr. Dada Okusanya
13601 Avebury Drive #32
Laurel, M 20708-3438

Elvis James
6201 Lombard Street
Hyattsville, MD 20785-1208

Emefua Yvonne
2720 Grasshopper Dr
Odenton, MD 21113-6048

Evelyn Paul
1406 Bush Road
Severn, MD 21144-1161

Extra Space Storage
3320 Bladensburg Road, NE
Washington, DC 20018

Ferdinand Kweh
8501 Cory Drive
Bowie, MD 20720-4458

Fort Lincoln Sr. Village II, LP
3005 Bladensburg Rsd. N.E
Washington, DC 20018-2265

Gary Hugley c/o Devon Lyons
1154 E. Wardlow Street
Long Beach, CA 90807-4733

Gary Priest
5410 Catalpha Road
Baltimore, MD 21214-1925

Gwendolyn Bardwell
16601 Pleasant Colony Drive.
Upper Marlboro, MD 20774-8802

Habibatu Jalloh, CPCM
64 New York Avenue, NE 2nd Floor
Washington, DC 20002-3322

Insurance policies and related coverage c/o
4433 Brookfield Corporate Dr.
Suite A
Chantilly, VA 20151-1691

Jerome Lewis 3709 Masthead Trail Triangle,
VA 22172-1051

Joyce Drumming 12. 4805 King Court
Bowie, MD 20720-3539

Kaiser
1 Kaiser Plaza
Oakland, CA 94612-3610

Kayla Becton
1320 S. Street
Suite A
Washington, DC 20009-7834

Knippenberg Insurance Inc
608 N Mechanic St
Cumberland, MD 21502-2113

Lekeanju Tayoh
6805 96th Ave
Lanham Seabrook, MD 20706-3611

Lenders Access
41176 Guava St.
Unit A
Murrieta, CA 92562-9146

Lyon Legal, P.C. 1154 E. Wardlow Street
Long Beach, CA 90807-4733

Mami Damoahqu
9106 Bobwhite Circle
Gaithersburg, MD 20879-1732

Marie Tomdio
3510 Collier Rd
Beltsville, MD 20705-3814

Marshall & Reumont, CPAs
12200 Tech Road, Suite 325
Silver Spring, MD 20904-7882

Maurice VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854-3976

Mikeyla Kidd
6856 Eastern Avenue, Suite 150
Washington, DC 20012-2185

Mikeyla Kidd PO Box 5216
Takoma Park, MD 20913-5216

Mr. Ailem Taye c/o S. Hamilton, Esq
8601 Georgia Avenue
Silver Spring, MD 20910-3437

National Liability & Fire Insurance Company
c/o Knippenberg Insurance Inc.,
608 N. M Cumberland, MD 21502

Nkangu Achaleke
5007 Ashford Dr.
Upper Marlboro, MD 20772-2793

Office of the Attorney General
400 6th Street NW, 9th Floor
Washington, DC 20001 OnDeck4700 W. D
South Jordan, UT 84009

Peoples Community Church
653 Eleventh St. NE
Washington, DC 20002-5317

Philadelphia Indemnity Insurance Company c/o
4433 Brook Chantilly, VA 20151

Prince Dike
9975 Goodluck Rd.
Lanham Seabrook, MD 20706-3280

Psychiatric Center Chartered Inc 3001 Bladen
Washington, DC 20018

Qualifacts Systems, LLC
315 Deaderick, Suite 2300
Nashville, TN 37238-2300

Quest Realty Management, LLC
4433 Brookfield Corporate Dr.
Ste A
Chantilly, VA 20151-1691

Robin Crim
1338 Ingraham St NW
Washington, DC 20011-3604

Shakil Brew
6287 Centre Stone Ring
Columbia, MD 21044-3796

Spencer Johnson
11703 Amber Court
Fort Washington, MD 20744-5953

Stephen Ngulefac
2720 Grasshopper Dr.
Odenton, MD 21113-6048

Sun Life Financial One Sun Life Executive Pa
Wellesley Hills, MA 02481

T-Mobile PO Box 629025
El Dorado Hills, CA 95762

Theresa Graneau 4805 Kings Court
Bowie, MD 20720-3539

Trustees People Community Church
653 11th St. NE
Washington, DC 20002-5317

Tyesha Stephens
3805 Saint Barnabas Rd
Suitland, MD 20746-3216

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203

Washington Gas 6801 Industrial Road
Springfield, VA 22151-4205

William D. Wright
8715 Wedding Drive
Welcome, MD 20693-3603

Zwicker & Associates, P.C.
9777 Mount Pyramid Court, Suite 220
Englewood, CO 80112-6046

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2029

Christianna Annette Cathcart
The Belmont Firm
1050 Connecticut Ave, NW
Ste 500
Washington, DC 20036-5304

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Mikeyla Kidd
6856 Eastern Avenue NW
Suite 150
Washington, DC 20012-2185

Monique Desiree Almy
Crowell & Moring LLP
600 5th Street, N.W.
Washington, DC 20001-2610

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(u)Karl L. Chen 9701 Apollo Drive, Suite 381

(u)Mr. Ailem Taye C/O S. Hamilton, ESQ

(u)Paychex Insurance Agency, Inc. 911 Panoram

(u)Pepco1325 G St. NW, Suite 800 Washington,

End of Label Matrix
Mailable recipients    91
Bypassed recipients     5
Total                  96