## Exhibit A – Liquidation Analysis

| | SCHEDULED VALUE | LIQUIDATION DISCOUNT | LIQUIDATION VALUE |
|---|---|---|---|
| **ASSETS** | | | |
| Deposit Accounts | $28,475.20 | 0.00% | $28,475.20 |
| Accounts Receivable | $281,630.63 | 100.00% | $0.00 |
| Security Deposit | $10,700.00 | 100.00% | $0.00 |
| Office Furniture | $3,900.00 | 85.00% | $585.00 |
| Office Equipment | $20,000.00 | 80.00% | $4,000.00 |
| Automobile | $2,050.00 | 25.00% | $1,537.50 |
| Internet Domain Name | $1.00 | 100.00% | $0.00 |
| Insurance Policy Interest | Unknown | 100.00% | $0.00 |
| Intangible Property | Unknown | 100.00% | $0.00 |
| | | | |
| **Total Asset Value** | $346,756.83 | | $34,597.70 |
| | | | |
| **Administrative Expenses** | | | |
| | | | |
| Chapter 7 Trustee Commission (§326(a)) | - | - | $4,209.77 |
| Trustee Counsel/Professional Fees | - | - | $7,500.00 |
| Vehicle, Watercraft, and Equipment Sale Costs | - | - | $2,500.00 |
| Insurance, Storage, and Wind-down Costs | - | - | $2,000.00 |
| Final Accounting/ Tax Preparation | - | - | $1,500.00 |
| | - | - | |
| Total Administrative Expenses | - | - | $17,709.77 |
| | - | - | |
| Net Proceeds Available for Secured Creditor | - | - | $16,887.93 |
| | - | - | |

| **Secured Debt** | Total Claim | Allowed Secured Claim | Deficiency (Unsecured) |
|---|---|---|---|
| | | | |
| U.S. Small Business Administration | $210,000.00 | $16,887.93 | $193,112.07 |
| | | | |
| **Net Proceeds Available After Secured Claims** | | | $0.00 |
| | | | |
| **Estimated Distribution to Unsecured Creditors** | - | - | $0.00 |