**Exhibit B - Financial Projections**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,500.00 | $24,929.63 | $12,501.00 | $25,957.22 | $12,502.00 | $28,608.22 | $12,503.00 | $27,582.63 | $12,504.00 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $60,000.00 |
| **Day Program** | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| **Total Revenue** | $81,000.00 | $81,000.00 | $81,000.00 | $81,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $100,000.00 |
| **Total Cash Available** | $93,500.00 | $105,929.63 | $93,501.00 | $106,957.22 | $102,502.00 | $118,608.22 | $102,503.00 | $117,582.63 | $112,504.00 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $28,000.00 |
| Payroll (Independent Contract Support Workers) | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $17,000.00 |
| Payroll Taxes | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,300.00 | $2,300.00 | $2,300.00 | $2,300.00 | $2,800.00 |
| Payroll Processing | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,050.00 | $1,050.00 | $1,050.00 | $1,050.00 | $1,150.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $10,500.00 |
| **Total Operating Expenses** | $54,043.78 | $54,043.78 | $54,043.78 | $54,043.78 | $60,393.78 | $60,393.78 | $60,393.78 | $60,393.78 | $67,993.78 |
| **EBITDA** | $26,956.22 | $26,956.22 | $26,956.22 | $26,956.22 | $29,606.22 | $29,606.22 | $29,606.22 | $29,606.22 | $32,006.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2 - Priority Wage Claims** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $24,929.63 | $38,385.85 | $25,957.22 | $38,386.85 | $28,608.22 | $44,714.44 | $27,582.63 | $43,688.85 | $31,010.22 |

**Exhibit B - Financial Projections**

| | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $31,010.22 | $12,505.00 | $30,711.22 | $12,506.00 | $29,685.63 | $12,507.00 | $30,713.22 | $12,508.00 | $30,714.22 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| **Day Program** | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| **Total Revenue** | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 |
| **Total Cash Available** | $131,010.22 | $112,505.00 | $130,711.22 | $112,506.00 | $129,685.63 | $112,507.00 | $130,713.22 | $112,508.00 | $130,714.22 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 |
| Payroll (Independent Contract Support Workers) | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| Payroll Taxes | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| Payroll Processing | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 |
| **Total Operating Expenses** | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 |
| **EBITDA** | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2 - Priority Wage Claims** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $48,189.85 | $30,711.22 | $48,917.44 | $29,685.63 | $47,891.85 | $30,713.22 | $47,892.85 | $30,714.22 | $48,920.44 |

**Exhibit B - Financial Projections**

| | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,509.00 | $30,588.63 | $12,510.00 | $30,716.22 | $12,511.00 | $30,717.22 | $12,512.00 | $33,241.63 | $12,513.00 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $65,000.00 | $65,000.00 | $65,000.00 |
| **Day Program** | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| **Total Revenue** | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $110,000.00 | $110,000.00 | $110,000.00 |
| **Total Cash Available** | $112,509.00 | $130,588.63 | $112,510.00 | $130,716.22 | $112,511.00 | $130,717.22 | $122,512.00 | $143,241.63 | $122,513.00 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $28,000.00 | $31,500.00 | $31,500.00 | $31,500.00 |
| Payroll (Independent Contract Support Workers) | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $19,500.00 | $19,500.00 | $19,500.00 |
| Payroll Taxes | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $2,800.00 | $3,150.00 | $3,150.00 | $3,150.00 |
| Payroll Processing | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,150.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $10,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Total Operating Expenses** | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $68,293.78 | $74,743.78 | $74,743.78 | $74,743.78 |
| **EBITDA** | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $31,706.22 | $35,256.22 | $35,256.22 | $35,256.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $126.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2 - Priority Wage Claims** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $30,588.63 | $48,794.85 | $30,716.22 | $47,895.85 | $30,717.22 | $48,923.44 | $33,241.63 | $54,997.85 | $34,269.22 |

**Exhibit B - Financial Projections**

| | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $34,269.22 | $12,514.00 | $6,270.22 | $12,515.00 | $33,244.63 | $12,516.00 | $34,272.22 | $12,517.00 | $34,273.22 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 | $65,000.00 |
| **Day Program** | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| **Total Revenue** | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 | $110,000.00 |
| **Total Cash Available** | $144,269.22 | $122,514.00 | $116,270.22 | $122,515.00 | $143,244.63 | $122,516.00 | $144,272.22 | $122,517.00 | $144,273.22 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 | $31,500.00 |
| Payroll (Independent Contract Support Workers) | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 | $19,500.00 |
| Payroll Taxes | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 | $3,150.00 |
| Payroll Processing | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 | $1,250.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Total Operating Expenses** | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 | $74,743.78 |
| **EBITDA** | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 | $35,256.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2 - Priority Wage Claims** | $17,427.18 | $28,000.00 | $15,078.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $37,571.67 | $6,270.22 | $12,948.22 | $33,244.63 | $55,000.85 | $34,272.22 | $55,001.85 | $34,273.22 | $56,029.44 |

**Exhibit B - Financial Projections**

| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,518.00 | $38,047.63 | $12,519.00 | $38,575.22 | $12,520.00 | $38,576.22 | $12,521.00 | $37,550.63 | $12,522.00 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 |
| **Day Program** | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| **Total Revenue** | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 |
| **Total Cash Available** | $132,518.00 | $158,047.63 | $132,519.00 | $158,575.22 | $132,520.00 | $158,576.22 | $132,521.00 | $157,550.63 | $132,522.00 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 |
| Payroll (Independent Contract Support Workers) | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 |
| Payroll Taxes | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 |
| Payroll Processing | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $2,500.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| **Total Operating Expenses** | $79,943.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 |
| **EBITDA** | $40,056.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2 - Priority Wage Claims** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $38,047.63 | $64,103.85 | $38,575.22 | $63,604.85 | $38,576.22 | $64,632.44 | $37,550.63 | $63,606.85 | $38,578.22 |

**Exhibit B - Financial Projections**

| | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $38,578.22 | $12,523.00 | $38,579.22 | $12,524.00 | $38,580.22 | $12,525.00 | $37,554.63 | $12,526.00 | $38,582.22 |
| **REVENUE** | | | | | | | | | |
| **Community Support** | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 |
| **Day Program** | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| **Total Revenue** | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 |
| **Total Cash Available** | $158,578.22 | $132,523.00 | $158,579.22 | $132,524.00 | $158,580.22 | $132,525.00 | $157,554.63 | $132,526.00 | $158,582.22 |
| **OPERATING EXPENSES** | | | | | | | | | |
| Payroll (Salaries & Wages) | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 |
| Payroll (Independent Contract Support Workers) | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 |
| Payroll Taxes | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 |
| Payroll Processing | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| **Total Operating Expenses** | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 |
| **EBITDA** | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 |
| **PLAN PAYMENT** | | | | | | | | | |
| **Class 1 - Small Business Administration** | $1,026.59 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 |
| **Administraive Claims** | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 | $13,500.00 |
| **Class 2  - Priority Wage Claims** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $63,607.85 | $38,579.22 | $63,608.85 | $38,580.22 | $64,636.44 | $37,554.63 | $63,610.85 | $38,582.22 | $63,611.85 |

**Exhibit B - Financial Projections**

| | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $12,527.00 | $38,583.22 | $12,528.00 | $23,552.23 | $12,529.00 | $19,085.22 |
| **REVENUE** | | | | | | |
| **Community Support** | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 | $70,000.00 |
| **Day Program** | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 |
| **Total Revenue** | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 | $120,000.00 |
| **Total Cash Available** | $132,527.00 | $158,583.22 | $132,528.00 | $143,552.23 | $132,529.00 | $139,085.22 |
| **OPERATING EXPENSES** | | | | | | |
| Payroll (Salaries & Wages) | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 | $33,000.00 |
| Payroll (Independent Contract Support Workers) | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 | $23,000.00 |
| Payroll Taxes | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 |
| Payroll Processing | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 | $1,300.00 |
| Facility Rent | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 | $6,850.00 |
| Repairs & Maintenance | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Pepco | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Comcast | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Client Food & Supplies | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 | $2,200.00 |
| Transporation | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Office Supplies | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| Software & Technology (Qualifacts) | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 | $3,567.00 |
| Bank Charges | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Commerican Auto Insurance (AFCO) | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 | $2,251.78 |
| General & Professional Liability Insurance (Philidelphia) | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 |
| Workers Compensation Insurance | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 | $786.72 |
| Employee Benefits (Aflac) | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 | $2,586.09 |
| Employee Benefits (Sun Life) | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 | $382.08 |
| Employee Benefits (Amwins) | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 | $445.28 |
| Health Insurance (Care First) | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 | $16,500.00 |
| **Total Operating Expenses** | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 | $80,443.78 |
| **EBITDA** | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 | $39,556.22 |
| **PLAN PAYMENT** | | | | | | |
| **Class 1 - Small Business Administration** | $0.00 | $0.00 | $1,026.59 | $0.00 | $0.00 | $1,026.59 |
| **Administraive Claims** | $13,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2 - Priority Wage Claims** | $0.00 | $33,000.00 | $27,505.40 | $0.00 | $0.00 | $0.00 |
| **Class 3 - General Unsecured Creditors** | $0.00 | $0.00 | $0.00 | $5,494.60 | $33,000.00 | $33,000.00 |
| **Class 4- Equity Interests** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Ending Cash Balance** | $38,583.22 | $45,139.44 | $23,552.23 | $57,613.85 | $19,085.22 | $24,614.85 |