**Fill in this information to identify the case:**

Debtor Name __Life Stride_____

United States Bankruptcy Court for the: District of Columbia

Case number: __26-00183_____

❑ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: ___April 2026___

Date report filed: __07/13/2026__
MM / DD / YYYY

Line of business: __Health Care_____

NAISC code: __6214_____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: ‎Signed by: James Marshall _____

Original signature of responsible party _James Marshall_ 4EB3E3CA9E15494... _____

Printed name of responsible party     James Marshall _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ☑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Debtor Name Life Stride                                                   Case number 26-00183

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 10,542.02

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 167,849.68

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 90,137.47

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 77,712.21

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 88,254.23

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 22,848.68

Debtor Name  Life Stride                                            Case number 26-00183

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    44

27. What is the number of employees as of the date of this monthly report?                         44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?       $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?                                 $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?               $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 0.00 | − | $ 167,849.68 | = | $ 167,849.68 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 90,137.27 | = | $ 90,137.27 |
| 34. **Net cash flow** | $ 0.00 | − | $ 77,712.21 | = | $ 77,712.21 |

35. Total projected cash receipts for the next month:                                    $ 190,000.00

36. Total projected cash disbursements for the next month:                             − $ 250,000.00

37. Total projected net cash flow for the next month:                                  = $ -60,000.00

Debtor Name  Life Stride                                    Case number 26-00183

## ▓ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00183 |
| | ) | (Chapter 11) |
| Life Stride, Inc. | ) | |
| | ) | |
| Debtors. | ) | |

## **EXHIBIT A**

**Have you paid all of your bills on time.** The Debtor has not paid all of its bills on time. Specifically, the Debtor was unable to timely satisfy certain payroll obligations during the reporting period.

**Have you timely filed your tax returns and paid all of your taxes.** The Debtor has timely filed all required tax returns; however, certain payroll tax obligations were not remitted when due.

## **EXHIBIT B**

**Do you have any bank accounts open other than the DIP accounts.** The Debtor is in the process of completing the establishment of its debtor-in-possession account. The Debtor's motion concerning its DIP account was filed with the Court and subsequently granted, and the Debtor is finalizing the transition of its banking arrangements in accordance with that order.

**Have you allowed any checks to clear the bank that were issued before you filed bankruptcy.** Check No. 9255, in the amount of $1,292.40, was issued on March 4, 2026, prior to the Petition Date, and cleared the bank on April 24, 2026.

1

Docusign Envelope ID: 50F7BCF3-0D61-880C-8145-F24D2C2C5F4B

**Exhibit C**

| Date | Account No. | Source | Description | Amount |
|---|---|---|---|---|
| 4/17/26 | 8885 | Deposit | | $24,052.16 |
| 4/17/26 | 3139 | District of Columbia | Healthcare claim payment | $9,470.04 |
| 4/21/26 | 3139 | District of Columbia | EDI payment | $3,349.60 |
| 4/23/26 | 8885 | District of Columbia | Rent | $1,534.00 |
| 4/23/26 | 8885 | Deposit | | $5,852.33 |
| 4/24/26 | 8885 | Deposit | | $240.66 |
| 4/24/26 | 3139 | District of Columbia | Healthcare claim payment | $6,927.41 |
| 4/24/26 | 8885 | District of Columbia | Rent | $7,670.00 |
| 4/24/26 | 8923 | Client | Client Payment | $134.15 |
| 4/24/26 | 3139 | District of Columbia | EDI payment | $34,408.00 |
| 4/27/26 | 8885 | Deposit | | $50,795.20 |
| 4/27/26 | 4856 | Deposit | | $1,500.00 |
| 4/28/26 | 3139 | District of Columbia | EDI payment | $21,916.13 |
| **Total** | | | | **$167,849.68** |

Docusign Envelope ID: 50F7BCF3-0D61-880C-8145-F24D3C2C5F4B

**Exhibit D**

| Date | Account No | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/15/26 | 4856 | Cynthia Edmonds (Check #28793) | Wages | $1,091.33 |
| 4/15/26 | 4856 | Gwendolyn Bardwell (Check #28810) | Salary | $4,061.46 |
| 4/15/26 | 3139 | CareFirst BCBS | Insurance premium | $124.94 |
| 4/16/26 | 4846 | Jerome Lewis (Check #5748) | Salary | $2,162.46 |
| 4/16/26 | 4856 | Jerome Lewis (Check #28814) | Salary | $1,412.16 |
| 4/17/26 | 3139 | Truist Credit Card ending in 0307 | Credit card payment | $500.00 |
| 4/17/26 | 4846 | Robin A. Crim (Check #28677) | Salary | $1,435.47 |
| 4/20/26 | 4846 | Paychex | Payroll | $368.35 |
| 4/21/26 | 4518 | Truist | Service Charge | $15.00 |
| 4/21/26 | 8885 | Truist | Service Charge | $133.25 |
| 4/22/26 | 3139 | Intuit/QuickBooks | Accounting software | $1,316.52 |
| 4/22/26 | 3139 | Comcast Xfinity | Internet | $1,578.97 |
| 4/22/26 | 4856 | Richard Mongue (Check #28785) | Wages | $726.59 |
| 4/22/26 | 4856 | Kendall Brooks (Check #28783) | Wages | $728.66 |
| 4/22/26 | 4856 | Genevieve Kolako (Check #28789) | Wages | $897.69 |
| 4/22/26 | 4856 | Jin Picart Leroy (Check #28797) | Wages | $971.55 |
| 4/22/26 | 4856 | Marie Meli (Check #28798) | Wages | $1,489.00 |
| 4/22/26 | 4856 | Agathe Tepong (Check #28799) | Wages | $1,477.90 |
| 4/22/26 | 4856 | Bai S. Wurie (Check #28787) | Wages | $1,198.16 |
| 4/22/26 | 4856 | Jenee L. Renner (Check #28819) | Salary | $2,145.49 |
| 4/22/26 | 4856 | Tammy C. Upshaw (Check #28821) | Wages | $1,425.20 |
| 4/22/26 | 4856 | Ernest Renner (Check #28830) | Wages | $870.89 |
| 4/22/26 | 4856 | Henry Kamara (Check #28803) | Wages | $795.09 |
| 4/23/26 | 4856 | Foday Kamara (Check #28802) | Wages | $838.45 |
| 4/23/26 | 4856 | Milton J. Cobb (Check #28784) | Wages | $1,096.56 |
| 4/23/26 | 3139 | Chrisopher Upshaw (Check # 9297) | IT Consulting Service | $1,895.65 |
| 4/23/26 | 3139 | | Domestic Wire | $1,095.00 |
| 4/23/26 | 4856 | Mohamed Conteh (Check #28801) | Wages | $990.75 |
| 4/23/26 | 4846 | Megebnesh Weldearegay (Check #287 | Wages | $1,364.05 |
| 4/23/26 | 4856 | Khalaya Myers (Check #28816) | Wages | $1,393.86 |
| 4/24/26 | 4846 | Marie Germain (Check #5727) | Salary | $1,319.20 |
| 4/24/26 | 4856 | Rosalind E. Hines (Check #28807) | Wages | $843.81 |
| 4/24/26 | 4856 | Dewayne Johnson (Check #28808) | Wages | $1,001.73 |

Docusign Envelope ID: 50F7BCF3-0D61-880C-8145-F24D2C2C554B

**Exhibit D**

| Date | Account No | Payee | Purpose | Amount |
|---|---|---|---|---|
| 4/24/26 | 4846 | Justin Njassu (Check #5739) | Salary | $1,220.01 |
| 4/24/26 | 3139 | Claretha Williams (Check #9255) | Administrator Services | $1,292.40 |
| 4/24/26 | 4856 | Vashti Myers (Check #28817) | Salary | $2,343.51 |
| 4/24/26 | 4856 | Yaqin Upshaw (Check #28822) | Salary | $1,460.68 |
| 4/24/26 | 4856 | Elizabeth Ajoacha (Check #28796) | Wages | $1,037.68 |
| 4/24/26 | 4846 | Theresa Graneau (Check #28717) | Salary | $2,248.32 |
| 4/24/26 | 4856 | Sarah Bangura (Check #28788) | Wages | $1,060.69 |
| 4/24/26 | 4846 | Robin A. Crim (Check #28722) | Salary | $1,435.47 |
| 4/24/26 | 4856 | Justin Njassu (Check #28774) | Salary | $1,132.58 |
| 4/24/26 | 4856 | Doris E. Sanchez (Check #28776) | Wages | $969.60 |
| 4/24/26 | 4856 | Marie Germain (Check #28724) | Salary | $1,103.81 |
| 4/24/26 | 4856 | Justin Njassu (Check #5729) | Salary | $1,132.57 |
| 4/24/26 | 4856 | Elizabeth Ajoacha(Check #28752) | Wages | $1,453.66 |
| 4/27/26 | 4856 | William Oden (Check #28809) | Wages | $837.21 |
| 4/27/26 | 3139 | T-Mobile | Telephone | $949.40 |
| 4/27/26 | 3139 | CareFirst BCBS | Insurance premium | $11,908.94 |
| 4/27/26 | 4856 | Spencer Johnson (Check #28760) | Salary | $1,784.23 |
| 4/27/26 | 4856 | Joy S. Straughn (Check #28790) | Wages | $1,134.20 |
| 4/27/26 | 4846 | Joyce Drumming (Check #5640) | Salary | $1,705.84 |
| 4/29/26 | 4846 | Paychex | Employee Wage Garnishment | $500.00 |
| 4/29/26 | 4846 | Paychex | Workers' Compensation premium | $786.72 |
| 4/29/26 | 4846 | Paychex | Payroll | $2,650.69 |
| 4/29/26 | 4846 | Leonard Lucas II (Check #28635) | Salary | $1,799.67 |
| 4/30/26 | 3139 | Comcast Xfinity | t | $918.22 |
| 4/30/26 | 3139 | Comcast Xfinity | t | $949.70 |
| 4/30/26 | 3139 | Comcast Xfinity | t | $962.62 |
| 4/30/26 | 3139 | Comcast Corp | t | $1,920.17 |
| 4/30/26 | 4846 | Paychex | 401(k) contribution | $650.75 |
| 4/30/26 | 4856 | Khalaya Myers (Check #28861) | Wages | $1,272.52 |
| 4/30/26 | 4856 | Jenee L. Renner (Check #28864) | Salary | $2,145.50 |
| 4/30/26 | 4856 | Ernest Renner (Check #28875) | Wages | $604.92 |
| **Total** | | | | **$90,137.47** |

**Exhibit E**

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 4/30/26 | Federal income taxes | payroll tax obligation | $17,634.71 |
| 4/30/26 | MD. revenue Services | Payroll tax obligation | $3,098.15 |
| 4/30/26 | VA. Income Tax | Payroll tax obligation | $203.83 |
| 4/30/26 | AL. Income Tax | Payroll tax obligation | $73.58 |
| 4/30/26 | D.C. Office of Tax and Revenue | Payroll tax obligation | $1,836.21 |
| **Total** | | | **$22,846.48** |

# Life Stride Inc.

## Profit and Loss

April 15-30, 2026

|  | TOTAL |
|---|---|
| Income |  |
| Rental Income | 91,778.50 |
| Revenue | 76,071.18 |
| **Total Income** | **$167,849.68** |
| Cost of Goods Sold |  |
| Cost of Goods Sold |  |
| Other Costs of Services  Residential | 500.00 |
| **Total Cost of Goods Sold** | **500.00** |
| **Total Cost of Goods Sold** | **$500.00** |
| **GROSS PROFIT** | **$167,349.68** |
| Expenses |  |
| 5300 Office Supplies | 2,411.52 |
| 5910 QUALIFACTS BILLING SRVC | 4,117.10 |
| Bank Service Charges | 148.25 |
| Insurance |  |
| Health | 7,624.22 |
| Life | -26.24 |
| Worker's Comp | 786.72 |
| **Total Insurance** | **8,384.70** |
| Payroll Expenses |  |
| Payroll Service Charges | 3,301.44 |
| Payroll Taxes | 14,066.14 |
| Salary Expense Day Rehab | 51,611.40 |
| **Total Payroll Expenses** | **68,978.98** |
| Utilities |  |
| Telephone, Internet and Cable | 7,279.08 |
| **Total Utilities** | **7,279.08** |
| **Total Expenses** | **$91,319.63** |
| **NET OPERATING INCOME** | **$76,030.05** |
| **NET INCOME** | **$76,030.05** |

Docusign Envelope ID: 50F7BCF3-0D61-880C-8145-F24D3C2C5E4B

Page 1 of 3    04/30/26
DC ████4856



999-99-99-99 68081 65 C 001 19 S  66 002
LIFE STRIDE INC
PAYROLL ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD  20774-8802

# Your account statement
For 04/30/2026

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

■ BUSINESS VALUE 500 CHECKING ████4856

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2026 | $1,843.19 |
| Checks | - 88,637.92 |
| Other withdrawals, debits and service charges | - 9,109.44 |
| Deposits, credits and interest | + 100,800.00 |
| **Your new balance as of 04/30/2026** | **= $4,895.83** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 04/10 | 5241 | 2,072.92 | 04/24 | 28774 | 1,132.58 | 04/22 | 28797 | 971.55 |
| 04/01 | *5244 | 2,000.00 | 04/02 | 28775 | 2,145.50 | 04/22 | 28798 | 1,489.00 |
| 04/27 | *5640 | 1,705.84 | 04/24 | 28776 | 969.60 | 04/22 | 28799 | 1,477.90 |
| 04/01 | *5725 | 600.00 | 04/02 | 28777 | 1,187.88 | 04/14 | 28800 | 866.97 |
| 04/24 | *5727 | 1,319.20 | 04/10 | *28779 | 839.48 | 04/23 | 28801 | 990.75 |
| 04/02 | 5728 | 1,209.10 | 04/13 | 28780 | 794.62 | 04/23 | 28802 | 838.45 |
| 04/07 | *5735 | 500.00 | 04/13 | 28781 | 544.10 | 04/22 | 28803 | 795.09 |
| 04/24 | *5739 | 1,220.01 | 04/13 | 28782 | 1,001.71 | 04/24 | *28807 | 843.81 |
| 04/16 | *5748 | 2,162.46 | 04/22 | 28783 | 728.66 | 04/24 | 28808 | 1,001.73 |
| 04/29 | *28635 | 1,799.67 | 04/23 | 28784 | 1,096.56 | 04/27 | 28809 | 837.21 |
| 04/17 | *28677 | 1,435.47 | 04/22 | 28785 | 726.59 | 04/15 | 28810 | 4,061.46 |
| 04/24 | *28717 | 2,248.32 | 04/02 | 28786 | 598.88 | 04/16 | *28814 | 1,412.16 |
| 04/24 | *28722 | 1,435.47 | 04/22 | 28787 | 1,198.16 | 04/23 | *28816 | 1,393.86 |
| 04/24 | *28724 | 1,103.81 | 04/24 | 28788 | 1,060.69 | 04/24 | 28817 | 2,343.51 |
| 04/24 | *28729 | 1,132.57 | 04/22 | 28789 | 897.69 | 04/22 | *28819 | 2,145.49 |
| 04/24 | *28752 | 1,453.66 | 04/27 | 28790 | 1,134.20 | 04/22 | *28821 | 1,425.20 |
| 04/27 | *28760 | 1,784.23 | 04/23 | 28791 | 1,364.05 | 04/24 | 28822 | 1,460.68 |
| 04/01 | *28766 | 4,061.46 | 04/10 | 28792 | 738.26 | 04/22 | *28830 | 870.89 |
| 04/10 | *28768 | 1,519.14 | 04/15 | 28793 | 1,091.33 | 04/30 | *28861 | 1,272.52 |
| 04/07 | *28771 | 1,799.66 | 04/13 | 28794 | 1,500.20 | 04/30 | *28864 | 2,145.50 |
| 04/01 | 28772 | 1,151.18 | 04/10 | 28795 | 1,543.17 | 04/30 | *28875 | 604.92 |
| 04/06 | 28773 | 2,343.51 | 04/24 | 28796 | 1,037.68 | | | |

* indicates a skip in sequential check numbers above this item

| | |
|---|---|
| **Total checks** | **= $88,637.92** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/07 | OVERDRAFT ITEM FEE ($36/ITEM)  36 | 36.00 |
| 04/10 | ACH CORP DEBIT PC-PREMIUM PIA-PC LIFE STRIDE INC CUSTOMER ID 0000050020955 | 41.67 |

*continued*

■ BUSINESS VALUE 500 CHECKING ▮▮▮▮▮▮▮ 4856 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/14 | ACH CORP DEBIT GARNISH    PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0125277160 | 252.50 |
| 04/14 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050035202 | 860.99 |
| 04/14 | ACH CORP DEBIT INVOICE    PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X16360900001131 | 2,208.66 |
| 04/15 | ACH CORP DEBIT 401(K)    PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051101028 | 753.11 |
| 04/20 | ACH CORP DEBIT INVOICE    PAYCHEX-OAB LIFE STRIDE INC CUSTOMER ID qcdYnsbLMeEazCg | 368.35 |
| 04/29 | ACH CORP DEBIT GARNISH    PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0125467807 | 500.00 |
| 04/29 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050120570 | 786.72 |
| 04/29 | ACH CORP DEBIT INVOICE    PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X16575900000556 | 2,650.69 |
| 04/30 | ACH CORP DEBIT 401(K)    PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051240262 | 650.75 |
| **Total other withdrawals, debits and service charges** | | **= $9,109.44** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 04/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 6,400.00 |
| 04/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 04/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 04/06 | DEPOSIT | 500.00 |
| 04/06 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,500.00 |
| 04/08 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,500.00 |
| 04/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,500.00 |
| 04/10 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 16,000.00 |
| 04/14 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,000.00 |
| 04/16 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,000.00 |
| 04/17 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,000.00 |
| 04/20 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,000.00 |
| 04/22 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 19,000.00 |
| 04/23 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,900.00 |
| 04/24 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 35,000.00 |
| 04/27 | DEPOSIT | 1,500.00 |
| **Total deposits, credits and interest** | | **= $100,800.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

■ PAGE 3 OF 3

0001199

Docusign Envelope ID: 50F7BCE3-0D61-880C-8145-F24D3C2G5E4B

Page 1 of 3       04/30/26
MD         3139

TRUIST HH

464-02-01-00 24503  0 C 001 30   50 004
LIFE STRIDE INC
OPERATING ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC  20018-2265

# Your account statement
For 04/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

---

## ▪ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER ▇▇▇▇3139

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2026 | $39,858.56 |
| Checks | - 20,889.55 |
| Other withdrawals, debits and service charges | - 148,696.67 |
| Deposits, credits and interest | + 153,598.41 |
| **Your new balance as of 04/30/2026** | **= $23,870.75** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 04/14 | 9138 | 900.00 | 04/06 | *9258 | 350.00 | 04/07 | 9295 | 3,767.85 |
| 04/02 | *9141 | 4,736.00 | 04/02 | *9262 | 1,895.65 | 04/06 | 9296 | 1,735.00 |
| 04/02 | *9242 | 872.00 | 04/08 | *9293 | 1,060.00 | 04/23 | 9297 | 1,895.65 |
| 04/24 | *9255 | 1,292.40 | 04/03 | 9294 | 1,885.00 | 04/06 | *9464335 | 500.00 |

\* indicates a skip in sequential check numbers above this item

**Total checks** = **$20,889.55**

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/01 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 2,000.00 |
| 04/01 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 6,400.00 |
| 04/01 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260401-00032882 | 20,000.00 |
| 04/01 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 04/02 | INTERNET PAYMENT RES-WATER  DC WATER 1466346 | 2,942.53 |
| 04/02 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 04/03 | ACH CORP DEBIT PAYMENTREQ SUN LIFE CANADA LIFE STRIDE INCCUSTOMER ID 1884864 | 382.08 |
| 04/08 | DIR DB RAD COMP OF MARYLAND 4991 X | 4,000.00 |
| 04/10 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 16,000.00 |
| 04/13 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 1,000.00 |
| 04/13 | ACH CORP DEBIT ACHPMT    AFLAC COLUMBUS LifeStrideInc CUSTOMER ID 118466461 | 2,521.74 |
| 04/13 | ACH CORP DEBIT TMNASPHLY  TMNAServices LIFE STRIDE INC CUSTOMER ID 80943331DRCT | 25,225.84 |
| 04/13 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 1,000.00 |
| 04/14 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,000.00 |
| 04/15 | ACH CORP DEBIT CF PREMIUM CAREFIRST BCBS Life-Stride IncCUSTOMER ID 1PM0-0004 | 124.94 |
| 04/16 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,000.00 |
| 04/17 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,000.00 |
| 04/17 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 500.00 |
| 04/22 | ACH CORP DEBIT QBooks Onl INTUIT * LIFESTRIDE CUSTOMER ID 8348420 | 1,316.52 |
| 04/22 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 8508763 | 1,578.97 |

*continued*

0001266

## ▪ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER ████████ 3139 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 04/23 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260423-00015695 | 1,095.00 |
| 04/24 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 35,000.00 |
| 04/27 | TELEPHONE PAYMENT PCS SVC   T-MOBILE IVR 9890903 | 949.40 |
| 04/27 | ACH CORP DEBIT CF PREMIUM CAREFIRST BCBS Life-Stride IncCUSTOMER ID N59H-0001 | 11,908.94 |
| 04/30 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 1088479 | 918.22 |
| 04/30 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 1088522 | 949.70 |
| 04/30 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 1088534 | 962.62 |
| 04/30 | ACH CORP DEBIT CABLE SVCS COMCAST CORP Life *Stride inc CUSTOMER ID 1088511 | 1,920.17 |
| **Total other withdrawals, debits and service charges** | | **= $148,696.67** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|-----------|
| 04/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 6,000.00 |
| 04/03 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01668734-*HCCLAIMPMT*DC MMISXX~ | 10,498.05 |
| 04/06 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 04/07 | DEPOSIT | 2,724.62 |
| 04/10 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01670023-*HCCLAIMPMT*DC MMISXX~ | 9,749.56 |
| 04/10 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2157129 | 34,155.00 |
| 04/17 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01670854-*HCCLAIMPMT*DC MMISXX~ | 9,470.04 |
| 04/21 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2158848 | 3,349.60 |
| 04/22 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 2,000.00 |
| 04/24 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01671693-*HCCLAIMPMT*DC MMISXX~ | 6,927.41 |
| 04/24 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 7,400.00 |
| 04/24 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2159347 | 34,408.00 |
| 04/28 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2159636 | 21,916.13 |
| **Total deposits, credits and interest** | | **= $153,598.41** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0001267

Docusign Envelope ID: 50F7BCE3-0D61-880C-8145-E24D3C2C5E4B



```
999-99-99-99 68081  0 C 001 30 S  66 002
LIFE STRIDE INC
CLIENT FUNDS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD   20774-8802
```

# Your account statement
For 04/30/2026

**Contact us**

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

## ■ BUSINESS VALUE 200 CHECKING ████████ 8885

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2026 | $43.63 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 58,933.25 |
| Deposits, credits and interest | + 117,605.23 |
| **Your new balance as of 04/30/2026** | **= $58,715.61** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/02 | TRUIST ONLINE TRANSFER ONLINE TO ****8923 - | 2,000.00 |
| 04/02 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 1,500.00 |
| 04/02 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| 04/02 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 6,000.00 |
| 04/06 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 5,000.00 |
| 04/06 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,500.00 |
| 04/07 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 1,500.00 |
| 04/08 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,500.00 |
| 04/09 | TRUIST ONLINE CREDIT CARD PMT ONLINE TO ****0307 - | 2,000.00 |
| 04/09 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,500.00 |
| 04/20 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 04/21 | SERVICE CHARGES - PRIOR PERIOD | 133.25 |
| 04/22 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 19,000.00 |
| 04/22 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 2,000.00 |
| 04/23 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,900.00 |
| 04/24 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 7,400.00 |
| **Total other withdrawals, debits and service charges** | | **= $58,933.25** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/01 | XXSUPP SEC SSI  TREAS 310 7SSI LIFE STRIDE | 903.00 |
| 04/01 | XXSUPP SEC SSI  TREAS 310 3SSI LIFE STRIDE | 1,675.00 |
| 04/01 | RFMS B345  NDC A#153651848 XXXX LIFE STRIDE RENT - ACH | 4,552.52 |
| 04/01 | RFMS B345  NDC A#153652461 XXXX LIFE STRIDE RENT - ACH | 7,670.00 |
| 04/02 | DEPOSIT | 1,482.16 |
| 04/03 | XXSOC SEC  SSA TREAS 310 ASSA LIFE STRIDE FOR | 476.40 |
| 04/03 | XXSOC SEC  SSA TREAS 310 ASSA LIFE STRIDE FOR JOHN C | 785.40 |
| 04/03 | XXSOC SEC  SSA TREAS 310 ASSA LIFE STRIDE FOR | 815.40 |

*continued*

0001263

■ **BUSINESS VALUE 200 CHECKING** ████████ 8885 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|------|-------------|----------:|
| 04/03 | XXSOC SEC  SSA  TREAS 310 ASSA LIFE STRIDE FOR SIDNEY | 1,420.00 |
| 04/03 | RFMS 8455  NDC A#153654385 XXXX LIFE STRIDE, INC. ACH | 1,534.00 |
| 04/03 | RFMS B345  NDC A#153730252 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 04/03 | DEPOSIT | 1,545.00 |
| 04/07 | RFMS 8455  NDC A#153755305 XXXX LIFE STRIDE, INC. ACH | 1,534.00 |
| 04/07 | RFMS B345  NDC A#153950447 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 04/17 | DEPOSIT | 24,052.16 |
| 04/23 | RFMS B345  NDC A#154304034 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 04/23 | DEPOSIT | 5,852.33 |
| 04/24 | DEPOSIT | 240.66 |
| 04/24 | RFMS B345  NDC A#154344020 XXXX LIFE STRIDE RENT - ACH | 7,670.00 |
| 04/27 | DEPOSIT | 50,795.20 |

Total deposits, credits and interest = $117,605.23

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0001264

Docusign Envelope ID: 50F7BCE3-0D61-880C-8145-E24D3C2G5E4B

Page 1 of 2    04/30/26
DC          8923



**TRUIST** HH

```
999-99-99-99 68081 1 C 001 30 S  66 002
LIFE STRIDE INC
FOR SOCIAL SECURITY BENEFICIARIES
16601 PLEASANT COLONY DR
UPPER MARLBORO MD   20774-8802
```

# Your account statement

## For 04/30/2026

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

### ▪ BUSINESS VALUE 200 CHECKING  8923

### Account summary

| | |
|---|---:|
| Your previous balance as of 03/31/2026 | $308.30 |
| Checks | - 1,702.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 2,134.15 |
| **Your new balance as of 04/30/2026** | **= $740.45** |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---:|
| 04/02 | 2989 | 1,702.00 |
| **Total checks** | | **= $ 1,702.00** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---:|
| 04/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 2,000.00 |
| 04/24 | RFMS B345  NDC A#154344012 XXXX LIFE STRIDE CLIENT - A | 134.15 |
| **Total deposits, credits and interest** | | **= $2,134.15** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | | | | |
| | | **Outstanding Deposits and Other Credits (Section B)** | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

Docusign Envelope ID: 50F7BCF3-0D61-880C-8445-F24D3C2C5E4B

Page 1 of 2    04/30/26
DC    9237



TRUIST

```
999-99-99-99 68081  0 C 001 30 S  66 002
LIFE STRIDE INC
MEDICAID ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC  20018-2265
```

# Your account statement
For 04/30/2026

## Contact us

 Truist.com     (844) 4TRUIST or (844) 487-8478

---

- **BUSINESS VALUE 200 CHECKING** ▮▮▮▮9237

**Account summary**

| | |
|---|---|
| Your previous balance as of 03/31/2026 | $14.80 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 04/30/2026** | **= $14.80** |

- PAGE 1 OF 2

0001266

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:
- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0001266

Docusign Envelope ID: 50F7BCE3-0D61-880C-8445-E24D3C2G5E4B

Page 1 of 2     04/30/26
MD          4518

**TRUIST** HH

999-99-99-99 68080  0 C 001 26 S  66 002
LIFE STRIDE INC
MTM/DHS ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD   20774-8802

# Your account statement
For 04/30/2026

## Contact us

 Truist.com

 (844) 4TRUIST or
(844) 487-8478

---

- **BUSINESS VALUE 200 CHECKING** ▇▇▇▇4518

### Account summary

| | |
|---|---|
| Your previous balance as of 03/31/2026 | $31.79 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 04/30/2026 | = $16.79 |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 04/21 | SERVICE CHARGES - PRIOR PERIOD | 15.00 |
| **Total other withdrawals, debits and service charges** | | = $15.00 |

0006075

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| 1. List the new balance of your account from your latest statement here: | | Date/Check # | Amount | Date/Check # | Amount |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | Date/Type | Amount | Date/Type | Amount |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

0006075