**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Life Stride, Inc.,**<br><br>**Debtor.** | **Case No. 26-00183-ELG**<br><br>**Chapter 11** |

**U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or in the alternative, to dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1. The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2. This is a core matter. 28 U.S.C. § 157(b)(2)(A).

3. On April 15, 2026, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4. The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

5. At the time of filing this Motion, the Debtor has not filed monthly operating reports for the months of June, July and August of 2026.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Argument**

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate. 11 U.S.C. § 1112(b)(1).

Under 11 U.S.C. § 1112(b)(4)(F) cause exists where "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter". The Debtor has failed to file monthly operating reports for June, July and August of 2026. Failure to file these reports is grounds for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist that establish that converting or dismissing the case is not in the best interests of creditors and the estate to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). For the exception to apply, the court must find and specifically identify unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate. *Id.* The debtor or another party in interest must then: (1) establish that there is a reasonable likelihood that a plan will be confirmed within a reasonable period of time; and (2) that the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—(i) for which there exists a reasonable justification for the act or omission; and (ii) that it will be cured within a reasonable period of time fixed by the court. *Id.*; *See In re Landmark Atl. Hess Farm, LLC,* 448 B.R. 707 (Bankr. D. Md. 2011). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the best interest of creditors and the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

October 5, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on October 5, 2026, I electronically filed the foregoing Motion to Convert or Dismiss with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Christianna Annette Cathcart christianna@dcbankruptcy.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Terry L Goddard, Jr tgoddard@skaufflaw.com

William C. Johnson, Jr. on behalf of Creditor Peoples Community Church
wcjjatty@yahoo.com, wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on October 5, 2026, a copy of the foregoing Motion was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Life Stride, Inc.<br>3005 Bladenburg Rd NE<br>Washington, DC 20018 | Abangawoh Sndrien<br>5007 Ashford Dr.<br>Upper Marlboro, MD 20772 |
| Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | Daniel Odees<br>c/o Offit Kurman<br>7501 Wisconsin Avenue<br>Suite 1000W<br>Bethesda, MD 20814 |
| Delphine Sirri<br>13504 Steeplechase Dr.<br>Bowie, MD 20720 | DSS Realty, LLC<br>4433 Brookfield<br>Corporate Dr., Ste A<br>Chantilly, VA 20151 |
| Emefua Yvonne<br>2720 Grasshopper Dr<br>Odenton, MD 21113 | Ferdinand Kweh<br>8501 Cory Drive<br>Bowie, MD 20720 |

| | |
|---|---|
| Fort Lincoln Sr.<br>Village II, LP<br>3005 Bladenburg Road NE<br>Washington, DC 20018 | Gary Hugley<br>1154 E. Wardlow Street<br>Long Beach, CA 90807 |
| Gary Priest<br>5410 Catalpha Road<br>Baltimore, MD 21214 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kaiser<br>1 Kaiser Plaza<br>Oakland, CA 94612 | Mikeyla Kidd<br>PO Box 5216<br>Takoma Park, MD 20913 |
| Mr. Ailem Taye<br>c/o S. Hamilton, Esq<br>8601 Georgia Avenue<br>Silver Spring, MD 20910 | OnDeck<br>4700 W. Daybreak<br>Pkwy, Suite 200<br>South Jordan, UT 84009 |
| Quest Realty Management, LLC<br>4433 Brookfield Corporate Dr.<br>Ste A<br>Chantilly, VA 20151 | Shakil Brew<br>6287 Centre Stone Ring<br>Columbia, MD 21044 |
| Trustees People Community Church<br>653 11th St. NE<br>Washington, DC 20002 | U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 |
| William D. Wright<br>8715 Wedding Drive<br>Welcome, MD 20693 | |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist