**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Life Stride, Inc.,**<br><br>**Debtor.** | **Case No. 26-00183-ELG**<br><br>**Chapter 11** |

**NOTICE OF MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE AND HEARING AND DEADLINE TO OBJECT**

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to convert or dismiss chapter 11 case ("Motion").

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **October 21, 2026**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

**NOTICE OF HEARING.** A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **October 28, 2026 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

October 5, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

I hereby certify that on October 5, 2026, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Christianna Annette Cathcart christianna@dcbankruptcy.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Terry L Goddard, Jr tgoddard@skaufflaw.com

William C. Johnson, Jr. on behalf of Creditor Peoples Community Church
wcjjatty@yahoo.com, wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I further certify that on October 5, 2026, a copy of the foregoing Notice was served by first class mail, postage prepaid to the Debtor and Debtor's List of Creditors who have the 20 Largest Unsecured Claims, as listed below:

| | |
|---|---|
| Life Stride, Inc.<br>3005 Bladenburg Rd NE<br>Washington, DC 20018 | Abangawoh Sndrien<br>5007 Ashford Dr.<br>Upper Marlboro, MD 20772 |
| Comptroller of Maryland<br>Revenue Administration Division<br>PO Box 549<br>Annapolis, MD 21411 | Daniel Odees<br>c/o Offit Kurman<br>7501 Wisconsin Avenue<br>Suite 1000W<br>Bethesda, MD 20814 |
| Delphine Sirri<br>13504 Steeplechase Dr.<br>Bowie, MD 20720 | DSS Realty, LLC<br>4433 Brookfield<br>Corporate Dr., Ste A<br>Chantilly, VA 20151 |
| Emefua Yvonne<br>2720 Grasshopper Dr<br>Odenton, MD 21113 | Ferdinand Kweh<br>8501 Cory Drive<br>Bowie, MD 20720 |

| | |
|---|---|
| Fort Lincoln Sr.<br>Village II, LP<br>3005 Bladenburg Road NE<br>Washington, DC 20018 | Gary Hugley<br>1154 E. Wardlow Street<br>Long Beach, CA 90807 |
| Gary Priest<br>5410 Catalpha Road<br>Baltimore, MD 21214 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kaiser<br>1 Kaiser Plaza<br>Oakland, CA 94612 | Mikeyla Kidd<br>PO Box 5216<br>Takoma Park, MD 20913 |
| Mr. Ailem Taye<br>c/o S. Hamilton, Esq<br>8601 Georgia Avenue<br>Silver Spring, MD 20910 | OnDeck<br>4700 W. Daybreak Pkwy, Suite 200<br>South Jordan, UT 84009 |
| Quest Realty Management, LLC<br>4433 Brookfield Corporate Dr.<br>Ste A<br>Chantilly, VA 20151 | Shakil Brew<br>6287 Centre Stone Ring<br>Columbia, MD 21044 |
| Trustees People Community Church<br>653 11th St. NE<br>Washington, DC 20002 | U.S. Small Business Administration<br>2 North Street, Suite 320<br>Birmingham, AL 35203 |
| William D. Wright<br>8715 Wedding Drive<br>Welcome, MD 20693 | |

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist