**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Life Stride, Inc.,**<br><br>**Debtor.** | **Case No. 26-00183-ELG**<br><br>**Chapter 11** |

**ORDER DISMISSING CASE**

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Convert or Dismiss Chapter 11 Case ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the motion of the Acting United States Trustee is hereby granted and this case is hereby DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

I Ask For This:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Life Stride, Inc.
3005 Bladenburg Rd NE
Washington, DC 20018

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Christianna Annette Cathcart christianna@dcbankruptcy.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Terry L Goddard, Jr tgoddard@skaufflaw.com

William C. Johnson, Jr. on behalf of Creditor Peoples Community Church
wcjjatty@yahoo.com, wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**