**Fill in this information to identify the case:**

Debtor Name Life Stride, Inc

United States Bankruptcy Court for the: District of Columbia

Case number: 26-00183

☑ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: May 2026

Date report filed: 09/30/2026 (MM / DD / YYYY)

Line of business: Health Care

NAISC code: 6214

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: James Marshall

Original signature of responsible party: Signed by: James Marshall 4EB3E3CA9E15494...

Printed name of responsible party: James Marshall

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Life Stride, Inc Case number 26-00183

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☑ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☑ | ☐ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 88,254.23

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 187,450.20

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 245,984.69

22. **Net cash flow** + $ -58,534.49

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 29,719.74

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 85,574.32

*(Exhibit E)*

Debtor Name Life Stride, Inc Case number 26-00183

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 0.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 44
27. What is the number of employees as of the date of this monthly report? 44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 3,500.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 3,500.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 187,450.20 | – | $ 187,450.20 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 245,984.69 | – | $ 245,984.69 | = | $ 0.00 |
| 34. **Net cash flow** | $ -58,534.49 | – | $ -58,534.49 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 143,980.40
36. Total projected cash disbursements for the next month: - $ 141,275.74
37. Total projected net cash flow for the next month: = $ 2,704.66

Debtor Name Life Stride, Inc Case number 26-00183

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Exhibit A - (May 2026)

**Question 3 -Have you paid all of your bills on time?**

No. The Debtor paid employee wages during the reporting period but did not timely pay certain payroll taxes, insurance premiums, rent, and software charges. These unpaid obligations are detailed in the supporting schedule to Exhibit A and in Exhibit E.

**Question 5 - Have you deposited all receipts of your business into debtor-in-possession accounts?**

The Debtor is continuing to work with Truist to establish a debtor-in-possession account.

**Question 6 - Have you timely filed your tax returns and paid all of your taxes?**

The Debtor has timely filed all tax returns; however, certain tax obligations were not remitted when due. As of the end of the reporting period, the outstanding tax obligations totaled approximately $40,010.76

**Question 9 - Have you timely paid all of your insurance premiums?**

No. As of the end of the reporting period, certain insurance premiums remained outstanding, including $10,598.84 owed to Philidelphia Insurance, $4,616.15 owed to AFCO Direct, and $16,782.57 owed to CareFirst, for total outstanding insurance obligations of approximately $31,997.56

**Supporting Exhibit - Bills and Taxes Not Paid on Time**

| Date | Creditor/Taxing Authority | Description | Amount |
|---|---|---|---|
| 1-May | Philadelphia Insurance | Insurance | $10,598.84 |
| 1-May | Qualifacts | Software | $6,782.00 |
| 1-May | Fort Lincoln | Rent | $6,784.00 |
| 15-May | Internal Revenue Service | Payroll Taxes | $17,513.66 |
| 15-May | MD Revenue Service | Payroll Taxes | $3,250.58 |
| 15-May | DC Office of Tax and Revenue | Payroll Taxes | $1,802.06 |
| 15-May | VA Income Taxes | Payroll Taxes | $71.60 |
| 15-May | AL Income Taxes | Payroll Taxes | $73.58 |
| 19-May | AFCO Direct | Insurance | $4,616.15 |
| 20-May | CareFirst | Insurance | $16,782.57 |
| 30-May | Internal Revenue Service | Payroll Taxes | $13,397.43 |
| 30-May | MD Revenue Service | Payroll Taxes | $2,356.02 |
| 30-May | DC Office of Tax and Revenue | Payroll Taxes | $1,400.65 |
| 30-May | VA Income Taxes | Payroll Taxes | $71.60 |
| 30-May | AL Income Taxes | Payroll Taxes | $73.58 |
| | **TOTAL BILLS AND TAXES** | | **$85,574.32** |

## Exhibit B - (May 2026)

**Question 10 - Do you have any bank accounts open other than the DIP accounts?**

The Debtor is in the process of completing the establishment of its debtor-in-possession account. The Debtor's motion concerning its DIP account was filed with the Court and subsequently granted, and the Debtor is finalizing the transition of its bank arrangements in accordance with that order.

**Question 17 - Have you paid any bills you owed before you filed bankruptcy?**

Yes. During May 2026, the Debtor paid certain obligations incurred before the bankruptcy filing, including payments through the clearing of prepetition checks described in the response to Question 18. Exhibit D includes these payments.

**Question 18 - Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?**

Yes. During May 2026, eight identified checks issued before the petition date cleared the Debtor’s bank accounts, totaling $11,569.24. These consisted of six payroll checks totaling $9,639.64: check No. 28670 to Spencer Johnson for $1,784.06; check No. 28671 to Joyce Drumming for $1,705.84; check No. 28672 to Theresa Graneau for $2,248.32; check No. 5720 to Marie Germain for $1,362.15; check No. 28767 to Robin Crim for $1,435.46; and check No. 28769 to Marie Germain for $1,103.81. Two additional prepetition checks cleared the operating account: check No. 9256 to Claretha Williams for $1,579.60 and check No. 9257 to Nathan Perkins for $350.00. These payments are included in Exhibit D.

## EXHIBIT C - Cash Receipts (May 2026)

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Operating** | | | | |
| 05/01 | 3139 | District of Columbia Medicaid (DHCF) | Healthcare claim payment | $9,444.62 |
| 05/05 | 3139 | District of Columbia Medicaid (DHCF) | EDI payment | $22,137.50 |
| 05/08 | 3139 | District of Columbia Medicaid (DHCF) | Healthcare claim payment | $23,623.78 |
| 05/11 | 3139 | District of Columbia Medicaid (DHCF) | EDI payment | $10,626.00 |
| 05/15 | 3139 | District of Columbia Medicaid (DHCF) | Healthcare claim payment | $14,663.48 |
| 05/19 | 3139 | District of Columbia Medicaid (DHCF) | EDI payment | $22,770.00 |
| 05/22 | 3139 | District of Columbia Medicaid (DHCF) | Healthcare claim payment | $8,417.40 |
| 05/27 | 3139 | District of Columbia Medicaid (DHCF) | EDI payment | $15,939.00 |
| 05/29 | 3139 | District of Columbia Medicaid (DHCF) | Healthcare claim payment | $13,656.50 |
| | | | **Subtotal, Account 3139** | **$141,278.28** |
| **Account 8885 - Client Funds - Truist** | | | | |
| 05/01 | 8885 | U.S. Treasury | Social Security | $476.40 |
| 05/01 | 8885 | U.S. Treasury | Social Security | $785.40 |
| 05/01 | 8885 | U.S. Treasury | Social Security | $815.40 |
| 05/01 | 8885 | U.S. Treasury | SSI - Supplemental Income | $903.00 |
| 05/01 | 8885 | U.S. Treasury | Social Security | $1,420.00 |
| 05/01 | 8885 | U.S. Treasury | SSI - Supplemental Income | $1,675.00 |
| 05/01 | 8885 | RFMS | Rent | $6,136.00 |
| 05/04 | 8885 | RFMS | Rent | $3,068.00 |
| 05/04 | 8885 | Deposit | Deposit | $8,678.72 |
| 05/05 | 8885 | RFMS | Rent | $1,534.00 |
| 05/11 | 8885 | Deposit | Deposit | $1,645.00 |
| 05/26 | 8885 | Deposit | Deposit | $2,040.00 |
| 05/27 | 8885 | Renata Rearden | Deposit | $16,995.00 |
| | | | **Subtotal, Account 8885** | **$46,171.92** |
| | | | **TOTAL CASH RECEIPTS** | **$187,450.20** |

## EXHIBIT D - Cash Disbursements (May 2026)

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Checks Cleared** | | | | |
| 05/01 | 3139 | Claretha Williams | Check 9256 (issued 03/04/26) | $1,579.60 |
| 05/04 | 3139 | Nathan Perkins | Check 9257 (issued 03/05/26) | $350.00 |
| 05/04 | 3139 | Christopher Upshaw | Check 9298 | $1,895.65 |
| 05/04 | 3139 | Abangawoh Sandrien | Check 9301 | $6,160.00 |
| 05/05 | 3139 | Vashti Myers | Check 9302 | $1,331.43 |
| 05/05 | 3139 | Vashti Myers | Check 9303 | $4,800.00 |
| 05/11 | 3139 | Shakil Brew | Check 9306 | $2,800.00 |
| 05/11 | 3139 | Gary Priest | Check 9307 | $2,560.00 |
| 05/11 | 3139 | Christopher Upshaw | Check 9308 | $1,895.65 |
| 05/12 | 3139 | Jenee Renner | Check 9304 | $346.82 |
| 05/14 | 3139 | Extra Space Storage | Check 9309 | $494.00 |
| 05/19 | 3139 | Lenner Griffin | Check 9299 | $900.00 |
| 05/19 | 3139 | Shakil Brew | Check 9314 | $2,520.00 |
| 05/19 | 3139 | Gary Priest | Check 9315 | $3,185.60 |
| 05/19 | 3139 | Dada Okusanya | Check 9316 | $3,080.00 |
| 05/19 | 3139 | Elvis James | Check 9317 | $540.60 |
| 05/22 | 3139 | Theresa Graneau | Check 9310 | $1,250.01 |
| 05/22 | 3139 | Claretha Williams | Check 9311 | $1,436.00 |
| 05/26 | 3139 | Humphrey Enterprise, Inc. | Check 9313 - Rent | $3,662.00 |
| 05/29 | 3139 | Christopher Upshaw | Check 9323 | $1,895.65 |
| | | | **Subtotal, Checks Cleared, Account 3139** | **$42,683.01** |
| **Account 3139 - Truist Checking- Other Withdrawals/Debits Cleared** | | | | |
| 05/01 | 3139 | CARF International | Accreditation | $5,000.00 |
| 05/04 | 3139 | Pepco | Utilities | $1,012.05 |
| 05/04 | 3139 | AFLAC | Supplemental insurance premium | $2,521.74 |
| 05/04 | 3139 | CareFirst BCBS | Health insurance premium | $8,782.57 |

| | | | | |
|---|---|---|---|---|
| 05/05 | 3139 | AFCO Direct | Insurance premium financing | $2,374.37 |
| 05/08 | 3139 | Sun Life Financial (Canada) | Group life/disability premium | $413.43 |
| 05/08 | 3139 | Amwins Connect Administrators | Group benefits administration | $222.64 |
| 05/12 | 3139 | DC Water | Utility - water | $800.00 |
| 05/18 | 3139 | Crowell & Moring LLP | Subchapter V Trustee Fee | $3,500.00 |
| 05/21 | 3139 | Comcast/Xfinity | Cable/internet service | $934.26 |
| 05/21 | 3139 | Comcast/Xfinity | Cable/internet service | $1,072.41 |
| 05/26 | 3139 | Washington Gas | Utility | $300.00 |
| 05/26 | 3139 | Washington Gas | Utility | $485.00 |
| 05/26 | 3139 | Washington Gas | Utility | $515.00 |
| 05/26 | 3139 | Washington Gas | Utility | $709.00 |
| 05/26 | 3139 | Qualifacts Systems | Software subscription | $3,662.15 |
| 05/29 | 3139 | Microsoft | Software subscription | $474.28 |
| 05/29 | 3139 | Microsoft | Software subscription | $857.15 |
| 05/29 | 3139 | Pepco | Utility | $1,243.95 |
| | | | **Subtotal, Other Withdrawals, Account 3139** | **$34,880.00** |

| **Account 4856 - Payroll - Truist Checking - Checks Cleared** | | | | |
|---|---|---|---|---|
| 5/1/26 | 4856 | Marie Germain | Check 5720 (issued 03/30/26) | $1,362.15 |
| 5/1/26 | 4856 | Spencer Johnson MD | Check 28670 (issued 02/16/26) | $1,784.06 |
| 5/1/26 | 4856 | Theresa Graneau | Check 28672 (issued 02/16/26) | $2,248.32 |
| 5/1/26 | 4856 | Robin Crim | Check 28767 (issued 03/30/26) | $1,435.46 |
| 5/1/26 | 4856 | Marie Germain | Check 28769 (issued 03/30/26) | $1,103.81 |
| 5/1/26 | 4856 | Justin Njassu | Check 5722 | $1,231.10 |
| 5/1/26 | 4856 | Roosevelt Edmonds | Check 28812 | $1,519.14 |
| 5/1/26 | 4856 | Emmanuel Djimgou | Check 28837 | $1,375.62 |
| 5/1/26 | 4856 | Agathe Tepong | Check 28844 | $1,724.89 |
| 5/1/26 | 4856 | Henry Kamara | Check 28848 | $1,089.59 |
| 5/1/26 | 4856 | Rosalind Hines | Check 28852 | $1,015.08 |
| 5/1/26 | 4856 | Dewayne Johnson | Check 28853 | $1,101.56 |

| | | | | |
|---|---|---|---|---|
| 5/1/26 | 4856 | Justin Njassu | Check 28818 | $1,132.58 |
| 5/1/26 | 4856 | Doris Sanchez | Check 28820 | $1,156.62 |
| 5/1/26 | 4856 | Gwendolyn Bardwell | Check 28855 | $4,061.46 |
| 5/1/26 | 4856 | Joseph Ransom | Check 28825 | $1,078.90 |
| 5/1/26 | 4856 | Kendall Brooks | Check 28827 | $964.39 |
| 5/1/26 | 4856 | Vashti Myers | Check 28862 | $2,343.51 |
| 5/1/26 | 4856 | Stephen Stroud | Check 28831 | $933.38 |
| 5/1/26 | 4856 | Tammy Upshaw | Check 28866 | $1,306.54 |
| 5/1/26 | 4856 | Bai Wurie | Check 28832 | $1,692.92 |
| 5/1/26 | 4856 | Yaqin Upshaw | Check 28867 | $1,460.68 |
| 5/4/26 | 4856 | Marie Germain | Check 5721 | $1,368.19 |
| 5/4/26 | 4856 | Joyce Drumming | Check 28671 (issued 02/16/26) | $1,705.84 |
| 5/4/26 | 4856 | Cynthia Edmonds | Check 28838 | $1,624.32 |
| 5/4/26 | 4856 | Isatu Kamara | Check 28839 | $1,567.12 |
| 5/4/26 | 4856 | Fatima Pugh | Check 28840 | $1,517.53 |
| 5/4/26 | 4856 | Elizabeth Ajoacha | Check 28841 | $1,369.06 |
| 5/4/26 | 4856 | Jin Leroy | Check 28842 | $1,537.40 |
| 5/4/26 | 4856 | Marie Meli | Check 28843 | $1,565.64 |
| 5/4/26 | 4856 | Souleymane Bah | Check 28845 | $1,096.05 |
| 5/4/26 | 4856 | Foday Kamara | Check 28847 | $1,242.36 |
| 5/4/26 | 4856 | Marie Germain | Check 28813 | $1,103.81 |
| 5/4/26 | 4856 | Anthony Beale | Check 28823 | $1,102.81 |
| 5/4/26 | 4856 | Fondungallah Michael | Check 28824 | $1,146.53 |
| 5/4/26 | 4856 | Milton Cobb | Check 28828 | $1,038.38 |
| 5/4/26 | 4856 | Richard Mongue | Check 28829 | $1,187.57 |
| 5/4/26 | 4856 | Sarah Bangura | Check 28833 | $1,372.61 |
| 5/4/26 | 4856 | Genevieve Kolako | Check 28834 | $1,844.05 |
| 5/4/26 | 4856 | Joy Straughn | Check 28835 | $1,454.50 |
| 5/5/26 | 4856 | William Oden | Check 28854 | $126.99 |
| 5/5/26 | 4856 | Marie Germain | Check 28858 | $1,103.81 |

| | | | | |
|---|---|---|---|---|
| 5/5/26 | 4856 | Jerome Lewis | Check 28859 | $204.89 |
| 5/5/26 | 4856 | Justin Njassu | Check 28863 | $1,132.57 |
| 5/7/26 | 4856 | Hermann Siaka | Check 28826 | $1,150.51 |
| 5/7/26 | 4856 | Megebnesh Weldearegay | Check 28836 | $2,203.41 |
| 5/11/26 | 4856 | Roosevelt Edmonds | Check 28857 | $1,519.14 |
| 5/11/26 | 4856 | Doris Sanchez | Check 28865 | $1,199.79 |
| 5/11/26 | 4856 | Joseph Ransom | Check 28871 | $1,006.72 |
| 5/11/26 | 4856 | Kendall Brooks | Check 28872 | $942.64 |
| 5/11/26 | 4856 | Richard Mongue | Check 28874 | $1,187.58 |
| 5/11/26 | 4856 | Stephen Stroud | Check 28876 | $1,156.27 |
| 5/11/26 | 4856 | Bai Wurie | Check 28877 | $1,975.38 |
| 5/11/26 | 4856 | Robert Bailey | Check 28890 | $509.39 |
| 5/11/26 | 4856 | Henry Kamara | Check 28893 | $951.70 |
| 5/11/26 | 4856 | Fatima Pugh | Check 28885 | $1,275.25 |
| 5/11/26 | 4856 | Rosalind Hines | Check 28897 | $933.85 |
| 5/11/26 | 4856 | Dewayne Johnson | Check 28898 | $1,167.56 |
| 5/12/26 | 4856 | Mohamed Conteh | Check 5754 | $2,051.52 |
| 5/12/26 | 4856 | Souleymane Bah | Check 28868 | $1,116.93 |
| 5/12/26 | 4856 | Anthony Beale | Check 28869 | $829.94 |
| 5/12/26 | 4856 | Fondungallah Michael | Check 28870 | $1,133.19 |
| 5/12/26 | 4856 | Sarah Bangura | Check 28878 | $1,164.66 |
| 5/12/26 | 4856 | Genevieve Kolako | Check 28879 | $1,803.61 |
| 5/12/26 | 4856 | Emmanuel Djimgou | Check 28882 | $1,487.27 |
| 5/12/26 | 4856 | Cynthia Edmonds | Check 28883 | $1,564.49 |
| 5/12/26 | 4856 | Isatu Kamara | Check 28884 | $773.25 |
| 5/12/26 | 4856 | Jin Leroy | Check 28887 | $1,002.03 |
| 5/12/26 | 4856 | Mohamed Conteh | Check 28891 | $1,488.36 |
| 5/12/26 | 4856 | Foday Kamara | Check 28892 | $1,106.17 |
| 5/14/26 | 4856 | Milton Cobb | Check 28873 | $1,425.38 |
| 5/15/26 | 4856 | Gwendolyn Bardwell | Check 28899 | $4,061.46 |

| | | | | |
|---|---|---|---|---|
| 5/29/26 | 4856 | Roosevelt Edmonds | Check 28901 | $1,475.80 |
| 5/26/26 | 4856 | Marie Germain | Check 28902 | $1,103.81 |
| 5/27/26 | 4856 | Leonard Lucas | Check 28903 | $1,799.67 |
| 5/15/26 | 4856 | Khalaya Myers | Check 28904 | $1,515.20 |
| 5/27/26 | 4856 | Vashti Myers | Check 28905 | $2,343.51 |
| 5/22/26 | 4856 | Justin Njassu | Check 28906 | $1,132.59 |
| 5/15/26 | 4856 | Jenee Renner | Check 28907 | $2,145.49 |
| 5/18/26 | 4856 | Joy Straughn | Check 28880 | $1,240.96 |
| 5/19/26 | 4856 | Elizabeth Ajoacha | Check 28886 | $1,654.97 |
| 5/19/26 | 4856 | Marie Meli | Check 28888 | $1,510.78 |
| 5/26/26 | 4856 | Agathe Tepong | Check 28889 | $1,359.44 |
| 5/27/26 | 4856 | Leonard Lucas | Check 28860 | $1,799.66 |
| 5/22/26 | 4856 | Doris Sanchez | Check 28908 | $1,257.34 |
| 5/15/26 | 4856 | Tammy Upshaw | Check 28909 | $1,543.87 |
| 5/28/26 | 4856 | Yaqin Upshaw | Check 28910 | $1,460.69 |
| 5/29/26 | 4856 | Souleymane Bah | Check 28911 | $1,116.93 |
| 5/29/26 | 4856 | Anthony Beale | Check 28912 | $1,179.60 |
| 5/29/26 | 4856 | Fondungallah Michael | Check 28913 | $1,422.89 |
| 5/29/26 | 4856 | Joseph Ransom | Check 28914 | $769.61 |
| 5/28/26 | 4856 | Kendall Brooks | Check 28915 | $954.53 |
| 5/29/26 | 4856 | Jin Leroy | Check 28918 | $1,746.18 |
| 5/28/26 | 4856 | Richard Mongue | Check 28919 | $1,227.61 |
| 5/15/26 | 4856 | Ernest Renner | Check 28920 | $682.17 |
| 5/28/26 | 4856 | Stephen Stroud | Check 28921 | $336.30 |
| 5/28/26 | 4856 | Bai Wurie | Check 28922 | $1,655.05 |
| 5/29/26 | 4856 | Cynthia Edmonds | Check 28925 | $1,475.53 |
| 5/29/26 | 4856 | Isatu Kamara | Check 28926 | $388.64 |
| 5/28/26 | 4856 | Fatima Pugh | Check 28927 | $1,595.00 |
| 5/19/26 | 4856 | Marie Meli | Check 28930 | $2,244.63 |
| 5/26/26 | 4856 | Agathe Tepong | Check 28931 | $1,351.86 |

| | | | | |
|---|---|---|---|---|
| 5/29/26 | 4856 | Robert Bailey | Check 28932 | $933.71 |
| 5/29/26 | 4856 | Foday Kamara | Check 28934 | $1,107.48 |
| 5/28/26 | 4856 | Henry Kamara | Check 28935 | $1,006.54 |
| 5/22/26 | 4856 | Rosalind Hines | Check 28938 | $1,042.33 |
| 5/22/26 | 4856 | Dewayne Johnson | Check 28939 | $1,337.47 |
| 5/29/26 | 4856 | Khalaya Myers | Check 28945 | $1,272.52 |
| 5/28/26 | 4856 | Jenee Renner | Check 28948 | $2,145.50 |
| 5/29/26 | 4856 | Doris Sanchez | Check 28949 | $1,055.92 |
| 5/29/26 | 4856 | Tammy Upshaw | Check 28950 | $1,306.53 |
| 5/28/26 | 4856 | Ernest Renner | Check 28962 | $728.33 |
| 5/29/26 | 4856 | Rosalind Hines | Check 28977 | $843.98 |
| 5/29/26 | 4856 | Dewayne Johnson | Check 28978 | $1,106.31 |
| 5/18/26 | 4856 | Joy Straughn | Check 5753 | $1,680.94 |
| 5/18/26 | 4856 | Joy Straughn | Check 5755 | $1,574.61 |
| | | | **Subtotal, Checks Cleared, Account 4856** | **$157,353.72** |

**Account 4856 - Payroll - Truist Checking - Other Withdrawals/Debits Cleared**

| | | | | |
|---|---|---|---|---|
| 05/04 | 4856 | Truist | Returned item fee | $36.00 |
| 05/14 | 4856 | Paychex (garnishment) | Wage garnishment remittance | $500.00 |
| 05/14 | 4856 | Paychex (WC premium) | Workers' comp premium | $804.77 |
| 05/14 | 4856 | Paychex (invoice) | Payroll processing fee | $2,588.59 |
| 05/15 | 4856 | Paychex (PC premium) | Payroll processing fee | $41.67 |
| 05/15 | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $647.99 |
| 05/20 | 4856 | Paychex (invoice - OAB) | Payroll processing fee | $392.20 |
| 05/28 | 4856 | Paychex (garnishment) | Wage garnishment remittance | $500.00 |
| 05/28 | 4856 | Paychex (WC premium) | Workers' comp premium | $583.14 |
| 05/28 | 4856 | Paychex (invoice) | Payroll processing fee | $2,321.19 |
| 05/29 | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $649.93 |
| | | | **Subtotal, Other Withdrawals, Account 4856** | **$9,065.48** |

**Account 4518 - MTM**

| | | | | |
|---|---|---|---|---|
| 05/21 | 4518 | Truist | Bank service charge (prior period) | $55.00 |
| | | | **Subtotal, Account 4518** | **$55.00** |

| | | | | |
|---|---|---|---|---|
| **Account 8885 - Client Funds - Truist** | | | | |
| 05/21 | 8885 | Truist | Bank service charge (prior period) | $135.50 |
| | | | **Subtotal, Account 8885** | **$135.50** |

| | | | | |
|---|---|---|---|---|
| **Account 8923 - Truist Checking - Cleared Checks** | | | | |
| 05/04 | 8923 | Justin Njassu | Check 2992 - client disbursement | $1,559.00 |
| | | | **Subtotal, Account 8923** | **$1,559.00** |
| **Account 8799 - Truist Checking** | | | | |
| 05/28 | 8799 | Intuit | Software subscription | $252.98 |
| | | | **Subtotal, Account 8799** | **$252.98** |

| | |
|---|---|
| **TOTAL CASH DISBURSEMENTS** | **$245,984.69** |

## Exhibit E (May 2026)

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| 5/1/26 | Philadelphia Insurance | Insurance | $10,598.84 |
| 5/19/26 | AFCO Direct | Insurance | $4,616.15 |
| 5/20/26 | CareFirst | Insurance | $16,782.57 |
| 5/15/26 | Internal Revenue Service | Payroll Taxes | $17,513.66 |
| 5/15/26 | MD Revenue Services | Payroll Taxes | $3,250.58 |
| 5/15/26 | DC Office of Tax and Revenue | Payroll Taxes | $1,802.06 |
| 5/15/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 5/30/26 | AL Income Tax | Payroll Taxes | $73.58 |
| 5/30/26 | Internal Revenue Service | Payroll Taxes | $13,397.43 |
| 5/30/26 | MD Revenue Services | Payroll Taxes | $2,356.02 |
| 5/30/26 | DC Office of Tax and Revenue | Payroll Taxes | $1,400.65 |
| 5/30/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 5/30/26 | AL Income Tax | Payroll Taxes | $73.58 |
| 5/1/26 | Qualifacts | Software | $6,782.00 |
| 5/1/26 | Fort Lincoln | Rent | $6,784.00 |
| | | **TOTAL OUTSTANDING BILLS** | **$85,574.32** |

TRUIST

999-99-99-99 68080 0 C 001 26 S 66 002
LIFE STRIDE INC
MTM/DHS ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ BUSINESS VALUE 200 CHECKING [redacted]4518

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $16.79 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 55.00 |
| Deposits, credits and interest | + 100.00 |
| **Your new balance as of 05/29/2026** | **= $61.79** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/21 | SERVICE CHARGES - PRIOR PERIOD | 55.00 |
| **Total other withdrawals, debits and service charges** | | **= $55.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/22 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 100.00 |
| **Total deposits, credits and interest** | | **= $100.00** |

**Delta SkyMiles® Debit Card program ending October 31, 2026**

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 116 C 001 19 S 66 002
LIFE STRIDE INC
PAYROLL ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ▪ BUSINESS VALUE 500 CHECKING [redacted]4856

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $4,895.83 |
| Checks | - 157,353.72 |
| Other withdrawals, debits and service charges | - 9,065.48 |
| Deposits, credits and interest | + 163,551.20 |
| **Your new balance as of 05/29/2026** | **= $2,027.83** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/01 | 5720 | 1,362.15 | 05/01 | 28837 | 1,375.62 | 05/11 | 28872 | 942.64 |
| 05/04 | 5721 | 1,368.19 | 05/04 | 28838 | 1,624.32 | 05/14 | 28873 | 1,425.38 |
| 05/01 | 5722 | 1,231.10 | 05/04 | 28839 | 1,567.12 | 05/11 | 28874 | 1,187.58 |
| 05/18 | *5753 | 1,680.94 | 05/04 | 28840 | 1,517.53 | 05/11 | *28876 | 1,156.27 |
| 05/12 | 5754 | 2,051.52 | 05/04 | 28841 | 1,369.06 | 05/11 | 28877 | 1,975.38 |
| 05/18 | 5755 | 1,574.61 | 05/04 | 28842 | 1,537.40 | 05/12 | 28878 | 1,164.66 |
| 05/01 | *28670 | 1,784.06 | 05/04 | 28843 | 1,565.64 | 05/12 | 28879 | 1,803.61 |
| 05/04 | 28671 | 1,705.84 | 05/01 | 28844 | 1,724.89 | 05/18 | 28880 | 1,240.96 |
| 05/01 | 28672 | 2,248.32 | 05/04 | 28845 | 1,096.05 | 05/12 | *28882 | 1,487.27 |
| 05/01 | *28767 | 1,435.46 | 05/04 | *28847 | 1,242.36 | 05/12 | 28883 | 1,564.49 |
| 05/01 | *28769 | 1,103.81 | 05/01 | 28848 | 1,089.59 | 05/12 | 28884 | 773.25 |
| 05/01 | *28812 | 1,519.14 | 05/01 | *28852 | 1,015.08 | 05/11 | 28885 | 1,275.25 |
| 05/04 | 28813 | 1,103.81 | 05/01 | 28853 | 1,101.56 | 05/19 | 28886 | 1,654.97 |
| 05/01 | *28818 | 1,132.58 | 05/05 | 28854 | 126.99 | 05/12 | 28887 | 1,002.03 |
| 05/01 | *28820 | 1,156.62 | 05/01 | 28855 | 4,061.46 | 05/19 | 28888 | 1,510.78 |
| 05/04 | *28823 | 1,102.81 | 05/11 | *28857 | 1,519.14 | 05/26 | 28889 | 1,359.44 |
| 05/04 | 28824 | 1,146.53 | 05/05 | 28858 | 1,103.81 | 05/11 | 28890 | 509.39 |
| 05/01 | 28825 | 1,078.90 | 05/05 | 28859 | 204.89 | 05/12 | 28891 | 1,488.36 |
| 05/07 | 28826 | 1,150.51 | 05/27 | 28860 | 1,799.66 | 05/12 | 28892 | 1,106.17 |
| 05/01 | 28827 | 964.39 | 05/01 | *28862 | 2,343.51 | 05/11 | 28893 | 951.70 |
| 05/04 | 28828 | 1,038.38 | 05/05 | 28863 | 1,132.57 | 05/11 | *28897 | 933.85 |
| 05/04 | 28829 | 1,187.57 | 05/11 | *28865 | 1,199.79 | 05/11 | 28898 | 1,167.56 |
| 05/01 | *28831 | 933.38 | 05/01 | 28866 | 1,306.54 | 05/15 | 28899 | 4,061.46 |
| 05/01 | 28832 | 1,692.92 | 05/01 | 28867 | 1,460.68 | 05/29 | *28901 | 1,475.80 |
| 05/04 | 28833 | 1,372.61 | 05/12 | 28868 | 1,116.93 | 05/26 | 28902 | 1,103.81 |
| 05/04 | 28834 | 1,844.05 | 05/12 | 28869 | 829.94 | 05/27 | 28903 | 1,799.67 |
| 05/04 | 28835 | 1,454.50 | 05/12 | 28870 | 1,133.19 | 05/15 | 28904 | 1,515.20 |
| 05/07 | 28836 | 2,203.41 | 05/11 | 28871 | 1,006.72 | 05/27 | 28905 | 2,343.51 |

*continued*

## ■ BUSINESS VALUE 500 CHECKING [redacted]4856 (continued)

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/22 | 28906 | 1,132.59 | 05/28 | 28919 | 1,227.61 | 05/28 | 28935 | 1,006.54 |
| 05/15 | 28907 | 2,145.49 | 05/15 | 28920 | 682.17 | 05/22 | *28938 | 1,042.33 |
| 05/22 | 28908 | 1,257.34 | 05/28 | 28921 | 336.30 | 05/22 | 28939 | 1,337.47 |
| 05/15 | 28909 | 1,543.87 | 05/28 | 28922 | 1,655.05 | 05/29 | *28945 | 1,272.52 |
| 05/28 | 28910 | 1,460.69 | 05/29 | *28925 | 1,475.53 | 05/28 | *28948 | 2,145.50 |
| 05/29 | 28911 | 1,116.93 | 05/29 | 28926 | 388.64 | 05/29 | 28949 | 1,055.92 |
| 05/29 | 28912 | 1,179.60 | 05/28 | 28927 | 1,595.00 | 05/29 | 28950 | 1,306.53 |
| 05/29 | 28913 | 1,422.89 | 05/19 | *28930 | 2,244.63 | 05/28 | *28962 | 728.33 |
| 05/29 | 28914 | 769.61 | 05/26 | 28931 | 1,351.86 | 05/29 | *28977 | 843.98 |
| 05/28 | 28915 | 954.53 | 05/29 | 28932 | 933.71 | 05/29 | 28978 | 1,106.31 |
| 05/29 | *28918 | 1,746.18 | 05/29 | *28934 | 1,107.48 | | | |

* indicates a skip in sequential check numbers above this item

**Total checks = $157,353.72**

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/04 | RETURNED ITEM FEE | 36.00 |
| 05/14 | ACH CORP DEBIT GARNISH PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0125648256 | 500.00 |
| 05/14 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050199146 | 804.77 |
| 05/14 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X16773700005195 | 2,588.59 |
| 05/15 | ACH CORP DEBIT PC-PREMIUM PIA-PC LIFE STRIDE INC CUSTOMER ID 0000050228653 | 41.67 |
| 05/15 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051372945 | 647.99 |
| 05/20 | ACH CORP DEBIT INVOICE PAYCHEX-OAB LIFE STRIDE INC CUSTOMER ID aA0zTX2O7tTDV3s | 392.20 |
| 05/28 | ACH CORP DEBIT GARNISH PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0125831379 | 500.00 |
| 05/28 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050280833 | 583.14 |
| 05/28 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X16960200002192 | 2,321.19 |
| 05/29 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051494413 | 649.93 |

**Total other withdrawals, debits and service charges = $9,065.48**

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 05/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 50,000.00 |
| 05/05 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 2,000.00 |
| 05/05 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 10,000.00 |
| 05/11 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 45,000.00 |
| 05/19 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 20,000.00 |
| 05/28 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 11,551.20 |
| 05/28 | TRUIST ONLINE TRANSFER ONLINE FROM ****8748 - | 15,000.00 |
| 05/29 | TRUIST ONLINE TRANSFER ONLINE FROM ****8772 - | 5,000.00 |

**Total deposits, credits and interest = $163,551.20**

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

464-02-01-00 24503 0 C 001 30 50 004
LIFE STRIDE INC
OPERATING ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $23,870.75 |
| Checks | - 42,683.01 |
| Other withdrawals, debits and service charges | - 134,248.80 |
| Deposits, credits and interest | + 168,878.28 |
| **Your new balance as of 05/29/2026** | **= $15,817.22** |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 05/01 | 9256 | 1,579.60 | 05/12 | 9304 | 346.82 | 05/26 | *9313 | 3,662.00 |
| 05/04 | 9257 | 350.00 | 05/11 | *9306 | 2,800.00 | 05/19 | 9314 | 2,520.00 |
| 05/04 | *9298 | 1,895.65 | 05/11 | 9307 | 2,560.00 | 05/19 | 9315 | 3,185.60 |
| 05/19 | 9299 | 900.00 | 05/11 | 9308 | 1,895.65 | 05/19 | 9316 | 3,080.00 |
| 05/04 | *9301 | 6,160.00 | 05/14 | 9309 | 494.00 | 05/19 | 9317 | 540.60 |
| 05/05 | 9302 | 1,331.43 | 05/22 | 9310 | 1,250.01 | 05/29 | *9323 | 1,895.65 |
| 05/05 | 9303 | 4,800.00 | 05/22 | 9311 | 1,436.00 | | | |

* indicates a skip in sequential check numbers above this item

**Total checks = $42,683.01**

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | BUS ONLINE ACH SETTLEMENT | 5,000.00 |
| 05/04 | INTERNET PAYMENT PEPCO PHI SDPY 55012755579 | 1,012.05 |
| 05/04 | ACH CORP DEBIT ACHPMT AFLAC COLUMBUS LifeStrideInc CUSTOMER ID 119887746 | 2,521.74 |
| 05/04 | ACH CORP DEBIT CF PREMIUM CAREFIRST BCBS Life-Stride IncCUSTOMER ID N59H-0001 | 8,782.57 |
| 05/05 | ACH CORP DEBIT PAYMENTS AFCO DIRECT LIFE-STRIDE INCCUSTOMER ID 31133261 | 2,374.37 |
| 05/05 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 10,000.00 |
| 05/08 | ACH CORP DEBIT PAYMENTREQ SUN LIFE CANADA LIFE STRIDE INCCUSTOMER ID 1916486 | 413.43 |
| 05/08 | ACH CORP DEBIT GROUP BENE AMWINS CONNECT A LIFE STRIDE, INC.CUSTOMER ID 9000070022 | 222.64 |
| 05/11 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 45,000.00 |
| 05/12 | INTERNET PAYMENT RES-WATER DC WATER 5631586 | 800.00 |
| 05/18 | BUS ONLINE ACH SETTLEMENT | 3,500.00 |
| 05/19 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 20,000.00 |
| 05/20 | TRUIST ONLINE TRANSFER ONLINE TO ****8748 - | 9,108.00 |
| 05/21 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 8665148 | 934.26 |
| 05/21 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 8664683 | 1,072.41 |
| 05/22 | TRUIST ONLINE TRANSFER ONLINE TO ****4518 - | 100.00 |
| 05/26 | INTERNET PAYMENT PAYMENT WASHINGTON GAS 120000891404 | 300.00 |

*continued*

■ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/26 | INTERNET PAYMENT PAYMENT WASHINGTON GAS 120000127825 | 485.00 |
| 05/26 | INTERNET PAYMENT PAYMENT WASHINGTON GAS 120000848024 | 515.00 |
| 05/26 | INTERNET PAYMENT PAYMENT WASHINGTON GAS 120000847190 | 709.00 |
| 05/26 | ACH CORP DEBIT VSP*Qualif Qualifacts Syste LIFE STRIDE INC CUSTOMER ID 34804135 | 3,662.15 |
| 05/26 | TRUIST ONLINE TRANSFER ONLINE TO ****8772 - | 2,609.60 |
| 05/26 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 757.60 |
| 05/27 | TRUIST ONLINE TRANSFER ONLINE TO ****8748 - | 6,375.60 |
| 05/29 | DEBIT CARD PURCHASE-PIN 05-28-26 MSBILL.INFO 7102 MICROSOFT#G160754687 | 474.28 |
| 05/29 | DEBIT CARD PURCHASE-PIN 05-28-26 MSBILL.INFO 7102 MICROSOFT#G160787254 | 857.15 |
| 05/29 | INTERNET PAYMENT PEPCO PHI SDPY 55023050291 | 1,243.95 |
| 05/29 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 2,853.00 |
| 05/29 | TRUIST ONLINE TRANSFER ONLINE TO ****8772 - | 2,565.00 |
| Total other withdrawals, debits and service charges | | = $134,248.80 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01673158-*HCCLAIMPMT*DC MMISXX~ | 9,444.62 |
| 05/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 9,600.00 |
| 05/05 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2160634 | 22,137.50 |
| 05/08 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01673845-*HCCLAIMPMT*DC MMISXX~ | 23,623.78 |
| 05/11 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 05/11 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2161212 | 10,626.00 |
| 05/15 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01674806-*HCCLAIMPMT*DC MMISXX~ | 14,663.48 |
| 05/19 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 05/19 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2162817 | 22,770.00 |
| 05/20 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 8,000.00 |
| 05/22 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01676325-*HCCLAIMPMT*DC MMISXX~ | 8,417.40 |
| 05/27 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2163882 | 15,939.00 |
| 05/29 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01676766-*HCCLAIMPMT*DC MMISXX~ | 13,656.50 |
| Total deposits, credits and interest | | = $168,878.28 |

**Delta SkyMiles® Debit Card program ending October 31, 2026**

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
CLIENT FUNDS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ■ BUSINESS VALUE 200 CHECKING [redacted]8885

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $58,715.61 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 102,386.70 |
| Deposits, credits and interest | + 51,371.92 |
| **Your new balance as of 05/29/2026** | **= $7,700.83** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 50,000.00 |
| 05/01 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| 05/01 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 9,600.00 |
| 05/04 | TRUIST ONLINE TRANSFER ONLINE TO ****8923 - | 900.00 |
| 05/05 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,000.00 |
| 05/05 | RETURN DEPOSIT ITEM 99001628 | 5,200.00 |
| 05/11 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 5,000.00 |
| 05/19 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 5,000.00 |
| 05/20 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 8,000.00 |
| 05/21 | SERVICE CHARGES - PRIOR PERIOD | 135.50 |
| 05/28 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 11,551.20 |
| **Total other withdrawals, debits and service charges** | | **= $102,386.70** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/01 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 476.40 |
| 05/01 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR JOHN C | 785.40 |
| 05/01 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 815.40 |
| 05/01 | XXSUPP SEC SSI TREAS 310 7SSI LIFE STRIDE | 903.00 |
| 05/01 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR SIDNEY | 1,420.00 |
| 05/01 | XXSUPP SEC SSI TREAS 310 3SSI LIFE STRIDE | 1,675.00 |
| 05/01 | RFMS B345 NDC A#154486637 XXXX LIFE STRIDE RENT - ACH | 6,136.00 |
| 05/04 | RFMS B345 NDC A#154729092 XXXX LIFE STRIDE RENT - ACH | 3,068.00 |
| 05/04 | DEPOSIT | 8,678.72 |
| 05/05 | RFMS 8455 NDC A#154489362 XXXX LIFE STRIDE, INC. ACH | 1,534.00 |
| 05/11 | DEPOSIT | 1,645.00 |
| 05/15 | DEPOSIT | 5,200.00 |
| 05/26 | DEPOSIT | 2,040.00 |

*continued*

■ BUSINESS VALUE 200 CHECKING [redacted] 8885 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/27 | DEPOSIT | 16,995.00 |
| Total deposits, credits and interest | | = $51,371.92 |

**Delta SkyMiles® Debit Card program ending October 31, 2026**

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 1 C 001 30 S 66 002
LIFE STRIDE INC
FOR SOCIAL SECURITY BENEFICIARIES
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ▪ BUSINESS VALUE 200 CHECKING [redacted]8923

### Account summary

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $740.45 |
| Checks | - 1,559.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 900.00 |
| **Your new balance as of 05/29/2026** | **= $81.45** |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 05/04 | 2992 | 1,559.00 |
| **Total checks** | | **= $ 1,559.00** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/04 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 900.00 |
| **Total deposits, credits and interest** | | **= $900.00** |

### Delta SkyMiles® Debit Card program ending October 31, 2026

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

For more information, please contact your local Truist branch, visit Truist.com or contact us at 1-844-4TRUIST (1-844-487-8478). MEMBER FDIC

TRUIST

999-99-99-99 68080 0 C 001 30 S 66 002
LIFE STRIDE INC
1414 C STREET NE
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your consolidated statement

For 05/29/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
| --- | --- | --- | --- |
| BUSINESS VALUE 200 CHECKING | [redacted]8748 | 483.60 | page 1 |
| BUSINESS VALUE 200 CHECKING | [redacted]8772 | 174.60 | page 2 |
| BUSINESS VALUE 200 CHECKING | [redacted]8799 | 3,357.62 | page 2 |
| Total checking and money market savings accounts | | $4,015.82 | |

## Checking and money market savings accounts

### ▪ BUSINESS VALUE 200 CHECKING [redacted]48748

**Account summary**

| | |
| --- | --- |
| Your previous balance as of 06/30/2015 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15,000.00 |
| Deposits, credits and interest | + 15,483.60 |
| Your new balance as of 05/29/2026 | = $483.60 |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
| --- | --- | --- |
| 05/28 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 15,000.00 |
| Total other withdrawals, debits and service charges | | = $15,000.00 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
| --- | --- | --- |
| 05/20 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 9,108.00 |
| 05/27 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 6,375.60 |
| Total deposits, credits and interest | | = $15,483.60 |

## ▪ BUSINESS VALUE 200 CHECKING [redacted]8772

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2015 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 5,000.00 |
| Deposits, credits and interest | + 5,174.60 |
| **Your new balance as of 05/29/2026** | **= $174.60** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/29 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| **Total other withdrawals, debits and service charges** | | **= $5,000.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/26 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,609.60 |
| 05/29 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,565.00 |
| **Total deposits, credits and interest** | | **= $5,174.60** |

## ▪ BUSINESS VALUE 200 CHECKING [redacted]8799

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2015 | $0.00 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 252.98 |
| Deposits, credits and interest | + 3,610.60 |
| **Your new balance as of 05/29/2026** | **= $3,357.62** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/28 | INTERNET PAYMENT CHECKS / F INTUIT * 1070735 | 252.98 |
| **Total other withdrawals, debits and service charges** | | **= $252.98** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 05/26 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 757.60 |
| 05/29 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,853.00 |
| **Total deposits, credits and interest** | | **= $3,610.60** |

**Delta SkyMiles® Debit Card program ending October 31, 2026**

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
MEDICAID ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement
For 05/29/2026

## Contact us
Truist.com
(844) 4TRUIST or
(844) 487-8478

■ BUSINESS VALUE 200 CHECKING [redacted]9237

**Account summary**

| | |
|---|---|
| Your previous balance as of 04/30/2026 | $14.80 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 05/29/2026** | **= $14.80** |

**Delta SkyMiles® Debit Card program ending October 31, 2026**

Truist and Delta are ending the Delta SkyMiles® Debit Card program on **October 31, 2026.**
If you currently have or previously had a Delta SkyMiles® Debit Card, this message serves as your notice that the program is ending.

Active Delta SkyMiles® Debit Card cardholders have been receiving communications about this transition and will continue to receive updates as needed.

For more information, **visit** https://www.truist.com/checking/debit-cards.

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

Life Stride Inc.

**1010 Truist Checking 3139, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/10/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 23,870.75 |
| Checks and payments cleared (49) | -176,931.81 |
| Deposits and other credits cleared (13) | 168,878.28 |
| Statement ending balance | 15,817.22 |
| Uncleared transactions as of 05/29/2026 | -56,751.46 |
| Register balance as of 05/29/2026 | -40,934.24 |
| Cleared transactions after 05/29/2026 | 0.00 |
| Uncleared transactions after 05/29/2026 | -32,723.40 |
| Register balance as of 07/10/2026 | -73,657.64 |

**Details**

Checks and payments cleared (49)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/04/2026 | Check | 9256 | CLARETHA WILLIAMS | -1,579.60 |
| 03/05/2026 | Check | 9257 | PERKINS GENERAL HAULIN… | -350.00 |
| 05/01/2026 | Check | 9299 | LENNER GRIFFIN | -900.00 |
| 05/01/2026 | Check | 9298 | CHRISTOPHER UPSHAW | -1,895.65 |
| 05/01/2026 | Expense | | CARF International | -5,000.00 |
| 05/01/2026 | Check | 9301 | ABANGAWOH SANDRIEN | -6,160.00 |
| 05/04/2026 | Expense | | PEPCO | -1,012.05 |
| 05/04/2026 | Expense | | AFLAC | -2,521.74 |
| 05/04/2026 | Expense | | CAREFIRST BLUE CROSS B… | -8,782.57 |
| 05/05/2026 | Deposit | | Life Stride Inc. | -10,000.00 |
| 05/05/2026 | Check | 9303 | Vashti Upshaw-Myers | -4,800.00 |
| 05/05/2026 | Check | 9302 | Vashti Upshaw-Myers | -1,331.43 |
| 05/05/2026 | Expense | | AFCO Direct | -2,374.37 |
| 05/08/2026 | Expense | | Sun Life Financial | -413.43 |
| 05/08/2026 | Expense | | AMWINS CONNECT ADMINI… | -222.64 |
| 05/11/2026 | Check | 9308 | CHRISTOPHER UPSHAW | -1,895.65 |
| 05/11/2026 | Expense | | Life Stride Inc. | -45,000.00 |
| 05/11/2026 | Check | 9304 | JENEE RENNER | -346.82 |
| 05/11/2026 | Check | 9306 | SHAKIL BREW | -2,800.00 |
| 05/11/2026 | Check | 9307 | GARY PRIEST | -2,560.00 |
| 05/12/2026 | Expense | | DC Water | -800.00 |
| 05/13/2026 | Check | 9310 | THERESA GRANEAU | -1,250.01 |
| 05/13/2026 | Check | 9311 | CLARETHA WILLIAMS | -1,436.00 |
| 05/13/2026 | Check | 9309 | EXTRA SPACE STORAGE | -494.00 |
| 05/14/2026 | Check | 9313 | HUMPHREY ENTERPRISES … | -3,662.00 |
| 05/18/2026 | Expense | | Crowell & Moring LLP | -3,500.00 |
| 05/19/2026 | Expense | | Life Stride Inc. | -20,000.00 |
| 05/19/2026 | Check | 9315 | GARY PRIEST | -3,185.60 |
| 05/19/2026 | Check | 9314 | SHAKIL BREW | -2,520.00 |
| 05/19/2026 | Check | 9316 | DADA OKUSANYA | -3,080.00 |
| 05/19/2026 | Check | 9317 | ELVIS JAMES | -540.60 |
| 05/20/2026 | Expense | | Life Stride Inc. | -9,108.00 |
| 05/21/2026 | Expense | | Comcast | -1,072.41 |
| 05/21/2026 | Expense | | Comcast | -934.26 |
| 05/22/2026 | Deposit | | Life Stride Inc. | -100.00 |
| 05/26/2026 | Expense | | WASHINGTON GAS | -515.00 |
| 05/26/2026 | Expense | | WASHINGTON GAS | -709.00 |
| 05/26/2026 | Expense | | WASHINGTON GAS | -300.00 |
| 05/26/2026 | Expense | | Life Stride Inc. | -2,609.60 |
| 05/26/2026 | Expense | | Life Stride Inc. | -757.60 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/26/2026 | Expense | | WASHINGTON GAS | -485.00 |
| 05/26/2026 | Expense | | Qualifacts | -3,662.15 |
| 05/27/2026 | Expense | | Life Stride Inc. | -6,375.60 |
| 05/28/2026 | Check | 9323 | CHRISTOPHER UPSHAW | -1,895.65 |
| 05/29/2026 | Expense | | Life Stride Inc. | -2,853.00 |
| 05/29/2026 | Expense | | Life Stride Inc. | -2,565.00 |
| 05/29/2026 | Expense | | Microsoft | -857.15 |
| 05/29/2026 | Expense | | Microsoft | -474.28 |
| 05/29/2026 | Expense | | PEPCO | -1,243.95 |
| Total | | | | -176,931.81 |

Deposits and other credits cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Deposit | | District OF COLUMBIA HOUS… | 9,444.62 |
| 05/01/2026 | Expense | | Life Stride Inc. | 9,600.00 |
| 05/05/2026 | Deposit | | | 22,137.50 |
| 05/08/2026 | Deposit | | District OF COLUMBIA HOUS… | 23,623.78 |
| 05/11/2026 | Deposit | | | 10,626.00 |
| 05/11/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 05/15/2026 | Deposit | | District OF COLUMBIA HOUS… | 14,663.48 |
| 05/19/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 05/19/2026 | Deposit | | | 22,770.00 |
| 05/20/2026 | Expense | | Life Stride Inc. | 8,000.00 |
| 05/22/2026 | Deposit | | District OF COLUMBIA HOUS… | 8,417.40 |
| 05/27/2026 | Deposit | | | 15,939.00 |
| 05/29/2026 | Deposit | | District OF COLUMBIA HOUS… | 13,656.50 |
| Total | | | | 168,878.28 |

**Additional Information**

Uncleared checks and payments as of 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/31/2026 | Check | 9198 | DEVON BURKE | -476.00 |
| 03/18/2026 | Check | 9260 | LEONARD LUCAS 4 | -1,700.00 |
| 03/18/2026 | Check | 9259 | LEONARD LUCAS 4 | -1,700.00 |
| 03/23/2026 | Check | 9264 | MARIE TOMDIO | -1,450.00 |
| 03/23/2026 | Check | 9263 | DELPHINE SIRRI | -9,520.00 |
| 03/23/2026 | Check | 9278 | LEKEANJU TAYOH | -1,842.00 |
| 03/23/2026 | Check | 9277 | STEPHEN NGULEFAC | -474.00 |
| 03/23/2026 | Check | 9276 | MILES & MUNROE LLC | -699.00 |
| 03/23/2026 | Check | 9275 | EVELYNE PAUL | -967.20 |
| 03/23/2026 | Check | 9274 | CAROLINE DJAMBOU | -1,834.50 |
| 03/23/2026 | Check | 9273 | PRINCE DIKE | -1,350.00 |
| 03/23/2026 | Check | 9272 | DADA OKUSANYA | -2,570.00 |
| 03/23/2026 | Check | 9271 | DEVON BURKE | -245.40 |
| 03/23/2026 | Check | 9270 | KAYLA BECTON | -675.00 |
| 03/23/2026 | Check | 9269 | Akeem Tijani | -1,035.00 |
| 03/23/2026 | Check | 9279 | ELVIS JAMES | -1,168.00 |
| 03/23/2026 | Check | 9265 | FERDINAND KWEH | -5,650.00 |
| 03/23/2026 | Check | 9267 | NKANGU ACHALEKE | -3,400.00 |
| 03/23/2026 | Check | 9280 | SHAKIL BREW | -2,870.00 |
| 03/23/2026 | Check | 9266 | EMEFUA YVONNE NJUALEM | -3,590.00 |
| 03/23/2026 | Check | 9281 | GARY PRIEST | -2,732.16 |
| 05/01/2026 | Check | 9300 | AMBER D'AMELIO LUCAS | -2,000.00 |
| 05/13/2026 | Check | 9312 | CLARETHA WILLIAMS | -1,579.60 |
| 05/20/2026 | Check | 9318 | DEVON BURKE | -492.60 |
| 05/28/2026 | Check | 9320 | CLARETHA WILLIAMS | -1,436.00 |
| 05/28/2026 | Check | 9319 | COMMUNITY WORKS | -174.00 |
| 05/28/2026 | Check | 9321 | CLARETHA WILLIAMS | -1,579.60 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Check | 9322 | SPENCER JOHNSON MD | -1,500.00 |
| 05/28/2026 | Check | 9324 | HUMPHREY ENTERPRISES … | -1,547.40 |
| 05/28/2026 | Check | 9325 | EXTRA SPACE STORAGE | -494.00 |

Total -56,751.46

Uncleared checks and payments after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Check | 9326 | NATHANIEL VENABLE | -1,292.80 |
| 06/01/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 06/01/2026 | Expense | | Instacart | -197.94 |
| 06/01/2026 | Expense | | Instacart | -202.72 |
| 06/01/2026 | Expense | | Instacart | -209.81 |
| 06/01/2026 | Expense | | Instacart | -212.26 |
| 06/02/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -3,900.00 |
| 06/02/2026 | Expense | | Comcast | -537.34 |
| 06/02/2026 | Expense | | Life Stride Inc. | -6,000.00 |
| 06/02/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -4,470.15 |
| 06/03/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -3,072.60 |
| 06/03/2026 | Check | 9327 | YAQIN A. UPSHAW | -250.00 |
| 06/03/2026 | Expense | | DC Water | -1,268.17 |
| 06/03/2026 | Expense | | U-Haul | -219.44 |
| 06/03/2026 | Expense | | DC Water | -1,601.95 |
| 06/03/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -2,980.10 |
| 06/04/2026 | Expense | | AMWINS CONNECT ADMINI… | -445.28 |
| 06/04/2026 | Expense | | Sun Life Financial | -858.21 |
| 06/05/2026 | Expense | | eFax | -5.29 |
| 06/05/2026 | Expense | | Life Stride Inc. | -2,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | -11,000.00 |
| 06/05/2026 | Expense | | AFLAC | -2,809.20 |
| 06/05/2026 | Expense | | Staples | -390.42 |
| 06/10/2026 | Expense | | DC Water | -674.95 |
| 06/12/2026 | Check | 9329 | ERNEST RENNER | -3,653.00 |
| 06/12/2026 | Check | 9328 | CHRISTOPHER UPSHAW | -1,895.65 |
| 06/18/2026 | Check | 9333 | EXTRA SPACE STORAGE | -494.00 |
| 06/18/2026 | Check | 9332 | THERESA GRANEAU | -416.67 |
| 06/18/2026 | Check | 9331 | THERESA GRANEAU | -416.67 |
| 06/18/2026 | Check | 9330 | NATHANIEL VENABLE | -250.00 |
| 06/22/2026 | Expense | | Comcast | -5,199.09 |
| 06/22/2026 | Expense | | Comcast | -458.35 |
| 06/22/2026 | Expense | | Comcast | -960.33 |
| 06/23/2026 | Expense | | Comcast | -1,268.20 |
| 06/23/2026 | Expense | | Comcast | -1,581.48 |
| 06/29/2026 | Check | 9334 | YAQIN A. UPSHAW | -502.60 |
| 06/29/2026 | Check | 9335 | THERESA GRANEAU | -416.67 |
| 06/30/2026 | Check | 9336 | CHRISTOPHER UPSHAW | -1,895.65 |
| 06/30/2026 | Check | 9337 | CHRISTOPHER UPSHAW | -1,895.65 |
| 07/01/2026 | Check | 9338 | LENNER GRIFFIN | -900.00 |
| 07/02/2026 | Check | 9339 | HUMPHREY ENTERPRISES … | -1,547.00 |
| 07/07/2026 | Expense | | AMWINS CONNECT ADMINI… | -36.50 |
| 07/07/2026 | Expense | | Sun Life Financial | -444.78 |
| 07/09/2026 | Expense | | AFLAC | -2,673.09 |

Total -76,504.01

Uncleared deposits and other credits after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2026 | Deposit | | | 18,216.00 |
| 06/02/2026 | Expense | | Life Stride Inc. | 8,370.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 06/05/2026 | Deposit | | District OF COLUMBIA HOUS… | 11,194.61 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/05/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 06/11/2026 | Check | To print | ERNEST RENNER | 0.00 |
| Total | | | | 43,780.61 |

Life Stride Inc.

**1002 MTM 4518, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 16.79 |
| Checks and payments cleared (1) | -55.00 |
| Deposits and other credits cleared (1) | 100.00 |
| Statement ending balance | 61.79 |
| | |
| Register balance as of 05/31/2026 | 61.79 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/21/2026 | Expense | | TRUIST | -55.00 |
| Total | | | | -55.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/22/2026 | Deposit | | Life Stride Inc. | 100.00 |
| Total | | | | 100.00 |

Life Stride Inc.

**1001 Payroll - Truist Checking 4856, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/10/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 4,895.83 |
| Checks and payments cleared (127) | -166,419.20 |
| Deposits and other credits cleared (9) | 163,551.20 |
| Statement ending balance | 2,027.83 |
| Register balance as of 05/29/2026 | 2,027.83 |
| Cleared transactions after 05/29/2026 | 0.00 |
| Uncleared transactions after 05/29/2026 | -47.77 |
| Register balance as of 06/10/2026 | 1,980.06 |

**Details**

Checks and payments cleared (127)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Expense | | | -2,343.51 |
| 05/01/2026 | Expense | | | -4,061.46 |
| 05/01/2026 | Expense | | | -933.38 |
| 05/01/2026 | Expense | | | -964.39 |
| 05/01/2026 | Expense | | | -1,015.08 |
| 05/01/2026 | Expense | | | -1,078.90 |
| 05/01/2026 | Expense | | | -1,089.59 |
| 05/01/2026 | Expense | | | -1,101.56 |
| 05/01/2026 | Expense | | | -1,103.81 |
| 05/01/2026 | Expense | | | -1,132.58 |
| 05/01/2026 | Expense | | | -1,156.62 |
| 05/01/2026 | Expense | | | -1,231.10 |
| 05/01/2026 | Expense | | | -1,306.54 |
| 05/01/2026 | Expense | | | -1,362.15 |
| 05/01/2026 | Expense | | | -1,375.62 |
| 05/01/2026 | Expense | | | -1,435.46 |
| 05/01/2026 | Expense | | | -1,460.68 |
| 05/01/2026 | Expense | | | -1,519.14 |
| 05/01/2026 | Expense | | | -1,692.92 |
| 05/01/2026 | Expense | | | -1,724.89 |
| 05/01/2026 | Expense | | | -1,784.06 |
| 05/01/2026 | Expense | | | -2,248.32 |
| 05/04/2026 | Expense | | | -1,103.81 |
| 05/04/2026 | Expense | | | -1,038.38 |
| 05/04/2026 | Expense | | | -1,096.05 |
| 05/04/2026 | Expense | | | -1,102.81 |
| 05/04/2026 | Expense | | | -1,146.53 |
| 05/04/2026 | Expense | | | -1,187.57 |
| 05/04/2026 | Expense | | | -1,242.36 |
| 05/04/2026 | Expense | | | -1,368.19 |
| 05/04/2026 | Expense | | | -1,369.06 |
| 05/04/2026 | Expense | | | -1,372.61 |
| 05/04/2026 | Expense | | | -1,454.50 |
| 05/04/2026 | Expense | | | -1,517.53 |
| 05/04/2026 | Expense | | | -1,537.40 |
| 05/04/2026 | Expense | | | -1,565.64 |
| 05/04/2026 | Expense | | | -1,567.12 |
| 05/04/2026 | Expense | | | -1,624.32 |
| 05/04/2026 | Expense | | | -1,705.84 |
| 05/04/2026 | Expense | | | -1,844.05 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/04/2026 | Expense | | TRUIST | -36.00 |
| 05/05/2026 | Expense | | | -126.99 |
| 05/05/2026 | Expense | | | -1,103.81 |
| 05/05/2026 | Expense | | | -204.89 |
| 05/05/2026 | Expense | | | -1,132.57 |
| 05/07/2026 | Expense | | | -1,150.51 |
| 05/07/2026 | Expense | | | -2,203.41 |
| 05/11/2026 | Expense | | Henry Kamara | -951.70 |
| 05/11/2026 | Expense | | Rosalind E Hines | -933.85 |
| 05/11/2026 | Expense | | DORIS SANCHEZ | -1,199.79 |
| 05/11/2026 | Expense | | DEWAYNE JOHNSON | -1,167.56 |
| 05/11/2026 | Expense | | Kendall Brooks | -942.64 |
| 05/11/2026 | Expense | | Bai Wurie | -1,975.38 |
| 05/11/2026 | Expense | | Robert Bailey | -509.39 |
| 05/11/2026 | Expense | | Joseph Ransom | -1,006.72 |
| 05/11/2026 | Expense | | EDMONDS ROOSEVELT | -1,519.14 |
| 05/11/2026 | Expense | | Richard Mongue | -1,187.58 |
| 05/11/2026 | Expense | | Fatima Pugh | -1,275.25 |
| 05/11/2026 | Expense | | Stephen Stroud | -1,156.27 |
| 05/12/2026 | Expense | | Emmanuel Djimgou | -1,487.27 |
| 05/12/2026 | Expense | | Foday Kamara | -1,106.17 |
| 05/12/2026 | Expense | | Jin Picart Leroy | -1,002.03 |
| 05/12/2026 | Expense | | Michael Fondungallah | -1,133.19 |
| 05/12/2026 | Expense | | Anthony Beale | -829.94 |
| 05/12/2026 | Expense | | Isatu Kamara | -773.25 |
| 05/12/2026 | Expense | | Genevieve Kolako | -1,803.61 |
| 05/12/2026 | Expense | | SARAH BANGURA | -1,164.66 |
| 05/12/2026 | Expense | | Mohamed Conteh | -1,488.36 |
| 05/12/2026 | Expense | | Souleymane Bah | -1,116.93 |
| 05/12/2026 | Expense | | CYNTHIA EDMONDS | -1,564.49 |
| 05/12/2026 | Expense | | Mohamed Conteh | -2,051.52 |
| 05/14/2026 | Expense | | Paychex | -2,588.59 |
| 05/14/2026 | Expense | | Milton Cobb | -1,425.38 |
| 05/14/2026 | Expense | | Paychex | -804.77 |
| 05/14/2026 | Expense | | Paychex | -500.00 |
| 05/15/2026 | Expense | | TAMMY UPSHAW | -1,543.87 |
| 05/15/2026 | Expense | | KHALAYA MYERS | -1,515.20 |
| 05/15/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 05/15/2026 | Expense | | Paychex | -41.67 |
| 05/15/2026 | Expense | | Paychex | -647.99 |
| 05/15/2026 | Expense | | Gwendolyn U. Bardwell | -4,061.46 |
| 05/15/2026 | Expense | | ERNEST RENNER | -682.17 |
| 05/18/2026 | Expense | | Joy Straughn | -1,574.61 |
| 05/18/2026 | Expense | | Joy Straughn | -1,680.94 |
| 05/18/2026 | Expense | | Joy Straughn | -1,240.96 |
| 05/19/2026 | Expense | | Elizabeth Ajoacha | -1,654.97 |
| 05/19/2026 | Expense | | Marie Meli | -1,510.78 |
| 05/19/2026 | Expense | | Marie Meli | -2,244.63 |
| 05/20/2026 | Expense | | Paychex | -392.20 |
| 05/22/2026 | Expense | | Rosalind E Hines | -1,042.33 |
| 05/22/2026 | Expense | | DORIS SANCHEZ | -1,257.34 |
| 05/22/2026 | Expense | | JUSTIN NJASSU | -1,132.59 |
| 05/22/2026 | Expense | | DEWAYNE JOHNSON | -1,337.47 |
| 05/26/2026 | Expense | | MARIE GERMAIN | -1,103.81 |
| 05/26/2026 | Expense | | Agathe Tepong | -1,351.86 |
| 05/26/2026 | Expense | | Agathe Tepong | -1,359.44 |
| 05/27/2026 | Expense | | Vashti Upshaw-Myers | -2,343.51 |
| 05/27/2026 | Expense | | Leonard Lucas | -1,799.66 |
| 05/27/2026 | Expense | | Leonard Lucas | -1,799.67 |
| 05/28/2026 | Expense | | Paychex | -583.14 |
| 05/28/2026 | Expense | | Paychex | -500.00 |
| 05/28/2026 | Expense | | Richard Mongue | -1,227.61 |
| 05/28/2026 | Expense | | Kendall Brooks | -954.53 |
| 05/28/2026 | Expense | | JENEE RENNER | -2,145.50 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Expense | | Fatima Pugh | -1,595.00 |
| 05/28/2026 | Expense | | Stephen Stroud | -336.30 |
| 05/28/2026 | Expense | | Henry Kamara | -1,006.54 |
| 05/28/2026 | Expense | | Bai Wurie | -1,655.05 |
| 05/28/2026 | Expense | | YAQIN UPSHAW | -1,460.69 |
| 05/28/2026 | Expense | | ERNEST RENNER | -728.33 |
| 05/28/2026 | Expense | | Paychex | -2,321.19 |
| 05/29/2026 | Expense | | Foday Kamara | -1,107.48 |
| 05/29/2026 | Expense | | Robert Bailey | -933.71 |
| 05/29/2026 | Expense | | Paychex | -649.93 |
| 05/29/2026 | Expense | | KHALAYA MYERS | -1,272.52 |
| 05/29/2026 | Expense | | Souleymane Bah | -1,116.93 |
| 05/29/2026 | Expense | | Anthony Beale | -1,179.60 |
| 05/29/2026 | Expense | | Rosalind E Hines | -843.98 |
| 05/29/2026 | Expense | | CYNTHIA EDMONDS | -1,475.53 |
| 05/29/2026 | Expense | | Michael Fondungallah | -1,422.89 |
| 05/29/2026 | Expense | | DORIS SANCHEZ | -1,055.92 |
| 05/29/2026 | Expense | | DEWAYNE JOHNSON | -1,106.31 |
| 05/29/2026 | Expense | | Jin Picart Leroy | -1,746.18 |
| 05/29/2026 | Expense | | TAMMY UPSHAW | -1,306.53 |
| 05/29/2026 | Expense | | EDMONDS ROOSEVELT | -1,475.80 |
| 05/29/2026 | Expense | | Joseph Ransom | -769.61 |
| 05/29/2026 | Expense | | Isatu Kamara | -388.64 |
| Total | | | | -166,419.20 |

Deposits and other credits cleared (9)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Expense | | Life Stride Inc. | 50,000.00 |
| 05/01/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 05/05/2026 | Deposit | | Life Stride Inc. | 10,000.00 |
| 05/05/2026 | Expense | | Life Stride Inc. | 2,000.00 |
| 05/11/2026 | Expense | | Life Stride Inc. | 45,000.00 |
| 05/19/2026 | Expense | | Life Stride Inc. | 20,000.00 |
| 05/28/2026 | Deposit | | Life Stride Inc. | 15,000.00 |
| 05/28/2026 | Expense | | Life Stride Inc. | 11,551.20 |
| 05/29/2026 | Deposit | | Life Stride Inc. | 5,000.00 |
| Total | | | | 163,551.20 |

**Additional Information**

Uncleared checks and payments after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | Milton Cobb | -1,817.72 |
| 06/01/2026 | Expense | | SARAH BANGURA | -1,892.44 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | Emmanuel Djimgou | -1,938.08 |
| 06/02/2026 | Expense | | Megebnesh Weldearegay | -1,390.74 |
| 06/02/2026 | Expense | | Genevieve Kolako | -1,830.46 |
| 06/03/2026 | Expense | | Joy Straughn | -241.19 |
| 06/04/2026 | Expense | | Elizabeth Ajoacha | -1,654.97 |
| 06/04/2026 | Expense | | THERESA GRANEAU | -2,248.48 |
| 06/04/2026 | Expense | | SPENCER JOHNSON MD | -1,784.23 |
| 06/05/2026 | Expense | | JOYCE DRUMMING | -1,706.00 |
| 06/05/2026 | Expense | | ROBIN CRIM | -1,435.46 |
| Total | | | | -18,047.77 |

Uncleared deposits and other credits after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/02/2026 | Expense | | Life Stride Inc. | 6,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | 2,000.00 |
| Total | | | | 18,000.00 |

Life Stride Inc.

**1020 Truist Checking 8748, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/10/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (1) | -15,000.00 |
| Deposits and other credits cleared (2) | 15,483.60 |
| Statement ending balance | 483.60 |
| Register balance as of 05/29/2026 | 483.60 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Deposit | | Life Stride Inc. | -15,000.00 |
| Total | | | | -15,000.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/20/2026 | Expense | | Life Stride Inc. | 9,108.00 |
| 05/27/2026 | Expense | | Life Stride Inc. | 6,375.60 |
| Total | | | | 15,483.60 |

Life Stride Inc.

**1021 Truist Checking 8772, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (1) | -5,000.00 |
| Deposits and other credits cleared (2) | 5,174.60 |
| Statement ending balance | 174.60 |
| | |
| Register balance as of 05/29/2026 | 174.60 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2026 | Deposit | | Life Stride Inc. | -5,000.00 |
| Total | | | | -5,000.00 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/26/2026 | Expense | | Life Stride Inc. | 2,609.60 |
| 05/29/2026 | Expense | | Life Stride Inc. | 2,565.00 |
| Total | | | | 5,174.60 |

Life Stride Inc.

**1022 Truist Checking 8799 - CSW, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 0.00 |
| Checks and payments cleared (1) | -252.98 |
| Deposits and other credits cleared (2) | 3,610.60 |
| Statement ending balance | 3,357.62 |
| Register balance as of 05/29/2026 | 3,357.62 |
| Cleared transactions after 05/29/2026 | 0.00 |
| Uncleared transactions after 05/29/2026 | -1,692.24 |
| Register balance as of 06/09/2026 | 1,665.38 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Expense | | Intuit | -252.98 |
| Total | | | | -252.98 |

Deposits and other credits cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/26/2026 | Expense | | Life Stride Inc. | 757.60 |
| 05/29/2026 | Expense | | Life Stride Inc. | 2,853.00 |
| Total | | | | 3,610.60 |

**Additional Information**

Uncleared checks and payments after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2026 | Check | 1002 | STEPHEN NGULEFAC | -855.00 |
| 06/03/2026 | Check | 1003 | ANTOINETTE MILES | -900.00 |
| 06/03/2026 | Check | 1004 | MERCY YUNMBAM | -3,540.00 |
| 06/03/2026 | Check | 1005 | ELVIS JAMES | -635.40 |
| 06/03/2026 | Check | 1006 | MAMI DAMOAH QUARSHE | -1,184.00 |
| 06/03/2026 | Check | 1008 | PRINCE DIKE | -2,121.00 |
| 06/03/2026 | Check | 1009 | DADA OKUSANYA | -3,260.00 |
| 06/03/2026 | Check | 1010 | GARY PRIEST | -4,035.84 |
| 06/03/2026 | Check | 1011 | ABANGAWOH SANDRIEN | -2,335.00 |
| 06/03/2026 | Check | 1012 | SHAKIL BREW | -3,420.00 |
| 06/03/2026 | Check | 1007 | DEVON BURKE | -321.00 |
| 06/03/2026 | Check | 1000 | LEKEANJU TAYOH | -1,029.00 |
| 06/03/2026 | Check | 1001 | TYESHA K. STEPHENS | -270.00 |
| 06/04/2026 | Check | 1013 | TYESHA K. STEPHENS | -426.00 |
| 06/04/2026 | Check | 1014 | NKANGU ACHALEKE | -2,160.00 |
| Total | | | | -26,492.24 |

Uncleared deposits and other credits after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/04/2026 | Expense | | Life Stride Inc. | 13,800.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | 11,000.00 |

| | |
|---|---|
| Total | 24,800.00 |

Life Stride Inc.

**1005 Client Funds - Truist 8885, Period Ending 05/29/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 58,715.61 |
| Checks and payments cleared (11) | -102,386.70 |
| Deposits and other credits cleared (14) | 51,371.92 |
| Statement ending balance | 7,700.83 |
| Register balance as of 05/29/2026 | 7,700.83 |
| Cleared transactions after 05/29/2026 | 0.00 |
| Uncleared transactions after 05/29/2026 | -7,598.60 |
| Register balance as of 06/09/2026 | 102.23 |

**Details**

Checks and payments cleared (11)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 05/01/2026 | Expense | | Life Stride Inc. | -9,600.00 |
| 05/01/2026 | Expense | | Life Stride Inc. | -50,000.00 |
| 05/04/2026 | Expense | | Life Stride Inc. | -900.00 |
| 05/05/2026 | Expense | | | -5,200.00 |
| 05/05/2026 | Expense | | Life Stride Inc. | -2,000.00 |
| 05/11/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 05/19/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 05/20/2026 | Expense | | Life Stride Inc. | -8,000.00 |
| 05/21/2026 | Expense | | TRUIST | -135.50 |
| 05/28/2026 | Expense | | Life Stride Inc. | -11,551.20 |
| Total | | | | -102,386.70 |

Deposits and other credits cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Deposit | | | 6,136.00 |
| 05/01/2026 | Deposit | | | 476.40 |
| 05/01/2026 | Deposit | | | 785.40 |
| 05/01/2026 | Deposit | | | 815.40 |
| 05/01/2026 | Deposit | | | 903.00 |
| 05/01/2026 | Deposit | | | 1,420.00 |
| 05/01/2026 | Deposit | | | 1,675.00 |
| 05/04/2026 | Deposit | | | 8,678.72 |
| 05/04/2026 | Deposit | | | 3,068.00 |
| 05/05/2026 | Deposit | | | 1,534.00 |
| 05/11/2026 | Deposit | | | 1,645.00 |
| 05/15/2026 | Receive Payment | | PATRICIA. CRAFT | 5,200.00 |
| 05/26/2026 | Deposit | | | 2,040.00 |
| 05/27/2026 | Receive Payment | | RENATA REARDEN | 16,995.00 |
| Total | | | | 51,371.92 |

**Additional Information**

Uncleared checks and payments after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2026 | Expense | | Life Stride Inc. | -8,370.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2026 | Expense | | Life Stride Inc. | -1,700.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -13,800.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -3,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | -3,000.00 |
| Total | | | | -34,870.00 |

Uncleared deposits and other credits after 05/29/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Deposit | | | 6,136.00 |
| 06/01/2026 | Deposit | | | 4,602.00 |
| 06/01/2026 | Deposit | | | 1,675.00 |
| 06/01/2026 | Deposit | | | 1,534.00 |
| 06/01/2026 | Deposit | | | 1,227.20 |
| 06/01/2026 | Deposit | | | 903.00 |
| 06/02/2026 | Deposit | | | 1,534.00 |
| 06/03/2026 | Deposit | | | 785.40 |
| 06/03/2026 | Deposit | | | 476.40 |
| 06/03/2026 | Deposit | | | 815.40 |
| 06/03/2026 | Deposit | | | 1,420.00 |
| 06/03/2026 | Deposit | | | 1,650.00 |
| 06/04/2026 | Deposit | | | 1,534.00 |
| 06/04/2026 | Deposit | | | 1,445.00 |
| 06/04/2026 | Deposit | | | 1,534.00 |
| Total | | | | 27,271.40 |

Life Stride Inc.

**1004 Truist Checking 8923 - Client Disbursements, Period Ending 05/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 06/09/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 740.45 |
| Checks and payments cleared (1) | -1,559.00 |
| Deposits and other credits cleared (1) | 900.00 |
| Statement ending balance | 81.45 |
| Uncleared transactions as of 05/31/2026 | 3,507.40 |
| Register balance as of 05/31/2026 | 3,588.85 |
| Cleared transactions after 05/31/2026 | 0.00 |
| Uncleared transactions after 05/31/2026 | 1,700.00 |
| Register balance as of 06/09/2026 | 5,288.85 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2026 | Check | 2992 | JUSTIN NJASSU | -1,559.00 |
| Total | | | | -1,559.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/04/2026 | Expense | | Life Stride Inc. | 900.00 |
| Total | | | | 900.00 |

**Additional Information**

Uncleared checks and payments as of 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Check | 2993 | JUSTIN NJASSU | -1,702.00 |
| Total | | | | -1,702.00 |

Uncleared deposits and other credits as of 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/14/2026 | Check | 9313 | HUMPHREY ENTERPRISES … | 3,662.00 |
| 05/28/2026 | Check | 9324 | HUMPHREY ENTERPRISES … | 1,547.40 |
| Total | | | | 5,209.40 |

Uncleared deposits and other credits after 05/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2026 | Expense | | Life Stride Inc. | 1,700.00 |
| Total | | | | 1,700.00 |

**Life Stride, Inc.**
Payroll Account
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5720

15-154340

DATE 3/30/2026

PAY TO THE ORDER OF Marie Germain $ 1362.15

one thousand three hundred sixty two & 15/100 DOLLARS

TRUIST FINANCIAL

FOR

[signature]

**Life Stride, Inc.**
Payroll Account
[illegible] Road N E
Washington D C 20018
(202) [illegible]

5721

DATE 4/15/2026

PAY TO THE ORDER OF Marie Germain $ 1368.19

one thousand three hundred sixtyeigth & 19/100 DOLLARS

TRUIST FINANCIAL

FOR

[signature]

**Life Stride, Inc.**
**Payroll Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5722

15-154/540

DATE 4/15/2026

PAY TO THE ORDER OF Justin Njassu $ 1231.10

one thousand two hundred thirty one & 10/100 DOLLARS

TRUIST FINANCIAL

FOR

**Life Stride, Inc.**
**Payroll Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5753

15-154/540

DATE 5/11/2026

PAY TO THE ORDER OF Joy Straughn $ 1680.94

one thousand six hundred eighty & 94/100 DOLLARS

TRUIST FINANCIAL

FOR 5/15/2026 Payroll

**Life Stride, Inc.**
**Payroll Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5754

15-154/540

DATE 5/11/2026

PAY TO THE ORDER OF Mohamed Conteh $ 2051.52

two thousand fifty one & 52/100 DOLLARS

Security Features Details on Back.

TRUIST FINANCIAL

FOR Replace check # 28846 + Add $30

MP

**Life Stride, Inc.**
**Payroll Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5755
15-154/540

DATE 5/12/2026

PAY TO THE ORDER OF Joy Straughn $ 1574.61

One thousand five hundred seveny four & 61/100 DOLLARS

TRUIST FINANCIAL

FOR 5/30/26 payroll

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUST FINANCIAL**
65-330/550

9256

03/04/2026

PAY TO THE ORDER OF CLARETHA WILLIAMS $ **1,579.60

One thousand five hundred seventy-nine and 60/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

CLARETHA WILLIAMS
3400 Commandore Joshue Barney Dr # 103W
Washington, DC 20018
United States

MEMO Administrator 3/16/2026

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9257

03/05/2026

PAY TO THE ORDER OF NATHAN PERKINS $ **350.00

Three hundred fifty and 00/100*************************************** DOLLARS

PERKINS GENERAL HAULING INC
1726 17TH ST NE
Washington, DC 20002

MEMO Trash Removal from 651. 11Th Street

MP

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9298

05/01/2026

PAY TO THE ORDER OF CHRISTOPHER UPSHAW $ **1,895.65

One thousand eight hundred ninety-five and 65/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

CHRISTOPHER UPSHAW
16601 Pleasant Colony Dr.
Upper Marlboro, MD 20774 USA

MEMO I.T. CONSULTANT

CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9299

05/01/2026

PAY TO THE ORDER OF LENNER GRIFFIN $ **900.00

Nine hundred and 00/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

LENNER GRIFFIN
3736 CASSARO LN
ZEBULON, NC 27597 USA

MEMO CONSULTANT

Details on back. CheckLock Secure Check

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
55-330/550

9301

05/01/2026

PAY TO THE ORDER OF ABANGAWOH SANDRIEN

$ **6,160.00

Six thousand one hundred sixty and 00/100*************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ABANGAWOH SANDRIEN
5007 AHSFOR DR
UPPER MARLBORRO, MD 20772

MEMO FROM 4/16/2026 TO 4/30/2026

Details on Back
CheckLock™ Secure Check

© 2021 INTUIT INC. 1-800-433-8810

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9302

05/05/2026

PAY TO THE ORDER OF Vashti Upshaw-Myers $ **1,331.43

One thousand three hundred thirty-one and 43/100****************************************************** DOLLARS

PROTECTED AGAINST FRAUD

Vashti Upshaw-Myers

MEMO MICROSOFT MONTHLY CHARGES REIMBURSEM

PINK ICON DISAPPEARS WITH HEAT

CheckLock™ Secure Check Details on back

© 2021 INTUIT INC 1-800-433-6810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9303

05/05/2026

PAY TO THE ORDER OF Vashti Upshaw-Myers $ **4,800.00

Four thousand eight hundred and 00/100*************************************************************************************** DOLLARS

Vashti Upshaw-Myers

MEMO Reimbursement for Food for Clients

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUST FINANCIAL**
65-330/550

9304

05/11/2026

PAY TO THE ORDER OF JENEE RENNER $ **346.82

Three hundred forty-six and 82/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

JENEE RENNER

MEMO Reimbursement

© 2021 INTUIT INC 1-800-433-6810

CheckLock™ Secure Check. Details on back.

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9306

05/11/2026

PAY TO THE ORDER OF SHAKIL BREW $ **2,800.00

Two thousand eight hundred and 00/100*************************************************************************** DOLLARS

Protected Against Fraud

SHAKIL BREW
6287 CENTRE STONE RING
COLUMBIA, MD 21044

MEMO 04/29/2026 TO 05/12/2026

MP

©2021 INTUIT INC 1-800-433-6810

CheckLock™ Secure Check — Details on back

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9307

05/11/2026

PAY TO THE ORDER OF GARY PRIEST $ **2,560.00

Two thousand five hundred sixty and 00/100****************************************** DOLLARS

Protected Against Fraud

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 04/29/2026 TO 05/12/2026

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9308

05/11/2026

PAY TO THE ORDER OF CHRISTOPHER UPSHAW $ **1,895.65

One thousand eight hundred ninety-five and 65/100************************************ DOLLARS

PROTECTED AGAINST FRAUD

CHRISTOPHER UPSHAW
16601 Pleasant Colony Dr.
Upper Marlboro, MD 20774 USA

MEMO I.T. CONSULTANT 4/15

MP

© 2021 INTUIT INC 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9309

05/13/2026

PAY TO THE ORDER OF EXTRA SPACE STORAGE $ **494.00

Four hundred ninety-four and 00/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

EXTRA SPACE STORAGE
3320 Bladensburg Rd
Brentwood, MD 20722

MEMO STORAGE SERVICES

*CheckLock*™ Secure Check — Details on Back

© 2021 INTUIT INC 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330-550

9310

05/13/2026

PAY TO THE ORDER OF THERESA GRANEAU $ **1,250.01

One thousand two hundred fifty and 01/100 ******** DOLLARS

PROTECTED AGAINST FRAUD

THERESA GRANEAU
4805 KING COURT
BOWIE, MD 20720

MEMO Consulting

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUST FINANCIAL**
65-330/550

9311

05/13/2026

PAY TO THE ORDER OF CLARETHA WILLIAMS $ **1,436.00

One thousand four hundred thirty-six and 00/100*************************************************** DOLLARS

PROTECTED AGAINST FRAUD

CLARETHA WILLIAMS
3400 Commandore Joshue Barney Dr # 103W
Washington, DC 20018
United States

MEMO Consultant 3/29 TO 4/12/

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9313

05/14/2026

PAY TO THE ORDER OF HUMPHREY ENTERPRISES INC. $ **3,662.00

Three thousand six hundred sixty-two and 00/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

HUMPHREY ENTERPRISES INC.
2117 R Street SE
Washington, DC 20020

MEMO Refunds the Rent for John Bell 1/2 March + April and

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9314

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

05/19/2026

PAY TO THE ORDER OF SHAKIL BREW $ **2,520.00

Two thousand five hundred twenty and 00/100******************************************************* DOLLARS

PROTECTED AGAINST FRAUD

SHAKIL BREW
6287 CENTRE STONE RING
COLUMBIA, MD 21044

MEMO 04/16/2026 TO 04/28/2026

Details on back. CheckLock™ Secure Check

© 2021 INTUIT INC 1-800-433-2810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9315

05/19/2026

PAY TO THE ORDER OF GARY PRIEST $ **3,185.60

Three thousand one hundred eighty-five and 60/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 04/16/2026 TO 04/28/2026

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9316

05/19/2026

PAY TO THE ORDER OF DADA OKUSANYA $ **3,080.00

Three thousand eighty and 00/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

DADA OKUSANYA
13601 AVEBURY DR # 32
LAUREL, MD 20708

MEMO 04/16 TO 04/28 and 4/29 To 5/12/2026

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUST FINANCIAL**
65-330/550

9317

05/19/2026

PAY TO THE ORDER OF ELVIS JAMES $ **540.60

Five hundred forty and 60/100****************************************************************** DOLLARS

IS PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO 04/16/2026 TO 04/28/2026 and 4/29/2026 To 5/12/20

MP

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0015 Medical
EE ID: 98

15-154
540

| DATE | CHECK NO. |
|---|---|
| 02/16/2026 | 28670 |

PAY TO THE
ORDER OF

SPENCER JOHNSON
11703 AMER COURT
FORT WASHINGTON MD 20744

**$1784.06**

AMOUNT

ONE THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 06/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0016 MRO
EE ID: 99

15-104
540

| 02/16/2026 | 28671 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

JOYCE DRUMMING
4805 KING COURT
BOWIE MD 20720

**$1705.84**

AMOUNT

ONE THOUSAND SEVEN HUNDRED FIVE AND 84/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 110

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 02/16/2026 | 28672 |

PAY TO THE
ORDER OF

THERESA GRANEAU
4805 KING CT
BOWIE MD 20720

**$2248.32**
AMOUNT

TWO THOUSAND TWO HUNDRED FORTY EIGHT AND 32/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 13

15-154
540

| DATE | CHECK NO |
|---|---|
| 03/30/2026 | 28767 |

PAY TO THE
ORDER OF

ROBIN A CRIM
1338 INGRAHAM ST NW
WASHINGTON DC 20011

**$1435.46**
AMOUNT

ONE THOUSAND FOUR HUNDRED THIRTY FIVE AND 46/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1.0001 Administration
EE ID. 2

15-154
540

| DATE | CHECK NO. |
|---|---|
| 03/30/2026 | 28769 |

PAY TO THE
ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.81**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 81/100 ............................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 88

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28812 |

PAY TO THE
ORDER OF

ROOSEVELT EDMONDS
362 RALEIGH STREET SE
APT6
WASHINGTON DC 20032

**$1519.14**
AMOUNT

ONE THOUSAND FIVE HUNDRED NINETEEN AND 14/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

LIFE STRIDE INC
Washington DC

1407-4050
ORG10001 Administr
ation
EE ID 2

04/15/2026 | 28813

PAY TO THE
ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.81**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 81/100 .............................. DOLLARS

Truist Bank

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 7

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28818 |

PAY TO THE
ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.58**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 58/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/15/2026 | 28820 |

PAY TO THE
ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1156.62**
AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY SIX AND 62/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 85

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28823 |

PAY TO THE ORDER OF

ANTHONY BEALE
4215 BROOKS ST NE
WASHINGTON DC 20019

**$1102.81**

AMOUNT

ONE THOUSAND ONE HUNDRED TWO AND 81/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 382

15-154
540

04/15/2026
DATE

28824
CHECK NO.

PAY TO THE ORDER OF

FONDUNGALLAH MICHAEL
7003 HIGHVIEW TER APT 303
HYATTSVILLE MD 20782

**$1146.53**
AMOUNT

ONE THOUSAND ONE HUNDRED FORTY SIX AND 53/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson
Street
EE ID: 27

15-144
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28825 |

PAY TO THE
ORDER OF

JOSEPH H RANSOM
6435 THOMAS CT
INDIAN HEAD MD 20640

**$1078.90**
AMOUNT

ONE THOUSAND SEVENTY EIGHT AND 90/100 .............................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 370

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28826 |

PAY TO THE ORDER OF

HERMANN SIAKA
849 20TH ST NE APT 5
WASHINGTON DC 20002

**$1150.51**
AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY AND 51/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 227

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28827 |

PAY TO THE
ORDER OF

KENDALL BROOKS
61 ALLISON ST NE
WASHINGTON DC 20011

**$964.39**
AMOUNT

NINE HUNDRED SIXTY FOUR AND 39/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 87

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28828 |

PAY TO THE ORDER OF

MILTON J COBB
4010 LIVINGTON ROAD SE
APT 204
WASHINGTON DC 20032

**$1038.38**
AMOUNT

ONE THOUSAND THIRTY EIGHT AND 38/100 .................................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 356

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/15/2026 | 28829 |

PAY TO THE ORDER OF

RICHARD MONGUE
611 EDGEWOOD ST NE APT 103
WASHINGTON DC 20017

**$1187.57**
AMOUNT

ONE THOUSAND ONE HUNDRED EIGHTY SEVEN AND 57/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 35

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/15/2026 | 28831 |

PAY TO THE ORDER OF

STEPHEN STROUD
6424 EASTERN AVE NE
WASHINGTON DC 20012

**$933.38**

AMOUNT

NINE HUNDRED THIRTY THREE AND 38/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 348

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28832 |

PAY TO THE ORDER OF

BAI S WURIE
9908 SANTA CRUZ ST
LANHAM MD 20706

**$1692.92**

AMOUNT

ONE THOUSAND SIX HUNDRED NINETY TWO AND 92/100 ........................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1 0005 651 11th
Street
EE ID: 288

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28833 |

PAY TO THE ORDER OF

SARAH Y BANGURA
10011 GREENBELT RD APT T3
LANHAM MD 20706

**$1372.61**
AMOUNT

ONE THOUSAND THREE HUNDRED SEVENTY TWO AND 61/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID: 354

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28834 |

PAY TO THE
ORDER OF

GENEVIEVE KOLAKO
315 FRANKLIN ST NE, APT B1
WASHINGTON DC 20002-1041

**$1844.05**

AMOUNT

ONE THOUSAND EIGHT HUNDRED FORTY FOUR AND 05/100 ...................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID: 57

15-154
640

| DATE | CHECK NO |
|---|---|
| 04/15/2026 | 28835 |

PAY TO THE
ORDER OF

JOY S STRAUGHN
4903 4TH STREET NW
WASHINGTON DC 20011

**$1454.50**
AMOUNT

ONE THOUSAND FOUR HUNDRED FIFTY FOUR AND 50/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID: 376

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28836 |

PAY TO THE
ORDER OF

MEGEBNESH WELDEAREGAY
703 IRVING ST NW
WASHINGTON DC 20010

**$2203.41**
AMOUNT

TWO THOUSAND TWO HUNDRED THREE AND 41/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 378

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28837 |

PAY TO THE
ORDER OF

EMMANUEL DJIMGOU
3523 BRIGHTSEAT RD
LANDOVER MD 20785

**$1375.62**
AMOUNT

ONE THOUSAND THREE HUNDRED SEVENTY FIVE AND 62/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Payc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 67

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28838 |

PAY TO THE
ORDER OF

CYNTHIA EDMONDS
3901 SUITLAND RD APT 209
SUITLAND MD 20746

**$1624.32**
AMOUNT

ONE THOUSAND SIX HUNDRED TWENTY FOUR AND 32/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 31

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28839 |

PAY TO THE
ORDER OF

ISATU KAMARA
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$1567.12**

AMOUNT

ONE THOUSAND FIVE HUNDRED SIXTY SEVEN AND 12/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 30

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28840 |

PAY TO THE
ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

AMOUNT: **$1517.53**

ONE THOUSAND FIVE HUNDRED SEVENTEEN AND 53/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1 0010 Evart St
EE ID: 380

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28841 |

PAY TO THE ORDER OF

ELIZABETH AJOACHA
703 HIGHVIEW TER #303
HYATTSVILLE MD 20782

**$1369.06**
AMOUNT

ONE THOUSAND THREE HUNDRED SIXTY NINE AND 06/100 ..................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1.0010 Evart St
EE ID: 116

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28842 |

PAY TO THE
ORDER OF

JIN PICART LEROY
14207 CLATON STREET
ROCKVILLE MD 20853

**$1537.40**

AMOUNT

ONE THOUSAND FIVE HUNDRED THIRTY SEVEN AND 40/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREAS AT THE TOP

Life Stride Inc
Washington DC

1407-4380
ORG:0010 EIGHTS
EE ID:367

| 04/15/2026 | 28843 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

MARIE MELI
6700 TROWBRIDGE PL
FORT WASHINGTON MD 20744

**$1565.64**
AMOUNT

ONE THOUSAND FIVE HUNDRED SIXTY FIVE AND 64/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payable by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING — THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Paychex by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4330
ORG1:0010 Evart St
EE ID: 361

15-134
540

| 04/15/2026 | 28844 |
| --- | --- |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

AGATHE TEPONG
6116 BREEZEWOOD DR APT 201
GREENBELT MD 20770

**\$1724.89**

AMOUNT

ONE THOUSAND SEVEN HUNDRED TWENTY FOUR AND 89/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

⑈00000 28844⑈ ⑆054001547⑆ 0005162454856⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 21

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28845 |

PAY TO THE ORDER OF

SOULEYMANE BAH
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$1096.05**

AMOUNT

ONE THOUSAND NINETY SIX AND 05/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 118

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/15/2026 | 28847 |

PAY TO THE ORDER OF

FODAY KAMARA
9250 EDWARDS WAY APT 305
HYATTSVILLE MD 20783

**$1242.36**

AMOUNT

ONE THOUSAND TWO HUNDRED FORTY TWO AND 36/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 59

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 04/15/2026 | 28848 |

PAY TO THE
ORDER OF

HENRY KAMARA
3512 45TH AVENUE APT. 2
HYATTSVILLE MD 20784

**$1089.59**
AMOUNT

ONE THOUSAND EIGHTY NINE AND 59/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28852 |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$1015.08**
AMOUNT

ONE THOUSAND FIFTEEN AND 08/100 .................................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154/540

| DATE | CHECK NO |
|---|---|
| 04/15/2026 | 28853 |

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1101.56**
AMOUNT

ONE THOUSAND ONE HUNDRED ONE AND 56/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 372

15-154/540

| DATE | CHECK NO. |
| --- | --- |
| 04/15/2026 | 28854 |

PAY TO THE ORDER OF

WILLIAM ODEN
1333 SAVANNAH ST SE APT 5
WASHINGTON DC 20032

**$126.99**
AMOUNT

ONE HUNDRED TWENTY SIX AND 99/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 151

15-151
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28855 |

PAY TO THE
ORDER OF

GWENDOLYN BARDWELL
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$4061.46**

AMOUNT

FOUR THOUSAND SIXTY ONE AND 46/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 88

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28857 |

PAY TO THE
ORDER OF

ROOSEVELT EDMONDS
362 RALEIGH STREET SE
APT6
WASHINGTON DC 20032

**$1519.14**
AMOUNT

ONE THOUSAND FIVE HUNDRED NINETEEN AND 14/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC.
Washington DC 20018

1407-4500
ORG1:0001 Administration
EE ID 2

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28058 |

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.81**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 81/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 5

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28859 |

PAY TO THE
ORDER OF

JEROME LEWIS
3709 MASTHEAD TRI
TRIANGLE VA 22172

**$204.89**
AMOUNT

TWO HUNDRED FOUR AND 89/100 .............................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 6

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28860 |

PAY TO THE
ORDER OF

LEONARD LUCAS III
12318 HAMPTON VALLEY PLACE
CHESTERFIELD VA 23832

**$1799.66**
AMOUNT

ONE THOUSAND SEVEN HUNDRED NINETY NINE AND 66/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 11

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28862 |

PAY TO THE ORDER OF

VASHTI MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$2343.51**
AMOUNT

TWO THOUSAND THREE HUNDRED FORTY THREE AND 51/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 7

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28863 |

PAY TO THE
ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.57**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 57/100 ... ................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28865 |

PAY TO THE
ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1199.79**
AMOUNT

ONE THOUSAND ONE HUNDRED NINETY NINE AND 79/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 63

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28866 |

PAY TO THE
ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1306.54**
AMOUNT

ONE THOUSAND THREE HUNDRED SIX AND 54/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 300

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28867 |

PAY TO THE
ORDER OF

YAQIN UPSHAW
1205 FOREST HILL DR
MOBILE AL 36618

**$1460.68**
AMOUNT

ONE THOUSAND FOUR HUNDRED SIXTY AND 68/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson
Street
EE ID: 21

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28868 |

PAY TO THE
ORDER OF

SOULEYMANE BAH
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$1116.93**

AMOUNT

ONE THOUSAND ONE HUNDRED SIXTEEN AND 93/100 ............................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson
Street
EE ID: 85

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28869 |

PAY TO THE
ORDER OF

ANTHONY BEALE
4215 BROOKS ST NE
WASHINGTON DC 20019

**$829.94**
AMOUNT

EIGHT HUNDRED TWENTY NINE AND 94/100 ................................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson
Street
EE ID: 382

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28870 |

PAY TO THE
ORDER OF

FONDUNGALLAH MICHAEL
7003 HIGHVIEW TER APT 303
HYATTSVILLE MD 20782

**$1133.19**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY THREE AND 19/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington, DC 20018

1407-4980
ORG1:0002 Jefferson
Street
EE ID: 27

15-154
540

| 04/30/2026 | 28871 |
| --- | --- |
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

JOSEPH H RANSOM
6435 THOMAS CT
INDIAN HEAD MD 20640

**$1006.72**
AMOUNT

ONE THOUSAND SIX AND 72/100 ........................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1.0004 Varnum
EE ID: 227

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28872 |

PAY TO THE ORDER OF

KENDALL BROOKS
4529 CANARY CT
WOODBRIDGE VA 22193

**$942.64**
AMOUNT

NINE HUNDRED FORTY TWO AND 64/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 87

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28873 |

PAY TO THE ORDER OF

MILTON J COBB
4010 LIVINGTON ROAD SE
APT 204
WASHINGTON DC 20032

**$1425.38**
AMOUNT

ONE THOUSAND FOUR HUNDRED TWENTY FIVE AND 38/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 356

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28874 |

PAY TO THE ORDER OF

RICHARD MONGUE
611 EDGEWOOD ST NE APT 103
WASHINGTON DC 20017

**$1187.58**

AMOUNT

ONE THOUSAND ONE HUNDRED EIGHTY SEVEN AND 58/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 35

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28876 |

PAY TO THE ORDER OF

STEPHEN STROUD
6424 EASTERN AVE NE
WASHINGTON DC 20012

**$1156.27**

AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY SIX AND 27/100 ........................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 348

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28877 |

PAY TO THE ORDER OF

BAI S WURIE
9908 SANTA CRUZ ST
LANHAM MD 20706

**$1975.38**

AMOUNT

ONE THOUSAND NINE HUNDRED SEVENTY FIVE AND 38/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Security Features Included. Details on back

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1 0005 651 11th Street
EE ID: 288

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28878 |

PAY TO THE ORDER OF

SARAH Y BANGURA
10011 GREENBELT RD APT T3
LANHAM MD 20706

**$1164.66**

AMOUNT

ONE THOUSAND ONE HUNDRED SIXTY FOUR AND 66/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE,
Suite 1,
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID: 354

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28879 |

PAY TO THE
ORDER OF

GENEVIEVE KOLAKO
315 FRANKLIN ST NE, APT B1
WASHINGTON DC 20002-1041

**$1803.61**
AMOUNT

ONE THOUSAND EIGHT HUNDRED THREE AND 61/100 .......................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID. 57

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28880 |

PAY TO THE
ORDER OF

JOY S STRAUGHN
4903 4TH STREET NW
WASHINGTON DC 20011

**$1240.96**
AMOUNT

ONE THOUSAND TWO HUNDRED FORTY AND 96/100 .............................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4080
ORG1:0007 Pope Stre
et
EE ID: 378

15-154
540

| 04/30/2026 | 28882 |
| --- | --- |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

EMMANUEL DJIMGOU
3523 BRIGHTSEAT RD
LANDOVER MD 20785

**$1487.27**
AMOUNT

ONE THOUSAND FOUR HUNDRED EIGHTY SEVEN AND 27/100 .................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 67

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28883 |

PAY TO THE
ORDER OF

CYNTHIA EDMONDS
3901 SUITLAND RD APT 209
SUITLAND MD 20746

**$1564.49**
AMOUNT

ONE THOUSAND FIVE HUNDRED SIXTY FOUR AND 49/100 ...................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 31

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28884 |

PAY TO THE
ORDER OF

ISATU KAMARA
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$773.25**
AMOUNT

SEVEN HUNDRED SEVENTY THREE AND 25/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 30

15-154
540

| 04/30/2026 | 28885 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

**$1275.25**
AMOUNT

ONE THOUSAND TWO HUNDRED SEVENTY FIVE AND 25/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0010:Evart St
EE ID: 380

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28886 |

PAY TO THE
ORDER OF

ELIZABETH AJOACHA
703 HIGHVIEW TER #303
HYATTSVILLE MD 20782

**$1654.97**

AMOUNT

ONE THOUSAND SIX HUNDRED FIFTY FOUR AND 97/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0010 Evart St
EE ID: 116

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28887 |

PAY TO THE
ORDER OF

JIN PICART LEROY
14207 CLATON STREET
ROCKVILLE MD 20853

**$1002.03**
AMOUNT

ONE THOUSAND TWO AND 03/100 ........................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-1980
ORG1:0010 Evart St
EE ID: 367

15-151
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28888 |

PAY TO THE ORDER OF

MARIE MELI
6700 TROWBRIDGE PL
FORT WASHINGTON MD 20744

**$1510.78**
AMOUNT

ONE THOUSAND FIVE HUNDRED TEN AND 78/100 ............................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3905 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1,0010 Evart St
EE ID: 361

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28889 |

PAY TO THE
ORDER OF

AGATHE TEPONG
6116 BREEZEWOOD DR APT 201
GREENBELT MD 20770

**$1359.44**
AMOUNT

ONE THOUSAND THREE HUNDRED FIFTY NINE AND 44/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 280

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28890 |

PAY TO THE ORDER OF

ROBERT BAILEY
5044 SILVER HILL CT
DISTRICT HEIGHTS MD 20747

**$509.39**

AMOUNT

FIVE HUNDRED NINE AND 39/100 ........................................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1 0011 Saratoga
EE ID 381

15-154
540

04/30/2026
DATE

28891
CHECK NO.

PAY TO THE
ORDER OF

MOHAMED CONTEH
3100 NEEDLELEAF LN
SPRINGDALE MD 20774

**$1488.36**
AMOUNT

ONE THOUSAND FOUR HUNDRED EIGHTY EIGHT AND 36/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 118

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28892 |

PAY TO THE
ORDER OF

FODAY KAMARA
9250 EDWARDS WAY APT 305
HYATTSVILLE MD 20783

**$1106.17**

AMOUNT

ONE THOUSAND ONE HUNDRED SIX AND 17/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3035 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 04/30/2026 | 28897 |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$933.85**
AMOUNT

NINE HUNDRED THIRTY THREE AND 85/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYBAN CAPTURE ANTI-FRAUD PROTECTION

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 04/30/2026 | 28898 |

PAY TO THE
ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1167.56**

AMOUNT

ONE THOUSAND ONE HUNDRED SIXTY SEVEN AND 56/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 151

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28899 |

PAY TO THE
ORDER OF

GWENDOLYN BARDWELL
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$4061.46**
AMOUNT

FOUR THOUSAND SIXTY ONE AND 46/100 .................................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 88

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28901 |

PAY TO THE
ORDER OF

ROOSEVELT EDMONDS
362 RALEIGH STREET SE
APT6
WASHINGTON DC 20032

**$1475.80**
AMOUNT

ONE THOUSAND FOUR HUNDRED SEVENTY FIVE AND 80/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
Washington DC 20018

1407-4950
ORG1:0001 Administration
EE ID 2

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28002 |

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.81**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 81/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE

Payrolls by Paychex, Inc.

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 6

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28903 |

PAY TO THE
ORDER OF

LEONARD LUCAS III
12318 HAMPTON VALLEY PLACE
CHESTERFIELD VA 23832

**$1799.67**
AMOUNT

ONE THOUSAND SEVEN HUNDRED NINETY NINE AND 67/100 .................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 20

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28904 |

PAY TO THE
ORDER OF

KHALAYA MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$1515.20**
AMOUNT

ONE THOUSAND FIVE HUNDRED FIFTEEN AND 20/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 11

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 05/15/2026 | 28905 |

PAY TO THE
ORDER OF

VASHTI MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$2343.51**
AMOUNT

TWO THOUSAND THREE HUNDRED FORTY THREE AND 51/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 7

15-154/540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28906 |

PAY TO THE ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.59**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 59/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 80

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28907 |

PAY TO THE
ORDER OF

JENEE L RENNER
1104 GONDAR AVE
HYATTSVILLE MD 20785

**$2145.49**
AMOUNT

TWO THOUSAND ONE HUNDRED FORTY FIVE AND 49/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154/540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28908 |

PAY TO THE ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1257.34**
AMOUNT

ONE-THOUSAND-TWO-HUNDRED-FIFTY-SEVEN-AND-34/100 ........................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 63

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28909 |

PAY TO THE
ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1543.87**
AMOUNT

ONE THOUSAND FIVE HUNDRED FORTY THREE AND 87/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 300

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28910 |

PAY TO THE
ORDER OF

YAQIN UPSHAW
1205 FOREST HILL DR
MOBILE AL 36618

**$1460.69**
AMOUNT

ONE THOUSAND FOUR HUNDRED SIXTY AND 69/100 ............................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 21

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28911 |

PAY TO THE ORDER OF

SOULEYMANE BAH
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$1116.93**

AMOUNT

ONE THOUSAND ONE HUNDRED SIXTEEN AND 93/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 85

15-154/540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28912 |

PAY TO THE ORDER OF

ANTHONY BEALE
4215 BROOKS ST NE
WASHINGTON DC 20019

**$1179.60**
AMOUNT

ONE THOUSAND ONE HUNDRED SEVENTY NINE AND 60/100 ..................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 382

15-154
540

05/15/2026
DATE

28913
CHECK NO.

PAY TO THE ORDER OF

FONDUNGALLAH MICHAEL
7003 HIGHVIEW TER APT 303
HYATTSVILLE MD 20782

**$1422.89**
AMOUNT

ONE THOUSAND FOUR HUNDRED TWENTY TWO AND 89/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 05/29/2026 | 28978 |

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1106.31**
AMOUNT

ONE THOUSAND ONE HUNDRED SIX AND 31/100 .............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 227

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28915 |

PAY TO THE
ORDER OF

KENDALL BROOKS
4529 CANARY CT
WOODBRIDGE VA 22193

**$954.53**
AMOUNT

NINE HUNDRED FIFTY FOUR AND 53/100 .................................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1,0004 Varnum
EE ID: 116

15-154
540

05/15/2026
DATE

28918
CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JIN PICART LEROY
14207 CLATON STREET
ROCKVILLE MD 20853

**$1746.18**
AMOUNT

ONE THOUSAND SEVEN HUNDRED FORTY-SIX AND 18/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYBAN CAPTURE ANTI-FRAUD PROTECTION

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 356

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28919 |

PAY TO THE ORDER OF

RICHARD MONGUE
611 EDGEWOOD ST NE APT 103
WASHINGTON DC 20017

**$1227.61**
AMOUNT

ONE THOUSAND TWO HUNDRED TWENTY SEVEN AND 61/100 ...................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 34

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/15/2026 | 28920 |

PAY TO THE
ORDER OF

ERNEST RENNER
1104 GONDOR AVE
LANDOVER MD 20785

**$682.17**

AMOUNT

SIX HUNDRED EIGHTY TWO AND 17/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 35

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 05/15/2026 | 28921 |

PAY TO THE
ORDER OF

STEPHEN STROUD
6424 EASTERN AVE NE
WASHINGTON DC 20012

**$336.30**
AMOUNT

THREE HUNDRED THIRTY SIX AND 30/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYBAN CAPTURES ANTI-FRAUD PROTECTION

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 348

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/15/2026 | 28922 |

PAY TO THE
ORDER OF

BAI S WURIE
9908 SANTA CRUZ ST
LANHAM MD 20706

**$1655.05**
AMOUNT

ONE THOUSAND SIX HUNDRED FIFTY FIVE AND 05/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 67

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/15/2026 | 28925 |

PAY TO THE
ORDER OF

CYNTHIA EDMONDS
3901 SUITLAND RD APT 209
SUITLAND MD 20746

**$1475.53**
AMOUNT

ONE THOUSAND FOUR HUNDRED SEVENTY FIVE AND 53/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 31

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/15/2026 | 28926 |

PAY TO THE
ORDER OF

ISATU KAMARA
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$388.64**
AMOUNT

THREE HUNDRED EIGHTY EIGHT AND 64/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 30

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28927 |

PAY TO THE
ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

**$1595.00**
AMOUNT

ONE THOUSAND FIVE HUNDRED NINETY FIVE AND 00/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0010 Evart St
EE ID: 367

15-154/540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28930 |

PAY TO THE ORDER OF

MARIE MELI
6700 TROWBRIDGE PL
FORT WASHINGTON MD 20744

**$2244.63**
AMOUNT

TWO THOUSAND TWO HUNDRED FORTY FOUR AND 63/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1,0010 Evart St
EE ID: 361

15-154/540

05/15/2026
DATE

28931
CHECK NO.

PAY TO THE ORDER OF

AGATHE TEPONG
6116 BREEZEWOOD DR APT 201
GREENBELT MD 20770

**$1351.86**
AMOUNT

ONE THOUSAND THREE HUNDRED FIFTY ONE AND 86/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING - THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 280

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28932 |

PAY TO THE ORDER OF

ROBERT BAILEY
5044 SILVER HILL CT
DISTRICT HEIGHTS MD 20747

**$933.71**
AMOUNT

NINE HUNDRED THIRTY THREE AND 71/100 .................................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 118

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/15/2026 | 28934 |

PAY TO THE ORDER OF

FODAY KAMARA
9250 EDWARDS WAY APT 305
HYATTSVILLE MD 20783

**$1107.48**

AMOUNT

ONE THOUSAND ONE HUNDRED SEVEN AND 48/100 ............................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE ING
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 59

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28935 |

PAY TO THE ORDER OF

HENRY KAMARA
3512 45TH AVENUE APT. 2
HYATTSVILLE MD 20784

**$1006.54**
AMOUNT

ONE THOUSAND SIX AND 54/100 .......................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154 / 540

05/15/2026 — DATE

28938 — CHECK NO.

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$1042.33**

AMOUNT

ONE THOUSAND FORTY TWO AND 33/100 ........................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYBAN CAPTURE ANTI-FRAUD PROTECTION

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 05/15/2026 | 28939 |

PAY TO THE
ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1337.47**
AMOUNT

ONE THOUSAND THREE HUNDRED THIRTY SEVEN AND 47/100 .................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 20

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28945 |

PAY TO THE
ORDER OF

KHALAYA MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$1272.52**

AMOUNT

ONE THOUSAND TWO HUNDRED SEVENTY TWO AND 52/100 ...................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 80

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28948 |

PAY TO THE
ORDER OF

JENEE L RENNER
1104 GONDAR AVE
HYATTSVILLE MD 20785

**$2145.50**

AMOUNT

TWO THOUSAND ONE HUNDRED FORTY FIVE AND 50/100 ........................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28949 |

PAY TO THE
ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1055.92**

AMOUNT

ONE THOUSAND FIFTY FIVE AND 92/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 63

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/29/2026 | 28950 |

PAY TO THE ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1306.53**
AMOUNT

ONE THOUSAND THREE HUNDRED SIX AND 53/100 ............................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 34

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28962 |

PAY TO THE ORDER OF

ERNEST RENNER
1104 GONDOR AVE
LANDOVER MD 20785

**$728.33**

AMOUNT

SEVEN HUNDRED TWENTY EIGHT AND 33/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28977 |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$843.98**
AMOUNT

EIGHT HUNDRED FORTY THREE AND 98/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28978 |

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1106.31**
AMOUNT

ONE THOUSAND ONE HUNDRED SIX AND 31/100 ............................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.