**Fill in this information to identify the case:**

Debtor Name Life Stride, Inc.

United States Bankruptcy Court for the: District of Columbia

Case number: 26-00183

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11 **12/17**

Month: June 2026

Date report filed: 09/30/2026 (MM / DD / YYYY)

Line of business: Health Care

NAISC code: 6214

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: James Marshall

Original signature of responsible party: Signed by: [signature] 4EB3E3CA9E15494...

Printed name of responsible party: James Marshall

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Question | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Life Stride, Inc. Case number 26-00183

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 29,719.74

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 143,980.40

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 141,275.74

22. **Net cash flow** + $ 2,704.66

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 32,424.40

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 133,716.68

*(Exhibit E)*

Debtor Name Life Stride, Inc. Case number 26-00183

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 85,000.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 44

27. What is the number of employees as of the date of this monthly report? 44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 3,500.00

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | – | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 143,980.40 | – | $ 143,980.40 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 141,275.74 | – | $ 141,275.74 | = | $ 0.00 |
| 34. **Net cash flow** | $ 2,704.66 | – | $ 2,704.66 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 146,836.47

36. Total projected cash disbursements for the next month: - $ 149,385.24

37. Total projected net cash flow for the next month: = $ -2,548.77

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Exhibit A - (June 2026)

**Question 3 -Have you paid all of your bills on time?**

The Debtors did not pay all bills on time during the reporting period. The bills and taxes identified in the supporting schedule below total $66,252.67

**Question 5 - Have you deposited all receipts of your business into debtor-in-possession accounts?**

The Debtor is continuing to work with Truist to establish a debtor-in-possession account.

**Question 6 - Have you timely filed your tax returns and paid all of your taxes?**

The Debtor did not pay all taxes on time during the reporting period. Payroll taxes identified below total $37,471.68 and are included in the overall scheduled total.

**Question 9 - Have you timely paid all of your insurance premiums?**

No. As of the end of the reporting period, certain insurance premiums remained outstanding, including $10,598.84 owed to Philadelphia Insurance, and $4,616.15 owed to AFCO Direct.

**Bills and Taxes Not Paid on Time**

| Date | Creditor/Taxing Authority | Description | Amount |
|---|---|---|---|
| 6/1/26 | Philadelphia Insurance | Insurance | $10,598.84 |
| 6/19/26 | AFCO Direct | Insurance | $4,616.15 |
| 6/15/26 | Federal income Taxes | Payroll Taxes | $14,650.56 |
| 6/15/26 | MD Revenues Services | Payroll Taxes | $2,710.16 |
| 6/15/26 | DC Office of Taxes and rev | Payroll Taxes | $1,475.05 |
| 6/15/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 6/15/26 | AL Icome taxes | Payroll Taxes | $73.58 |
| 6/30/26 | Federal income Taxes | Payroll Taxes | $14,276.10 |
| 6/30/26 | MD Revenues Services | Payroll Taxes | $2,517.09 |
| 6/30/26 | DC Office of Taxes and rev | Payroll Taxes | $1,553.61 |
| 6/30/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 6/30/26 | AL Icome taxes | Payroll Taxes | $72.33 |
| 6/30/26 | Fort Lincoln | Rent | $6,784.00 |
| 6/30/26 | Qualifacts | Software | $6,782.00 |
| | | **TOTAL BILLS AND TAXES** | **$66,252.67** |

## Exhibit B - (June 2026)

**Question 10 - Do you have any bank accounts open other than the DIP accounts?**

All pre-petition bank accounts remain open

**EXHIBIT C - Cash Receipts (June 2026)**

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Operating** | | | | |
| 06/02 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2164511) | $18,216.00 |
| 06/05 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01677751) | $11,194.61 |
| 06/09 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2165361) | $13,409.00 |
| 06/12 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01679105) | $15,753.26 |
| 06/16 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2166256) | $14,547.50 |
| 06/18 | 3139 | Enterprise Rent-A-Car | Debit card return/refund | $300.00 |
| 06/18 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01679775) | $22,289.41 |
| 06/26 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01680501) | $4,574.06 |
| 06/30 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2168618) | $13,409.00 |
| | | | **Subtotal, Account 3139** | **$113,692.84** |

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 8885 - Client Funds - Truist** | | | | |
| 06/01 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $903.00 |
| 06/01 | 8885 | Resident rent (ACH) | Client rent payment | $1,227.20 |
| 06/01 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 06/01 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $1,675.00 |
| 06/01 | 8885 | Resident rent (ACH) | Client rent payment | $4,602.00 |
| 06/01 | 8885 | Resident rent (ACH) | Client rent payment | $6,136.00 |
| 06/02 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 06/03 | 8885 | Social Security Administration (SSA) | Client Social Security benefit | $476.40 |
| 06/03 | 8885 | Social Security Administration (SSA) | Client Social Security benefit (for John C.) | $785.40 |
| 06/03 | 8885 | Social Security Administration (SSA) | Client Social Security benefit | $815.40 |
| 06/03 | 8885 | Social Security Administration (SSA) | Client Social Security benefit (for Sidney) | $1,420.00 |
| 06/03 | 8885 | Deposit | Client funds deposit | $1,650.00 |
| 06/04 | 8885 | Deposit | Client funds deposit | $1,445.00 |
| 06/04 | 8885 | Client ACH | Resident payment | $1,534.00 |

**EXHIBIT C - Cash Receipts (June 2026)**

| | | | | |
|---|---|---|---|---|
| 06/04 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 06/16 | 8885 | Deposit | Client funds deposit | $1,482.16 |
| 06/30 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| | | | **Subtotal, Account 8885** | **$30,287.56** |
| | | | **TOTAL CASH RECEIPTS** | **$143,980.40** |

**Exhibit D - Cash Disbursements**

| Date | Account | Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Checks Cleared** | | | | |
| 06/01 | 3139 | Nathaniel Venable | Check 9326 | $1,292.80 |
| 06/02 | 3139 | Devon Burke | Check 9318 | $492.60 |
| 06/03 | 3139 | Yaqin A. Upshaw | Check 9327 | $250.00 |
| 06/04 | 3139 | Extra Space Storage | Check 9325 | $494.00 |
| 06/05 | 3139 | Commnity Works | Check 9319 | $174.00 |
| 06/09 | 3139 | Humphrey Enterprises | Check 9324 | $1,547.40 |
| 06/12 | 3139 | Christopher Upshaw | Check 9328 | $1,895.65 |
| 06/12 | 3139 | Ernest Renner | Check 9329 | $3,653.00 |
| 06/18 | 3139 | Claretha Williams | Check 9312 | $1,579.60 |
| 06/18 | 3139 | Nathaniel Venable | Check 9330 | $250.00 |
| | | | **Subtotal, Checks - Account 3139** | **$11,629.05** |
| **Account 3139 - Truist Checking - Other Withdrawals/Debits Cleared** | | | | |
| 06/01 | 3139 | Instacart | Groceries/household supplies | $197.94 |
| 06/01 | 3139 | Instacart | Groceries/household supplies | $202.72 |
| 06/01 | 3139 | Instacart | Groceries/household supplies | $209.81 |
| 06/01 | 3139 | Instacart | Groceries/household supplies | $212.26 |
| 06/02 | 3139 | Comcast/Xfinity | Cable/internet service | $537.34 |
| 06/02 | 3139 | Psychiatric Center Charter | Rent | $3,900.00 |
| 06/02 | 3139 | Psychiatric Center Charter | Rent | $4,470.15 |
| 06/03 | 3139 | U-Haul | Moving/storage | $219.44 |
| 06/03 | 3139 | DC Water | Utility - water | $1,268.17 |
| 06/03 | 3139 | Psychiatric Center Charter | Rent | $2,980.10 |
| 06/03 | 3139 | Psychiatric Center Charter | Rent | $3,072.60 |
| 06/03 | 3139 | DC Water | Utility - water | $1,601.95 |
| 06/04 | 3139 | Sun Life Financial (Canada) | Group life/disability premium | $858.21 |
| 06/04 | 3139 | Amwins Connect Administrators | Group benefits administration | $445.28 |
| 06/05 | 3139 | Staples | Office supplies | $390.42 |
| 06/05 | 3139 | eFax (Consensus.com) | Fax service subscription | $5.29 |
| 06/05 | 3139 | AFLAC | Supplemental insurance premium | $2,809.20 |
| 06/08 | 3139 | Instacart | Groceries/household supplies | $217.58 |
| 06/08 | 3139 | Instacart | Groceries/household supplies | $150.91 |
| 06/09 | 3139 | Lowe's | Maintenance/supplies | $972.32 |
| 06/10 | 3139 | Instacart | Groceries/household supplies | $211.50 |
| 06/10 | 3139 | Instacart | Groceries/household supplies | $220.49 |
| 06/10 | 3139 | DC Water | Utility - water | $674.95 |
| 06/12 | 3139 | Home Depot | Maintenance/supplies | $31.74 |
| 06/15 | 3139 | Staples | Office supplies | $640.83 |
| 06/15 | 3139 | Augusto Automotive Services | Vehicle maintenance | $383.95 |
| 06/15 | 3139 | Enterprise Rent-A-Car | Vehicle rental | $1,034.16 |

**Exhibit D - Cash Disbursements**

| | | | | |
|---|---|---|---|---|
| 06/15 | 3139 | AFCO Direct | Insurance premium financing | $2,374.37 |
| 06/16 | 3139 | Instacart | Groceries/household supplies | $183.49 |
| 06/16 | 3139 | Instacart | Groceries/household supplies | $168.40 |
| 06/16 | 3139 | Psychiatric Center Charter | Rent | $1,840.78 |
| 06/16 | 3139 | Philadelphia Insurance | Insurance premium | $5,299.42 |
| 06/17 | 3139 | Instacart | Groceries/household supplies | $63.49 |
| 06/17 | 3139 | Instacart | Groceries/household supplies | $68.40 |
| 06/17 | 3139 | eFax (Consensus.com) | Fax service subscription | $15.89 |
| 06/17 | 3139 | Enterprise Rent-A-Car | Vehicle rental | $183.54 |
| 06/18 | 3139 | Mac's Pro Svc (merchants.2go) | Vendor payment - description limited | $190.79 |
| 06/22 | 3139 | Comcast/Xfinity | Cable/internet service | $458.35 |
| 06/22 | 3139 | Comcast Corp (ACH) | Cable/internet service | $5,199.09 |
| 06/22 | 3139 | Comcast/Xfinity | Cable/internet service | $960.33 |
| 06/23 | 3139 | Comcast/Xfinity | Cable/internet service | $1,268.20 |
| 06/23 | 3139 | Comcast/Xfinity | Cable/internet service | $1,581.48 |
| 06/26 | 3139 | Instacart | Groceries/household supplies | $212.37 |
| 06/26 | 3139 | Instacart | Groceries/household supplies | $216.05 |
| 06/29 | 3139 | The UPS Store | Shipping | $124.81 |
| 06/30 | 3139 | Microsoft | Software subscription | $474.28 |
| 06/30 | 3139 | Debit card purchase - PIN (Redmond) | Vendor payment - description limited | $857.15 |
| | | | **Subtotal, Other Withdrawals - Account 3139** | **$49,659.99** |
| **Date** | **Account** | **Payee** | **Purpose** | **Amount** |
| **Account 4856 - Payroll - Truist Checking - Checks Cleared** | | | | |
| 06/01 | 4856 | Sarah Bangura | Check 28923 | $1,892.44 |
| 06/01 | 4856 | Emmanuel Djimgou | Check 28924 | $1,938.08 |
| 06/01 | 4856 | Milton Cobb | Check 28916 | $1,817.72 |
| 06/02 | 4856 | Genevieve Kolako | Check 28917 | $1,830.46 |
| 06/02 | 4856 | Megebnesh Weldearegay | Check 28928 | $1,390.74 |
| 06/03 | 4856 | Joy Straughn | Check 28968 | $241.19 |
| 06/04 | 4856 | Spencer Johnson | Check 28894 | $1,784.23 |
| 06/04 | 4856 | Theresa Graneau | Check 28896 | $2,248.48 |
| 06/04 | 4856 | Elizabeth Ajoacha | Check 28929 | $1,654.97 |
| 06/05 | 4856 | Joyce Drumming | Check 28895 | $1,706.00 |
| 06/05 | 4856 | Robin Crim | Check 28856 | $1,435.46 |
| 06/08 | 4856 | Yaqin A. Upshaw | Check 28951 | $1,460.68 |
| 06/09 | 4856 | Marie Germain | Check 28943 | $1,103.82 |
| 06/09 | 4856 | Justin Njassu | Check 28947 | $1,132.57 |
| 06/10 | 4856 | Marie Meli | Check 28970 | $732.98 |
| 06/15 | 4856 | Jenee Renner | Check 28987 | $2,145.49 |
| 06/15 | 4856 | Tammy Upshaw | Check 28989 | $1,543.87 |
| 06/17 | 4856 | Marie Meli | Check 29007 | $771.63 |
| 06/17 | 4856 | Agathe Tepong | Check 29008 | $1,151.32 |
| 06/17 | 4856 | Megebnesh Weldearegay | Check 28881 | $1,735.98 |
| 06/18 | 4856 | Mohamed Conteh | Check 5757 | $1,584.91 |
| 06/18 | 4856 | Doris Sanchez | Check 28988 | $1,271.73 |

# Exhibit D - Cash Disbursements

| | | | | |
|---|---|---|---|---|
| 06/18 | 4856 | Rosalind E Hines | Check 29015 | $1,097.17 |
| 06/18 | 4856 | Dewayne Johnson | Check 29016 | $2,108.41 |
| 06/22 | 4856 | Emmanuel Djimgou | Check 29002 | $1,487.91 |
| 06/22 | 4856 | Emmanuel Djimgou | Check 28964 | $1,221.89 |
| 06/30 | 4856 | Fatima Pugh | Check 29041 | $943.32 |
| 06/30 | 4856 | Fatima Pugh | Check 28967 | $1,054.89 |
| 06/30 | 4856 | Fatima Pugh | Check 29004 | $1,134.23 |
| | | | **Subtotal, Checks - Account 4856** | **$41,622.57** |
| **Account 4856 - Payroll - Truist Checking - Other Withdrawals/Debits Cleared** | | | | |
| 06/01 | 4856 | Truist | Returned item fee | $36.00 |
| 06/01 | 4856 | Truist | Returned item fee | $36.00 |
| 06/01 | 4856 | Truist | Returned item fee | $36.00 |
| 06/12 | 4856 | Paychex (garnishment - COL0126033485) | Wage garnishment remittance | $495.00 |
| 06/12 | 4856 | Paychex (WC premium - PIA-WC) | Workers' comp premium | $637.28 |
| 06/12 | 4856 | Paychex (invoice - EIB X17207600009965) | Payroll processing fee | $2,464.36 |
| 06/12 | 4856 | Paychex (PC premium - PIA-PC) | Payroll processing fee | $41.66 |
| 06/15 | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $702.77 |
| 06/22 | 4856 | Paychex (invoice - OAB) | Payroll processing fee | $352.98 |
| 06/29 | 4856 | Paychex (garnishment - COL0126217169) | Wage garnishment remittance | $495.00 |
| 06/29 | 4856 | Paychex (WC premium - PIA-WC) | Workers' comp premium | $560.92 |
| 06/29 | 4856 | Paychex (invoice - EIB X17398000007391) | Payroll processing fee | $2,445.41 |
| 06/30 | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $569.76 |
| | | | **Subtotal, Other Withdrawals - Account 4856** | **$8,873.14** |
| **Account 4518 - MTM** | | | | |
| 06/22 | 4518 | Truist | Bank service charge (prior period) | $15.00 |
| | | | **Subtotal, Account 4518** | **$15.00** |
| **Account 8885 - Client Funds - Truist** | | | | |
| 06/22 | 8885 | Truist | Bank service charge (prior period) | $131.75 |
| | | | **Subtotal, Account 8885** | **$131.75** |
| **Account 8923 - Truist Checking - Client Disbursements** | | | | |
| 06/03 | 8923 | Justin Njassu | Check 2993 | $1,702.00 |
| | | | **Subtotal, Account 8923** | **$1,702.00** |
| **Account 8799- Truist Checking - Checks Cleared** | | | | |
| 06/05 | 8799 | Lekeanju Tayoh | Check 1000 (Independent Contractor) | $1,029.00 |
| 06/08 | 8799 | Tyesha K. Stephens | Check 1001 (independent Contractor) | $270.00 |
| 06/05 | 8799 | Stephen Ngulefac | Check 1002 (Independent Contractor) | $855.00 |
| 06/11 | 8799 | Antoinette Miles | Check 1003 (Independent Contractor) | $900.00 |
| 06/05 | 8799 | Mercy Yunmbam | Check 1004 (Independent Contractor) | $3,540.00 |
| 06/05 | 8799 | Elvis James | Check 1005 (Independent Contractor) | $635.40 |
| 06/04 | 8799 | Mami Damoah Quarshe | Check 1006 (Independent Contractor) | $1,184.00 |
| 06/09 | 8799 | Devon Burke | Check 1007 (Independent Contractor) | $321.00 |
| 06/08 | 8799 | Prince Dike | Check 1008 (Independent Contractor) | $2,121.00 |
| 06/05 | 8799 | Dada Okusanya | Check 1009 (Independent Contractor) | $3,260.00 |
| 06/05 | 8799 | Gary Priest | Check 1010 (Independent Contractor) | $4,035.84 |
| 06/05 | 8799 | Abangawoh Sandrien | Check 1011 (Independent Contractor) | $2,335.00 |

**Exhibit D - Cash Disbursements**

| | | | | |
|---|---|---|---|---|
| 06/05 | 8799 | Shakil Brew | Check 1012 (Independent Contractor) | $3,420.00 |
| 06/08 | 8799 | Tyesha K. Stephens | Check 1013 (Independent Contractor) | $426.00 |
| 06/09 | 8799 | Nkangu Achaleke | Check 1014 (Independent Contractor) | $2,160.00 |
| 06/12 | 8799 | Emefua Yvonne Njualem | Check 1016 (Independent Contractor) | $1,150.00 |
| | | | **Subtotal, Account 8799** | **$27,642.24** |
| | | | **TOTAL CASH DISBURSEMENTS** | **$141,275.74** |

## Exhibit E - Payables (June 2026)

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| | | | |
| 6/15/26 | Internal Revenue Service | Payroll Taxes | $14,650.56 |
| 6/15/26 | MD Revenues Services | Payroll Taxes | $2,710.16 |
| 6/15/26 | DC Office of Tax and revenue | Payroll Taxes | $1,475.05 |
| 6/15/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 6/15/26 | AL Income Taxes | Payroll Taxes | $73.58 |
| 6/30/26 | Internal Revenue Service | Payroll Taxes | $14,276.10 |
| 6/30/26 | MD Revenues Services | Payroll Taxes | $2,517.09 |
| 6/30/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 6/30/26 | AL Income Taxes | Payroll Taxes | $72.33 |
| 6/30/26 | DC Office of Tax and revenue | Payroll Taxes | $1,553.61 |
| | | **Subtotal, Taxes June 2026** | **$37,471.68** |
| **Date** | **Payee** | **Purpose** | **Amount** |
| **Other Bills** | | | |
| 6/30/26 | Care 1st | Health Insurance | $69,500.00 |
| 6/30/26 | Comast | Cable | $2,700.00 |
| 6/30/26 | DC Water | Water | $1,950.00 |
| 6/30/26 | PEPCO | Utilities | $1,975.00 |
| 6/30/26 | AFCO | Insurance | $4,450.00 |
| 6/30/26 | Philadelphia Liability Insurance | Insurance | $15,670.00 |
| | | **Subtotal, other bills** | **$96,245.00** |
| | | **TOTAL OUTSTANDING BILLS** | **$133,716.68** |

## Exhibit F - Receivables (June 2026).

| Agency | Description | Amount |
|---|---|---|
| | | |
| DBH | Payment due for services provided by Life Stride, Inc. | $85,000.00 |
| | **TOTAL OWED** | **$85,000.00** |

TRUIST

464-02-01-00 24503 0 C 001 30 50 004
LIFE STRIDE INC
OPERATING ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ▪ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $15,817.22 |
| Checks | - 11,629.05 |
| Other withdrawals, debits and service charges | - 121,034.49 |
| Deposits, credits and interest | + 128,062.84 |
| **Your new balance as of 06/30/2026** | **= $11,216.52** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/18 | 9312 | 1,579.60 | 06/04 | 9325 | 494.00 | 06/16 | 9328 | 1,895.65 |
| 06/02 | *9318 | 492.60 | 06/01 | 9326 | 1,292.80 | 06/15 | 9329 | 3,653.00 |
| 06/05 | 9319 | 174.00 | 06/09 | 9327 | 250.00 | 06/18 | 9330 | 250.00 |
| 06/09 | *9324 | 1,547.40 | | | | | | |

* indicates a skip in sequential check numbers above this item

**Total checks** **= $11,629.05**

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | DEBIT CARD PURCHASE IC* INSTACART 05-29 INSTACART.COM CA 7102 | 197.94 |
| 06/01 | DEBIT CARD PURCHASE IC* INSTACART 05-29 INSTACART.COM CA 7102 | 202.72 |
| 06/01 | DEBIT CARD PURCHASE IC* INSTACART 05-29 INSTACART.COM CA 7102 | 209.81 |
| 06/01 | DEBIT CARD PURCHASE IC* INSTACART 05-30 INSTACART.COM CA 7102 | 212.26 |
| 06/01 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| 06/02 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 2397544 | 537.34 |
| 06/02 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 6,000.00 |
| 06/02 | BUS ONLINE ACH SETTLEMENT | 3,900.00 |
| 06/02 | BUS ONLINE ACH SETTLEMENT | 4,470.15 |
| 06/03 | DEBIT CARD PURCHASE U-HAUL MOVING & ST 06-01 WASHINGTON DC 7102 | 219.44 |
| 06/03 | INTERNET PAYMENT RES-WATER DC WATER 3287259 | 1,268.17 |
| 06/03 | INTERNET PAYMENT RES-WATER DC WATER 3287260 | 1,601.95 |
| 06/03 | BUS ONLINE ACH SETTLEMENT | 2,980.10 |
| 06/03 | BUS ONLINE ACH SETTLEMENT | 3,072.60 |
| 06/04 | ACH CORP DEBIT PAYMENTREQ SUN LIFE CANADA LIFE STRIDE INCCUSTOMER ID 1943847 | 858.21 |
| 06/04 | ACH CORP DEBIT GROUP BENE AMWINS CONNECT A LIFE STRIDE, INC.CUSTOMER ID 9000070022 | 445.28 |
| 06/05 | DEBIT CARD PURCHASE STAPLES.COM 0900 06-02 800-333-3330 MA 7102 | 390.42 |
| 06/05 | DEBIT CARD RECURRING PYMT CCSI EFAX 06-04 CONSENSUS.COM CA 7102 | 5.29 |
| 06/05 | ACH CORP DEBIT ACHPMT AFLAC COLUMBUS LifeStrideInc CUSTOMER ID 121885629 | 2,809.20 |
| 06/05 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 11,000.00 |

*continued*

## ■ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/05 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,000.00 |
| 06/08 | DEBIT CARD PURCHASE IC* INSTACART 06-05 INSTACART.COM CA 7102 | 217.58 |
| 06/08 | DEBIT CARD PURCHASE IC* INSTACART 06-06 INSTACART.COM CA 7102 | 150.91 |
| 06/09 | DEBIT CARD PURCHASE LOWES #03256* 06-08 WASHINGTON DC 7102 | 972.32 |
| 06/09 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,500.00 |
| 06/09 | TRUIST ONLINE TRANSFER ONLINE TO ****8748 - | 6,704.50 |
| 06/10 | DEBIT CARD PURCHASE IC* INSTACART 06-09 INSTACART.COM CA 7102 | 211.50 |
| 06/10 | DEBIT CARD PURCHASE IC* INSTACART 06-09 INSTACART.COM CA 7102 | 220.49 |
| 06/10 | INTERNET PAYMENT RES-WATER DC WATER 5795807 | 674.95 |
| 06/12 | DEBIT CARD PURCHASE THE HOME DEPOT #25 06-10 WASHINGTON DC 7102 | 31.74 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,000.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 3,669.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 1,070.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE TO ****8772 - | 1,592.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,100.00 |
| 06/15 | DEBIT CARD PURCHASE STAPLES.COM 0900 06-12 800-333-3330 MA 7102 | 640.83 |
| 06/15 | DEBIT CARD PURCHASE AUGUSTO AUTOMOTIVE 06-12 301-6996200 MD 7102 | 383.95 |
| 06/15 | DEBIT CARD PURCHASE ENTERPRISE RENT-A- 06-12 BOWIE MD 7102 | 1,034.16 |
| 06/15 | ACH CORP DEBIT PAYMENTS AFCO DIRECT LIFE-STRIDE INC CUSTOMER ID 31989098 | 2,374.37 |
| 06/16 | DEBIT CARD PURCHASE IC* INSTACART 06-15 INSTACART.COM CA 7102 | 183.49 |
| 06/16 | DEBIT CARD PURCHASE IC* INSTACART 06-15 INSTACART.COM CA 7102 | 168.40 |
| 06/16 | RECURRING INTERNET PAYMENT PHLYInsur PHLYInsurance 80943331DRCT | 5,299.42 |
| 06/16 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 7,250.00 |
| 06/16 | BUS ONLINE ACH SETTLEMENT | 1,840.78 |
| 06/17 | DEBIT CARD PURCHASE IC* INSTACART 06-16 INSTACART.COM CA 7102 | 63.49 |
| 06/17 | DEBIT CARD PURCHASE IC* INSTACART 06-16 INSTACART.COM CA 7102 | 68.40 |
| 06/17 | DEBIT CARD RECURRING PYMT CCSI EFAX 06-16 CONSENSUS.COM CA 7102 | 15.89 |
| 06/17 | DEBIT CARD PURCHASE ENTERPRISE RENT-A- 06-16 BOWIE MD 7102 | 183.54 |
| 06/18 | DEBIT CARD PURCHASE MACS PRO SVC 06-17 MERCHANTS.2GO MD 7102 | 190.79 |
| 06/18 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 7,460.00 |
| 06/18 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,092.00 |
| 06/22 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 8885947 | 458.35 |
| 06/22 | ACH CORP DEBIT CABLE SVCS COMCAST CORP Life *Stride inc CUSTOMER ID 8885953 | 5,199.09 |
| 06/22 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 9576500 | 960.33 |
| 06/22 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 06/23 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 0037644 | 1,268.20 |
| 06/23 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 0035577 | 1,581.48 |
| 06/26 | DEBIT CARD PURCHASE IC* INSTACART 06-26 INSTACART.COM CA 7102 | 212.37 |
| 06/26 | DEBIT CARD PURCHASE IC* INSTACART 06-26 INSTACART.COM CA 7102 | 216.05 |
| 06/26 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 2,287.00 |
| 06/29 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,650.00 |
| 06/29 | DEBIT CARD PURCHASE THE UPS STORE 7499 06-27 863-8992101 FL 7102 | 124.81 |
| 06/30 | DEBIT CARD PURCHASE MICROSOFT#G1670861 06-29 MSBILL.INFO WA 7102 | 474.28 |
| 06/30 | DEBIT CARD PURCHASE-PIN 06-29-26 REDMOND 7102 HDXCDLKC3ECMDEN | 857.15 |
| 06/30 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,000.00 |
| 06/30 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| Total other withdrawals, debits and service charges | | = $121,034.49 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 8,370.00 |
| 06/02 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2164511 | 18,216.00 |
| 06/04 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 3,000.00 |
| 06/05 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 3,000.00 |
| 06/05 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01677751-*HCCLAIMPMT*DC MMISXX~ | 11,194.61 |
| 06/09 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2165361 | 13,409.00 |
| 06/12 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01679105-*HCCLAIMPMT*DC MMISXX~ | 15,753.26 |
| 06/16 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2166256 | 14,547.50 |
| 06/18 | DEBIT CARD RETURN ENTERPRISE RENT-A- 06-17 BOWIE MD 7102 | 300.00 |
| 06/18 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01679775-*HCCLAIMPMT*DC MMISXX~ | 22,289.41 |
| 06/26 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01680501-*HCCLAIMPMT*DC MMISXX~ | 4,574.06 |
| 06/30 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2168618 | 13,409.00 |
| Total deposits, credits and interest | | = $128,062.84 |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68080 0 C 001 26 S 66 002
LIFE STRIDE INC
MTM/DHS ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ■ BUSINESS VALUE 200 CHECKING [redacted]4518

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $61.79 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 06/30/2026** | **= $46.79** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/22 | SERVICE CHARGES - PRIOR PERIOD | 15.00 |
| **Total other withdrawals, debits and service charges** | | **= $15.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 29 C 001 19 S 66 002
LIFE STRIDE INC
PAYROLL ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ BUSINESS VALUE 500 CHECKING [redacted]4856

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $2,027.83 |
| Checks | - 41,622.57 |
| Other withdrawals, debits and service charges | - 8,873.14 |
| Deposits, credits and interest | + 49,592.00 |
| **Your new balance as of 06/30/2026** | **= $1,124.12** |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/18 | 5757 | 1,584.91 | 06/02 | *28928 | 1,390.74 | 06/18 | 28988 | 1,271.73 |
| 06/05 | *28856 | 1,435.46 | 06/04 | 28929 | 1,654.97 | 06/15 | 28989 | 1,543.87 |
| 06/17 | *28881 | 1,735.98 | 06/09 | *28943 | 1,103.82 | 06/22 | *29002 | 1,487.91 |
| 06/04 | *28894 | 1,784.23 | 06/09 | *28947 | 1,132.57 | 06/30 | *29004 | 1,134.23 |
| 06/05 | 28895 | 1,706.00 | 06/08 | *28951 | 1,460.68 | 06/17 | *29007 | 771.63 |
| 06/04 | 28896 | 2,248.48 | 06/22 | *28964 | 1,221.89 | 06/17 | 29008 | 1,151.32 |
| 06/01 | *28916 | 1,817.72 | 06/30 | *28967 | 1,054.89 | 06/18 | *29015 | 1,097.17 |
| 06/02 | 28917 | 1,830.46 | 06/03 | 28968 | 241.19 | 06/18 | 29016 | 2,108.41 |
| 06/01 | *28923 | 1,892.44 | 06/10 | *28970 | 732.98 | 06/30 | *29041 | 943.32 |
| 06/01 | 28924 | 1,938.08 | 06/15 | *28987 | 2,145.49 | | | |

* indicates a skip in sequential check numbers above this item

**Total checks = $41,622.57**

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | RETURNED ITEM FEE | 36.00 |
| 06/01 | RETURNED ITEM FEE | 36.00 |
| 06/01 | RETURNED ITEM FEE | 36.00 |
| 06/12 | ACH CORP DEBIT GARNISH PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0126033485 | 495.00 |
| 06/12 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050379376 | 637.28 |
| 06/12 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X17207600009965 | 2,464.36 |
| 06/12 | ACH CORP DEBIT PC-PREMIUM PIA-PC LIFE STRIDE INC CUSTOMER ID 0000050398040 | 41.66 |
| 06/15 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051661257 | 702.77 |
| 06/22 | ACH CORP DEBIT INVOICE PAYCHEX-OAB LIFE STRIDE INC CUSTOMER ID GQ9fOQ6RPcRHJAb | 352.98 |
| 06/29 | ACH CORP DEBIT GARNISH PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0126217169 | 495.00 |
| 06/29 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050475653 | 560.92 |
| 06/29 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X17398000007391 | 2,445.41 |
| 06/30 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051790320 | 569.76 |

**Total other withdrawals, debits and service charges = $8,873.14**

■ **BUSINESS VALUE 500 CHECKING [redacted] 4856 (continued)**

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 5,000.00 |
| 06/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 6,000.00 |
| 06/04 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 06/05 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,000.00 |
| 06/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,500.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,100.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,000.00 |
| 06/15 | TRUIST ONLINE TRANSFER ONLINE FROM ****8748 - | 7,000.00 |
| 06/16 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 7,250.00 |
| 06/18 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,092.00 |
| 06/22 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 06/29 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,650.00 |
| 06/30 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 06/30 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,000.00 |
| Total deposits, credits and interest | | = $49,592.00 |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.

Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**

If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Outstanding Deposits and Other Credits (Section B)** | | | |
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68080 0 C 001 30 S 66 002
LIFE STRIDE INC
1414 C STREET NE
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your consolidated statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS VALUE 200 CHECKING | [redacted]8748 | 188.10 | page 1 |
| BUSINESS VALUE 200 CHECKING | [redacted]8772 | 1,766.60 | page 1 |
| BUSINESS VALUE 200 CHECKING | [redacted]8799 | 15,001.38 | page 2 |
| **Total checking and money market savings accounts** | | **$16,956.08** | |

## Checking and money market savings accounts

### ■ BUSINESS VALUE 200 CHECKING [redacted]8748

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $483.60 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 7,000.00 |
| Deposits, credits and interest | + 6,704.50 |
| **Your new balance as of 06/30/2026** | **= $188.10** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/15 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 7,000.00 |
| **Total other withdrawals, debits and service charges** | | **= $7,000.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 6,704.50 |
| **Total deposits, credits and interest** | | **= $6,704.50** |

### ■ BUSINESS VALUE 200 CHECKING [redacted]8772

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $174.60 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 1,592.00 |
| **Your new balance as of 06/30/2026** | **= $1,766.60** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,592.00 |
| **Total deposits, credits and interest** | | **= $1,592.00** |

## ■ BUSINESS VALUE 200 CHECKING [redacted]8799

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $3,357.62 |
| Checks | - 27,642.24 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 39,286.00 |
| **Your new balance as of 06/30/2026** | **= $15,001.38** |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 06/05 | 1000 | 1,029.00 | 06/04 | 1006 | 1,184.00 | 06/05 | 1011 | 2,335.00 |
| 06/08 | 1001 | 270.00 | 06/09 | 1007 | 321.00 | 06/05 | 1012 | 3,420.00 |
| 06/05 | 1002 | 855.00 | 06/08 | 1008 | 2,121.00 | 06/08 | 1013 | 426.00 |
| 06/11 | 1003 | 900.00 | 06/05 | 1009 | 3,260.00 | 06/09 | 1014 | 2,160.00 |
| 06/05 | 1004 | 3,540.00 | 06/05 | 1010 | 4,035.84 | 06/12 | *1016 | 1,150.00 |
| 06/05 | 1005 | 635.40 | | | | | | |

* indicates a skip in sequential check numbers above this item

**Total checks = $27,642.24**

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/04 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 13,800.00 |
| 06/05 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 11,000.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,070.00 |
| 06/12 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,669.00 |
| 06/18 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 7,460.00 |
| 06/26 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,287.00 |
| **Total deposits, credits and interest** | | **= $39,286.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
CLIENT FUNDS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ■ BUSINESS VALUE 200 CHECKING [redacted]8885

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $7,700.83 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 35,001.75 |
| Deposits, credits and interest | + 30,287.56 |
| **Your new balance as of 06/30/2026** | **= $2,986.64** |

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/02 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 8,370.00 |
| 06/03 | TRUIST ONLINE TRANSFER ONLINE TO ****8923 - | 1,700.00 |
| 06/04 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| 06/04 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 3,000.00 |
| 06/04 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 13,800.00 |
| 06/05 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 3,000.00 |
| 06/22 | SERVICE CHARGES - PRIOR PERIOD | 131.75 |
| **Total other withdrawals, debits and service charges** | | **= $35,001.75** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/01 | XXSUPP SEC SSI TREAS 310 7SSI LIFE STRIDE | 903.00 |
| 06/01 | RFMS B345 NDC A#155246449 XXXX LIFE STRIDE RENT - ACH | 1,227.20 |
| 06/01 | RFMS B345 NDC A#155245275 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 06/01 | XXSUPP SEC SSI TREAS 310 3SSI LIFE STRIDE | 1,675.00 |
| 06/01 | RFMS B345 NDC A#155248938 XXXX LIFE STRIDE RENT - ACH | 4,602.00 |
| 06/01 | RFMS B345 NDC A#155282563 XXXX LIFE STRIDE RENT - ACH | 6,136.00 |
| 06/02 | RFMS B345 NDC A#155360808 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 06/03 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 476.40 |
| 06/03 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR JOHN C | 785.40 |
| 06/03 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 815.40 |
| 06/03 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR SIDNEY | 1,420.00 |
| 06/03 | DEPOSIT | 1,650.00 |
| 06/04 | DEPOSIT | 1,445.00 |
| 06/04 | RFMS 8455 NDC A#155363349 XXXX LIFE STRIDE, INC. ACH | 1,534.00 |
| 06/04 | RFMS B345 NDC A#155590034 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 06/16 | DEPOSIT | 1,482.16 |
| 06/30 | RFMS B345 NDC A#156092562 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| **Total deposits, credits and interest** | | **= $30,287.56** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 1 C 001 30 S 66 002
LIFE STRIDE INC
FOR SOCIAL SECURITY BENEFICIARIES
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ■ BUSINESS VALUE 200 CHECKING [redacted]8923

### Account summary

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $81.45 |
| Checks | - 1,702.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 1,700.00 |
| **Your new balance as of 06/30/2026** | **= $79.45** |

### Checks

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 06/03 | 2993 | 1,702.00 |
| **Total checks** | | **= $ 1,702.00** |

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 06/03 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,700.00 |
| **Total deposits, credits and interest** | | **= $1,700.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
MEDICAID ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement

For 06/30/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ BUSINESS VALUE 200 CHECKING [redacted]9237

**Account summary**

| | |
|---|---|
| Your previous balance as of 05/29/2026 | $14.80 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 06/30/2026** | **= $14.80** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

Life Stride Inc.

**1002 MTM 4518, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 61.79 |
| Checks and payments cleared (1) | -15.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 46.79 |
| Register balance as of 06/30/2026 | 46.79 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -15.00 |
| Register balance as of 07/23/2026 | 31.79 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/22/2026 | Expense | | TRUIST | -15.00 |
| Total | | | | -15.00 |

Life Stride Inc.

**1001 Payroll - Truist Checking 4856, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 2,027.83 |
| Checks and payments cleared (42) | -50,495.71 |
| Deposits and other credits cleared (14) | 49,592.00 |
| Statement ending balance | 1,124.12 |
| Register balance as of 06/30/2026 | 1,124.12 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -339.80 |
| Register balance as of 07/23/2026 | 784.32 |

**Details**

Checks and payments cleared (42)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | SARAH BANGURA | -1,892.44 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | Emmanuel Djimgou | -1,938.08 |
| 06/01/2026 | Expense | | Milton Cobb | -1,817.72 |
| 06/02/2026 | Expense | | Megebnesh Weldearegay | -1,390.74 |
| 06/02/2026 | Expense | | Genevieve Kolako | -1,830.46 |
| 06/03/2026 | Expense | | Joy Straughn | -241.19 |
| 06/04/2026 | Expense | | SPENCER JOHNSON MD | -1,784.23 |
| 06/04/2026 | Expense | | THERESA GRANEAU | -2,248.48 |
| 06/04/2026 | Expense | | Elizabeth Ajoacha | -1,654.97 |
| 06/05/2026 | Expense | | ROBIN CRIM | -1,435.46 |
| 06/05/2026 | Expense | | JOYCE DRUMMING | -1,706.00 |
| 06/08/2026 | Expense | | YAQIN UPSHAW | -1,460.68 |
| 06/09/2026 | Expense | | JUSTIN NJASSU | -1,132.57 |
| 06/09/2026 | Expense | | MARIE GERMAIN | -1,103.82 |
| 06/10/2026 | Expense | | Marie Meli | -732.98 |
| 06/12/2026 | Expense | | Paychex | -2,464.36 |
| 06/12/2026 | Expense | | Paychex | -495.00 |
| 06/12/2026 | Expense | | Paychex | -41.66 |
| 06/12/2026 | Expense | | Paychex | -637.28 |
| 06/15/2026 | Expense | | Paychex | -702.77 |
| 06/15/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 06/15/2026 | Expense | | TAMMY UPSHAW | -1,543.87 |
| 06/17/2026 | Expense | | Megebnesh Weldearegay | -1,735.98 |
| 06/17/2026 | Expense | | Marie Meli | -771.63 |
| 06/17/2026 | Expense | | Agathe Tepong | -1,151.32 |
| 06/18/2026 | Expense | | Mohamed Conteh | -1,584.91 |
| 06/18/2026 | Expense | | DORIS SANCHEZ | -1,271.73 |
| 06/18/2026 | Expense | | Rosalind E Hines | -1,097.17 |
| 06/18/2026 | Expense | | DEWAYNE JOHNSON | -2,108.41 |
| 06/22/2026 | Expense | | Emmanuel Djimgou | -1,487.91 |
| 06/22/2026 | Expense | | Paychex | -352.98 |
| 06/22/2026 | Expense | | Emmanuel Djimgou | -1,221.89 |
| 06/29/2026 | Expense | | Paychex | -495.00 |
| 06/29/2026 | Expense | | Paychex | -2,445.41 |
| 06/29/2026 | Expense | | Paychex | -560.92 |
| 06/30/2026 | Expense | | Fatima Pugh | -943.32 |
| 06/30/2026 | Expense | | Paychex | -569.76 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2026 | Expense | | Fatima Pugh | -1,054.89 |
| 06/30/2026 | Expense | | Fatima Pugh | -1,134.23 |
| Total | | | | -50,495.71 |

Deposits and other credits cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/02/2026 | Expense | | Life Stride Inc. | 6,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | 2,000.00 |
| 06/09/2026 | Deposit | | Life Stride Inc. | 3,500.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | 1,100.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | 3,000.00 |
| 06/15/2026 | Deposit | | Life Stride Inc. | 7,000.00 |
| 06/16/2026 | Deposit | | Life Stride Inc. | 7,250.00 |
| 06/18/2026 | Deposit | | Life Stride Inc. | 3,092.00 |
| 06/22/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 06/29/2026 | Deposit | | Life Stride Inc. | 1,650.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | 3,000.00 |
| Total | | | | 49,592.00 |

Life Stride Inc.

**1020 Truist Checking 8748, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/27/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 483.60 |
| Checks and payments cleared (1) | -7,000.00 |
| Deposits and other credits cleared (1) | 6,704.50 |
| Statement ending balance | 188.10 |
| | |
| Register balance as of 06/30/2026 | 188.10 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/15/2026 | Deposit | | Life Stride Inc. | -7,000.00 |
| Total | | | | -7,000.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/09/2026 | Expense | | Life Stride Inc. | 6,704.50 |
| Total | | | | 6,704.50 |

Life Stride Inc.

**1005 Client Funds - Truist 8885, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 7,700.83 |
| Checks and payments cleared (7) | -35,001.75 |
| Deposits and other credits cleared (17) | 30,287.56 |
| Statement ending balance | 2,986.64 |
| Register balance as of 06/30/2026 | 2,986.64 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -2,954.32 |
| Register balance as of 07/23/2026 | 32.32 |

**Details**

Checks and payments cleared (7)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2026 | Expense | | Life Stride Inc. | -8,370.00 |
| 06/03/2026 | Expense | | Life Stride Inc. | -1,700.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -3,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | -13,800.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | -3,000.00 |
| 06/22/2026 | Expense | | TRUIST | -131.75 |
| Total | | | | -35,001.75 |

Deposits and other credits cleared (17)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Deposit | | | 1,534.00 |
| 06/01/2026 | Deposit | | | 4,602.00 |
| 06/01/2026 | Deposit | | | 1,675.00 |
| 06/01/2026 | Deposit | | | 903.00 |
| 06/01/2026 | Deposit | | | 1,227.20 |
| 06/01/2026 | Deposit | | | 6,136.00 |
| 06/02/2026 | Deposit | | | 1,534.00 |
| 06/03/2026 | Deposit | | | 476.40 |
| 06/03/2026 | Deposit | | | 1,650.00 |
| 06/03/2026 | Deposit | | | 1,420.00 |
| 06/03/2026 | Deposit | | | 815.40 |
| 06/03/2026 | Deposit | | | 785.40 |
| 06/04/2026 | Deposit | | | 1,445.00 |
| 06/04/2026 | Deposit | | | 1,534.00 |
| 06/04/2026 | Deposit | | | 1,534.00 |
| 06/16/2026 | Deposit | | | 1,482.16 |
| 06/30/2026 | Deposit | | | 1,534.00 |
| Total | | | | 30,287.56 |

Life Stride Inc.

**1004 Truist Checking 8923 - Client Disbursements, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 81.45 |
| Checks and payments cleared (1) | -1,702.00 |
| Deposits and other credits cleared (1) | 1,700.00 |
| Statement ending balance | 79.45 |
| Uncleared transactions as of 06/30/2026 | 3,507.40 |
| Register balance as of 06/30/2026 | 3,586.85 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | 3,347.00 |
| Register balance as of 07/23/2026 | 6,933.85 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Check | 2993 | JUSTIN NJASSU | -1,702.00 |
| Total | | | | -1,702.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/03/2026 | Expense | | Life Stride Inc. | 1,700.00 |
| Total | | | | 1,700.00 |

Life Stride Inc.

**1010 Truist Checking 3139, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 15,817.22 |
| Checks and payments cleared (76) | -132,663.54 |
| Deposits and other credits cleared (13) | 128,062.84 |
| Statement ending balance | 11,216.52 |
| Uncleared transactions as of 06/30/2026 | -58,501.77 |
| Register balance as of 06/30/2026 | -47,285.25 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | 25,663.28 |
| Register balance as of 07/23/2026 | -21,621.97 |

**Details**

Checks and payments cleared (76)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/13/2026 | Check | 9312 | CLARETHA WILLIAMS | -1,579.60 |
| 05/20/2026 | Check | 9318 | DEVON BURKE | -492.60 |
| 05/28/2026 | Check | 9319 | COMMUNITY WORKS | -174.00 |
| 05/28/2026 | Check | 9325 | EXTRA SPACE STORAGE | -494.00 |
| 05/28/2026 | Check | 9324 | HUMPHREY ENTERPRISES ... | -1,547.40 |
| 06/01/2026 | Check | 9326 | NATHANIEL VENABLE | -1,292.80 |
| 06/01/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 06/01/2026 | Expense | | Instacart | -197.94 |
| 06/01/2026 | Expense | | Instacart | -212.26 |
| 06/01/2026 | Expense | | Instacart | -209.81 |
| 06/01/2026 | Expense | | Instacart | -202.72 |
| 06/02/2026 | Expense | | Life Stride Inc. | -6,000.00 |
| 06/02/2026 | Expense | | PSYCHIATRIC CENTER CHA... | -4,470.15 |
| 06/02/2026 | Expense | | PSYCHIATRIC CENTER CHA... | -3,900.00 |
| 06/02/2026 | Expense | | Comcast | -537.34 |
| 06/03/2026 | Check | 9327 | YAQIN A. UPSHAW | -250.00 |
| 06/03/2026 | Expense | | PSYCHIATRIC CENTER CHA... | -3,072.60 |
| 06/03/2026 | Expense | | U-Haul | -219.44 |
| 06/03/2026 | Expense | | PSYCHIATRIC CENTER CHA... | -2,980.10 |
| 06/03/2026 | Expense | | DC Water | -1,601.95 |
| 06/03/2026 | Expense | | DC Water | -1,268.17 |
| 06/04/2026 | Expense | | Sun Life Financial | -858.21 |
| 06/04/2026 | Expense | | AMWINS CONNECT ADMINI... | -445.28 |
| 06/05/2026 | Expense | | eFax | -5.29 |
| 06/05/2026 | Expense | | Staples | -390.42 |
| 06/05/2026 | Expense | | Life Stride Inc. | -11,000.00 |
| 06/05/2026 | Expense | | AFLAC | -2,809.20 |
| 06/05/2026 | Expense | | Life Stride Inc. | -2,000.00 |
| 06/08/2026 | Expense | | Instacart | -150.91 |
| 06/08/2026 | Expense | | Instacart | -217.58 |
| 06/09/2026 | Deposit | | Life Stride Inc. | -3,500.00 |
| 06/09/2026 | Expense | | Life Stride Inc. | -6,704.50 |
| 06/09/2026 | Expense | | Lowe's | -972.32 |
| 06/10/2026 | Expense | | DC Water | -674.95 |
| 06/10/2026 | Expense | | Instacart | -211.50 |
| 06/10/2026 | Expense | | Instacart | -220.49 |
| 06/12/2026 | Check | 9328 | CHRISTOPHER UPSHAW | -1,895.65 |
| 06/12/2026 | Check | 9329 | ERNEST RENNER | -3,653.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | -3,000.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | -1,100.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/12/2026 | Expense | | Life Stride Inc. | -1,070.00 |
| 06/12/2026 | Expense | | Life Stride Inc. | -3,669.00 |
| 06/12/2026 | Expense | | Life Stride Inc. | -1,592.00 |
| 06/12/2026 | Expense | | Home Depot | -31.74 |
| 06/15/2026 | Expense | | Enterprise Rent-A-Car | -1,034.16 |
| 06/15/2026 | Expense | | Staples | -640.83 |
| 06/15/2026 | Expense | | AFCO Direct | -2,374.37 |
| 06/15/2026 | Expense | | AUGUSTO AUTOMOTIVE SE… | -383.95 |
| 06/16/2026 | Deposit | | Life Stride Inc. | -7,250.00 |
| 06/16/2026 | Expense | | Instacart | -168.40 |
| 06/16/2026 | Expense | | Instacart | -183.49 |
| 06/16/2026 | Expense | | PHILADELPHIA INSURANCE… | -5,299.42 |
| 06/16/2026 | Expense | | | -1,840.78 |
| 06/17/2026 | Expense | | Enterprise Rent-A-Car | -183.54 |
| 06/17/2026 | Expense | | Instacart | -63.49 |
| 06/17/2026 | Expense | | Instacart | -68.40 |
| 06/17/2026 | Expense | | eFax | -15.89 |
| 06/18/2026 | Check | 9330 | NATHANIEL VENABLE | -250.00 |
| 06/18/2026 | Expense | | | -190.79 |
| 06/18/2026 | Expense | | Life Stride Inc. | -7,460.00 |
| 06/18/2026 | Deposit | | Life Stride Inc. | -3,092.00 |
| 06/22/2026 | Expense | | Comcast | -5,199.09 |
| 06/22/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 06/22/2026 | Expense | | Comcast | -458.35 |
| 06/22/2026 | Expense | | Comcast | -960.33 |
| 06/23/2026 | Expense | | Comcast | -1,581.48 |
| 06/23/2026 | Expense | | Comcast | -1,268.20 |
| 06/26/2026 | Expense | | Instacart | -216.05 |
| 06/26/2026 | Expense | | Instacart | -212.37 |
| 06/26/2026 | Expense | | Life Stride Inc. | -2,287.00 |
| 06/29/2026 | Expense | | UPS | -124.81 |
| 06/29/2026 | Deposit | | Life Stride Inc. | -1,650.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | -3,000.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 06/30/2026 | Expense | | Microsoft | -474.28 |
| 06/30/2026 | Expense | | | -857.15 |
| **Total** | | | | **-132,663.54** |

Deposits and other credits cleared (13)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/02/2026 | Expense | | Life Stride Inc. | 8,370.00 |
| 06/02/2026 | Deposit | | | 18,216.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 06/05/2026 | Deposit | | District OF COLUMBIA HOUS… | 11,194.61 |
| 06/09/2026 | Deposit | | | 13,409.00 |
| 06/11/2026 | Check | To print | ERNEST RENNER | 0.00 |
| 06/12/2026 | Deposit | | District OF COLUMBIA HOUS… | 15,753.26 |
| 06/16/2026 | Deposit | | | 14,547.50 |
| 06/18/2026 | Deposit | | Enterprise Rent-A-Car | 300.00 |
| 06/18/2026 | Deposit | | District OF COLUMBIA HOUS… | 22,289.41 |
| 06/26/2026 | Deposit | | District OF COLUMBIA HOUS… | 4,574.06 |
| 06/30/2026 | Deposit | | | 13,409.00 |
| **Total** | | | | **128,062.84** |

**Additional Information**

Uncleared checks and payments as of 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/31/2026 | Check | 9198 | DEVON BURKE | -476.00 |
| 03/18/2026 | Check | 9260 | LEONARD LUCAS 4 | -1,700.00 |
| 03/18/2026 | Check | 9259 | LEONARD LUCAS 4 | -1,700.00 |
| 03/23/2026 | Check | 9278 | LEKEANJU TAYOH | -1,842.00 |
| 03/23/2026 | Check | 9280 | SHAKIL BREW | -2,870.00 |
| 03/23/2026 | Check | 9273 | PRINCE DIKE | -1,350.00 |
| 03/23/2026 | Check | 9274 | CAROLINE DJAMBOU | -1,834.50 |
| 03/23/2026 | Check | 9275 | EVELYNE PAUL | -967.20 |
| 03/23/2026 | Check | 9276 | MILES & MUNROE LLC | -699.00 |
| 03/23/2026 | Check | 9277 | STEPHEN NGULEFAC | -474.00 |
| 03/23/2026 | Check | 9281 | GARY PRIEST | -2,732.16 |
| 03/23/2026 | Check | 9279 | ELVIS JAMES | -1,168.00 |
| 03/23/2026 | Check | 9263 | DELPHINE SIRRI | -9,520.00 |
| 03/23/2026 | Check | 9264 | MARIE TOMDIO | -1,450.00 |
| 03/23/2026 | Check | 9265 | FERDINAND KWEH | -5,650.00 |
| 03/23/2026 | Check | 9266 | EMEFUA YVONNE NJUALEM | -3,590.00 |
| 03/23/2026 | Check | 9267 | NKANGU ACHALEKE | -3,400.00 |
| 03/23/2026 | Check | 9269 | Akeem Tijani | -1,035.00 |
| 03/23/2026 | Check | 9270 | KAYLA BECTON | -675.00 |
| 03/23/2026 | Check | 9271 | DEVON BURKE | -245.40 |
| 03/23/2026 | Check | 9272 | DADA OKUSANYA | -2,570.00 |
| 05/01/2026 | Check | 9300 | AMBER D'AMELIO LUCAS | -2,000.00 |
| 05/28/2026 | Check | 9320 | CLARETHA WILLIAMS | -1,436.00 |
| 05/28/2026 | Check | 9322 | SPENCER JOHNSON MD | -1,500.00 |
| 05/28/2026 | Check | 9321 | CLARETHA WILLIAMS | -1,579.60 |
| 06/18/2026 | Check | 9331 | THERESA GRANEAU | -416.67 |
| 06/18/2026 | Check | 9332 | THERESA GRANEAU | -416.67 |
| 06/18/2026 | Check | 9333 | EXTRA SPACE STORAGE | -494.00 |
| 06/29/2026 | Check | 9334 | YAQIN A. UPSHAW | -502.60 |
| 06/29/2026 | Check | 9335 | THERESA GRANEAU | -416.67 |
| 06/30/2026 | Check | 9336 | CHRISTOPHER UPSHAW | -1,895.65 |
| 06/30/2026 | Check | 9337 | CHRISTOPHER UPSHAW | -1,895.65 |

Total -58,501.77

Uncleared checks and payments after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Check | 9338 | LENNER GRIFFIN | -900.00 |
| 07/02/2026 | Expense | | FedEx | -135.95 |
| 07/02/2026 | Check | 9339 | HUMPHREY ENTERPRISES … | -1,547.00 |
| 07/02/2026 | Deposit | | Life Stride Inc. | -3,200.00 |
| 07/02/2026 | Expense | | UPS | -182.68 |
| 07/02/2026 | Expense | | Staples | -255.30 |
| 07/02/2026 | Expense | | Life Stride Inc. | -5,465.44 |
| 07/02/2026 | Expense | | Life Stride Inc. | -3,600.00 |
| 07/03/2026 | Expense | | Instacart | -265.88 |
| 07/06/2026 | Expense | | eFax | -20.13 |
| 07/07/2026 | Expense | | AMWINS CONNECT ADMINI… | -36.50 |
| 07/07/2026 | Expense | | Sun Life Financial | -444.78 |
| 07/07/2026 | Expense | | Instacart | -115.61 |
| 07/09/2026 | Expense | | AFLAC | -2,673.09 |
| 07/09/2026 | Expense | | BEST LOCKSMITH | -75.00 |
| 07/10/2026 | Expense | | Comcast | -1,700.00 |
| 07/10/2026 | Expense | | Comcast | -623.74 |
| 07/10/2026 | Deposit | | Life Stride Inc. | -8,000.00 |
| 07/10/2026 | Expense | | Comcast | -918.97 |
| 07/10/2026 | Expense | | AFCO Direct | -2,374.37 |
| 07/13/2026 | Expense | | UPS | -173.54 |
| 07/13/2026 | Check | 9340 | NATHANIEL VENABLE | -1,875.00 |
| 07/13/2026 | Check | 9341 | NATHANIEL VENABLE | -1,875.00 |
| 07/14/2026 | Expense | | Exxon | -77.77 |
| 07/14/2026 | Expense | | UPS | -212.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/14/2026 | Deposit | | Life Stride Inc. | -20,000.00 |
| 07/14/2026 | Expense | | Instacart | -251.26 |
| 07/14/2026 | Expense | | Instacart | -184.60 |
| 07/15/2026 | Expense | | Fort Lincoln Pharmacy | -72.22 |
| 07/15/2026 | Deposit | | Life Stride Inc. | -2,500.00 |
| 07/16/2026 | Expense | | U-Haul | -182.43 |
| 07/16/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 07/16/2026 | Expense | | Amazon | -39.19 |
| 07/16/2026 | Expense | | Amazon | -44.50 |
| 07/16/2026 | Expense | | eFax | -42.39 |
| 07/17/2026 | Check | 9343 | YAQIN A. UPSHAW | -269.00 |
| 07/17/2026 | Check | 9342 | THERESA GRANEAU | -416.67 |
| 07/17/2026 | Expense | | Life Stride Inc. | -12,000.00 |
| 07/17/2026 | Expense | | Amazon | -304.82 |
| 07/20/2026 | Expense | | Amazon | -36.34 |
| 07/20/2026 | Deposit | | Life Stride Inc. | -1,800.00 |
| 07/21/2026 | Expense | | DC Water | -433.84 |
| 07/21/2026 | Expense | | Instacart | -149.77 |
| 07/21/2026 | Expense | | Instacart | -144.90 |
| 07/21/2026 | Expense | | DC Water | -1,795.65 |
| 07/22/2026 | Expense | | Exxon | -77.93 |
| 07/22/2026 | Expense | | Life Stride Inc. | -100.00 |
| Total | | | | -78,593.26 |

Uncleared deposits and other credits after 06/30/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | Life Stride Inc. | 8,500.00 |
| 07/02/2026 | Deposit | | District OF COLUMBIA HOUS… | 13,663.60 |
| 07/06/2026 | Deposit | | Life Stride Inc. | 5,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | 7,000.00 |
| 07/10/2026 | Deposit | | District OF COLUMBIA HOUS… | 5,394.85 |
| 07/13/2026 | Deposit | | Life Stride Inc. | 500.00 |
| 07/14/2026 | Deposit | | | 27,956.50 |
| 07/17/2026 | Deposit | | District OF COLUMBIA HOUS… | 11,467.73 |
| 07/17/2026 | Deposit | | Life Stride Inc. | 600.00 |
| 07/17/2026 | Expense | | Life Stride Inc. | 600.00 |
| 07/20/2026 | Deposit | | | 8,349.00 |
| 07/22/2026 | Deposit | | | 15,224.86 |
| Total | | | | 104,256.54 |

Life Stride Inc.

**1001 Payroll - Truist Checking 4856, Period Ending 06/30/2026**

**RECONCILIATION REPORT**

Reconciled on: 07/23/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 2,027.83 |
| Checks and payments cleared (42) | -50,495.71 |
| Deposits and other credits cleared (14) | 49,592.00 |
| Statement ending balance | 1,124.12 |

| | |
|---|---|
| Register balance as of 06/30/2026 | 1,124.12 |
| Cleared transactions after 06/30/2026 | 0.00 |
| Uncleared transactions after 06/30/2026 | -339.80 |
| Register balance as of 07/23/2026 | 784.32 |

**Details**

Checks and payments cleared (42)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | SARAH BANGURA | -1,892.44 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | TRUIST | -36.00 |
| 06/01/2026 | Expense | | Emmanuel Djimgou | -1,938.08 |
| 06/01/2026 | Expense | | Milton Cobb | -1,817.72 |
| 06/02/2026 | Expense | | Megebnesh Weldearegay | -1,390.74 |
| 06/02/2026 | Expense | | Genevieve Kolako | -1,830.46 |
| 06/03/2026 | Expense | | Joy Straughn | -241.19 |
| 06/04/2026 | Expense | | SPENCER JOHNSON MD | -1,784.23 |
| 06/04/2026 | Expense | | THERESA GRANEAU | -2,248.48 |
| 06/04/2026 | Expense | | Elizabeth Ajoacha | -1,654.97 |
| 06/05/2026 | Expense | | ROBIN CRIM | -1,435.46 |
| 06/05/2026 | Expense | | JOYCE DRUMMING | -1,706.00 |
| 06/08/2026 | Expense | | YAQIN UPSHAW | -1,460.68 |
| 06/09/2026 | Expense | | JUSTIN NJASSU | -1,132.57 |
| 06/09/2026 | Expense | | MARIE GERMAIN | -1,103.82 |
| 06/10/2026 | Expense | | Marie Meli | -732.98 |
| 06/12/2026 | Expense | | Paychex | -2,464.36 |
| 06/12/2026 | Expense | | Paychex | -495.00 |
| 06/12/2026 | Expense | | Paychex | -41.66 |
| 06/12/2026 | Expense | | Paychex | -637.28 |
| 06/15/2026 | Expense | | Paychex | -702.77 |
| 06/15/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 06/15/2026 | Expense | | TAMMY UPSHAW | -1,543.87 |
| 06/17/2026 | Expense | | Megebnesh Weldearegay | -1,735.98 |
| 06/17/2026 | Expense | | Marie Meli | -771.63 |
| 06/17/2026 | Expense | | Agathe Tepong | -1,151.32 |
| 06/18/2026 | Expense | | Mohamed Conteh | -1,584.91 |
| 06/18/2026 | Expense | | DORIS SANCHEZ | -1,271.73 |
| 06/18/2026 | Expense | | Rosalind E Hines | -1,097.17 |
| 06/18/2026 | Expense | | DEWAYNE JOHNSON | -2,108.41 |
| 06/22/2026 | Expense | | Emmanuel Djimgou | -1,487.91 |
| 06/22/2026 | Expense | | Paychex | -352.98 |
| 06/22/2026 | Expense | | Emmanuel Djimgou | -1,221.89 |
| 06/29/2026 | Expense | | Paychex | -495.00 |
| 06/29/2026 | Expense | | Paychex | -2,445.41 |
| 06/29/2026 | Expense | | Paychex | -560.92 |
| 06/30/2026 | Expense | | Fatima Pugh | -943.32 |
| 06/30/2026 | Expense | | Paychex | -569.76 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/30/2026 | Expense | | Fatima Pugh | -1,054.89 |
| 06/30/2026 | Expense | | Fatima Pugh | -1,134.23 |
| Total | | | | -50,495.71 |

Deposits and other credits cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/01/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/02/2026 | Expense | | Life Stride Inc. | 6,000.00 |
| 06/04/2026 | Expense | | Life Stride Inc. | 5,000.00 |
| 06/05/2026 | Expense | | Life Stride Inc. | 2,000.00 |
| 06/09/2026 | Deposit | | Life Stride Inc. | 3,500.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | 1,100.00 |
| 06/12/2026 | Deposit | | Life Stride Inc. | 3,000.00 |
| 06/15/2026 | Deposit | | Life Stride Inc. | 7,000.00 |
| 06/16/2026 | Deposit | | Life Stride Inc. | 7,250.00 |
| 06/18/2026 | Deposit | | Life Stride Inc. | 3,092.00 |
| 06/22/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 06/29/2026 | Deposit | | Life Stride Inc. | 1,650.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 06/30/2026 | Deposit | | Life Stride Inc. | 3,000.00 |
| Total | | | | 49,592.00 |

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9328

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

06/12/2026

PAY TO THE ORDER OF CHRISTOPHER UPSHAW $ **1,895.65

One thousand eight hundred ninety-five and 65/100*** DOLLARS

CHRISTOPHER UPSHAW
16601 Pleasant Colony Dr.
Upper Marlboro, MD 20774 USA

MEMO I.T. CONSULTANT

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9327

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

06/03/2026

PAY TO THE ORDER OF YAQIN A. UPSHAW $ **250.00

Two hundred fifty and 00/100*** DOLLARS

YAQIN A. UPSHAW
8607 SPICEBUSH CT.
CLINTON, MD 20735

MEMO LAWN SERVICES ON 4 HOUSES

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9326

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

06/01/2026

PAY TO THE ORDER OF NATHANIEL VENABLE $ **1,292.80

One thousand two hundred ninety-two and 80/100*** DOLLARS

NATHANIEL VENABLE
4505 B Street SE # 2
Washington, DC 20019

MEMO Moving out of 651 11th Street fees

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9325

05/28/2026

PAY TO THE ORDER OF EXTRA SPACE STORAGE $ **494.00

Four hundred ninety-four and 00/100******************** DOLLARS

PROTECTED AGAINST FRAUD

EXTRA SPACE STORAGE
3320 Bladensburg Rd
Brentwood, MD 20722

MEMO 1158
STORAGE SERVICES MAY 2026

Details on Back · CheckLock™ Secure Check · © 2021 INTUIT INC

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9324

05/28/2026

PAY TO THE ORDER OF HUMPHREY ENTERPRISES INC. $ **1,547.40

One thousand five hundred forty-seven and 40/100******************** DOLLARS

PROTECTED AGAINST FRAUD

HUMPHREY ENTERPRISES INC.
2117 R Street SE
Washington, DC 20020

MEMO
Refunds the Rent for John Bell JUNE 2026

Details on Back · Check Lock™ Secure Check · © 2021 INTUIT INC

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9319

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

05/28/2026

PAY TO THE ORDER OF COMMUNITY WORKS $ **174.00

One hundred seventy-four and 00/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

COMMUNITY WORKS
3328 5th Street SE
Washington, DC 20032

Refund 4 days Rent for Patricia Craft 1300/30 x 4

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9318

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

05/20/2026

PAY TO THE ORDER OF DEVON BURKE $ **492.60

Four hundred ninety-two and 60/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO 4/16/2026 TO 5/12/2026

© 2021 INTUIT INC. 1-800-433-8810

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9312

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

05/13/2026

PAY TO THE ORDER OF CLARETHA WILLIAMS $ **1,579.60

One thousand five hundred seventy-nine and 60/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

CLARETHA WILLIAMS
3400 Commandore Joshue Barney Dr # 103W
Washington, DC 20018
United States

MEMO Consultant 4/13 TO 4/28/

© 2021 INTUIT INC. 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1033

06/24/2026

PAY TO THE ORDER OF DADA OKUSANYA $ **3,020.00

Three thousand twenty and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

DADA OKUSANYA
13601 AVEBURY DR # 32
LAUREL, MD 20708

MEMO
5/29/2026 TO 6/12/2026

© 2021 INTUIT INC. # 2571 1-800-433-8810

Details on Back · CheckLock™ Secure Check

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1032

06/24/2026

PAY TO THE ORDER OF SHAKIL BREW $ **3,115.00

Three thousand one hundred fifteen and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

SHAKIL BREW
6287 CENTRE STONE RING
COLUMBIA, MD 21044

MEMO
5/29/2026 TO 6/12/2026

Details on Back · CheckLock™ Secure Check

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1028

06/24/2026

PAY TO THE ORDER OF GARY PRIEST $ **3,960.00

Three thousand nine hundred sixty and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO
5/29/2026 TO 6/12/2026

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1027

06/24/2026

PAY TO THE ORDER OF LEKEANJU TAYOH $ **1,857.00

One thousand eight hundred fifty-seven and 00/100************************************************ DOLLARS

PROTECTED AGAINST FRAUD

LEKEANJU TAYOH
6805 96TH AVE
LANHAM, MD 20706

MEMO
5/29/2026 TO 6/12/2026

Details on Back
CheckLock™ Secure Check
© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1026

06/24/2026

PAY TO THE ORDER OF TYESHA K. STEPHENS $ **1,557.00

One thousand five hundred fifty-seven and 00/100************************************************

PROTECTED AGAINST FRAUD

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO
5/29/2026 TO 6/12/2026

Details on Back
CheckLock™ Secure Check
© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1025

06/24/2026

PAY TO THE ORDER OF MAMI DAMOAH QUARSHE $ **608.00

Six hundred eight and 00/100************************************************ DOLLARS

PROTECTED AGAINST FRAUD

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO
5/29/2026 TO 6/12/2026

Details on Back
CheckLock™ Secure Check
© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1024

06/24/2026

PAY TO THE ORDER OF STEPHEN NGULEFAC $ **670.50

Six hundred seventy and 50/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

STEPHEN NGULEFAC
2720 Grasshopper Dr
Odenton, MD 21113

MEMO 5/29/2026 TO 6/12/2026

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1023

06/24/2026

PAY TO THE ORDER OF MILES & MUNROE LLC $ **300.00

Three hundred and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

Antoinette Miles
MILES & MUNROE LLC
2566 OAKS TREE LANE
Woodbridge, VA 22191

MEMO 5/29/2026 TO 6/12/2026

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1022

06/24/2026

PAY TO THE ORDER OF MERCY YUNMBAM $ **1,800.00

One thousand eight hundred and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

MERCY YUNMBAM
11033 SPYGLASS HILL COURT
BOWIE, MD 20721

MEMO 5/13/2026 TO 6/12/2026

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1021

06/24/2026

PAY TO THE ORDER OF ELVIS JAMES $ **1,353.60

One thousand three hundred fifty-three and 60/100************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO
5/29/2026 TO 6/12/2026

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1020

06/24/2026

PAY TO THE ORDER OF PRINCE DIKE $ **1,571.10

One thousand five hundred seventy-one and 10/100************************************************** DOLLARS

PROTECTED AGAINST FRAUD

PRINCE DIKE
PRINCE
9975 GOODLUCK RD
LANHAM, MD 20706 US

MEMO
5/29/2026 TO 6/12/2026

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1019

06/24/2026

PAY TO THE ORDER OF DEVON BURKE $ **426.00

Four hundred twenty-six and 00/100************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO
5/29/2026 TO 6/12/2026

Details on Back · CheckLock™ Secure Check

© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1014

06/04/2026

PAY TO THE ORDER OF NKANGU ACHALEKE $ **2,160.00

Two thousand one hundred sixty and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

NKANGU ACHALEKE
5007 Ashford DR.
UPPER MARLBORO, MD 20772 USA

MEMO 5/1/2026 TO 5/12/2026

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1013

06/04/2026

PAY TO THE ORDER OF TYESHA K. STEPHENS $ **426.00

Four hundred twenty-six and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO 4/16 TO 5/28

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1012

06/03/2026

PAY TO THE ORDER OF SHAKIL BREW $ **3,420.00

Three thousand four hundred twenty and 00/100****** DOLLARS

PROTECTED AGAINST FRAUD

SHAKIL BREW
6287 CENTRE STONE RING
COLUMBIA, MD 21044

MEMO 05/13/2026 TO 05/28/2026

MP

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1011

06/03/2026

PAY TO THE ORDER OF ABANGAWOH SANDRIEN $ **2,335.00

Two thousand three hundred thirty-five and 00/100****************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ABANGAWOH SANDRIEN
5007 AHSFOR DR
UPPER MARLBORRO, MD 20772

MEMO Missing hours

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1010

06/03/2026

PAY TO THE ORDER OF GARY PRIEST $ **4,035.84

Four thousand thirty-five and 84/100****************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 5/13/2026 to 5/28/2026

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1009

06/03/2026

PAY TO THE ORDER OF DADA OKUSANYA $ **3,260.00

Three thousand two hundred sixty and 00/100************************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

DADA OKUSANYA
13601 AVEBURY DR # 32
LAUREL, MD 20708

MEMO 5/13/2026 to 5/28/2026;

© 2021 INTUIT INC. # 2571 1-800-433-6810 CheckLock™ Secure Check Details on Back

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1008

06/03/2026

PAY TO THE ORDER OF PRINCE DIKE $ **2,121.00

Two thousand one hundred twenty-one and 00/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

PRINCE DIKE
PRINCE
9975 GOODLUCK RD
LANHAM, MD 20706 US

MEMO 2/29 to 5/28

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1007

06/03/2026

PAY TO THE ORDER OF DEVON BURKE $ **321.00

Three hundred twenty-one and 00/100******************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO 5/13/ to 5/28

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1006

06/03/2026

PAY TO THE ORDER OF MAMI DA.MOAH QUA.RSH.E $ **1,184.00

One thousand one hundred eighty-four and 00/100**************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO 4/16 to 5/28

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1005

06/03/2026

PAY TO THE ORDER OF ELVIS JAMES $ **635.40

Six hundred thirty-five and 40/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO 5/13 to 5/28

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1004

06/03/2026

PAY TO THE ORDER OF MERCY YUNMBAM $ **3,540.00

Three thousand five hundred forty and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

MERCY YUNMBAM
11033 SPYGLASS HILL COURT
BOWIE, MD 20721

MEMO 4/16 to 5/28

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1003

06/03/2026

PAY TO THE ORDER OF ANTOINETTE MILES $ **900.00

Nine hundred and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

ANTOINETTE MILES
2566 OAK TREE
Woodbridge, VA 22191

MEMO 4/16 TO 5/28

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1002

06/03/2026

PAY TO THE ORDER OF STEPHEN NGULEFAC $ **855.00

Eight hundred fifty-five and 00/100********************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

STEPHEN NGULEFAC
2720 Grasshopper Dr
Odenton, MD 21113

MEMO 5/13/ TO 5/28

Details on Back · CheckLock™ Secure Check

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1001

06/03/2026

PAY TO THE ORDER OF TYESHA K. STEPHENS $ **270.00

Two hundred seventy and 00/100************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO 4/16 TO 5/12

Details on Back · CheckLock™ Secure Check

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 7

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28947 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.57**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 57/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 2

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28943 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.82**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 82/100 ........................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0010 Evart St
EE ID: 380

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28929 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ELIZABETH AJOACHA
703 HIGHVIEW TER #303
HYATTSVILLE MD 20782

**$1654.97**
AMOUNT

ONE THOUSAND SIX HUNDRED FIFTY FOUR AND 97/100 ....................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 87

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28916 |

PAY TO THE ORDER OF
MILTON J COBB
4010 LIVINGTON ROAD SE
APT 204
WASHINGTON DC 20032

**$1817.72**
AMOUNT

ONE THOUSAND EIGHT HUNDRED SEVENTEEN AND 72/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 80

15-154
540

| DATE | CHECK NO. |
|---|---|
| 06/15/2026 | 28987 |

PAY TO THE ORDER OF
JENEE L RENNER
1104 GONDAR AVE
HYATTSVILLE MD 20785

**$2145.49**
AMOUNT

TWO THOUSAND ONE HUNDRED FORTY FIVE AND 49/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0010 Evart St
EE ID: 367

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28970 |

PAY TO THE ORDER OF
MARIE MELI
6700 TROWBRIDGE PL
FORT WASHINGTON MD 20744

**$732.98**
AMOUNT

SEVEN HUNDRED THIRTY TWO AND 98/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 57

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28968 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

JOY S STRAUGHN
4903 4TH STREET NW
WASHINGTON DC 20011

**$241.19**
AMOUNT

TWO HUNDRED FORTY ONE AND 19/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 30

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28967 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

**$1054.89**
AMOUNT

ONE THOUSAND FIFTY FOUR AND 89/100 .......... ........... ....... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 300

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28951 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

YAQIN UPSHAW
1205 FOREST HILL DR
MOBILE AL 36618

**$1460.68**
AMOUNT

ONE THOUSAND FOUR HUNDRED SIXTY AND 68/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

[illegible]
1407-4980
ORG1:0007 Pope Stre
et
EE ID: 378

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28924 |

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

[illegible]
3523 BRIGHTSEAT RD
LANDOVER MD 20785

**$1938.08**
AMOUNT

ONE THOUSAND NINE HUNDRED THIRTY EIGHT AND 08/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

IRITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COP

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65330/550

1000

06/03/2026

PAY TO THE ORDER OF LEKEANJU TAYOH

$ **1,029.00

One thousand twenty-nine and 00/100*** DOLLARS

PROTECTED AGAINST FRAUD

LEKEANJU TAYOH
6805 96TH AVE
LANHAM, MD 20706

MEMO
4/29 TO 5/28

CheckLock™ Secure Chec

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Street
EE ID: 30

15-154
540

06/30/2026
DATE

29041
CHECK NO

PAY TO THE ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

**$943.32**
AMOUNT

NINE HUNDRED FORTY THREE AND 32/100 .... DOLLARS

Payrolls by Paychex, Inc

Payrolls by Paychex, Inc

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1016

06/11/2026

Details on back

PAY TO THE ORDER OF EMEFUA YVONNE NJUALEM $ **1,150.00

One thousand one hundred fifty and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

EMEFUA YVONNE NJUALEM
9538 Smithview Place
Lanham, MD 20706

MEMO
5/01/2026 TO 6/4/2026

*CheckLock™* Secure Check

© 2021 INTUIT INC # 2571 1 800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**Client Personal Funds Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 459-4766

**BRANCH BNKG AND TRUST COMPANY**
15-154/540

2993

05/28/2026

PAY TO THE ORDER OF JUSTIN NJASSU $ **1,702.00

One thousand seven hundred two and 00/100************************************ DOLLARS

PROTECTED AGAINST FRAUD

JUSTIN NJASSU
2838 STRAUSS TER
SILVER SPRING, MD 20904

MEMO ~~TRASH Removal fees~~ CLIENTS funds

Details on back. CheckLock Secure Check

**Life Stride, Inc.**
**Payroll Account**
3005 Bladensburg Road, N.E
Washington, D.C. 20018
(202) 635-2320

5757
15-154/540

DATE 6/15/2026

PAY TO THE ORDER OF Mohamed Conteh $ 1584.91

one thousand five hundred eigthy four & 91/100 DOLLARS

TRUIST FINANCIAL

FOR Replace check # 28933

[signature]

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9329

06/12/2026

PAY TO THE ORDER OF ERNEST RENNER $ **3,653.00

Three thousand six hundred fifty-three and 00/100********************************************** DOLLARS

IS PROTECTED AGAINST FRAUD

ERNEST RENNER
1104 GONDOR AVE
LANDOVER, MD 20785

MEMO Work at 3005 Bladensburg NE

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

9330

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

06/18/2026

PAY TO THE ORDER OF NATHANIEL VENABLE $ **250.00

Two hundred fifty and 00/100****************************************************************************************** DOLLARS

NATHANIEL VENABLE
4505 B Street SE # 2
Washington, DC 20019

MEMO Grass Cut @ 1495 Saratoga Ave NE

© 2021 INTUIT INC. 1-800-433-8810

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005 651 11th
Street
EE ID: 376

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28881 |

PAY TO THE
ORDER OF

MEGEBNESH WELDEAREGAY
703 IRVING ST NW
WASHINGTON DC 20010

**$1735.98**
AMOUNT

ONE THOUSAND SEVEN HUNDRED THIRTY FIVE AND 98/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3025 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0015 Medical
EE ID: 98

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28894 |

PAY TO THE ORDER OF

SPENCER JOHNSON
11703 AMER COURT
FORT WASHINGTON MD 20744

**$1784.23**
AMOUNT

ONE THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 23/100 .................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4000
ORG1:0010 MRO
CL ID: 00

04/30/2026
DATE

28893
CHECK NO

PAY TO THE ORDER OF

JOYCE DRUMMING
4805 KING COURT
BOWIE MD 20720

**$1706.00**
AMOUNT

ONE THOUSAND SEVEN HUNDRED SIX AND 00/100 ................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 13

15-154
540

| DATE | CHECK NO |
|---|---|
| 04/30/2026 | 28856 |

PAY TO THE
ORDER OF

ROBIN A CRIM
1338 INGRAHAM ST NW
WASHINGTON DC 20011

**$1435.46**

AMOUNT

ONE THOUSAND FOUR HUNDRED THIRTY FIVE AND 46/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 110

15-154
540

| DATE | CHECK NO. |
|---|---|
| 04/30/2026 | 28896 |

PAY TO THE ORDER OF

THERESA GRANEAU
4805 KING CT
BOWIE MD 20720

**$2248.48**
AMOUNT

TWO THOUSAND TWO HUNDRED FORTY EIGHT AND 48/100 ........................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 354

15-154
540

| | |
|---|---|
| 05/15/2026 | 28917 |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

GENEVIEVE KOLAKO
315 FRANKLIN ST NE, APT B1
WASHINGTON DC 20002-1041

**$1830.46**
AMOUNT

ONE THOUSAND EIGHT HUNDRED THIRTY AND 46/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0005.651 11th
Street
EE ID: 288

15-154
540

05/15/2026 | 28923
DATE | CHECK NO.

PAY TO THE
ORDER OF

SARAH Y BANGURA
10011 GREENBELT RD APT T3
LANHAM MD 20706

**$1892.44**
AMOUNT

ONE THOUSAND EIGHT HUNDRED NINETY TWO AND 44/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 376

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/15/2026 | 28928 |

PAY TO THE
ORDER OF

MEGEBNESH WELDEAREGAY
703 IRVING ST NW
WASHINGTON DC 20010

**$1390.74**
AMOUNT

ONE THOUSAND THREE HUNDRED NINETY AND 74/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

COPYBAN CAPTURE® ANTI-FRAUD PROTECTION

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 378

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28964 |

PAY TO THE
ORDER OF

EMMANUEL DJIMGOU
3523 BRIGHTSEAT RD
LANDOVER MD 20785

**$1221.89**

AMOUNT

ONE THOUSAND TWO HUNDRED TWENTY ONE AND 89/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 28988 |

PAY TO THE
ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1271.73**

AMOUNT

ONE THOUSAND TWO HUNDRED SEVENTY ONE AND 73/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 63

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 28989 |

PAY TO THE
ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1543.87**
AMOUNT

ONE THOUSAND FIVE HUNDRED FORTY THREE AND 87/100 ..................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 378

15-154
540

| DATE | CHECK NO. |
|---|---|
| 06/15/2026 | 29002 |

PAY TO THE ORDER OF

EMMANUEL DJIMGOU
3523 BRIGHTSEAT RD
LANDOVER MD 20785

**$1487.91**
AMOUNT

ONE THOUSAND FOUR HUNDRED EIGHTY SEVEN AND 91/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 30

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 29004 |

PAY TO THE
ORDER OF

FATIMA PUGH
119 35TH STREET SE
201
WASHINGTON DC 20019

**$1134.23**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY FOUR AND 23/100 ...... .... ........ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite
Washington DC 20018

1407-4980
ORG1:0010 Evart St
EE ID: 367

15-154
540

| | |
|---|---|
| 06/15/2026 | 29007 |

PAY TO THE ORDER OF

MARIE MELI
6700 TROWBRIDGE PL
FORT WASHINGTON MD 20744

**$771.63**

AMOUNT

SEVEN HUNDRED SEVENTY ONE AND 63/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

1407-4960
ORG1.0010 Evart St
CE ID. 361

04/15/2026 29008

PAY TO THE
ORDER OF

AGATHE TEPONG
6116 BREEZEWOOD DR APT 201
GREENBELT MD 20770

**$1151.32**

ONE THOUSAND ONE HUNDRED FIFTY ONE AND 32/100 ........................ DOLLARS

AUTHORIZED SIGNATURE

⑈0000029008⑈ ⑆054001547⑆ 0005162454856⑈

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 29015 |

PAY TO THE
ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$1097.17**
AMOUNT

ONE THOUSAND NINETY SEVEN AND 17/100 .................................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| 06/15/2026 | 29016 |
|---|---|
| DATE | CHECK NO |

PAY TO THE
ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$2108.41**

AMOUNT

TWO THOUSAND ONE HUNDRED EIGHT AND 41/100 ............................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)