**Fill in this information to identify the case:**

Debtor Name Life Stride, Inc

United States Bankruptcy Court for the: District of Columbia

Case number: 26-00183

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: July 2026

Date report filed: 09/30/2026 (MM / DD / YYYY)

Line of business: Health Care

NAISC code: 6214

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: James Marshall

Original signature of responsible party: Signed by: [signature] 4EB3E3CA9E15494...

Printed name of responsible party: James Marshall

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Life Stride, Inc Case number 26-00183

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 32,424.40

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 146,836.47

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. - $ 149,385.24

22. **Net cash flow** + $ -2,548.77

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month** = $ 29,875.63

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 139,630.47

*(Exhibit E)*

Debtor Name Life Stride, Inc Case number 26-00183

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 93,728.12

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 44

27. What is the number of employees as of the date of this monthly report? 44

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 11,274.20

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 14,774.20

30. How much have you paid this month in other professional fees? $ 0.00

31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 146,836.47 | – | $ 146,836.47 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 149,385.24 | – | $ 149,385.24 | = | $ 0.00 |
| 34. **Net cash flow** | $ -2,548.77 | – | $ -2,548.77 | = | $ 0.00 |

35. Total projected cash receipts for the next month: $ 61,668.28

36. Total projected cash disbursements for the next month: - $ 84,197.73

37. Total projected net cash flow for the next month: = $ -22,529.45

Debtor Name Life Stride, Inc Case number 26-00183

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

## Exhibit A (July 2026)

**Question 3 -Have you paid all of your bills on time?**

The Debtors did not pay all bills on time during the reporting period. The bills and taxes identified in the supporting schedule below total $139,630.47

**Question 5 - Have you deposited all receipts of your business into debtor-in-possession accounts?**

The Debtor is continuing to work with Truist to establish a debtor-in-possession account.

**Question 6 - Have you timely filed your tax returns and paid all of your taxes?**

The Debtor did not pay all taxes on time during the reporting period. Payroll taxes identified below total $32,135.47 and are included in the overall scheduled total.

**Question 9 - Have you timely paid all of your insurance premiums?**

No. As of the end of the reporting period, certain insurance premiums remained outstanding, including $26,670.00 owed to Philadelphia Insurance, $4,450.00 owed to AFCO Direct and $69,500.00 to CareFirst

**Supporting Schedule - Bills and Taxes Not Paid on Time**

| Date | Creditor/Taxing Authority | Description | Amount |
|---|---|---|---|
| 7/15/26 | Internal Revenue Service | Payroll Taxes | $14,041.70 |
| 7/15/26 | MD Revenue Services | Payroll Taxes | $2,532.22 |
| 7/15/26 | DC Office of Taxes and Revenue | Payroll Taxes | $1,460.81 |
| 7/15/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 7/15/26 | AL Income Taxes | Payroll Taxes | $72.33 |
| 7/30/26 | Internal Revenue Service | Payroll Taxes | $10,795.67 |
| 7/30/26 | MD Revenue Services | Payroll Taxes | $1,938.91 |
| 7/30/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 7/30/26 | AL Income Taxes | Payroll Taxes | $72.33 |
| 7/30/26 | DC Office of Taxes and Revenue | Payroll Taxes | $1,078.30 |
| | | **Subtotal, Taxes** | **$32,135.47** |
| | Comcast | Utility | $1,950.00 |
| | DC Water | Utility | $3,950.00 |
| | Pepco | Utility | $975.00 |
| | AFCO Direct | Insurance | $4,450.00 |

| | | |
|---|---|---|
| CareFirst | Insurance | $69,500.00 |
| Philadelphia Liability | Insurance | $26,670.00 |
| | **Subtotal, Bills** | **$107,495.00** |
| | **TOTAL BILLS AND TAXES** | **$139,630.47** |

**Exhibit B**

**Question 10 - Do you have any bank accounts open other than the DIP accounts?**

All pre-petition bank accounts remain open

## EXHIBIT C - Cash Receipts (July 2026)

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Operating** | | | | |
| 07/02 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01681591) | $13,663.60 |
| 07/10 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01682629) | $5,394.85 |
| 07/14 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2170170) | $27,956.50 |
| 07/17 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01683903) | $11,467.73 |
| 07/20 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2171054) | $8,349.00 |
| 07/22 | 3139 | Deposit | Deposit | $15,224.86 |
| 07/24 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01684546) | $4,170.60 |
| 07/28 | 3139 | District of Columbia Medicaid (DHCF) | EDI claims payment (Customer ID 2172650) | $8,855.00 |
| 07/31 | 3139 | District of Columbia Medicaid (DHCF) | HCClaimPmt claims payment (TRN 01686041) | $22,695.15 |
| | | | **Subtotal, Account 3139** | **$117,777.29** |
| **Account 8885 - Client Funds - Truist** | | | | |
| 07/01 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $903.00 |
| 07/01 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 07/01 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $1,675.00 |
| 07/02 | 8885 | Social Security Administration (SSA) | Client Social Security benefit | $476.40 |
| 07/02 | 8885 | Social Security Administration (SSA) | Client Social Security benefit (for John C.) | $785.40 |
| 07/02 | 8885 | Social Security Administration (SSA) | Client Social Security benefit | $815.40 |
| 07/02 | 8885 | Social Security Administration (SSA) | Client Social Security benefit (for Sidney) | $1,420.00 |
| 07/02 | 8885 | Deposit | Client funds deposit | $1,650.00 |
| 07/02 | 8885 | Resident rent (ACH) | Client rent payment | $3,068.00 |
| 07/03 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 07/03 | 8885 | Client ACH | Resident payment | $1,534.00 |
| 07/07 | 8885 | Deposit | Client funds deposit | $3,027.16 |
| 07/08 | 8885 | Deposit | Client funds deposit | $6,524.82 |
| 07/09 | 8885 | Resident rent (ACH) | Client rent payment | $1,534.00 |
| 07/31 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $903.00 |
| 07/31 | 8885 | Social Security Administration (SSI) | Client Supplemental Security Income | $1,675.00 |
| | | | **Subtotal, Account 8885** | **$29,059.18** |
| | | | **TOTAL CASH RECEIPTS** | **$146,836.47** |

# Exhibit D - Cash Disbursements

| Date | Account | Payor/Payee | Purpose | Amount |
|---|---|---|---|---|
| **Account 3139 - Truist Checking - Checks Cleared** | | | | |
| 14-Jul | 3139 | Nathaniel Venable | Check 9340 | $1,875.00 |
| 2-Jul | 3139 | Theresa Graneau | Check 9331 | $416.67 |
| 2-Jul | 3139 | Theresa Graneau | Check 9332 | $416.67 |
| 10-Jul | 3139 | Extra Space Storage | Check 9333 | $494.00 |
| 13-Jul | 3139 | Christopher Upshaw | Check 9336 | $1,895.65 |
| 20-Jul | 3139 | Yaqin A. Upshaw | Check 9334 | $502.60 |
| 27-Jul | 3139 | Claretha Williams | Check 9321 | $1,579.60 |
| 20-Jul | 3139 | Humphrey Enterprises | Check 9339 | $1,547.00 |
| | | | **Subtotal, Checks - Account 3139** | **$8,727.19** |
| **Account 3139 - Truist Checking - Other Withdrawals/Debits Cleared** | | | | |
| 2-Jul | 3139 | Crowell & Moring, LLP | Subchapter V Trustee Fee | $3,182.70 |
| 2-Jul | 3139 | Crowell & Moring, LLP | Subchapter V Trustee Fee | $4,908.80 |
| 2-Jul | 3139 | FedEx | Shipping | $135.95 |
| 2-Jul | 3139 | Staples | Office supplies | $255.30 |
| 2-Jul | 3139 | UPS | Shipping | $182.68 |
| 2-Jul | 3139 | Psychiatric Center Charter | Rent | $3,130.54 |
| 2-Jul | 3139 | Psychiatric Center Charter | Rent | $2,454.39 |
| 2-Jul | 3139 | Crowell & Moring, LLP | Subchapter V Trustee Fee | $3,182.70 |
| 3-Jul | 3139 | Instacart | Groceries/household supplies | $265.88 |
| 6-Jul | 3139 | eFax (Consensus.com) | Fax service subscription | $20.13 |
| 7-Jul | 3139 | Sun Life Financial (Canada) | Group life/disability premium | $444.78 |
| 7-Jul | 3139 | Instacart | Groceries/household supplies | $115.61 |
| 7-Jul | 3139 | Amwins Connect Administrators | Group life/disability premium | $36.50 |
| 9-Jul | 3139 | AFLAC | Supplemental insurance premium | $2,673.09 |
| 9-Jul | 3139 | Best Locksmith | Maintenance/supplies | $75.00 |
| 10-Jul | 3139 | Comcast/Xfinity | Cable/internet service | $623.74 |
| 10-Jul | 3139 | AFCO Direct | Insurance premium financing | $2,374.37 |
| 10-Jul | 3139 | Comcast/Xfinity | Cable/internet service | $1,700.00 |
| 10-Jul | 3139 | Comcast/Xfinity | Cable/internet service | $918.97 |
| 13-Jul | 3139 | UPS | Shipping | $173.54 |
| 14-Jul | 3139 | Exxon | Fuel | $77.77 |
| 14-Jul | 3139 | USPS | Shipping | $212.00 |
| 14-Jul | 3139 | Instacart | Groceries/household supplies | $251.26 |
| 14-Jul | 3139 | Instacart | Groceries/household supplies | $184.60 |
| 15-Jul | 3139 | Fort Lincoln Pharmacy | Pharmacy | $72.22 |
| 16-Jul | 3139 | Amazon | Supplies | $39.19 |
| 16-Jul | 3139 | Amazon | Supplies | $44.50 |
| 16-Jul | 3139 | eFax (Consensus.com) | Fax service subscription | $42.39 |
| 16-Jul | 3139 | U-Haul | Moving/Storage | $182.43 |
| 17-Jul | 3139 | Amazon | Supplies | $304.82 |
| 20-Jul | 3139 | Amazon | Supplies | $36.34 |
| 21-Jul | 3139 | DC Water | Utilities | $433.84 |

**Exhibit D - Cash Disbursements**

| | | | | |
|---|---|---|---|---|
| 21-Jul | 3139 | DC Water | Utilities | $1,795.65 |
| 21-Jul | 3139 | Instacart | Groceries/household supplies | $144.90 |
| 21-Jul | 3139 | Instacart | Groceries/household supplies | $149.77 |
| 22-Jul | 3139 | Exxon | Fuel | $77.93 |
| 23-Jul | 3139 | Psychiatric Center Charter | Rent | $742.25 |
| 28-Jul | 3139 | Instacart | Groceries/household supplies | $1.73 |
| 28-Jul | 3139 | Exxon | Fuel | $60.55 |
| 28-Jul | 3139 | Instacart | Groceries/household supplies | $152.67 |
| 29-Jul | 3139 | Online Citation PA | Vendor payment - description limited | $79.95 |
| 29-Jul | 3139 | Kay Cee LTC Pharmacy | Pharmacy | $1,769.36 |
| 29-Jul | 3139 | UPS | Shipping | $178.42 |
| 30-Jul | 3139 | The Home Depot | Maintenance/supplies | $39.20 |
| | | | **Subtotal, Other Withdrawals - Account 3139** | **$33,928.41** |
| **Date** | **Account** | **Payee** | **Purpose** | **Amount** |
| **Account 4856 - Payroll - Truist Checking - Checks Cleared** | | | | |
| 2-Jul | 4856 | Gwendolyn Bardwell | Check 28979 | $4,061.46 |
| 7-Jul | 4856 | Robert Bailey | Check 28971 | $777.83 |
| 8-Jul | 4856 | Sarah Bangura | Check 28956 | $742.62 |
| 9-Jul | 4856 | Cynthia Edmonds | Check 28965 | $1,137.62 |
| 9-Jul | 4856 | Cynthia Edmonds | Check 29003 | $707.70 |
| 10-Jul | 4856 | Robin Crim | Check 28900 | $1,373.24 |
| 10-Jul | 4856 | Spencer Johnson | Check 28936 | $1,784.22 |
| 10-Jul | 4856 | Joyce Drumming | Check 28937 | $1,706.01 |
| 10-Jul | 4856 | Leonard Lucas | Check 28944 | $1,799.66 |
| 10-Jul | 4856 | Leonard Lucas | Check 28983 | $1,799.66 |
| 10-Jul | 4856 | Doris Sanchez | Check 29025 | $1,156.63 |
| 10-Jul | 4856 | Dewayne Johnson | Check 29050 | $1,215.64 |
| 14-Jul | 4856 | Marie Germain | Check 28982 | $1,103.80 |
| 14-Jul | 4856 | Anthony Beale | Check 28953 | $1,093.77 |
| 14-Jul | 4856 | Joseph Ransom | Check 28955 | $760.86 |
| 14-Jul | 4856 | Genevieve Kolako | Check 28959 | $1,246.91 |
| 14-Jul | 4856 | Jin Leroy | Check 28960 | $888.55 |
| 14-Jul | 4856 | Richard Mongue | Check 28961 | $973.28 |
| 14-Jul | 4856 | Bai Wurie | Check 28963 | $1,708.19 |
| 14-Jul | 4856 | Henry Kamara | Check 28974 | $938.76 |
| 14-Jul | 4856 | Khalaya Myers | Check 28984 | $1,515.21 |
| 14-Jul | 4856 | Justin Njassu | Check 28986 | $1,132.57 |
| 14-Jul | 4856 | Ernest Renner | Check 29000 | $732.22 |
| 14-Jul | 4856 | Marie Germain | Check 29019 | $1,103.81 |
| 14-Jul | 4856 | Justin Njassu | Check 29023 | $1,132.59 |
| 14-Jul | 4856 | Tammy Upshaw | Check 29026 | $1,425.20 |
| 14-Jul | 4856 | Jenee Renner | Check 29058 | $2,145.49 |
| 14-Jul | 4856 | Ernest Renner | Check 29072 | $748.01 |

## Exhibit D - Cash Disbursements

| | | | | |
|---|---|---|---|---|
| 15-Jul | 4856 | Isatu Kamara | Check 28966 | $1,076.79 |
| 15-Jul | 4856 | Foday Kamara | Check 28973 | $974.26 |
| 20-Jul | 4856 | Kendall Brooks | Check 28957 | $92.48 |
| 20-Jul | 4856 | Rosalind Hines | Check 29049 | $940.57 |
| 23-Jul | 4856 | Gwendolyn Bardwell | Check 29017 | $4,061.46 |
| 24-Jul | 4856 | Khalaya Myers | Check 29021 | $1,393.85 |
| 24-Jul | 4856 | Doris Sanchez | Check 29059 | $1,070.30 |
| 24-Jul | 4856 | Tammy Upshaw | Check 29060 | $1,306.54 |
| 24-Jul | 4856 | Rosalind Hines | Check 29082 | $863.98 |
| 24-Jul | 4856 | Dewayne Johnson | Check 29083 | $1,112.73 |
| 27-Jul | 4856 | Souleymane Bah | Check 28952 | $991.95 |
| 28-Jul | 4856 | Megebnesh Weldearegay | Check 28969 | $812.16 |
| 28-Jul | 4856 | Bai Wurie | Check 29001 | $2,512.33 |
| 30-Jul | 4856 | Michael Fondungallah | Check 28954 | $1,279.99 |
| | | | **Subtotal, Checks - Account 4856** | **$55,400.90** |
| **Account 4856 - Payroll - Truist Checking - Other Withdrawals/Debits** | | | | |
| 10-Jul | 4856 | Paychex (PC premium - PIA-PC) | Payroll processing fee | $41.67 |
| 10-Jul | 4856 | Truist | Returned item fee | $36.00 |
| 14-Jul | 4856 | Paychex (garnishment) | Wage garnishment remittance | $495.00 |
| 14-Jul | 4856 | Paychex (WC premium - PIA-WC) | Workers' comp premium | $552.36 |
| 14-Jul | 4856 | Paychex (invoice - OAB) | Payroll processing fee | $2,361.32 |
| 15-Jul | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $564.02 |
| 16-Jul | 4856 | Truist | Returned item fee | $36.00 |
| 17-Jul | 4856 | Truist | Returned item fee | $36.00 |
| 17-Jul | 4856 | Truist | Returned item fee | $36.00 |
| 20-Jul | 4856 | Paychex (invoice -OAB) | Payroll processing fee | $360.82 |
| 21-Jul | 4856 | Truist | Returned item fee | $25.00 |
| 24-Jul | 4856 | ACE Cash Express | | $1,824.78 |
| 29-Jul | 4856 | Paychex (WC premium - PIA-WC) | Workers' comp premium | $387.25 |
| 30-Jul | 4856 | Paychex-HRS (401(k)) | 401(k) remittance | $394.30 |
| 30-Jul | 4856 | Paychex (invoice -OAB) | Payroll processing fee | $2,228.02 |
| | | | **Subtotal, Other Withdrawals - Account 4856** | **$9,378.54** |
| **Account 4518 - MTM** | | | | |
| 21-Jul | 4518 | Truist | Bank service charge (prior period) | $15.00 |
| | | | **Subtotal, Account 4518** | **$15.00** |
| **Account 8885 - Client Funds - Truist** | | | | |
| 21-Jul | 8885 | Truist | Bank service charge (prior period) | $135.50 |
| | | | **Subtotal, Account 8885** | **$135.50** |
| **Account 8923 - Client Funds - Truist** | | | | |
| 21-Jul | 8923 | Truist | Justin Njassu - Check 2994 | $1,702.00 |
| | | | **Subtotal, Account 8923** | **$1,702.00** |
| **Account 8799- Truist Checking - Checks Cleared** | | | | |
| 30-Jul | 8799 | Kayla Becton | Check 1035 | $1,038.00 |

**Exhibit D - Cash Disbursements**

| | | | | |
|---|---|---|---|---|
| 2-Jul | 8799 | Ferdinand Kweh | Check 1017 | $480.00 |
| 2-Jul | 8799 | Kayla Becton | Check 1018 | $2,776.50 |
| 7-Jul | 8799 | Devon Burke | Check 1019 | $426.00 |
| 2-Jul | 8799 | Prince Dike | Check 1020 | $1,571.10 |
| 2-Jul | 8799 | Elvis James | Check 1021 | $1,353.60 |
| 2-Jul | 8799 | Mercy Yunmbam | Check 1022 | $1,800.00 |
| 2-Jul | 8799 | Miles & Monroe,LLC | Check 1023 | $300.00 |
| 2-Jul | 8799 | Stephen Ngulefac | Check 1024 | $670.50 |
| 2-Jul | 8799 | Mami Domoah Quarshe | Check 1025 | $608.00 |
| 2-Jul | 8799 | Tyesha K. Stephens | Check 1026 | $1,557.00 |
| 3-Jul | 8799 | Lekeanju Tayoh | Check 1027 | $1,857.00 |
| 2-Jul | 8799 | Gary Priest | Check 1028 | $3,960.00 |
| 2-Jul | 8799 | Shaki Brew | Check 1032 | $3,115.00 |
| 2-Jul | 8799 | Dada Okusanya | Check 1033 | $3,020.00 |
| 30-Jul | 8799 | Devon Burke | Check 1036 | $237.00 |
| 20-Jul | 8799 | Prince Dike | Check 1038 | $960.00 |
| 31-Jul | 8799 | Elvis James | Check 1039 | $768.00 |
| 17-Jul | 8799 | Mercy Yunmbam | Check 1040 | $1,470.00 |
| 27-Jul | 8799 | Miles & Monroe,LLC | Check 1041 | $300.00 |
| 20-Jul | 8799 | Stephen Ngulefac | Check 1042 | $270.00 |
| 17-Jul | 8799 | Mami Domoah Quarshe | Check 1043 | $608.00 |
| 17-Jul | 8799 | Tyesha K. Stephens | Check 1044 | $882.00 |
| 17-Jul | 8799 | Lekeanju Tayoh | Check 1045 | $1,920.00 |
| 17-Jul | 8799 | Gary Priest | Check 1046 | $3,795.00 |
| 20-Jul | 8799 | Alimamy Tarawallie | Check 1048 | $690.00 |
| 31-Jul | 8799 | Mami Domoah Quarshe | Check 1061 | $608.00 |
| 31-Jul | 8799 | Tyesha K. Stephens | Check 1062 | $417.00 |
| 31-Jul | 8799 | Gary Priest | Check 1063 | $2,640.00 |
| | | | **Subtotal, Account 8799** | **$40,097.70** |
| | | | | |
| | | | **TOTAL CASH DISBURSEMENTS** | **$149,385.24** |

## Exhibit E - Payables (July 2026)

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 7/15/26 | Internal Revenue Service | Payroll Taxes | $14,041.70 |
| 7/15/26 | MD Revenue Services | Payroll Taxes | $2,532.22 |
| 7/15/26 | DC Office of Taxes and Revenue | Payroll Taxes | $1,460.81 |
| 7/15/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 7/15/26 | AL Income Taxes | Payroll Taxes | $72.33 |
| 7/30/26 | Internal Revenue Service | Payroll Taxes | $10,795.67 |
| 7/30/26 | MD Revenue Services | Payroll Taxes | $1,938.91 |
| 7/30/26 | VA Income Taxes | Payroll Taxes | $71.60 |
| 7/30/26 | AL Income Taxes | Payroll Taxes | $72.33 |
| 7/30/26 | DC Office of Taxes and Revenue | Payroll Taxes | $1,078.30 |
| | | **Subtotal, taxes** | **$32,135.47** |
| **Date** | **Payee** | **Purpose** | **Amount** |
| **Other Bills** | | | |
| | | | |
| | Comcast | Utility | $1,950.00 |
| | DC Water | Utility | $3,950.00 |
| | Pepco | Utility | $975.00 |
| | AFCO Direct | Insurance | $4,450.00 |
| | CareFirst | Insurance | $69,500.00 |
| | Philadelphia Liability | Insurance | $26,670.00 |
| | | **Subtotal, other bills** | **$107,495.00** |
| | | **TOTAL OUTSTANDING BILLS** | $139,630.47 |

## Exhibit F

| Agency | Description | Amount |
|---|---|---|
| DBH | Residential | $25,806.00 |
| DBH | Payment due for services provided by Life Stride, Inc. | $67,922.12 |
| | **TOTAL OWED** | **$93,728.12** |

TRUIST

464-02-01-00 24503 0 C 001 30 50 004
LIFE STRIDE INC
OPERATING ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## ▪ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139

### Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $11,216.52 |
| Checks | - 8,727.19 |
| Other withdrawals, debits and service charges | - 136,193.85 |
| Deposits, credits and interest | + 139,377.29 |
| **Your new balance as of 07/31/2026** | **= $5,672.77** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/27 | 9321 | 1,579.60 | 07/10 | 9333 | 494.00 | 07/20 | *9339 | 1,547.00 |
| 07/02 | *9331 | 416.67 | 07/20 | 9334 | 502.60 | 07/14 | 9340 | 1,875.00 |
| 07/02 | 9332 | 416.67 | 07/13 | *9336 | 1,895.65 | | | |

* indicates a skip in sequential check numbers above this item

**Total checks** **= $8,727.19**

### Other withdrawals, debits and service charges

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | DEBIT CARD PURCHASE UPS*1ZZ4TG15152007 07-01 800-811-1648 GA 7102 | 182.68 |
| 07/02 | DEBIT CARD PURCHASE STAPLES.COM 0900 06-29 800-333-3330 MA 7102 | 255.30 |
| 07/02 | DEBIT CARD PURCHASE FEDEX OFFICE 2474 07-01 TAMPA FL 7102 | 135.95 |
| 07/02 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 5,465.44 |
| 07/02 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 3,600.00 |
| 07/02 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 3,200.00 |
| 07/02 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260702-00023720 | 4,908.80 |
| 07/02 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260702-00024040 | 3,182.70 |
| 07/02 | BUS ONLINE DOMESTIC WIRE WIRE REF# 20260702-00024122 | 3,182.70 |
| 07/02 | BUS ONLINE ACH SETTLEMENT | 2,454.39 |
| 07/02 | BUS ONLINE ACH SETTLEMENT | 3,130.54 |
| 07/03 | DEBIT CARD PURCHASE IC* INSTACART 07-02 INSTACART.COM CA 7102 | 265.88 |
| 07/06 | DEBIT CARD RECURRING PYMT CCSI EFAX 07-04 CONSENSUS.COM CA 7102 | 20.13 |
| 07/07 | DEBIT CARD PURCHASE IC* INSTACART 07-06 INSTACART.COM CA 7102 | 115.61 |
| 07/07 | ACH CORP DEBIT PAYMENTREQ SUN LIFE CANADA LIFE STRIDE INCCUSTOMER ID 1975337 | 444.78 |
| 07/07 | ACH CORP DEBIT GROUP BENE AMWINS CONNECT A LIFE STRIDE, INC.CUSTOMER ID 9000070022 | 36.50 |
| 07/09 | DEBIT CARD PURCHASE SQ *BEST LOCKSMITH 07-08 gosq.com MD 7102 | 75.00 |
| 07/09 | ACH CORP DEBIT ACHPMT AFLAC COLUMBUS LifeStrideInc CUSTOMER ID 123892833 | 2,673.09 |
| 07/10 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 6420332 | 623.74 |
| 07/10 | INTERNET PAYMENT CABLE SVCS COMCAST-XFINITY 6420042 | 918.97 |
| 07/10 | ACH CORP DEBIT CABLE SVCS COMCAST CORP Life *Stride inc CUSTOMER ID 6420031 | 1,700.00 |

*continued*

## ■ TRUIST DYNAMIC BUSINESS CHECKING - PLUS TIER [redacted]3139 (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/10 | ACH CORP DEBIT PAYMENTS AFCO DIRECT LIFE-STRIDE INC CUSTOMER ID 32564882 | 2,374.37 |
| 07/10 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 8,000.00 |
| 07/13 | DEBIT CARD PURCHASE UPS*1ZTLH773150000 07-10 800-811-1648 GA 7102 | 173.54 |
| 07/14 | DEBIT CARD PURCHASE IC* INSTACART 07-13 INSTACART.COM CA 7102 | 184.60 |
| 07/14 | DEBIT CARD PURCHASE IC* INSTACART 07-13 INSTACART.COM CA 7102 | 251.26 |
| 07/14 | DEBIT CARD PURCHASE USPS PO 1049610222 07-13 WASHINGTON DC 7102 | 212.00 |
| 07/14 | DEBIT CARD PURCHASE EXXON DENYA, INCOR 07-13 WASHINGTON DC 7102 | 77.77 |
| 07/14 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 20,000.00 |
| 07/15 | DEBIT CARD PURCHASE FORT LINCOLN PHARM 07-14 WASHINGTON DC 7102 | 72.22 |
| 07/15 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,500.00 |
| 07/16 | DEBIT CARD PURCHASE U-HAUL MOVING & ST 07-14 WASHINGTON DC 7102 | 182.43 |
| 07/16 | DEBIT CARD PURCHASE AMAZON MKTPL*NV9QK 07-15 Amzn.com/bill WA 7102 | 39.19 |
| 07/16 | DEBIT CARD PURCHASE AMAZON MKTPL*5W8D4 07-15 Amzn.com/bill WA 7102 | 44.50 |
| 07/16 | DEBIT CARD RECURRING PYMT CCSI EFAX 07-16 CONSENSUS.COM CA 7102 | 42.39 |
| 07/16 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 07/17 | DEBIT CARD PURCHASE AMAZON MKTPL*SM16A 07-16 Amzn.com/bill WA 7102 | 304.82 |
| 07/17 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 12,000.00 |
| 07/20 | DEBIT CARD PURCHASE AMAZON MKTPL*LA3S4 07-18 Amzn.com/bill WA 7102 | 36.34 |
| 07/20 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,800.00 |
| 07/21 | DEBIT CARD PURCHASE IC* INSTACART 07-20 INSTACART.COM CA 7102 | 144.90 |
| 07/21 | DEBIT CARD PURCHASE IC* INSTACART 07-20 INSTACART.COM CA 7102 | 149.77 |
| 07/21 | INTERNET PAYMENT RES-WATER DC WATER 0527901 | 433.84 |
| 07/21 | INTERNET PAYMENT RES-WATER DC WATER 0527900 | 1,795.65 |
| 07/22 | DEBIT CARD PURCHASE EXXON DENYA, INCOR 07-21 WASHINGTON DC 7102 | 77.93 |
| 07/22 | TRUIST ONLINE TRANSFER ONLINE TO ****8885 - | 100.00 |
| 07/23 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 8,000.00 |
| 07/23 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 4,500.00 |
| 07/23 | BUS ONLINE ACH SETTLEMENT | 742.25 |
| 07/24 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 6,000.00 |
| 07/27 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 07/28 | DEBIT CARD PURCHASE IC* INSTACART 07-27 INSTACART.COM CA 7102 | 152.67 |
| 07/28 | DEBIT CARD PURCHASE EXXON DENYA, INCOR 07-27 WASHINGTON DC 7102 | 60.55 |
| 07/28 | DEBIT CARD PURCHASE IC* INSTACART 07-27 INSTACART.COM CA 7102 | 1.73 |
| 07/28 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 5,000.00 |
| 07/29 | DEBIT CARD PURCHASE ONLINE CITATION PA 07-28 301-552-6420 MD 7102 | 79.95 |
| 07/29 | ACH CORP DEBIT Pharmacy Kay Cee LTC Phar LIFE STRIDE INC CUSTOMER ID 662606695 | 1,769.36 |
| 07/29 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 500.00 |
| 07/30 | DEBIT CARD PURCHASE UPS*1Z83HE6T153215 07-29 800-811-1648 GA 7102 | 178.42 |
| 07/30 | DEBIT CARD PURCHASE THE HOME DEPOT #25 07-28 HYATTSVILLE MD 7102 | 39.20 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 12,600.00 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,000.00 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE TO ****8799 - | 5,000.00 |
| Total other withdrawals, debits and service charges | | = $136,193.85 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 8,500.00 |
| 07/02 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01681591-*HCCLAIMPMT*DC MMISXX~ | 13,663.60 |
| 07/06 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 5,000.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 7,000.00 |
| 07/10 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01682629-*HCCLAIMPMT*DC MMISXX~ | 5,394.85 |
| 07/13 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 500.00 |
| 07/14 | EDI PYMNTS DISTRICT OF COLU 0011LIFE STRIDE, INC CUSTOMER ID 2170170 | 27,956.50 |
| 07/17 | TRUIST ONLINE TRANSFER ONLINE FROM ****4856 - | 600.00 |
| 07/17 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01683903-*HCCLAIMPMT*DC MMISXX~ | 11,467.73 |
| 07/20 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2171054 | 8,349.00 |
| 07/22 | DEPOSIT | 15,224.86 |
| 07/24 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01684546-*HCCLAIMPMT*DC MMISXX~ | 4,170.60 |
| 07/28 | EDI PYMNTS DISTRICT OF COLU 0009LIFE STRIDE, INC CUSTOMER ID 2172650 | 8,855.00 |
| 07/31 | HCCLAIMPMT DISTRICT OF COLU LIFE STRIDE, INC TRN*1*01686041-*HCCLAIMPMT*DC MMISXX~ | 22,695.15 |
| Total deposits, credits and interest | | = $139,377.29 |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68080 0 C 001 26 S 66 002
LIFE STRIDE INC
MTM/DHS ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ■ BUSINESS VALUE 200 CHECKING [redacted]4518

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $46.79 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 15.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 07/31/2026** | **= $31.79** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 15.00 |
| **Total other withdrawals, debits and service charges** | | **= $15.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 42 C 001 19 S 66 002
LIFE STRIDE INC
PAYROLL ACCT
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ■ BUSINESS VALUE 500 CHECKING [redacted]4856

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $1,124.12 |
| Checks | - 55,400.90 |
| Other withdrawals, debits and service charges | - 10,014.54 |
| Deposits, credits and interest | + 71,836.00 |
| **Your new balance as of 07/31/2026** | **= $7,544.68** |

**Checks**

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/10 | 28900 | 1,373.24 | 07/09 | *28965 | 1,137.62 | 07/23 | *29017 | 4,061.46 |
| 07/10 | *28936 | 1,784.22 | 07/15 | 28966 | 1,076.79 | 07/14 | *29019 | 1,103.81 |
| 07/10 | 28937 | 1,706.01 | 07/28 | *28969 | 812.16 | 07/24 | *29021 | 1,393.85 |
| 07/10 | *28944 | 1,799.66 | 07/07 | *28971 | 777.83 | 07/14 | *29023 | 1,132.59 |
| 07/27 | *28952 | 991.95 | 07/15 | *28973 | 974.26 | 07/10 | *29025 | 1,156.63 |
| 07/14 | 28953 | 1,093.77 | 07/14 | 28974 | 938.76 | 07/14 | 29026 | 1,425.20 |
| 07/30 | 28954 | 1,279.99 | 07/02 | *28979 | 4,061.46 | 07/20 | *29049 | 940.57 |
| 07/14 | 28955 | 760.86 | 07/14 | *28982 | 1,103.80 | 07/10 | 29050 | 1,215.64 |
| 07/08 | 28956 | 742.62 | 07/10 | 28983 | 1,799.66 | 07/14 | *29058 | 2,145.49 |
| 07/20 | 28957 | 92.48 | 07/14 | 28984 | 1,515.21 | 07/24 | 29059 | 1,070.30 |
| 07/14 | *28959 | 1,246.91 | 07/14 | *28986 | 1,132.57 | 07/24 | 29060 | 1,306.54 |
| 07/14 | 28960 | 888.55 | 07/14 | *29000 | 732.22 | 07/14 | *29072 | 748.01 |
| 07/14 | 28961 | 973.28 | 07/28 | 29001 | 2,512.33 | 07/24 | *29082 | 863.98 |
| 07/14 | *28963 | 1,708.19 | 07/09 | *29003 | 707.70 | 07/24 | 29083 | 1,112.73 |

* indicates a skip in sequential check numbers above this item

**Total checks = $55,400.90**

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/10 | ACH CORP DEBIT PC-PREMIUM PIA-PC LIFE STRIDE INC CUSTOMER ID 0000050561978 | 41.67 |
| 07/10 | RETURNED ITEM FEE | 36.00 |
| 07/14 | ACH CORP DEBIT GARNISH PAYCHEX CGS LIFE STRIDE INC CUSTOMER ID COL0126399157 | 495.00 |
| 07/14 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050553786 | 552.36 |
| 07/14 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X17592800001288 | 2,361.32 |
| 07/15 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000051923544 | 564.02 |
| 07/16 | RETURNED ITEM FEE | 36.00 |
| 07/17 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 600.00 |
| 07/17 | RETURNED ITEM FEE | 36.00 |
| 07/17 | RETURNED ITEM FEE | 36.00 |

*continued*

■ **BUSINESS VALUE 500 CHECKING [redacted] 4856 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/20 | ACH CORP DEBIT INVOICE PAYCHEX-OAB LIFE STRIDE INC CUSTOMER ID YrA93FnPqImP3kW | 360.82 |
| 07/20 | RETURNED ITEM FEE NOT CHARGED | 36.00 |
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 25.00 |
| 07/24 | TELEPHONE PAYMENT TELEPHONE ACE CASH EXPRESS 000000010268704 | 1,824.78 |
| 07/29 | ACH CORP DEBIT WC-PREMIUM PAYX-PIA-WC LIFE STRIDE INC CUSTOMER ID 0000050656434 | 387.25 |
| 07/30 | ACH CORP DEBIT 401(K) PAYCHEX-HRS LIFE STRIDE INC CUSTOMER ID 0000052088214 | 394.30 |
| 07/30 | ACH CORP DEBIT INVOICE PAYCHEX EIB LIFE STRIDE INC CUSTOMER ID X17848900005259 | 2,228.02 |
| Total other withdrawals, debits and service charges | | = $10,014.54 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,200.00 |
| 07/07 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 2,000.00 |
| 07/08 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,000.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 500.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,000.00 |
| 07/10 | TRUIST ONLINE TRANSFER ONLINE FROM ****8772 - | 1,700.00 |
| 07/10 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 8,000.00 |
| 07/13 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,000.00 |
| 07/14 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,100.00 |
| 07/14 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 20,000.00 |
| 07/15 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,500.00 |
| 07/16 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 07/20 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,800.00 |
| 07/20 | REPRESENTED ITEM 36 | 36.00 |
| 07/23 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 4,500.00 |
| 07/23 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 8,000.00 |
| 07/24 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 6,000.00 |
| 07/27 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 1,000.00 |
| 07/28 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 5,000.00 |
| 07/29 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 500.00 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 2,000.00 |
| Total deposits, credits and interest | | = $71,836.00 |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68080 0 C 001 30 S 66 002
LIFE STRIDE INC
1414 C STREET NE
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your consolidated statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS VALUE 200 CHECKING | [redacted]8748 | 188.10 | page 1 |
| BUSINESS VALUE 200 CHECKING | [redacted]8772 | 66.60 | page 1 |
| BUSINESS VALUE 200 CHECKING | [redacted]8799 | 13,569.12 | page 2 |
| **Total checking and money market savings accounts** | | **$13,823.82** | |

## Checking and money market savings accounts

### ■ BUSINESS VALUE 200 CHECKING [redacted]8748

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $188.10 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 07/31/2026** | **= $188.10** |

### ■ BUSINESS VALUE 200 CHECKING [redacted]8772

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $1,766.60 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 1,700.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 07/31/2026** | **= $66.60** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/10 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,700.00 |
| **Total other withdrawals, debits and service charges** | | **= $1,700.00** |



0014421

## ■ BUSINESS VALUE 200 CHECKING [redacted]8799

### Account summary

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $15,001.38 |
| Checks | - 40,097.70 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 38,665.44 |
| **Your new balance as of 07/31/2026** | **= $13,569.12** |

### Checks

| DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) | DATE | CHECK # | AMOUNT($) |
|---|---|---|---|---|---|---|---|---|
| 07/02 | 1017 | 480.00 | 07/03 | 1027 | 1,857.00 | 07/20 | 1042 | 270.00 |
| 07/02 | 1018 | 2,776.50 | 07/02 | 1028 | 3,960.00 | 07/17 | 1043 | 608.00 |
| 07/07 | 1019 | 426.00 | 07/02 | *1032 | 3,115.00 | 07/17 | 1044 | 882.00 |
| 07/02 | 1020 | 1,571.10 | 07/02 | 1033 | 3,020.00 | 07/17 | 1045 | 1,920.00 |
| 07/02 | 1021 | 1,353.60 | 07/17 | *1035 | 1,038.00 | 07/17 | 1046 | 3,795.00 |
| 07/02 | 1022 | 1,800.00 | 07/30 | 1036 | 237.00 | 07/20 | *1048 | 690.00 |
| 07/07 | 1023 | 300.00 | 07/20 | *1038 | 960.00 | 07/31 | *1061 | 608.00 |
| 07/02 | 1024 | 670.50 | 07/31 | 1039 | 768.00 | 07/31 | 1062 | 417.00 |
| 07/02 | 1025 | 608.00 | 07/17 | 1040 | 1,470.00 | 07/31 | 1063 | 2,640.00 |
| 07/02 | 1026 | 1,557.00 | 07/27 | 1041 | 300.00 | | | |

* indicates a skip in sequential check numbers above this item

**Total checks = $40,097.70**

### Deposits, credits and interest

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 3,600.00 |
| 07/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 5,465.44 |
| 07/17 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 12,000.00 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 5,000.00 |
| 07/31 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 12,600.00 |
| **Total deposits, credits and interest** | | **= $38,665.44** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
CLIENT FUNDS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ BUSINESS VALUE 200 CHECKING [redacted]8885

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $2,986.64 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 29,535.50 |
| Deposits, credits and interest | + 29,159.18 |
| **Your new balance as of 07/31/2026** | **= $2,610.32** |

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | TRUIST ONLINE TRANSFER ONLINE TO ****8923 - | 1,800.00 |
| 07/02 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 8,500.00 |
| 07/06 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 5,000.00 |
| 07/07 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 2,000.00 |
| 07/08 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 500.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 7,000.00 |
| 07/09 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 07/13 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,000.00 |
| 07/13 | TRUIST ONLINE TRANSFER ONLINE TO ****3139 - | 500.00 |
| 07/14 | TRUIST ONLINE TRANSFER ONLINE TO ****4856 - | 1,100.00 |
| 07/21 | SERVICE CHARGES - PRIOR PERIOD | 135.50 |
| **Total other withdrawals, debits and service charges** | | **= $29,535.50** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/01 | XXSUPP SEC SSI TREAS 310 7SSI LIFE STRIDE | 903.00 |
| 07/01 | RFMS B345 NDC A#156133743 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 07/01 | XXSUPP SEC SSI TREAS 310 3SSI LIFE STRIDE | 1,675.00 |
| 07/02 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 476.40 |
| 07/02 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR JOHN C | 785.40 |
| 07/02 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR | 815.40 |
| 07/02 | XXSOC SEC SSA TREAS 310 ASSA LIFE STRIDE FOR SIDNEY | 1,420.00 |
| 07/02 | DEPOSIT | 1,650.00 |
| 07/02 | RFMS B345 NDC A#156211248 XXXX LIFE STRIDE RENT - ACH | 3,068.00 |
| 07/03 | RFMS 8455 NDC A#156136012 XXXX LIFE STRIDE, INC. ACH | 1,534.00 |
| 07/03 | RFMS B345 NDC A#156213845 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 07/07 | DEPOSIT | 3,027.16 |

*continued*

■ **BUSINESS VALUE 200 CHECKING [redacted] 8885 (continued)**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/08 | DEPOSIT | 6,524.82 |
| 07/09 | RFMS B345 NDC A#156540844 XXXX LIFE STRIDE RENT - ACH | 1,534.00 |
| 07/22 | TRUIST ONLINE TRANSFER ONLINE FROM ****3139 - | 100.00 |
| 07/31 | XXSUPP SEC SSI TREAS 310 7SSI LIFE STRIDE | 903.00 |
| 07/31 | XXSUPP SEC SSI TREAS 310 3SSI LIFE STRIDE | 1,675.00 |
| **Total deposits, credits and interest** | | **= $29,159.18** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 1 C 001 30 S 66 002
LIFE STRIDE INC
FOR SOCIAL SECURITY BENEFICIARIES
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774-8802

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ▪ BUSINESS VALUE 200 CHECKING [redacted]8923

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $79.45 |
| Checks | - 1,702.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 1,800.00 |
| **Your new balance as of 07/31/2026** | **= $177.45** |

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 07/02 | 2994 | 1,702.00 |
| **Total checks** | | **= $ 1,702.00** |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 07/02 | TRUIST ONLINE TRANSFER ONLINE FROM ****8885 - | 1,800.00 |
| **Total deposits, credits and interest** | | **= $1,800.00** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**
Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**
If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | | |
|---|---|---|
| 1. | List the new balance of your account from your latest statement here: | |
| 2. | Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. | Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. | Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. | Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

| Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Outstanding Deposits and Other Credits (Section B) | | | |
|---|---|---|---|
| Date/Type | Amount | Date/Type | Amount |
| | | | |

TRUIST

999-99-99-99 68081 0 C 001 30 S 66 002
LIFE STRIDE INC
MEDICAID ACCT
3005 BLADENSBURG RD NE STE 1
WASHINGTON DC 20018-2265

# Your account statement

For 07/31/2026

## Contact us

Truist.com

(844) 4TRUIST or
(844) 487-8478

### ■ BUSINESS VALUE 200 CHECKING [redacted]9237

**Account summary**

| | |
|---|---|
| Your previous balance as of 06/30/2026 | $14.80 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| **Your new balance as of 07/31/2026** | **= $14.80** |

# Questions, comments or errors?

For general questions/comments or to report errors about your statement or account, please call us at 1-844-4TRUIST (1-844-487-8478) 24 hours a day, 7 days a week. Truist Care Center teammates are available to assist you from 8am – 8pm EST Monday-Friday and 8am – 5pm EST on Saturday. You may also contact your local Truist branch. To locate a Truist branch in your area, please visit Truist.com.

**Electronic fund transfers (For Consumer Accounts Only. Commercial Accounts refer to the Commercial Bank Services Agreement.)**

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, IMMEDIATELY call 1-844-487-8478 or write to:

Fraud Management
P.O. Box 1014
Charlotte, NC 28201

Tell us as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and deposit account number (if any)
- Describe the error or transfer you are unsure of, and explain as clearly as you can why you believe it is an error or why you need more information
- Tell us the dollar amount of the suspected error

If you tell us orally, we may require that you also send us your complaint or question in writing within ten (10) business days. We will tell you the results of our investigation within ten (10) business days after we hear from you, and we will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or questions for ATM transactions made within the United States and up to ninety (90) days for new accounts, foreign initiated transactions and point-of-sale transactions. If we decide to do this, we will re-credit your account within ten (10) business days for the amount you think is in error, minus a maximum of $50. If we ask you to put your complaint in writing, and we do not receive it within ten (10) business days, we may not re-credit your account and you will not have use of the money during the time it takes us to complete our investigation.

Tell us AT ONCE if you believe your access device has been lost or stolen, or someone may have electronically transferred money from your account without your permission, or someone has used information from a check to conduct an unauthorized electronic fund transfer. If you tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, you can lose no more than $50 if someone makes electronic transfers without your permission.

If you do NOT tell us within two (2) business days after you learn of the loss or theft of your access device or the unauthorized transaction, and we can prove we could have stopped someone from making electronic transfers without your permission if you had told us, you could lose as much as $500. Also, if your periodic statement shows transfers you did not make, tell us at once. If you do not tell us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days if we can prove we could have stopped someone from taking the money if you had told us in time.

**Important information about your Truist Ready Now Credit Line Account**

Once advances are made from your Truist Ready Now Credit Line Account, an INTEREST CHARGE will automatically be imposed on the account's outstanding "Average daily balance." The INTEREST CHARGE is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid INTEREST CHARGE. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

**Billing Rights Summary**

If you believe your **Truist Ready Now Credit Line statement** contains an error, please notify us in writing within sixty (60) days of the date the error FIRST appeared. Written correspondence must be sent to:

Truist Ready Now Credit Line Disputed Payments
PO Box 849
Wilson, NC 27894

You may contact us by phone; telephone inquiries do not obligate us to investigate and may result in your responsibility for the disputed amount.
Your written notice should include:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error and an explanation of why you believe it is incorrect

During our investigation process:

- We cannot try to collect the amount in question, or report you as delinquent on that amount
- The change may remain on your statement and accrue interest; however, if an error is confirmed, you will not be liable for the amount in question or any interest or other fees related to that amount
- You are required to pay all other amounts not in dispute
- We can apply any unpaid amount against your credit limit

**Mail-in deposits**

Deposits can be made at a Truist ATM or using Truist Mobile Banking.
If you wish to mail a deposit, please send a deposit ticket and check to the following address (Please do not send cash):

Central Processing
MC:306-40-04-25
P.O. Box 27572
Richmond, VA 23261-7572

**Change of address**
If you need to change your address, please visit your local Truist branch or call Truist Care Center at 1-844-4TRUIST (1-844-487-8478).

| How to Reconcile Your Account | |
|---|---|
| 1. List the new balance of your account from your latest statement here: | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | |
| 3. Subtract the amount in Line 2 above from the amount in Line 1 above and enter the total here: | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | |
| 5. Add the amount in Line 4 to the amount in Line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | |

**Outstanding Checks and Other Debits (Section A)**

| Date/Check # | Amount | Date/Check # | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Outstanding Deposits and Other Credits (Section B)**

| Date/Type | Amount | Date/Type | Amount |
|---|---|---|---|
| | | | |

Life Stride Inc.

**1010 Truist Checking 3139, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 11,216.52 |
| Checks and payments cleared (71) | -144,921.04 |
| Deposits and other credits cleared (14) | 139,377.29 |
| Statement ending balance | 5,672.77 |
| Uncleared transactions as of 07/31/2026 | -57,073.92 |
| Register balance as of 07/31/2026 | -51,401.15 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -299.29 |
| Register balance as of 08/06/2026 | -51,700.44 |

**Details**

Checks and payments cleared (71)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/28/2026 | Check | 9321 | CLARETHA WILLIAMS | -1,579.60 |
| 06/18/2026 | Check | 9333 | EXTRA SPACE STORAGE | -494.00 |
| 06/18/2026 | Check | 9331 | THERESA GRANEAU | -416.67 |
| 06/18/2026 | Check | 9332 | THERESA GRANEAU | -416.67 |
| 06/29/2026 | Check | 9334 | YAQIN A. UPSHAW | -502.60 |
| 06/30/2026 | Check | 9336 | CHRISTOPHER UPSHAW | -1,895.65 |
| 07/02/2026 | Deposit | | Life Stride Inc. | -3,200.00 |
| 07/02/2026 | Check | 9339 | HUMPHREY ENTERPRISES … | -1,547.00 |
| 07/02/2026 | Expense | | Crowell & Moring LLP | -3,182.70 |
| 07/02/2026 | Expense | | Crowell & Moring LLP | -4,908.80 |
| 07/02/2026 | Expense | | FedEx | -135.95 |
| 07/02/2026 | Expense | | Staples | -255.30 |
| 07/02/2026 | Expense | | UPS | -182.68 |
| 07/02/2026 | Expense | | Life Stride Inc. | -3,600.00 |
| 07/02/2026 | Expense | | Life Stride Inc. | -5,465.44 |
| 07/02/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -3,130.54 |
| 07/02/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -2,454.39 |
| 07/02/2026 | Expense | | Crowell & Moring LLP | -3,182.70 |
| 07/03/2026 | Expense | | Instacart | -265.88 |
| 07/06/2026 | Expense | | eFax | -20.13 |
| 07/07/2026 | Expense | | Sun Life Financial | -444.78 |
| 07/07/2026 | Expense | | Instacart | -115.61 |
| 07/07/2026 | Expense | | AMWINS CONNECT ADMINI… | -36.50 |
| 07/09/2026 | Expense | | AFLAC | -2,673.09 |
| 07/09/2026 | Expense | | BEST LOCKSMITH | -75.00 |
| 07/10/2026 | Expense | | Comcast | -623.74 |
| 07/10/2026 | Expense | | AFCO Direct | -2,374.37 |
| 07/10/2026 | Deposit | | Life Stride Inc. | -8,000.00 |
| 07/10/2026 | Expense | | Comcast | -1,700.00 |
| 07/10/2026 | Expense | | Comcast | -918.97 |
| 07/13/2026 | Check | 9340 | NATHANIEL VENABLE | -1,875.00 |
| 07/13/2026 | Expense | | UPS | -173.54 |
| 07/14/2026 | Expense | | Exxon | -77.77 |
| 07/14/2026 | Expense | | UPS | -212.00 |
| 07/14/2026 | Expense | | Instacart | -251.26 |
| 07/14/2026 | Expense | | Instacart | -184.60 |
| 07/14/2026 | Deposit | | Life Stride Inc. | -20,000.00 |
| 07/15/2026 | Deposit | | Life Stride Inc. | -2,500.00 |
| 07/15/2026 | Expense | | Fort Lincoln Pharmacy | -72.22 |
| 07/16/2026 | Deposit | | Life Stride Inc. | -1,000.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/16/2026 | Expense | | Amazon | -39.19 |
| 07/16/2026 | Expense | | Amazon | -44.50 |
| 07/16/2026 | Expense | | eFax | -42.39 |
| 07/16/2026 | Expense | | U-Haul | -182.43 |
| 07/17/2026 | Expense | | Amazon | -304.82 |
| 07/17/2026 | Expense | | Life Stride Inc. | -12,000.00 |
| 07/20/2026 | Deposit | | Life Stride Inc. | -1,800.00 |
| 07/20/2026 | Expense | | Amazon | -36.34 |
| 07/21/2026 | Expense | | DC Water | -433.84 |
| 07/21/2026 | Expense | | DC Water | -1,795.65 |
| 07/21/2026 | Expense | | Instacart | -144.90 |
| 07/21/2026 | Expense | | Instacart | -149.77 |
| 07/22/2026 | Expense | | Life Stride Inc. | -100.00 |
| 07/22/2026 | Expense | | Exxon | -77.93 |
| 07/23/2026 | Deposit | | Life Stride Inc. | -4,500.00 |
| 07/23/2026 | Deposit | | Life Stride Inc. | -8,000.00 |
| 07/23/2026 | Expense | | PSYCHIATRIC CENTER CHA… | -742.25 |
| 07/24/2026 | Deposit | | Life Stride Inc. | -6,000.00 |
| 07/27/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 07/28/2026 | Deposit | | Life Stride Inc. | -5,000.00 |
| 07/28/2026 | Expense | | Instacart | -1.73 |
| 07/28/2026 | Expense | | Exxon | -60.55 |
| 07/28/2026 | Expense | | Instacart | -152.67 |
| 07/29/2026 | Expense | | | -79.95 |
| 07/29/2026 | Deposit | | Life Stride Inc. | -500.00 |
| 07/29/2026 | Expense | | KAY CEE LTC PHARMACY | -1,769.36 |
| 07/30/2026 | Expense | | UPS | -178.42 |
| 07/30/2026 | Expense | | Home Depot | -39.20 |
| 07/31/2026 | Expense | | Life Stride Inc. | -12,600.00 |
| 07/31/2026 | Expense | | Life Stride Inc. | -5,000.00 |
| 07/31/2026 | Deposit | | Life Stride Inc. | -2,000.00 |
| Total | | | | -144,921.04 |

Deposits and other credits cleared (14)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | Life Stride Inc. | 8,500.00 |
| 07/02/2026 | Deposit | | District OF COLUMBIA HOUS… | 13,663.60 |
| 07/06/2026 | Deposit | | Life Stride Inc. | 5,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | 7,000.00 |
| 07/10/2026 | Deposit | | District OF COLUMBIA HOUS… | 5,394.85 |
| 07/13/2026 | Deposit | | Life Stride Inc. | 500.00 |
| 07/14/2026 | Deposit | | | 27,956.50 |
| 07/17/2026 | Expense | | Life Stride Inc. | 600.00 |
| 07/17/2026 | Deposit | | District OF COLUMBIA HOUS… | 11,467.73 |
| 07/20/2026 | Deposit | | | 8,349.00 |
| 07/22/2026 | Deposit | | | 15,224.86 |
| 07/24/2026 | Deposit | | District OF COLUMBIA HOUS… | 4,170.60 |
| 07/28/2026 | Deposit | | | 8,855.00 |
| 07/31/2026 | Deposit | | District OF COLUMBIA HOUS… | 22,695.15 |
| Total | | | | 139,377.29 |

**Additional Information**

Uncleared checks and payments as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 01/31/2026 | Check | 9198 | DEVON BURKE | -476.00 |
| 03/18/2026 | Check | 9259 | LEONARD LUCAS 4 | -1,700.00 |
| 03/18/2026 | Check | 9260 | LEONARD LUCAS 4 | -1,700.00 |
| 03/23/2026 | Check | 9264 | MARIE TOMDIO | -1,450.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 03/23/2026 | Check | 9281 | GARY PRIEST | -2,732.16 |
| 03/23/2026 | Check | 9280 | SHAKIL BREW | -2,870.00 |
| 03/23/2026 | Check | 9279 | ELVIS JAMES | -1,168.00 |
| 03/23/2026 | Check | 9278 | LEKEANJU TAYOH | -1,842.00 |
| 03/23/2026 | Check | 9277 | STEPHEN NGULEFAC | -474.00 |
| 03/23/2026 | Check | 9276 | MILES & MUNROE LLC | -699.00 |
| 03/23/2026 | Check | 9275 | EVELYNE PAUL | -967.20 |
| 03/23/2026 | Check | 9274 | CAROLINE DJAMBOU | -1,834.50 |
| 03/23/2026 | Check | 9273 | PRINCE DIKE | -1,350.00 |
| 03/23/2026 | Check | 9272 | DADA OKUSANYA | -2,570.00 |
| 03/23/2026 | Check | 9271 | DEVON BURKE | -245.40 |
| 03/23/2026 | Check | 9270 | KAYLA BECTON | -675.00 |
| 03/23/2026 | Check | 9269 | Akeem Tijani | -1,035.00 |
| 03/23/2026 | Check | 9267 | NKANGU ACHALEKE | -3,400.00 |
| 03/23/2026 | Check | 9266 | EMEFUA YVONNE NJUALEM | -3,590.00 |
| 03/23/2026 | Check | 9265 | FERDINAND KWEH | -5,650.00 |
| 03/23/2026 | Check | 9263 | DELPHINE SIRRI | -9,520.00 |
| 05/01/2026 | Check | 9300 | AMBER D'AMELIO LUCAS | -2,000.00 |
| 05/28/2026 | Check | 9322 | SPENCER JOHNSON MD | -1,500.00 |
| 05/28/2026 | Check | 9320 | CLARETHA WILLIAMS | -1,436.00 |
| 06/29/2026 | Check | 9335 | THERESA GRANEAU | -416.67 |
| 06/30/2026 | Check | 9337 | CHRISTOPHER UPSHAW | -1,895.65 |
| 07/01/2026 | Check | 9338 | LENNER GRIFFIN | -900.00 |
| 07/13/2026 | Check | 9341 | NATHANIEL VENABLE | -1,875.00 |
| 07/17/2026 | Check | 9342 | THERESA GRANEAU | -416.67 |
| 07/17/2026 | Check | 9343 | YAQIN A. UPSHAW | -269.00 |
| 07/27/2026 | Check | 9344 | THERESA GRANEAU | -416.67 |
| **Total** | | | | **-57,073.92** |

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2026 | Expense | | T-Mobile | -299.29 |
| **Total** | | | | **-299.29** |

Life Stride Inc.

**1002 MTM 4518, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 46.79 |
| Checks and payments cleared (1) | -15.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 31.79 |
| Register balance as of 07/31/2026 | 31.79 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/21/2026 | Expense | | TRUIST | -15.00 |
| Total | | | | -15.00 |

Life Stride Inc.

**1001 Payroll - Truist Checking 4856, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 10/15/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

**Summary** USD

| | |
|---|---|
| Statement beginning balance | 1,124.12 |
| Checks and payments cleared (59) | -65,415.44 |
| Deposits and other credits cleared (21) | 71,836.00 |
| Statement ending balance | 7,544.68 |
| Uncleared transactions as of 07/31/2026 | -168,081.29 |
| Register balance as of 07/31/2026 | -160,536.61 |
| Cleared transactions after 07/31/2026 | 0.00 |
| Uncleared transactions after 07/31/2026 | -50,212.05 |
| Register balance as of 10/15/2026 | -210,748.66 |

**Details**

Checks and payments cleared (59)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/15/2026 | Expense | 28900 | ROBIN CRIM | -1,373.24 |
| 05/15/2026 | Expense | 28937 | JOYCE DRUMMING | -1,706.01 |
| 05/15/2026 | Expense | 28936 | SPENCER JOHNSON MD | -1,784.22 |
| 05/29/2026 | Expense | 28974 | Henry Kamara | -938.76 |
| 05/29/2026 | Expense | 28973 | Foday Kamara | -974.26 |
| 05/29/2026 | Expense | 28971 | Robert Bailey | -777.83 |
| 05/29/2026 | Expense | 28956 | SARAH BANGURA | -742.62 |
| 05/29/2026 | Expense | 28957 | Kendall Brooks | -92.48 |
| 05/29/2026 | Expense | 28953 | Anthony Beale | -1,093.77 |
| 05/29/2026 | Expense | 28944 | Leonard Lucas | -1,799.66 |
| 05/29/2026 | Expense | 28959 | Genevieve Kolako | -1,246.91 |
| 05/29/2026 | Expense | 28960 | Jin Picart Leroy | -888.55 |
| 05/29/2026 | Expense | 28961 | Richard Mongue | -973.28 |
| 05/29/2026 | Expense | 28963 | Bai Wurie | -1,708.19 |
| 05/29/2026 | Expense | 28969 | Megebnesh Weldearegay | -812.16 |
| 05/29/2026 | Expense | 28965 | CYNTHIA EDMONDS | -1,137.62 |
| 05/29/2026 | Expense | 28955 | Joseph Ransom | -760.86 |
| 05/29/2026 | Expense | 28954 | Michael Fondungallah | -1,279.99 |
| 06/15/2026 | Expense | 29000 | ERNEST RENNER | -732.22 |
| 06/15/2026 | Expense | 29001 | Bai Wurie | -2,512.33 |
| 06/15/2026 | Expense | 28979 | Gwendolyn U. Bardwell | -4,061.46 |
| 06/15/2026 | Expense | 28982 | MARIE GERMAIN | -1,103.80 |
| 06/15/2026 | Expense | 28983 | Leonard Lucas | -1,799.66 |
| 06/15/2026 | Expense | 28984 | KHALAYA MYERS | -1,515.21 |
| 06/15/2026 | Expense | 28986 | JUSTIN NJASSU | -1,132.57 |
| 06/15/2026 | Expense | 29003 | CYNTHIA EDMONDS | -707.70 |
| 06/30/2026 | Expense | 29017 | Gwendolyn U. Bardwell | -4,061.46 |
| 06/30/2026 | Expense | 29021 | KHALAYA MYERS | -1,393.85 |
| 06/30/2026 | Expense | 29049 | Rosalind E Hines | -940.57 |
| 06/30/2026 | Expense | 29050 | DEWAYNE JOHNSON | -1,215.64 |
| 06/30/2026 | Expense | 29019 | MARIE GERMAIN | -1,103.81 |
| 06/30/2026 | Expense | 29023 | JUSTIN NJASSU | -1,132.59 |
| 06/30/2026 | Expense | 29025 | DORIS SANCHEZ | -1,156.63 |
| 06/30/2026 | Expense | 29026 | TAMMY UPSHAW | -1,425.20 |
| 07/10/2026 | Expense | | TRUIST | -36.00 |
| 07/10/2026 | Expense | | Paychex | -41.67 |
| 07/14/2026 | Expense | | Paychex | -2,361.32 |
| 07/14/2026 | Expense | | Paychex | -495.00 |
| 07/14/2026 | Expense | | Paychex | -552.36 |
| 07/15/2026 | Expense | | JENEE RENNER | -2,145.49 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2026 | Expense | | DORIS SANCHEZ | -1,070.30 |
| 07/15/2026 | Expense | | Paychex | -564.02 |
| 07/15/2026 | Expense | | ERNEST RENNER | -748.01 |
| 07/15/2026 | Expense | | Isatu Kamara | -1,076.79 |
| 07/15/2026 | Expense | | DEWAYNE JOHNSON | -1,112.73 |
| 07/15/2026 | Expense | | Rosalind E Hines | -863.98 |
| 07/15/2026 | Expense | | TAMMY UPSHAW | -1,306.54 |
| 07/16/2026 | Expense | | TRUIST | -36.00 |
| 07/17/2026 | Expense | | TRUIST | -36.00 |
| 07/17/2026 | Expense | | TRUIST | -36.00 |
| 07/17/2026 | Expense | | Life Stride Inc. | -600.00 |
| 07/20/2026 | Expense | | Paychex | -360.82 |
| 07/20/2026 | Expense | | TRUIST | -36.00 |
| 07/21/2026 | Expense | | TRUIST | -25.00 |
| 07/24/2026 | Expense | | | -1,824.78 |
| 07/27/2026 | Expense | | Souleymane Bah | -991.95 |
| 07/29/2026 | Expense | | Paychex | -387.25 |
| 07/30/2026 | Expense | | Paychex | -2,228.02 |
| 07/30/2026 | Expense | | Paychex | -394.30 |

Total -65,415.44

Deposits and other credits cleared (21)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | Life Stride Inc. | 3,200.00 |
| 07/07/2026 | Deposit | | Life Stride Inc. | 2,000.00 |
| 07/08/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | 500.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 07/10/2026 | Deposit | | Life Stride Inc. | 1,700.00 |
| 07/10/2026 | Deposit | | Life Stride Inc. | 8,000.00 |
| 07/13/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 07/14/2026 | Deposit | | Life Stride Inc. | 1,100.00 |
| 07/14/2026 | Deposit | | Life Stride Inc. | 20,000.00 |
| 07/15/2026 | Deposit | | Life Stride Inc. | 2,500.00 |
| 07/16/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 07/20/2026 | Deposit | | TRUIST | 36.00 |
| 07/20/2026 | Deposit | | Life Stride Inc. | 1,800.00 |
| 07/23/2026 | Deposit | | Life Stride Inc. | 8,000.00 |
| 07/23/2026 | Deposit | | Life Stride Inc. | 4,500.00 |
| 07/24/2026 | Deposit | | Life Stride Inc. | 6,000.00 |
| 07/27/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| 07/28/2026 | Deposit | | Life Stride Inc. | 5,000.00 |
| 07/29/2026 | Deposit | | Life Stride Inc. | 500.00 |
| 07/31/2026 | Deposit | | Life Stride Inc. | 2,000.00 |

Total 71,836.00

**Additional Information**

Uncleared checks and payments as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 04/15/2026 | Expense | 28811 | ROBIN CRIM | -1,435.47 |
| 04/15/2026 | Expense | 28849 | SPENCER JOHNSON MD | -1,784.22 |
| 04/15/2026 | Expense | 28850 | JOYCE DRUMMING | -1,706.00 |
| 04/15/2026 | Expense | 28815 | Leonard Lucas | -1,799.66 |
| 05/29/2026 | Expense | 28941 | ROBIN CRIM | -1,373.23 |
| 05/29/2026 | Expense | 28946 | Vashti Upshaw-Myers | -2,343.51 |
| 05/29/2026 | Expense | 28975 | SPENCER JOHNSON MD | -1,784.22 |
| 05/29/2026 | Expense | 28940 | Gwendolyn U. Bardwell | -4,061.46 |
| 05/29/2026 | Expense | 28958 | Milton Cobb | -1,799.78 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/29/2026 | Expense | 28942 | EDMONDS ROOSEVELT | -1,475.81 |
| 05/29/2026 | Expense | 28976 | JOYCE DRUMMING | -1,706.00 |
| 05/29/2026 | Expense | 28972 | Mohamed Conteh | -1,101.21 |
| 06/15/2026 | Expense | 28994 | Joseph Ransom | -1,074.65 |
| 06/15/2026 | Expense | 29014 | JOYCE DRUMMING | -1,706.00 |
| 06/15/2026 | Expense | 29013 | SPENCER JOHNSON MD | -1,784.23 |
| 06/15/2026 | Expense | 29012 | Henry Kamara | -765.40 |
| 06/15/2026 | Expense | 29011 | Foday Kamara | -1,100.06 |
| 06/15/2026 | Expense | 29010 | Mohamed Conteh | -850.91 |
| 06/15/2026 | Expense | 29009 | Robert Bailey | -765.15 |
| 06/15/2026 | Expense | 29006 | Elizabeth Ajoacha | -847.58 |
| 06/15/2026 | Expense | 29005 | Megebnesh Weldearegay | -2,020.99 |
| 06/15/2026 | Expense | 28999 | Richard Mongue | -1,321.03 |
| 06/15/2026 | Expense | 28998 | Jin Picart Leroy | -1,440.92 |
| 06/15/2026 | Expense | 28997 | Genevieve Kolako | -1,133.48 |
| 06/15/2026 | Expense | 28996 | Milton Cobb | -2,061.97 |
| 06/15/2026 | Expense | 28995 | SARAH BANGURA | -929.59 |
| 06/15/2026 | Expense | 28993 | Michael Fondungallah | -931.67 |
| 06/15/2026 | Expense | 28992 | Anthony Beale | -1,099.15 |
| 06/15/2026 | Expense | 28991 | Souleymane Bah | -1,116.92 |
| 06/15/2026 | Expense | 28989 | YAQIN UPSHAW | -1,460.68 |
| 06/15/2026 | Expense | 28980 | ROBIN CRIM | -1,373.24 |
| 06/15/2026 | Expense | 28985 | Vashti Upshaw-Myers | -2,343.51 |
| 06/15/2026 | Expense | 28981 | EDMONDS ROOSEVELT | -1,475.80 |
| 06/30/2026 | Expense | 29031 | Bai Wurie | -2,214.17 |
| 06/30/2026 | Expense | 29037 | Richard Mongue | -1,240.96 |
| 06/30/2026 | Expense | 29029 | Souleymane Bah | -991.95 |
| 06/30/2026 | Expense | 29036 | Jin Picart Leroy | -1,032.71 |
| 06/30/2026 | Expense | 29035 | Genevieve Kolako | -1,466.25 |
| 06/30/2026 | Expense | 29048 | JOYCE DRUMMING | -1,706.00 |
| 06/30/2026 | Expense | 29047 | SPENCER JOHNSON MD | -1,784.22 |
| 06/30/2026 | Expense | 29028 | CLARETHA WILLIAMS | -1,273.60 |
| 06/30/2026 | Expense | 29022 | Vashti Upshaw-Myers | -2,343.51 |
| 06/30/2026 | Expense | 29018 | ROBIN CRIM | -1,373.24 |
| 06/30/2026 | Expense | 29020 | Leonard Lucas | -1,799.67 |
| 06/30/2026 | Expense | 29024 | JENEE RENNER | -2,145.49 |
| 06/30/2026 | Expense | 29027 | YAQIN UPSHAW | -1,436.94 |
| 06/30/2026 | Expense | 5759 | ERNEST RENNER | -560.90 |
| 06/30/2026 | Expense | 29038 | ERNEST RENNER | -393.60 |
| 06/30/2026 | Expense | 5758 | EDMONDS ROOSEVELT | -3,583.07 |
| 06/30/2026 | Expense | 29046 | Henry Kamara | -996.85 |
| 06/30/2026 | Expense | 29045 | Foday Kamara | -970.37 |
| 06/30/2026 | Expense | 29034 | Milton Cobb | -1,216.44 |
| 06/30/2026 | Expense | 29033 | SARAH BANGURA | -1,112.69 |
| 06/30/2026 | Expense | 29032 | Joseph Ransom | -1,025.58 |
| 06/30/2026 | Expense | 29031 | Michael Fondungallah | -1,073.14 |
| 06/30/2026 | Expense | 29030 | Anthony Beale | -1,105.84 |
| 06/30/2026 | Expense | 29044 | Mohamed Conteh | -1,031.03 |
| 06/30/2026 | Expense | 29043 | Robert Bailey | -815.97 |
| 06/30/2026 | Expense | 29042 | Megebnesh Weldearegay | -2,436.55 |
| 06/30/2026 | Expense | 29040 | Emmanuel Djimgou | -2,463.94 |
| 07/15/2026 | Expense | 29051 | Gwendolyn U. Bardwell | -4,061.46 |
| 07/15/2026 | Expense | 29057 | JUSTIN NJASSU | -1,155.38 |
| 07/15/2026 | Expense | 29055 | KHALAYA MYERS | -1,272.52 |
| 07/15/2026 | Expense | 29052 | ROBIN CRIM | -1,373.22 |
| 07/15/2026 | Expense | 29053 | MARIE GERMAIN | -1,121.85 |
| 07/15/2026 | Expense | 29054 | Leonard Lucas | -1,799.66 |
| 07/15/2026 | Expense | 29056 | Vashti Upshaw-Myers | -2,343.51 |
| 07/15/2026 | Expense | 29061 | YAQIN UPSHAW | -1,436.93 |
| 07/15/2026 | Expense | 29063 | Robert Bailey | -1,481.51 |
| 07/15/2026 | Expense | 29064 | SARAH BANGURA | -1,350.84 |
| 07/15/2026 | Expense | 29065 | Anthony Beale | -1,125.16 |
| 07/15/2026 | Expense | 29066 | Mohamed Conteh | -1,275.14 |
| 07/15/2026 | Expense | 29067 | Henry Kamara | -934.82 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/15/2026 | Expense | 29068 | Genevieve Kolako | -1,243.12 |
| 07/15/2026 | Expense | 29069 | Jin Picart Leroy | -679.70 |
| 07/15/2026 | Expense | 29070 | Michael Fondungallah | -1,215.43 |
| 07/15/2026 | Expense | 29071 | Joseph Ransom | -803.26 |
| 07/15/2026 | Expense | 5759 | ERNEST RENNER | -643.05 |
| 07/15/2026 | Expense | 29073 | Milton Cobb | -1,251.22 |
| 07/15/2026 | Expense | 29074 | Emmanuel Djimgou | -1,835.19 |
| 07/15/2026 | Expense | 29075 | Foday Kamara | -924.99 |
| 07/15/2026 | Expense | 29076 | Richard Mongue | -967.16 |
| 07/15/2026 | Expense | 29077 | Fatima Pugh | -688.07 |
| 07/15/2026 | Expense | 29078 | Megebnesh Weldearegay | -2,656.74 |
| 07/15/2026 | Expense | 29079 | Bai Wurie | -1,865.42 |
| 07/15/2026 | Expense | 29080 | SPENCER JOHNSON MD | -1,784.23 |
| 07/15/2026 | Expense | 29081 | JOYCE DRUMMING | -1,706.01 |
| 07/15/2026 | Expense | 29062 | CLARETHA WILLIAMS | -1,193.59 |
| 07/30/2026 | Expense | 29102 | ERNEST RENNER | -177.21 |
| 07/30/2026 | Expense | 29111 | Rosalind E Hines | -862.63 |
| 07/30/2026 | Expense | 29092 | DORIS SANCHEZ | -1,070.31 |
| 07/30/2026 | Expense | 29112 | DEWAYNE JOHNSON | -1,075.47 |
| 07/30/2026 | Expense | 29086 | MARIE GERMAIN | -1,121.85 |
| 07/30/2026 | Expense | 29090 | JUSTIN NJASSU | -1,155.39 |
| 07/30/2026 | Expense | 29088 | KHALAYA MYERS | -1,272.52 |
| 07/30/2026 | Expense | 29091 | JENEE RENNER | -2,145.50 |
| 07/30/2026 | Expense | 29087 | Leonard Lucas | -1,799.66 |
| 07/30/2026 | Expense | 29084 | Gwendolyn U. Bardwell | -4,061.46 |
| 07/30/2026 | Expense | 29085 | ROBIN CRIM | -1,373.24 |
| 07/30/2026 | Expense | 29089 | Vashti Upshaw-Myers | -2,343.51 |
| 07/30/2026 | Expense | 29094 | YAQIN UPSHAW | -1,436.93 |
| 07/30/2026 | Expense | 29096 | Anthony Beale | -929.19 |
| 07/30/2026 | Expense | 29097 | Mohamed Conteh | -1,039.94 |
| 07/30/2026 | Expense | 29098 | Genevieve Kolako | -1,056.80 |
| 07/30/2026 | Expense | 29099 | Jin Picart Leroy | -1,379.35 |
| 07/30/2026 | Expense | 29100 | Michael Fondungallah | -1,296.43 |
| 07/30/2026 | Expense | 29101 | Joseph Ransom | -969.66 |
| 07/30/2026 | Expense | 29103 | Milton Cobb | -831.83 |
| 07/30/2026 | Expense | 29104 | Emmanuel Djimgou | -1,175.48 |
| 07/30/2026 | Expense | 29105 | Foday Kamara | -852.54 |
| 07/30/2026 | Expense | 29106 | Richard Mongue | -1,296.42 |
| 07/30/2026 | Expense | 29107 | Megebnesh Weldearegay | -1,559.10 |
| 07/30/2026 | Expense | 29108 | Bai Wurie | -1,244.76 |
| 07/30/2026 | Expense | 29109 | SPENCER JOHNSON MD | -1,784.22 |
| 07/30/2026 | Expense | 29110 | JOYCE DRUMMING | -1,705.99 |
| 07/30/2026 | Expense | 29093 | TAMMY UPSHAW | -1,306.54 |
| Total | | | | -168,081.29 |

Uncleared checks and payments after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/11/2026 | Expense | | TRUIST | -36.00 |
| 08/14/2026 | Expense | | Paychex | -407.84 |
| 08/14/2026 | Expense | | Paychex | -41.66 |
| 08/17/2026 | Expense | | DEWAYNE JOHNSON | -1,318.13 |
| 08/17/2026 | Expense | | Rosalind E Hines | -1,032.70 |
| 08/17/2026 | Expense | | CLARETHA WILLIAMS | -637.34 |
| 08/17/2026 | Expense | | Paychex | -270.91 |
| 08/17/2026 | Expense | | Paychex | -2,072.73 |
| 08/17/2026 | Expense | | Life Stride Inc. | -1,100.00 |
| 08/17/2026 | Expense | | JUSTIN NJASSU | -1,155.40 |
| 08/17/2026 | Expense | | TAMMY UPSHAW | -1,543.87 |
| 08/17/2026 | Expense | | Gwendolyn U. Bardwell | -4,061.46 |
| 08/17/2026 | Expense | | ROBIN CRIM | -1,373.23 |
| 08/17/2026 | Expense | | MARIE GERMAIN | -1,121.84 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/17/2026 | Expense | | Leonard Lucas | -1,799.67 |
| 08/17/2026 | Expense | | KHALAYA MYERS | -1,515.21 |
| 08/17/2026 | Expense | | Vashti Upshaw-Myers | -2,343.51 |
| 08/17/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 08/17/2026 | Expense | | DORIS SANCHEZ | -1,257.35 |
| 08/17/2026 | Expense | | YAQIN UPSHAW | -1,436.94 |
| 08/17/2026 | Expense | | Anthony Beale | -1,126.15 |
| 08/17/2026 | Expense | | Genevieve Kolako | -1,574.36 |
| 08/17/2026 | Expense | | Jin Picart Leroy | -1,565.70 |
| 08/17/2026 | Expense | | Michael Fondungallah | -986.29 |
| 08/17/2026 | Expense | | Joseph Ransom | -1,104.98 |
| 08/17/2026 | Expense | | Milton Cobb | -1,056.79 |
| 08/17/2026 | Expense | | Foday Kamara | -1,095.90 |
| 08/17/2026 | Expense | | Richard Mongue | -1,214.35 |
| 08/17/2026 | Expense | | Megebnesh Weldearegay | -2,007.52 |
| 08/17/2026 | Expense | | Bai Wurie | -1,610.38 |
| 08/17/2026 | Expense | | SPENCER JOHNSON MD | -1,784.23 |
| 08/17/2026 | Expense | | JOYCE DRUMMING | -1,706.00 |
| 08/20/2026 | Expense | | Paychex | -305.92 |
| 08/21/2026 | Expense | | TRUIST | -25.00 |
| 08/26/2026 | Expense | | Fatima Pugh | -688.07 |
| 08/26/2026 | Expense | | MARIE GERMAIN | -1,121.85 |
| 08/28/2026 | Expense | | Paychex | -380.34 |
| 08/31/2026 | Expense | | Megebnesh Weldearegay | -1,939.58 |
| 08/31/2026 | Expense | | Paychex | -231.01 |
| 08/31/2026 | Expense | | Paychex | -2,051.85 |
| 08/31/2026 | Expense | | Gwendolyn U. Bardwell | -4,061.46 |
| 08/31/2026 | Expense | | ROBIN CRIM | -1,373.24 |
| 08/31/2026 | Expense | | MARIE GERMAIN | -1,121.85 |
| 08/31/2026 | Expense | | Leonard Lucas | -1,799.66 |
| 08/31/2026 | Expense | | KHALAYA MYERS | -1,393.86 |
| 08/31/2026 | Expense | | Vashti Upshaw-Myers | -2,343.51 |
| 08/31/2026 | Expense | | JUSTIN NJASSU | -1,155.39 |
| 08/31/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 08/31/2026 | Expense | | DORIS SANCHEZ | -1,156.62 |
| 08/31/2026 | Expense | | TAMMY UPSHAW | -1,425.20 |
| 08/31/2026 | Expense | | YAQIN UPSHAW | -1,436.93 |
| 08/31/2026 | Expense | | Anthony Beale | -988.25 |
| 08/31/2026 | Expense | | Milton Cobb | -1,634.27 |
| 08/31/2026 | Expense | | Foday Kamara | -1,278.23 |
| 08/31/2026 | Expense | | Jin Picart Leroy | -1,441.47 |
| 08/31/2026 | Expense | | Michael Fondungallah | -1,613.71 |
| 08/31/2026 | Expense | | Fatima Pugh | -688.08 |
| 08/31/2026 | Expense | | Joseph Ransom | -767.07 |
| 08/31/2026 | Expense | | Bai Wurie | -2,923.14 |
| 08/31/2026 | Expense | | SPENCER JOHNSON MD | -1,784.23 |
| 08/31/2026 | Expense | | JOYCE DRUMMING | -1,706.01 |
| 08/31/2026 | Expense | | Rosalind E Hines | -941.96 |
| 08/31/2026 | Expense | | DEWAYNE JOHNSON | -1,070.55 |
| 09/08/2026 | Expense | | TRUIST | -36.00 |
| 09/10/2026 | Expense | | TRUIST | -36.00 |
| 09/11/2026 | Expense | | Paychex | -41.67 |
| 09/15/2026 | Expense | | Rosalind E Hines | -1,032.31 |
| 09/15/2026 | Expense | | JOYCE DRUMMING | -1,706.00 |
| 09/15/2026 | Expense | | SPENCER JOHNSON MD | -1,784.21 |
| 09/15/2026 | Expense | | Bai Wurie | -1,844.83 |
| 09/15/2026 | Expense | | Megebnesh Weldearegay | -1,613.46 |
| 09/15/2026 | Expense | | Joseph Ransom | -690.28 |
| 09/15/2026 | Expense | | Michael Fondungallah | -1,607.26 |
| 09/15/2026 | Expense | | Jin Picart Leroy | -1,253.88 |
| 09/15/2026 | Expense | | YAQIN UPSHAW | -1,436.93 |
| 09/15/2026 | Expense | | TRUIST | -36.00 |
| 09/15/2026 | Expense | | DEWAYNE JOHNSON | -1,351.42 |
| 09/15/2026 | Expense | | TAMMY UPSHAW | -1,543.87 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/15/2026 | Expense | | Anthony Beale | -765.50 |
| 09/15/2026 | Expense | | Foday Kamara | -666.03 |
| 09/15/2026 | Expense | | Milton Cobb | -1,223.85 |
| 09/15/2026 | Expense | | Paychex | -222.26 |
| 09/15/2026 | Expense | | Paychex | -333.04 |
| 09/15/2026 | Expense | | Gwendolyn U. Bardwell | -4,061.46 |
| 09/15/2026 | Expense | | ROBIN CRIM | -1,373.23 |
| 09/15/2026 | Expense | | MARIE GERMAIN | -1,121.86 |
| 09/15/2026 | Expense | | Leonard Lucas | -1,799.66 |
| 09/15/2026 | Expense | | KHALAYA MYERS | -1,515.20 |
| 09/15/2026 | Expense | | Vashti Upshaw-Myers | -2,343.51 |
| 09/15/2026 | Expense | | JUSTIN NJASSU | -1,155.38 |
| 09/15/2026 | Expense | | JENEE RENNER | -2,145.49 |
| 09/15/2026 | Expense | | DORIS SANCHEZ | -1,257.34 |
| 09/21/2026 | Expense | | TRUIST | -25.00 |
| 09/21/2026 | Expense | | Paychex | -251.01 |
| 09/29/2026 | Expense | | Paychex | -264.01 |
| 09/29/2026 | Expense | | Paychex | -120.00 |
| 09/30/2026 | Expense | | Paychex | -357.29 |
| 09/30/2026 | Expense | | Paychex | -1,835.08 |
| 10/05/2026 | Expense | | Life Stride Inc. | -1,600.00 |
| Total | | | | -126,948.05 |

Uncleared deposits and other credits after 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/03/2026 | Expense | | Life Stride Inc. | 1,500.00 |
| 08/12/2026 | Deposit | | Life Stride Inc. | 1,200.00 |
| 08/13/2026 | Expense | | Life Stride Inc. | 4,000.00 |
| 08/20/2026 | Expense | | Life Stride Inc. | 100.00 |
| 08/21/2026 | Expense | | Life Stride Inc. | 1,400.00 |
| 08/27/2026 | Deposit | | Life Stride Inc. | 3,000.00 |
| 08/28/2026 | Deposit | | Life Stride Inc. | 2,700.00 |
| 09/04/2026 | Expense | | Life Stride Inc. | 2,000.00 |
| 09/04/2026 | Deposit | | Life Stride Inc. | 8,000.00 |
| 09/04/2026 | Deposit | | Life Stride Inc. | 10,000.00 |
| 09/04/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 09/04/2026 | Expense | | Life Stride Inc. | 3,000.00 |
| 09/10/2026 | Deposit | | TRUIST | 36.00 |
| 09/11/2026 | Deposit | | Life Stride Inc. | 4,000.00 |
| 09/14/2026 | Deposit | | Life Stride Inc. | 700.00 |
| 09/17/2026 | Deposit | | Life Stride Inc. | 300.00 |
| 09/17/2026 | Deposit | | Life Stride Inc. | 600.00 |
| 09/25/2026 | Deposit | | Life Stride Inc. | 2,200.00 |
| 09/25/2026 | Deposit | | Life Stride Inc. | 2,000.00 |
| 09/29/2026 | Deposit | | Life Stride Inc. | 18,000.00 |
| 10/09/2026 | Deposit | | Life Stride Inc. | 8,000.00 |
| 10/09/2026 | Deposit | | Life Stride Inc. | 1,000.00 |
| Total | | | | 76,736.00 |

Life Stride Inc.

**1005 Client Funds - Truist 8885, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 2,986.64 |
| Checks and payments cleared (12) | -29,535.50 |
| Deposits and other credits cleared (17) | 29,159.18 |
| Statement ending balance | 2,610.32 |
| Register balance as of 07/31/2026 | 2,610.32 |

**Details**

Checks and payments cleared (12)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | Life Stride Inc. | -8,500.00 |
| 07/02/2026 | Deposit | | Life Stride Inc. | -1,800.00 |
| 07/06/2026 | Deposit | | Life Stride Inc. | -5,000.00 |
| 07/07/2026 | Deposit | | Life Stride Inc. | -2,000.00 |
| 07/08/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | -7,000.00 |
| 07/09/2026 | Deposit | | Life Stride Inc. | -500.00 |
| 07/13/2026 | Deposit | | Life Stride Inc. | -1,000.00 |
| 07/13/2026 | Deposit | | Life Stride Inc. | -500.00 |
| 07/14/2026 | Deposit | | Life Stride Inc. | -1,100.00 |
| 07/21/2026 | Expense | | TRUIST | -135.50 |
| Total | | | | -29,535.50 |

Deposits and other credits cleared (17)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2026 | Deposit | | | 1,675.00 |
| 07/01/2026 | Deposit | | | 1,534.00 |
| 07/01/2026 | Deposit | | | 903.00 |
| 07/02/2026 | Deposit | | | 815.40 |
| 07/02/2026 | Deposit | | | 1,650.00 |
| 07/02/2026 | Deposit | | | 1,420.00 |
| 07/02/2026 | Deposit | | | 3,068.00 |
| 07/02/2026 | Deposit | | | 476.40 |
| 07/02/2026 | Deposit | | | 785.40 |
| 07/03/2026 | Deposit | | | 1,534.00 |
| 07/03/2026 | Deposit | | | 1,534.00 |
| 07/07/2026 | Deposit | | | 3,027.16 |
| 07/08/2026 | Deposit | | | 6,524.82 |
| 07/09/2026 | Deposit | | | 1,534.00 |
| 07/22/2026 | Expense | | Life Stride Inc. | 100.00 |
| 07/31/2026 | Deposit | | | 1,675.00 |
| 07/31/2026 | Deposit | | | 903.00 |
| Total | | | | 29,159.18 |

Life Stride Inc.

**1004 Truist Checking 8923 - Client Disbursements, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/06/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 79.45 |
| Checks and payments cleared (1) | -1,702.00 |
| Deposits and other credits cleared (1) | 1,800.00 |
| Statement ending balance | 177.45 |
| | |
| Uncleared transactions as of 07/31/2026 | 5,054.40 |
| Register balance as of 07/31/2026 | 5,231.85 |

**Details**

Checks and payments cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 06/25/2026 | Check | 2994 | JUSTIN NJASSU | -1,702.00 |
| Total | | | | -1,702.00 |

Deposits and other credits cleared (1)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/02/2026 | Deposit | | Life Stride Inc. | 1,800.00 |
| Total | | | | 1,800.00 |

**Additional Information**

Uncleared checks and payments as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/27/2026 | Check | 2995 | JUSTIN NJASSU | -1,702.00 |
| Total | | | | -1,702.00 |

Uncleared deposits and other credits as of 07/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/14/2026 | Check | 9313 | HUMPHREY ENTERPRISES … | 3,662.00 |
| 05/28/2026 | Check | 9324 | HUMPHREY ENTERPRISES … | 1,547.40 |
| 07/02/2026 | Check | 9339 | HUMPHREY ENTERPRISES … | 1,547.00 |
| Total | | | | 6,756.40 |

Life Stride Inc.

**1023 Truist Checking 9237 - Medicaid, Period Ending 07/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 08/25/2026

Reconciled by: LaToya Martin

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 14.80 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 14.80 |
| | |
| Register balance as of 07/31/2026 | 14.80 |

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr ation
EE ID: 6

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28944 |

PAY TO THE ORDER OF

LEONARD LUCAS III
12318 HAMPTON VALLEY PLACE
CHESTERFIELD VA 23832

**$1799.66**
AMOUNT

ONE THOUSAND SEVEN HUNDRED NINETY NINE AND 66/100 .................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0016 MRO
EE ID: 99

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28937 |

PAY TO THE ORDER OF

JOYCE DRUMMING
4805 KING COURT
BOWIE MD 20720

**$1706.01**
AMOUNT

ONE THOUSAND SEVEN HUNDRED SIX AND 01/100 ............................ DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0015 Medical
EE ID: 98

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 05/15/2026 | 28936 |

PAY TO THE ORDER OF

SPENCER JOHNSON
11703 AMER COURT
FORT WASHINGTON MD 20744

**$1784.22**
AMOUNT

ONE THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 22/100 .................... DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 13

15-154
540

| 05/15/2026 | 28900 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ROBIN A CRIM
1338 INGRAHAM ST NW
WASHINGTON DC 20011

**$1373.24**
AMOUNT

ONE THOUSAND THREE HUNDRED SEVENTY THREE AND 24/100 .................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 67

15-154
540

| 05/29/2026 | 28965 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

CYNTHIA EDMONDS
3901 SUITLAND RD APT 209
SUITLAND MD 20746

**$1137.62**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY SEVEN AND 62/100 ..................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 280

15-154
540

| 05/29/2026 | 28971 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ROBERT BAILEY
5044 SILVER HILL CT
DISTRICT HEIGHTS MD 20747

**$777.83**
AMOUNT

SEVEN HUNDRED SEVENTY SEVEN AND 83/100 ............................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 356

15-154
540

| 05/29/2026 | 28961 |
|---|---|
| DATE | CHECK NO |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

RICHARD MONGUE
611 EDGEWOOD ST NE APT 103
WASHINGTON DC 20017

**$973.28**

AMOUNT

NINE HUNDRED SEVENTY THREE AND 28/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 376

15-154
540

| 05/29/2026 | 28969 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

Security Features Included. Details on back.

PAY TO THE ORDER OF

MEGEBNESH WELDEAREGAY
703 IRVING ST NW
WASHINGTON DC 20010

**$812.16**

AMOUNT

EIGHT HUNDRED TWELVE AND 16/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 31

15-154
540

| 05/29/2026 | 28966 |
|---|---|
| DATE | CHECK NO. |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ISATU KAMARA
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$1076.79**

AMOUNT

ONE THOUSAND SEVENTY SIX AND 79/100 ................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 59

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/29/2026 | 28974 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

HENRY KAMARA
3512 45TH AVENUE APT. 2
HYATTSVILLE MD 20784

**$938.76**

AMOUNT

NINE HUNDRED THIRTY EIGHT AND 76/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 348

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/29/2026 | 28963 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

BAI S WURIE
9908 SANTA CRUZ ST
LANHAM MD 20706

**$1708.19**

AMOUNT

ONE THOUSAND SEVEN HUNDRED EIGHT AND 19/100 ........................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 116

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 05/29/2026 | 28960 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JIN PICART LEROY
14207 CLATON STREET
ROCKVILLE MD 20853

**$888.55**

AMOUNT

EIGHT HUNDRED EIGHTY EIGHT AND 55/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 354

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28959 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF GENEVIEVE KOLAKO
315 FRANKLIN ST NE, APT B1
WASHINGTON DC 20002-1041

AMOUNT **$1246.91**

ONE THOUSAND TWO HUNDRED FORTY SIX AND 91/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 288

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28956 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF SARAH Y BANGURA
10011 GREENBELT RD APT T3
LANHAM MD 20706

AMOUNT **$742.62**

SEVEN HUNDRED FORTY TWO AND 62/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 27

15-154
540

| DATE | CHECK NO. |
|---|---|
| 05/29/2026 | 28955 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF JOSEPH H RANSOM
6435 THOMAS CT
INDIAN HEAD MD 20640

AMOUNT **$760.86**

SEVEN HUNDRED SIXTY AND 86/100 ...................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 382

15-154
540

| 05/29/2026 | 28954 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

FONDUNGALLAH MICHAEL
7003 HIGHVIEW TER APT 303
HYATTSVILLE MD 20782

**$1279.99**

AMOUNT

ONE THOUSAND TWO HUNDRED SEVENTY NINE AND 99/100 .................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 85

15-154
540

| 05/29/2026 | 28953 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

ANTHONY BEALE
4215 BROOKS ST NE
WASHINGTON DC 20019

**$1093.77**

AMOUNT

ONE THOUSAND NINETY THREE AND 77/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 21

15-154
540

| 05/29/2026 | 28952 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

SOULEYMANE BAH
2021 HAMLIN STREET NE
WASHINGTON DC 20018

**$991.95**

AMOUNT

NINE HUNDRED NINETY ONE AND 95/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0011 Saratoga
EE ID: 118

15-154/540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28973 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

FODAY KAMARA
9250 EDWARDS WAY APT 305
HYATTSVILLE MD 20783

AMOUNT **$974.26**

NINE HUNDRED SEVENTY FOUR AND 26/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr ation
EE ID: 151

15-154/540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 28979 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

GWENDOLYN BARDWELL
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

AMOUNT **$4061.46**

FOUR THOUSAND SIXTY ONE AND 46/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare Day Program
EE ID: 108

15-154/540

| DATE | CHECK NO |
|---|---|
| 07/15/2026 | 29083 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

AMOUNT **$1112.73**

ONE THOUSAND ONE HUNDRED TWELVE AND 73/100 ........................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 7

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 28986 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.57**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 57/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 20

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 28984 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

KHALAYA MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$1515.21**
AMOUNT

ONE THOUSAND FIVE HUNDRED FIFTEEN AND 21/100 ......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC.
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 6

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 28983 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

LEONARD LUCAS III
12318 HAMPTON VALLEY PLACE
CHESTERFIELD VA 23832

**$1799.66**
AMOUNT

ONE THOUSAND SEVEN HUNDRED NINETY NINE AND 66/100 ................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 2

15-154
540

| 06/15/2026 | 28982 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.80**

AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 80/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| 07/15/2026 | 29082 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$863.98**

AMOUNT

EIGHT HUNDRED SIXTY THREE AND 98/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 63

15-154
540

| 07/15/2026 | 29060 |
|---|---|
| DATE | CHECK NO |

PAY TO THE ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1306.54**

AMOUNT

ONE THOUSAND THREE HUNDRED SIX AND 54/100 ........................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 80

15-154
540

| DATE | CHECK NO |
|---|---|
| 07/15/2026 | 29058 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JENEE L RENNER
1104 GONDAR AVE
HYATTSVILLE MD 20785

**$2145.49**
AMOUNT

TWO THOUSAND ONE HUNDRED FORTY FIVE AND 49/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/30/2026 | 29050 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1215.64**
AMOUNT

ONE THOUSAND TWO HUNDRED FIFTEEN AND 64/100 ......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

---

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/30/2026 | 29049 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$940.57**
AMOUNT

NINE HUNDRED FORTY AND 57/100 ..................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 63

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 06/30/2026 | 29026 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1425.20**
AMOUNT

ONE THOUSAND FOUR HUNDRED TWENTY FIVE AND 20/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 219

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 06/30/2026 | 29025 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1156.63**
AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY SIX AND 63/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administration
EE ID: 7

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 06/30/2026 | 29023 |

Payrolls by Paychex, Inc

PAY TO THE ORDER OF JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1132.59**
AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY TWO AND 59/100....................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 20

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 06/30/2026 | 29021 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

KHALAYA MYERS
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$1393.85**
AMOUNT

ONE THOUSAND THREE HUNDRED NINETY THREE AND 85/100 .................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 2

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/30/2026 | 29019 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1103.81**
AMOUNT

ONE THOUSAND ONE HUNDRED THREE AND 81/100 .......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 151

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/30/2026 | 29017 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

GWENDOLYN BARDWELL
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$4061.46**
AMOUNT

FOUR THOUSAND SIXTY ONE AND 46/100 ................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0007 Pope Stre
et
EE ID: 67

15-154
540

| DATE | CHECK NO. |
|---|---|
| 06/15/2026 | 29003 |

PAY TO THE ORDER OF

CYNTHIA EDMONDS
3901 SUITLAND RD APT 209
SUITLAND MD 20746

**$707.70**
AMOUNT

SEVEN HUNDRED SEVEN AND 70/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 348

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 29001 |

PAY TO THE ORDER OF

BAI S WURIE
9908 SANTA CRUZ ST
LANHAM MD 20706

**$2512.33**
AMOUNT

TWO THOUSAND FIVE HUNDRED TWELVE AND 33/100 ......................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 34

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 29000 |

PAY TO THE ORDER OF

ERNEST RENNER
1104 GONDOR AVE
LANDOVER MD 20785

**$732.22**
AMOUNT

SEVEN HUNDRED THIRTY TWO AND 22/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 227

15-154/540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28957 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

KENDALL BROOKS
4529 CANARY CT
WOODBRIDGE VA 22193

**$92.48**
AMOUNT

NINETY TWO AND 48/100 ............................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 34

15-154/540

| DATE | CHECK NO |
|---|---|
| 07/15/2026 | 29072 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

ERNEST RENNER
1104 GONDOR AVE
LANDOVER MD 20785

**$748.01**
AMOUNT

SEVEN HUNDRED FORTY EIGHT AND 01/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9340

07/13/2026

PAY TO THE ORDER OF NATHANIEL VENABLE $ **1,875.00

One thousand eight hundred seventy-five and 00/100****************** DOLLARS

NATHANIEL VENABLE
4505 B Street SE # 2
Washington, DC 20019

MEMO Moving out of 309 Varnum Street NW

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9339

07/02/2026

PAY TO THE ORDER OF HUMPHREY ENTERPRISES INC. $ **1,547.00

One thousand five hundred forty-seven and 00/100****************** DOLLARS

HUMPHREY ENTERPRISES INC.
2117 R Street SE
Washington, DC 20020

MEMO Refunds the RENT for John Bell JULY 2026

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9336

06/30/2026

PAY TO THE ORDER OF CHRISTOPHER UPSHAW $ **1,895.65

One thousand eight hundred ninety-five and 65/100****************** DOLLARS

CHRISTOPHER UPSHAW
16601 Pleasant Colony Dr.
Upper Marlboro, MD 20774 USA

MEMO I.T. CONSULTANT 6/30

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9334

06/29/2026

PAY TO THE ORDER OF YAQIN A. UPSHAW $ **502.60

Five hundred two and 60/100******************************************** DOLLARS

PROTECTED AGAINST FRAUD

YAQIN A. UPSHAW
8607 SPICEBUSH CT.
CLINTON, MD 20735

MEMO 28 Hours

Details on Back · CheckLock™ Secure Check

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9333

06/18/2026

PAY TO THE ORDER OF EXTRA SPACE STORAGE $ **494.00

Four hundred ninety-four and 00/100******************************************** DOLLARS

PROTECTED AGAINST FRAUD

EXTRA SPACE STORAGE
3320 Bladensburg Rd
Brentwood, MD 20722

MEMO STORAGE SERVICES UNIT # 1158

Details on Back · CheckLock™ Secure Check

---

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9332

06/12/2026

PAY TO THE ORDER OF THERESA GRANEAU $ **416.67

Four hundred sixteen and 67/100******************************************** DOLLARS

PROTECTED AGAINST FRAUD

THERESA GRANEAU
4805 KING COURT
BOWIE, MD 20720

MEMO Consulting 6/15

Details on Back · CheckLock™ Secure Check

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9331

06/18/2026

PAY TO THE ORDER OF THERESA GRANEAU $ **416.67

Four hundred sixteen and 67/100****** DOLLARS

THERESA GRANEAU
4805 KING COURT
BOWIE, MD 20720

MEMO Consulting 5/30

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

9321

05/28/2026

PAY TO THE ORDER OF CLARETHA WILLIAMS $ **1,579.60

One thousand five hundred seventy-nine and 60/100****** DOLLARS

CLARETHA WILLIAMS
3400 Commandore Joshue Barney Dr # 103W
Washington, DC 20018
United States

MEMO Consultant 6/15/2026

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 27

15-154
540

| DATE | CHECK NO |
|---|---|
| 05/29/2026 | 28955 |

Payrolls by Paychex, Inc.

PAY TO THE ORDER OF

JOSEPH H RANSOM
6435 THOMAS CT
INDIAN HEAD MD 20640

**$760.86**

AMOUNT

SEVEN HUNDRED SIXTY AND 86/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 07/15/2026 | 29082 |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$863.98**

AMOUNT

EIGHT HUNDRED SIXTY THREE AND 98/100 .................................. DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0002 Jefferson Street
EE ID: 34

15-154
540

| DATE | CHECK NO |
|---|---|
| 07/15/2026 | 29072 |

PAY TO THE ORDER OF

ERNEST RENNER
1104 GONDOR AVE
LANDOVER MD 20785

**$748.01**

AMOUNT

SEVEN HUNDRED FORTY EIGHT AND 01/100 ................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1017

06/12/2026

PAY TO THE ORDER OF FERDINAND KWEH $ **480.00

Four hundred eighty and 00/100************************************ DOLLARS

PROTECTED AGAINST FRAUD

FERDINAND KWEH
8501 CORY DRIVE
BOWIE, MD 20720

MEMO
4/29/2026 To 5/12/2026

© 2021 INTUIT INC # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1018

06/24/2026

PAY TO THE ORDER OF KAYLA BECTON $ **2,776.50

Two thousand seven hundred seventy-six and 50/100********************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

KAYLA BECTON
1320 S Street # A
washington, DC 20009

MEMO

CheckLock™ Secure Check — Details on back

© 202- INTUIT INC # 2571 1 800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1019

06/24/2026

PAY TO THE ORDER OF DEVON BURKE $ **426.00

Four hundred twenty-six and 00/100****************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO
5/29/2026 TO 6/12/2026

© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1020

06/24/2026

PAY TO THE ORDER OF PRINCE DIKE $ **1,571.10

One thousand five hundred seventy-one and 10/100*************************************************** DOLLARS

PRINCE DIKE
PRINCE
9975 GOODLUCK RD
LANHAM, MD 20706 US

MEMO 5/29/2026 TO 6/12/2026

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1021

06/24/2026

PAY TO THE ORDER OF ELVIS JAMES $ **1,353.60

One thousand three hundred fifty-three and 60/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO
5/29/2026 TO 6/12/2026

MP

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1022

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

06/24/2026

PAY TO THE ORDER OF MERCY YUNMBAM $ **1,800.00

One thousand eight hundred and 00/100*************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

MERCY YUNMBAM
11033 SPYGLASS HILL COURT
BOWIE, MD 20721

MEMO 5/13/2026 TO 6/12/2026

© 2021 INTUIT INC # 2571

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1023

06/24/2026

PAY TO THE ORDER OF MILES & MUNROE LLC $ **300.00

Three hundred and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

Antoinette Miles
MILES & MUNROE LLC
2566 OAKS TREE LANE
Woodbridge, VA 22191

MEMO 5/29/2026 TO 6/12/2026

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1024

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

06/24/2026

PAY TO THE ORDER OF STEPHEN NGULEFAC

$ **670.50

Six hundred seventy and 50/100****************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

STEPHEN NGULEFAC
2720 Grasshopper Dr
Odenton, MD 21113

MEMO 5/29/2026 TO 6/12/2026

CheckLock™ Secure Check Details on back

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1025

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

06/24/2026

PAY TO THE ORDER OF MAMI DAMOAH QUARSHE $ **608.00

Six hundred eight and 00/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO 5/29/2026 TO 6/12/2026

© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1026

06/24/2026

PAY TO THE
ORDER OF TYESHA K. STEPHENS $ **1,557.00

One thousand five hundred fifty-seven and 00/100*************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO 5/29/2026 TO 6/12/2026

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1027

06/24/2026

PAY TO THE ORDER OF LEKEANJU TAYOH $ **1,857.00

One thousand eight hundred fifty-seven and 00/100************************************************************ DOLLARS

PROTECTED AGAINST FRAUD

LEKEANJU TAYOH
6805 96TH AVE
LANHAM, MD 20706

MEMO
5/30/2026 TO 6/13/2026

©2021 INTUIT INC. # 2571 1-800-433-8810

**CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING**

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1028

06/24/2026

PAY TO THE ORDER OF GARY PRIEST $ **3,960.00

Three thousand nine hundred sixty and 00/100************************************************************** DOLLARS

Protected Against Fraud

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO
5/29/2026 TO 6/12/2026

MP

©2021 INTUIT INC

CheckLock™ Secure Check Details on back

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1032

06/24/2026

PAY TO THE ORDER OF SHAKIL BREW $ **3,115.00

Three thousand one hundred fifteen and 00/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

SHAKIL BREW
6287 CENTRE STONE RING
COLUMBIA, MD 21044

MEMO
5/29/2026 TO 6/12/2026

MP

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1033

06/24/2026

PAY TO THE ORDER OF DADA OKUSANYA $ **3,020.00

Three thousand twenty and 00/100****************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DADA OKUSANYA
13601 AVEBURY DR # 32
LAUREL, MD 20708

MEMO
5/29/2026 TO 6/12/2026

© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1035

07/10/2026

PAY TO THE ORDER OF KAYLA BECTON $ **1,038.00

One thousand thirty-eight and 00/100********************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

KAYLA BECTON
1320 S Street # A
washington, DC 20009

MEMO

Details on back

CheckLock™ Secure Check

© 2021 INTUIT INC # 2571 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1036

07/10/2026

PAY TO THE ORDER OF DEVON BURKE $ **237.00

Two hundred thirty-seven and 00/100*********************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO
6/13/2026. TO 6/28/2026.

MP

© 2021 INTUIT INC. # 2571 1-800-433-8810

CheckLock™ Secure Check Details on back

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1038

07/10/2026

PAY TO THE ORDER OF PRINCE DIKE $ **960.00

Nine hundred sixty and 00/100*********************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

PRINCE DIKE
PRINCE
9975 GOODLUCK RD
LANHAM, MD 20706 US

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1039

07/10/2026

PAY TO THE ORDER OF ELVIS JAMES $ **768.00

Seven hundred sixty-eight and 00/100*************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO
6/13/2026. TO 6/28/2026.

MP

© 2021 INTUIT INC # 2571

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1040

07/10/2026

PAY TO THE ORDER OF MERCY YUNMBAM $ **1,470.00

One thousand four hundred seventy and 00/100**************************************** DOLLARS

PROTECTED AGAINST FRAUD

MERCY YUNMBAM
11033 SPYGLASS HILL COURT
BOWIE, MD 20721

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

LIfe Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1041

07/10/2026

PAY TO THE ORDER OF MILES & MUNROE LLC $ **300.00

Three hundred and 00/100****************************** DOLLARS

PROTECTED AGAINST FRAUD

Antoinette Miles
MILES & MUNROE LLC
2566 OAKS TREE LANE
Woodbridge, VA 22191

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1042

07/10/2026

PAY TO THE ORDER OF STEPHEN NGULEFAC $ **270.00

Two hundred seventy and 00/100*****************************************************************************************DOLLARS

PROTECTED AGAINST FRAUD

STEPHEN NGULEFAC
2720 Grasshopper Dr
Odenton, MD 21113

MEMO 6/13/2026. TO 6/28/2026.

MP

© 2021 INTUIT INC. # 25

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1043

07/10/2026

PAY TO THE ORDER OF MAMI DAMOAH QUARSHE $ **608.00

Six hundred eight and 00/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1044

07/10/2026

PAY TO THE ORDER OF TYESHA K. STEPHENS $ **882.00

Eight hundred eighty-two and 00/100*************************************** DOLLARS

Protected Against Fraud

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1045

07/10/2026

PAY TO THE ORDER OF LEKEANJU TAYOH $ **1,920.00

One thousand nine hundred twenty and 00/100*********************************************************************** DOLLARS

LEKEANJU TAYOH
6805 96TH AVE
LANHAM, MD 20706

MEMO 6/13/2026. TO 6/28/2026.

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1046

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

07/10/2026

PAY TO THE ORDER OF GARY PRIEST $ **3,795.00

Three thousand seven hundred ninety-five and 00/100******************************************************************************* DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 6/13/2026. TO 6/28/2026.

MP

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1048

07/10/2026

PAY TO THE ORDER OF ALIMAMY TARAWALLIE $ **690.00

Six hundred ninety and 00/100*************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ALIMAMY TARAWALLIE
4961 Rock Creek Church Road NE Apart# 11
Washington, DC 20011

MEMO 6/13/2026 To 6/28/2026

PINK ICON DISAPPEARS WITH HEAT

CheckLock™ Secure Check — Details on Back

MP

© 2021 INTUIT INC. # 2571 1-800-433-8810

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1061

07/27/2026

PAY TO THE ORDER OF MAMI DAMOAH QUARSHE $ **608.00

Six hundred eight and 00/100*************************************** DOLLARS

PROTECTED AGAINST FRAUD

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO 6/29/2026 To 7/12/2026

MP

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1062

07/27/2026

PAY TO THE ORDER OF TYESHA K. STEPHENS $ **417.00

Four hundred seventeen and 00/100************************************************ DOLLARS

PROTECTED AGAINST FRAUD

TYESHA K. STEPHENS
717 N RIPLEY STREET
Alexandria, VA 22304

MEMO 6/29/2026 To 7/12/2026

MP

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1063

07/27/2026

PAY TO THE ORDER OF GARY PRIEST $ **2,640.00

Two thousand six hundred forty and 00/100****************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO
6/29/2026 To 7/12/2026 80 Hours

MP