The order below is hereby signed.

Signed: October 28 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Life Stride, Inc.,**<br><br>**Debtor** | <br><br>**Case No. 26-00183-ELG**<br>**Chapter 11 (Sub V)** |

**CONSENT ORDER RESOLVING**
**MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE**

Upon consideration of the *United States Trustee's Motion to Convert or Dismiss Chapter 11 Case* [Docket No. 59] (the "Motion"), any opposition thereto, and the parties' consent to the terms of this Order; IT IS for the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the Debtor shall timely file all future monthly operating reports on the appropriate form until the case is converted, closed or dismissed, whichever occurs first; and it is further

ORDERED that if the Debtor fails to comply with the terms of this Order in any respect, the United States Trustee may file a Notice of Default and Dismissal of Case advising the Court of such non-compliance, and the Court shall dismiss the case without further hearing. The United States Trustee agrees to provide notice to counsel for the Debtor five (5) business days prior to filing the Notice of Default with the Court.

**SEEN AND CONSENTED TO:**

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

LIFE STRIDE, INC.

By: */s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

Copies to:

All parties
All counsel

**END OF ORDER**