**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

In re: Life Stride, Inc., Debtor.
Case No. 26-00183-ELG (Chapter 11)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing Creditor's Response and Objection to Motion to Convert or Dismiss was served via electronic mail upon the following parties:

1. **Debtor's Counsel:** Christianna A. Cathcart, Esq. (christianna@dcbankruptcy.com)
2. **Subchapter V Trustee:** Monique D. Almy, Esq. (malmy@crowell.com)

Dated: October 21, 2026

By: ____________________

Gary Hughey, *Creditor Pro Se*
*Address: 3221Knoxville ave. Long Beach, Ca. 90808*
*Phone: 562-708-4325*
*Email: teamhughey6@gmail.com*

FILED
OCT 26 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RECEIVED
Mail Room
OCT 26 2026
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA**

In re: Life Stride, Inc., Debtor.
Case No. 26-00183-ELG (Chapter 11)

**CREDITOR'S RESPONSE AND OBJECTION TO MOTION TO CONVERT OR DISMISS**

I, **Gary Hughey**, am a creditor in this matter holding an outstanding claim of **$46,308.00** for a brokered commercial loan commission. Formal notices from the court were directed to an incorrect, misspelled name and an address that is not mine.
On April 18, 2026, an attorney friend providing informal assistance received a brief third-party email notification simply stating: *"Please be advised that Life Stride, Inc. has filed Bankruptcy. You will receive Notice of the filing via mail."* Neither I nor my informal counsel were provided a case number, filing schedules, or any information regarding a claims deadline. Because the court mailing database contained incorrect creditor information, the promised mail notice was never received. I had no access to the official court motion, case timeline, or filing information until **October 19, 2026**.

Dated: October 21, 2026

By: ______________________

Gary Hughey, *Creditor Pro Se*
Address: 3221 Knoxville Ave. Long Beach, Ca. 90808
Phone: 562-708-4325
Email: teamhughey6@gmail.com