The order below is hereby signed.

Signed: October 28 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Life Stride, Inc.,**<br><br>**Debtor** | **Case No. 26-00183-ELG**<br>**Chapter 11 (Sub V)** |

**CONSENT ORDER RESOLVING**
**<u>MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE</u>**

Upon consideration of the *United States Trustee's Motion to Convert or Dismiss Chapter 11 Case* [Docket No. 59] (the "Motion"), any opposition thereto, and the parties' consent to the terms of this Order; IT IS for the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the Debtor shall timely file all future monthly operating reports on the appropriate form until the case is converted, closed or dismissed, whichever occurs first; and it is further

ORDERED that if the Debtor fails to comply with the terms of this Order in any respect, the United States Trustee may file a Notice of Default and Dismissal of Case advising the Court of such non-compliance, and the Court shall dismiss the case without further hearing. The United States Trustee agrees to provide notice to counsel for the Debtor five (5) business days prior to filing the Notice of Default with the Court.

**SEEN AND CONSENTED TO:**

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: *_/s/ Kristen S. Eustis_*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

LIFE STRIDE, INC.

By: *_/s/ Christianna A. Cathcart_*
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

Copies to:

All parties
All counsel

**END OF ORDER**

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00183-ELG
Life Stride, Inc Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 4
Date Rcvd: Oct 28, 2026 Form ID: pdf001 Total Noticed: 83

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Life Stride, Inc, 3005 Bladenburg Rd NE, Washington, DC 20018-2265 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| cr | + | Gary L. Priest, 5410 Catalpha Road, Baltimore, MD 21214-1925 |
| cr | + | Mikeyla Kidd, 6856 Eastern Avenue NW, Suite 150, Washington, DC 20012-2185 |
| 809651 | | AFCO Direct, PO. Box 660448, Dallas, TX 75266-0448 |
| 808881 | + | Abangawoh Sndrien, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 809652 | | Aflac, PO Box 535178, Pittsburgh, PA 15253-5178 |
| 808882 | + | Akeem Tidjani, 2106 Maryland Ave, Suite J, Washington, DC 20002-3145 |
| 811206 | + | Akeem Tijani, 8744 Bright Meadow Court, Odenton, MD 21113-2550 |
| 809653 | | Amwins Connect Administrators, PO Box 64802, Baltimore, MD 21264-4802 |
| 808883 | + | Antoinette Miles, 2566 Oak Tree, Woodbridge, VA 22191-6010 |
| 808884 | | BB&T Creditcard, 214 N. Tyron St., Charlotte, NC 28202 |
| 808885 | + | CareFirst, 1501 S. Clinton St., Baltimore, MD 21224-5730 |
| 808886 | + | Caroline Djambou, 4820 Fort Totten Dr. NE #1, Washington, DC 20011-7561 |
| 808887 | + | Comptroller of Maryland, Revenue Administration Division, PO Box 549, Annapolis, MD 21404-0549 |
| 808888 | + | D.C. Dept. of Employment Services, 4058 Minnesota Ave NE, Washington, DC 20019-3540 |
| 809655 | + | DC Office of Contracting and Procurement, 64 New York Ave NE, 2nd Floor W, Washington, DC 20002-3320 |
| 809656 | + | DC Treasurer, Attn: Office of Wage-Hour, 400 Virginia Avenue SW, Washington, DC 20024-2730 |
| 808895 | + | DSS Realty, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 808889 | + | Dada Okusanya, 13601 Avebury Dr. Suite 32, Laurel, MD 20708-3438 |
| 808890 | + | Daniel Odees C/O O, Kurman P.A,, 7501 Wisconsin Ave, Ste 1000W, Bethesda, MD 20814-6604 |
| 808893 | | Department of Behavioral Health (DBH), 64 New York Avenue, NE, 2nd floor West, Washington, DC 20002 |
| 808894 | + | Devon Burke, 18337 Hallmark Ct, Gaithersburg, MD 20879-4669 |
| 810021 | + | Dr. Dada Okusanya, 13601 Avebury Drive #32, Laurel, M 20708-3438 |
| 811524 | + | Elvis Bertram James, 12801 Village Square Rd., Upper Marlboro, MD 20772-5158 |
| 808896 | + | Elvis James, 6201 Lombard Street, Hyattsville, MD 20785-1208 |
| 808897 | + | Emefua Yvonne, 2720 Grasshopper Dr, Odenton, MD 21113-6048 |
| 808898 | + | Evelyn Paul, 1406 Bush Road, Severn, MD 21144-1161 |
| 809657 | | Extra Space Storage, 3320 Bladensburg Road, NE, Washington, DC 20018 |
| 808899 | + | Ferdinand Kweh, 8501 Cory Drive, Bowie, MD 20720-4458 |
| 808900 | + | Fort Lincoln Sr. Village II, LP, 3005 Bladensburg Rsd. N.E, Washington, DC 20018-2265 |
| 808901 | + | Gary Hugley c/o Devon Lyons, 1154 E. Wardlow Street, Long Beach, CA 90807-4733 |
| 808902 | + | Gary Priest, 5410 Catalpha Road, Baltimore, MD 21214-1925 |
| 808903 | + | Gwendolyn Bardwell, 16601 Pleasant Colony Drive., Upper Marlboro, MD 20774-8802 |
| 808904 | + | Habibatu Jalloh, CPCM, 64 New York Avenue, NE 2nd Floor, Washington, DC 20002-3322 |
| 809658 | + | Insurance policies and related coverage c/o AP Be, 4433 Brookfield Corporate Dr., Suite A, Chantilly, VA 20151-1691 |
| 809659 | + | Jerome Lewis 3709 Masthead Trail Triangle,, VA 22172-1051 |

| | | |
|---|---|---|
| 809660 | + | Joyce Drumming 12. 4805 King Court, Bowie, MD 20720-3539 |
| 808907 | + | Kayla Becton, 1320 S. Street, Suite A, Washington, DC 20009-7834 |
| 809662 | + | Knippenberg Insurance Inc, 608 N Mechanic St, Cumberland, MD 21502-2113 |
| 808908 | + | Lekeanju Tayoh, 6805 96th Ave, Lanham Seabrook, MD 20706-3611 |
| 809663 | + | Lenders Access, 41176 Guava St., Unit A, Murrieta, CA 92562-9146 |
| 809664 | + | Lyon Legal, P.C. 1154 E. Wardlow Street, Long Beach, CA 90807-4733 |
| 808909 | + | Mami Damoahqu, 9106 Bobwhite Circle, Gaithersburg, MD 20879-1732 |
| 808910 | + | Marie Tomdio, 3510 Collier Rd, Beltsville, MD 20705-3814 |
| 809665 | + | Marshall & Reumont, CPAs, 12200 Tech Road, Suite 325, Silver Spring, MD 20904-7882 |
| 808879 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 808911 | + | Mikeyla Kidd, 9256 Bendix Road, Suite 102, Columbia, MD 21045-1843 |
| 809666 | + | Mikeyla Kidd PO Box 5216, Takoma Park, MD 20913-5216 |
| 809667 | + | Mr. Ailem Taye c/o S. Hamilton, Esq, 8601 Georgia Avenue, Silver Spring, MD 20910-3437 |
| 809668 | | National Liability & Fire Insurance Company, c/o Knippenberg Insurance Inc.,, 608 N. M Cumberland, MD 21502 |
| 808913 | + | Nkangu Achaleke, 5007 Ashford Dr., Upper Marlboro, MD 20772-2793 |
| 809669 | | Office of the Attorney General, 400 6th Street NW, 9th Floor, Washington, DC 20001 OnDeck4700 W. D, South Jordan, UT 84009 |
| 811157 | + | Peoples Community Church, 653 Eleventh St. NE, Washington, DC 20002-5317 |
| 809672 | | Philadelphia Indemnity Insurance Company c/o AP B, 4433 Brook Chantilly, VA 20151 |
| 808914 | #+ | Prince Dike, 9975 Goodluck Rd., Lanham Seabrook, MD 20706-3280 |
| 809673 | + | Psychiatric Center Chartered Inc 3001 Bladensburg, Washington, DC 20018-2235 |
| 809674 | + | Qualifacts Systems, LLC, 315 Deaderick, Suite 2300, Nashville, TN 37238-2300 |
| 808915 | + | Quest Realty Management, LLC, 4433 Brookfield Corporate Dr., Ste A, Chantilly, VA 20151-1691 |
| 809675 | + | Robin Crim, 1338 Ingraham St NW, Washington, DC 20011-3604 |
| 808916 | + | Shakil Brew, 6287 Centre Stone Ring, Columbia, MD 21044-3796 |
| 809676 | + | Spencer Johnson, 11703 Amber Court, Fort Washington, MD 20744-5953 |
| 808917 | + | Stephen Ngulefac, 2720 Grasshopper Dr., Odenton, MD 21113-6048 |
| 809677 | | Sun Life Financial One Sun Life Executive Park, Wellesley Hills, MA 02481 |
| 809678 | | T-Mobile PO Box 629025, El Dorado Hills, CA 95762 |
| 809679 | + | Theresa Graneau 4805 Kings Court, Bowie, MD 20720-3539 |
| 808918 | + | Trustees People Community Church, 653 11th St. NE, Washington, DC 20002-5317 |
| 809680 | + | Washington Gas 6801 Industrial Road, Springfield, VA 22151-4205 |
| 808921 | + | William D. Wright, 8715 Wedding Drive, Welcome, MD 20693-3603 |

TOTAL: 70

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 28 2026 21:38:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 28 2026 21:34:56 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 28 2026 21:34:58 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 28 2026 21:38:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 28 2026 21:38:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 815323 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Oct 28 2026 21:38:00 | Comptroller of MD, 7 St. Paul St. Suite 230, Baltimore, MD 21202 |
| 809654 | + | Email/Text: documentfiling@lciinc.com | Oct 28 2026 21:38:00 | Comcast Business, 676 Island Pond Rd, Manchester, NH 03109-4840 |
| 808891 | + | Email/Text: angela.coleman@dc.gov | Oct 28 2026 21:38:00 | DC Office of Tax and Revenue, 1101 4th St., SW, 270, Washington, DC 20024-4457 |
| 808905 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 21:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808906 | ^ | MEBN | Oct 28 2026 21:34:59 | Kaiser, 1 Kaiser Plaza, Oakland, CA 94612-3610 |
| 811207 | + | Email/Text: bankruptcy@bbandt.com | Oct 28 2026 21:38:00 | Truist Bank, Attn: Support Services, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 808920 | + | Email/Text: bankruptcynotices@sba.gov | Oct 28 2026 21:38:00 | U.S. Small Business Administration, 409 3rd Street SW, 2nd Floor, Washington, DC 20416-0005 |
| 809681 | + | Email/Text: bkfilings@zwickerpc.com | Oct 28 2026 21:38:00 | Zwicker & Associates, P.C., 9777 Mount Pyramid Court, Suite 220, Englewood, CO 80112-6046 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 809661 | | Karl L. Chen 9701 Apollo Drive, Suite 381 Upper |
| 808912 | | Mr. Ailem Taye C/O S. Hamilton, ESQ |
| 809670 | | Paychex Insurance Agency, Inc. 911 Panorama Trail |
| 809671 | | Pepco1325 G St. NW, Suite 800 Washington, DC 200 |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Peoples Community Church, 653 Eleventh St, NE, Washington, DC 20002-5317 |
| 808892 | ##+ | Delphine Sirri, 13504 Steeplechase Dr., Bowie, MD 20715-4548 |
| 808919 | ##+ | Tyesha Stephens, 3805 Saint Barnabas Rd, Suitland, MD 20746-3216 |

TOTAL: 4 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christianna Annette Cathcart | on behalf of Debtor In Possession Life Stride Inc christianna@dcbankruptcy.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Life Stride Inc mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Monique Desiree Almy | malmy@crowell.com monique-almy-7127@ecf.pacerpro.com |
| Terry L Goddard, Jr | |

| | |
|---|---|
| | on behalf of Creditor Mikeyla Kidd tgoddard@skaufflaw.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William C. Johnson, Jr. | on behalf of Creditor Peoples Community Church wcjjatty@yahoo.com wcjjatty@yahoo.com;johnsonwr90391@notify.bestcase.com |

TOTAL: 7