CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1057

07/27/2026

PAY TO THE ORDER OF ELVIS JAMES $ **1,077.00

One thousand seventy-seven and 00/100********************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO
6/29/2026 To 7/12/2026 35.9 Hours

MP

CheckLock™ Secure Check. Details on Back

PINK ICON DISAPPEARS WITH HEAT

© 2021 INTUIT INC

**CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING**

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1089

09/02/2026

PAY TO THE ORDER OF GARY PRIEST $ **2,816.00

Two thousand eight hundred sixteen and 00/100****************************************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 7/29/2026 To 8/12/2026

MP

• CheckLock™ Secure Check • Details on Back

©2021 INTUIT INC # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1094

10/08/2026

PAY TO THE ORDER OF KAYLA BECTON $ **513.60

Five hundred thirteen and 60/100**************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

KAYLA BECTON
1320 S Street # A
washington, DC 20009

MEMO
8/13/2026 To 8/28/2026 Hours 17.12

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1095

10/08/2026

PAY TO THE ORDER OF ALIMAMY TARAWALLIE $ **318.00

Three hundred eighteen and 00/100*************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

ALIMAMY TARAWALLIE
4961 Rock Creek Church Road NE Apart# 11
Washington, DC 20011

MEMO
7/13/2026 To 7/28/2026 Hours 10.6 Back pay

© 2021 INTUIT INC. # 2571 1-800-433-8810

CheckLock™ Secure Check Details on Back

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1096

10/08/2026

PAY TO THE ORDER OF DEVON BURKE $ **450.00

Four hundred fifty and 00/100****************************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

DEVON BURKE
18337 Hallmark Ct
Gaithersburg, MD 20879

MEMO
8/13/2026 To 8/28/2026 Hours 15

MP

CheckLock™ Secure Check — Details on Back

© 2021 INTUIT INC # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1097

10/08/2026

PAY TO THE ORDER OF ELVIS JAMES $ **1,320.00

One thousand three hundred twenty and 00/100****************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

PINK ICON DISAPPEARS WITH HEAT

ELVIS JAMES
6201 Lombard Street
Cheverly, MD 20785

MEMO 8/13/2026 To 8/28/2026 Hours 34 + 10 Hours Admin

MP

CheckLock™ Secure Check Details on Back

©2021 INTUIT INC # 2571 1-800-433-8810

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

1098

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

10/08/2026

PAY TO THE ORDER OF MAMI DAMOAH QUARSHE

$ **804.00

Eight hundred four and 00/100*************************************************************************** DOLLARS

Protected Against Fraud

MAMI DAMOAH QUARSHE
9106 BobWhite Circle
Gaithersburg, MD 20879

MEMO
8/13/2026 to 8/28/2026:

MP

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1099

10/08/2026

PAY TO THE ORDER OF LEKEANJU TAYOH $ **2,031.00

Two thousand thirty-one and 00/100****************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

LEKEANJU TAYOH
6805 96TH AVE
LANHAM, MD 20706

MEMO
8/13/2026 to 8/28/2026: 67.7

MP

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330/550

1100

10/08/2026

PAY TO THE ORDER OF MILES & MUNROE LLC $ **300.00

Three hundred and 00/100****************************************** DOLLARS

PROTECTED AGAINST FRAUD

Antoinette Miles
MILES & MUNROE LLC
2566 OAKS TREE LANE
Woodbridge, VA 22191

MEMO
10 Hours Admin 8/13/2026 to 8/28/2026

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

1102

10/30/2026

PAY TO THE ORDER OF GARY PRIEST $ **2,560.00

Two thousand five hundred sixty and 00/100*********************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

GARY PRIEST
5410 CATALPHA ROAD
BALTIMORE, MD 21214

MEMO 5/29/2026 TO 6/12/2026

MP

CASH ONLY IF ALL Check Lock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
Client Personal Funds Account
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 459-4766

BRANCH BNKG AND TRUST COMPANY
15-154/540

2997

10/02/2026

PAY TO THE ORDER OF JUSTIN NJASSU $ **997.00

Nine hundred ninety-seven and 00/100********************************************** DOLLARS

Protected Against Fraud

JUSTIN NJASSU
2838 STRAUSS TER
SILVER SPRING, MD 20904

CLIENT FUNDS

CASH ONLY IF ALL ... SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Life Stride, Inc. 07/07
3005 Bladensburg Road, N.E
Washington, D.C. 20018
202 635-2320

TRUIST FINANCIAL
65-330 550

9342

07/17/2026

PAY TO THE ORDER OF THERESA GRANEAU $ **416.67

Four hundred sixteen and 67/100****** DOLLARS

PROTECTED AGAINST FRAUD

THERESA GRANEAU
4805 KING COURT
BOWIE, MD 20720

MEMO Consulting 7/15

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Life Stride, Inc.** 07/07
**3005 Bladensburg Road, N.E**
Washington, D.C. 20018
202 635-2320

**TRUIST FINANCIAL**
65-330/550

9353

10/08/2026

PAY TO THE ORDER OF YAQIN A. UPSHAW $ **600.00

Six hundred and 00/100**************************************************************************** DOLLARS

PROTECTED AGAINST FRAUD

YAQIN A. UPSHAW
8607 SPICEBUSH CT.
CLINTON, MD 20735

MEMO

MP

Details on Back

® CheckLock™ Secure Check

© 2021 INTUIT INC.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 13

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 06/15/2026 | 28980 |

PAY TO THE ORDER OF

ROBIN A CRIM
1338 INGRAHAM ST NW
WASHINGTON DC 20011

**$1373.24**
AMOUNT

ONE THOUSAND THREE HUNDRED SEVENTY THREE AND 24/100 .................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

*Payrolls by Paychex, Inc.*

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 300

15-154
540

| DATE | CHECK NO |
|---|---|
| 06/15/2026 | 28990 |

PAY TO THE ORDER OF

YAQIN UPSHAW
1205 FOREST HILL DR
MOBILE AL 36618

**$1460.68**

AMOUNT

ONE THOUSAND FOUR HUNDRED SIXTY AND 68/100 ........................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

*Payrolls by Paychex, Inc.*

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0004 Varnum
EE ID: 87

15-154
540

| DATE | CHECK NO. |
|---|---|
| 06/15/2026 | 28996 |

PAY TO THE ORDER OF

MILTON J COBB
4010 LIVINGTON ROAD SE
APT 204
WASHINGTON DC 20032

**$2061.97**
AMOUNT

TWO THOUSAND SIXTY ONE AND 97/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 384

15-154
540

| DATE | CHECK NO |
| --- | --- |
| 06/30/2026 | 29028 |

PAY TO THE
ORDER OF

CLARETHA WILLIAMS
3400 COMMODORE JOSHUA BARNEY DR NE #103W
WASHINGTON DC 20018

**$1273.60**
AMOUNT

ONE THOUSAND TWO HUNDRED SEVENTY THREE AND 60/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 6

15-154
540

| DATE | CHECK NO. |
|---|---|
| 07/15/2026 | 29054 |

PAY TO THE ORDER OF

LEONARD LUCAS III
12318 HAMPTON VALLEY PLACE
CHESTERFIELD VA 23832

**$1799.66**

AMOUNT

ONE THOUSAND SEVEN HUNDRED NINETY NINE AND 66/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO |
|---|---|
| 08/17/2026 | 29121 |

PAY TO THE ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1257.35**
AMOUNT

ONE THOUSAND TWO HUNDRED FIFTY SEVEN AND 35/100 ...................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
| --- | --- |
| 08/17/2026 | 29137 |

PAY TO THE ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$1032.70**

AMOUNT

ONE THOUSAND THIRTY TWO AND 70/100 .................................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 151

15-154
540

| DATE | CHECK NO |
|---|---|
| 08/31/2026 | 29139 |

PAY TO THE ORDER OF

GWENDOLYN BARDWELL
16601 PLEASANT COLONY DR
UPPER MARLBORO MD 20774

**$4061.46**
AMOUNT

FOUR THOUSAND SIXTY ONE AND 46/100 ........................................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1 0001 Administration
EE ID: 2

15-154
540

| 08/31/2026 | 29141 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1121.85**
AMOUNT

ONE THOUSAND ONE HUNDRED TWENTY ONE AND 85/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 219

15-154
540

| DATE | CHECK NO. |
|---|---|
| 08/31/2026 | 29147 |

PAY TO THE
ORDER OF

DORIS E SANCHEZ
1416 PARKWOOD PL NW
WASHINGTON DC 20010

**$1156.62**
AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY SIX AND 62/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 112

15-154
540

| DATE | CHECK NO. |
|---|---|
| 08/31/2026 | 29161 |

PAY TO THE
ORDER OF

ROSALIND E HINES
3733 CASSELL PL NE
WASHINGTON DC 20019

**$941.96**

AMOUNT

NINE HUNDRED FORTY ONE AND 96/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

Payrolls by Paychex, Inc.

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0019 Medicare
Day Program
EE ID: 108

15-154 / 540

| DATE | CHECK NO |
|---|---|
| 08/31/2026 | 29162 |

PAY TO THE ORDER OF

DEWAYNE JOHNSON
5704 EASTPINE DRIVE
RIVERDALE MD 20737

**$1070.55**
AMOUNT

ONE THOUSAND SEVENTY AND 55/100 .................................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 2

16-154
340

| 09/15/2026 | 29167 |
| --- | --- |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

MARIE GERMAIN
9706 ANTIOCH ST
UPPER MARLBORO MD 20772

**$1121.86**

AMOUNT

ONE THOUSAND ONE HUNDRED TWENTY ONE AND 86/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE

Payrolls by Paychex, Inc

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1;0001 Administration
EE ID: 7

15-154/540

| DATE | CHECK NO. |
|---|---|
| 09/15/2026 | 29171 |

PAY TO THE ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1155.38**
AMOUNT

ONE THOUSAND ONE HUNDRED FIFTY FIVE AND 38/100 ........................ DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1:0001 Administr
ation
EE ID: 63

15-154
540

| DATE | CHECK NO |
|---|---|
| 09/15/2026 | 29174 |

PAY TO THE
ORDER OF

TAMMY C UPSHAW
210 ADAMS ST NE
WASHINGTON DC 20002

**$1543.87**
AMOUNT

ONE THOUSAND FIVE HUNDRED FORTY THREE AND 87/100 .................... DOLLARS

Truist Bank

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

LIFE STRIDE INC
3005 Bladensburg Rd NE
Suite 1
Washington DC 20018

1407-4980
ORG1;0001 Administr
ation
EE ID. 7

15-154
540

| 09/30/2026 | 29194 |
| --- | --- |
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

JUSTIN NJASSU
2838 STRAUSS TERR
SILVER SPRING MD 20904

**$1333.29**
AMOUNT

ONE THOUSAND THREE HUNDRED THIRTY THREE AND 29/100 .................. DOLLARS

Trust Bank

AUTHORIZED SIGNATURE(S)